## 30.610    "R-4"  TOWNHOUSE DISTRICT

**A.    Purpose and Description**

The R-4 district is composed mainly of areas suitable for Townhouse dwellings.  The R-4 Townhouse district implements the policies of the Master Plan by 1) protecting the residential character of the areas by prohibiting commercial and industrial activities; 2) encouraging a suitable neighborhood environment for family life; 3) preserving the openness of the area and the unique residential design of a townhouse, by requiring that certain minimum yard and area standards and building construction standard requirements are met; 4) recognizing that land is a valuable resource and is in short supply within the city; 5) encouraging a level of growth that provides housing opportunities to meet the different housing needs of all income types of the City's present and future populations.

**B.    Lot Regulations**

1.    **Area:** See density requirements.
2.    **Density**:  No development shall exceed a density of more than twenty (20) units per acre, nor contain less than 10,000 square feet. The total dwelling units in any group of attached dwellings shall not be less than three (3).
3.    **Depth:**  The minimum depth of the lot shall be one-hundred and twenty (120) feet.
4.    **Floor Space:**  There shall be a total heated living area in each townhouse unit of not less than the following:  One-story--1,000 square feet; Two or three-story--1,400 square feet.
5.    **Frontage:** There shall be a minimum of 45 feet per lot of frontage on a public right-of-way.
6.    **Height:**  A maximum of three (3) stories shall be allowed in the R-4 district.

**C.    Setback Requirements**

1.    **Front Yard:**  There shall be a front yard having a minimum depth of thirty (30) feet, except as hereinafter provided.
2.    **Rear Yard:** A rear yard setback of twenty-five (25) feet is required. A rear yard shall not be required when the townhouse lot abuts an alley or access easement having a minimum width of twenty-four (24) feet which is used to provide ingress and egress to such townhouse development, except that a twenty-five (25) foot setback is required if a garage entry is used.  For Townhouse lots that abut at the rear, an alley or access easement having a minimum width of twenty-four (24) feet shall be required.

DEF LEON VALLEY 0070

## CONTINUED - 30.610 "R-4" TOWNHOUSE DISTRICT

3.  **Side Yard:** A minimum of ten (10) feet, or twenty-five (25) feet if garage entry is used, shall separate any townhouse or garage structure from the property line that parallels the curb. Each corner lot shall have a side yard of at least twenty-five (25) feet. No portion of a townhouse or accessory structure in, or related to, one group of contiguous townhouses shall be closer than ten (10) feet to any portion of a townhouse or accessory structure related to another group. In cases of reversed frontage, a side yard equal, at least, to the depth of the front yard required for a structure fronting the side street shall be required. A side yard of ten (10) feet shall be provided when townhouse lots abut a side lot line outside of the development.

4.  **Corner Lot:** Where lots abut on two (2) intersecting or intercepting streets, where the interior angle of intersection or interception does not exceed 135 degrees, a side yard shall be provided on the street side equal to the front yard.

5.  **Reverse Frontage.** On corner lots, where interior lots have been platted or sold, fronting on the side street, a side yard shall be provided on the street side equal to the front yard on the lots in the rear. No accessory building on said corner lot shall project beyond the front line of the lots in the rear.

D.  **Other**

1.  **Accessory Buildings:** Shall be allowed, but shall be located no closer than 5 feet from any property line, and must be located in the rear yard. In no case shall an accessory building occupy more than 25% of the total open space in the rear yard.

2.  **Fire Wall:** A two-hour rated fire wall of materials and construction, as required by the currently adopted versions of the International Building and Fire Codes, shall separate each adjacent townhouse unit. The fire wall is to be constructed so as to be continuous from the foundation to the roof deck.

3.  **Landscaping:** A total of 35% of street yard area must be landscaped. The use of drought tolerant turf grasses, such as Zoysia or Buffalo tif or combination, or other drought tolerant plantings and hardscape is strongly recommended. See "Appendix A" for a list of trees, shrubs and plants suitable for the region. Also see Section 30.900 for other landscaping regulations.

4.  **Lighting:** All outdoor lighting shall be hooded and all light emissions shielded, and shall be oriented such that light is directed towards the property and does not trespass onto surrounding properties. Lights affixed to the buildings shall be mounted no higher than the eves of said building. Lights affixed to a pole shall be mounted no higher than 40% of the distance from the front property line to the main structure.

5.  **Masonry Required:** Townhouses shall be constructed of masonry or other similar noncombustible materials to the extent of not less than seventy-five (75) percent of overall exterior walls.

DEF LEON VALLEY 0071

## CONTINUED - 30.610 "R-4" TOWNHOUSE DISTRICT

6.  **Non-conforming Dwellings:** The provisions of this section shall not be applicable to nonconforming dwellings in existence on the date of the adoption thereof or to dwellings built hereafter on the same lot to replace such nonconforming dwellings as may be destroyed by fire, windstorm or other involuntary cause.

7.  **Parking:** Two off-street parking spaces shall be provided for each separate townhouse unit.  Garage areas shall not be counted as off-street parking areas. Each Townhouse unit shall have at least one (1) street curb parking area twenty (20) feet long.

8.  **Public Facilities:** All Townhouse developments shall be connected to the City's water and sewer system and shall be provided sidewalks and fire protection.  See Chapter 24, "Subdivisions and Subdivision Plats".

9.  **Storage:** Outside storage is not allowed in the R-4 district, with the exception of vehicles, trailers, recreational vehicles and boats in accordance with Chapter 14 of the Leon Valley City Code. Items to be stored must be completely contained in either the townhouse units, garage or an accessory building.

**Figure 5 (R-4 Townhouse)**



## 30.611    "R-5" MANUFACTURED/HOME DISTRICT

### A.    Purpose and Description

The R-5 district is composed of areas suitable for manufactured homes and manufactured home parks.  The R-5 district implements the policies of the Master Plan by 1) providing adequate protection for both the manufactured home sites and surrounding developments; 2) protecting the residential character of the areas by prohibiting commercial and industrial activities; 3) encouraging a suitable neighborhood environment for family life; 4) providing alternative housing solutions; and 4) preserving the openness of the area and the unique residential design of a manufactured home development, by requiring that certain minimum yard and area standards are met.

### B.    Restrictions

No land shall be used and no building shall be erected for or converted to any use other than Manufactured Home Parks as defined and regulated in Chapter 15, "Manufactured Home Parks", of the Leon Valley City Code.

Reference is hereby made to Chapter 15, "Manufactured Home Parks", of the Leon Valley City Code (as cited above), and particularly to Section 15. 401 thereof, for other regulations pertaining to Manufactured Home Parks. Area and other regulations applicable to permitted uses in this district, other than manufactured homes, shall be the same as provided for the R-3 District, as set out in this Chapter.

### C.    Lot Requirements

**1.**    **Area:**  The total area of a manufactured home park shall be not less than four (4) acres, with served manufactured home spaces.

**2.**    **Space Requirements:** Each manufactured home space shall provide a minimum area of 3,200 square feet, however, no manufactured home space shall have dimensions of less than forty feet (40') on the narrow dimension, nor eighty feet (80') on the long dimension.

### C.    Setback Requirements:

**1.**    **General:**  No manufactured home shall be closer than ten feet (10') to any property line, nor closer than twenty-five feet (25') to the property line adjoining a public or private street.

**2.**    **Front Yard:** A minimum of 10 feet shall be provided, from the nearest corner of the manufactured home to the front line of the manufactured home space. For other structures on each space, a minimum front yard of ten feet (10') shall be provided.

**3.**    **Rear Yard:** A minimum of twenty-five feet (25') shall be provided.

DEF LEON VALLEY 0073

---

## CONTINUED - 30.611 "R-5" MANUFACTURED/HOME DISTRICT

4. **Side Yard:** A minimum of twenty feet (20') at any point shall be provided between each manufactured home. If the lot abuts on two (2) streets, a side yard of ten (10) feet shall be provided.

5. **Corner Lot:** Where lots abut on two (2) intersecting or intercepting streets, where the interior angle of intersection or interception does not exceed 135 degrees, a side yard shall be provided on the street side equal to the front yard.

**D. Other**

1. **Accessory Buildings:** Accessory buildings are allowed, but shall in no case consist of more than twenty percent (20%) of the total manufactured home space.

2. **Landscaping:** A total of 25% of street yard area must be landscaped. The use of drought tolerant turf grasses, such as Zoysia or Buffalo tif or combination, or other drought tolerant plantings and hardscape is strongly recommended. See "Appendix A" for a list of trees, shrubs and plants suitable for the region. Also see Section 30.900 for other landscaping regulations.

3. **Lighting:** All outdoor lighting shall be hooded and all light emissions shielded, and shall be oriented such that light is directed towards the property and does not trespass onto surrounding properties. Lights affixed to the buildings and manufactured homes shall be mounted no higher than the eves of said buildings or homes. Lights affixed to a pole shall be mounted no higher than 40% of the distance from the front property line to the main structure.

4. **Masonry:** Not required for a manufactured home, but that any permanent office, laundry or other facility shall consist of 75% masonry of overall exterior walls.

5. **Parking:** Two (2) off-street parking spaces shall be provided for each manufactured home space, two (2) spaces provided for each office, and five (5) spaces for each laundry or other facility.

6. **Public Facilities:** All R-5 developments shall be connected to the City's water and sewer system and shall provide sidewalks and fire protection, except as provided in Chapter 24, "Subdivisions and Plats".

7. **Recreational Area:** Not less than five percent (5%) of the total park area of the manufactured home park shall be devoted to recreational facilities.

8. **Storage:** Outside storage is not allowed in the R-5 district, with the exception of vehicles, trailers, recreational vehicles and boats in accordance with Chapter 14 of the Leon Valley City Code. All items to be stored must be completely contained in either a manufactured home, garage or other building.

Chapter 30 - ZONING
City of Leon Valley

**Figure 6 (R-5 Manufactured Home)**



Rear Property Line

25-ft Rear Yard Setback

20-ft Side Yard Setback (between homes)
10-ft Side Yard Setback (where 2 streets intersect)

10-ft Front Yard Setback

Front Property Line

63

| 30.612 | "R-6" GARDEN HOUSE DISTRICT |
|---|---|

## A.    Purpose and Description

The R-6 district is composed mainly of areas containing single-family dwellings.  The R-6 district regulations implement the policies of the Master Plan by 1) protecting the residential character of the areas by prohibiting commercial and industrial activities, apartments, two-family dwellings and manufactured homes; 2) encouraging a suitable neighborhood environment; 3) preserving the openness of the area by requiring that certain minimum yard and area standard requirements be met, however, with greater density being permitted than in the R-1 district.

## B.    Lot Regulations

1.    **Area of total development:** Not less than three (3) lots with common side lot lines will be zoned for "R-6" Garden House.  When facing on the same street within the same block, "R-1" Single-Family Dwellings and "R-6" Garden Houses will not be mixed.  However, this does not preclude "R-1" on one side of a street with an "R-6" on the opposite side of the street within the same block or different blocks.

2.    **Area of each lot:**  4,500 square feet.

3.    **Depth:**  A minimum of 100 feet.

4.    **Floor Space:** There shall be a heated living area in each Garden House of not less than the following:  One story-1000 square feet; two story-1400 square feet; two and one half story-1800 square feet.  When "R-6" is mixed with "R-1" in the same subdivision, the average heated living area of "R-6" housing shall be at least seventy-five (75) percent of the average size of the "R-1" structures, but in no event shall the minimum square footage be less than as described above.

5.    **Frontage:** A minimum of 45 feet on a public right-of-way is required.

6.    **Height:** A maximum of two and one-half (2 ½) stories is allowed.

## C.    Setback Requirements

1.    **Front Yard:**  There shall be a front yard having a minimum depth of twenty (20) feet, except as hereinafter provided.

2.    **Rear Yard:**  There shall be a rear yard having a minimum depth of fifteen (15) feet except where the garage is entered from the rear in which case the minimum rear yard shall be twenty-five (25) feet exclusive of the area used as a garage. Total square footage of accessory buildings exclusive of a detached garage shall not exceed 150 square feet.

3.    **Side Yard:**  There shall be a side yard on each side of all lots of not less than five (5) feet, except on corner lots on which external side yard shall not be less than ten (10) feet.  Alternatively, one side yard may be reduced to zero (0) feet provided the other side yard is increased to ten (10) feet.  However, in no event shall the outside

64

**CONTINUED - 30.612 "R-6" GARDEN HOUSE DISTRICT**

walls of a structure be closer than ten (10) feet to the outside walls of a structure built on an adjacent lot.

4.    **Zero Lot Line Exterior Wall:**  When a structure is built with a side yard of zero (0) feet, no windows or doors will be built into an exterior sidewall so situated.  In addition, a six (6) foot privacy fence will be constructed and maintained by the owner from the rear-most point of such an exterior wall to the rear lot line of the property.

5.    **Corner Lot:**  Where lots abut on two (2) intersecting or intercepting streets, where the interior angle of intersection or interception does not exceed 135 degrees, a side yard shall be provided on the street side equal to the front yard.

6.    **Double Frontage:**  Where lots front upon two (2) parallel streets or front upon two (2) streets that do not intersect at the boundaries of the lot, a rear yard shall be provided on the street side equal to the front yard.

7.    **Reverse Frontage:** On corner lots, where interior lots have been platted or sold, fronting on the side street, a side yard shall be provided on the street side equal to the front yard on the lots in the rear.  No accessory building on said corner lot shall project beyond the front line of the lots in the rear.

D.    **Other**

1.    **Accessory Building:**  Shall be allowed, but shall be located no closer than 5 feet from any property line, and must be located in the rear yard. In no case shall an accessory building occupy more than 20% of the total open space in the rear yard.

2.    **Landscaping:** A total of 35% of street yard area must be landscaped. The use of drought tolerant turf grasses, such as Zoysia or Buffalo tif or combination, or other drought tolerant plantings and hardscape is strongly recommended.

3.    **Lighting:** All outdoor lighting shall be hooded and all light emissions shielded, and shall be oriented such that light is directed towards the property and does not trespass onto surrounding properties. Lights affixed to the buildings shall be mounted no higher than the eves of said building. Lights affixed to a pole shall be mounted no higher than 40% of the distance from the front property line to the main structure.

4.    **Masonry Required:**  Garden houses shall be constructed of masonry or other similar noncombustible materials to the extent of not less than seventy-five (75) percent of overall exterior walls.

5.    **Nonconforming Dwellings:**  The provisions above shall not be applicable to nonconforming dwellings in existence on the date of the adoption thereof or to dwellings built hereafter on the same lot to replace such nonconforming dwellings as may be destroyed by fire, windstorm or other involuntary cause.

6.    **Parking:**  A total of two off-street parking spaces shall be provided.

DEF LEON VALLEY 0077

## CONTINUED - 30.612 "R-6" GARDEN HOUSE DISTRICT

7.    **Public Facilities:**  "R-6" Garden Houses are permitted only on lots that are connected to the City's water and public sewage disposal system and must conform to the regulations in Chapter 24, "Subdivisions and Plats".

8.    **Storage:** Outside storage is not allowed in the R-6 district, with the exception of vehicles, trailers, recreational vehicles and boats in accordance with Chapter 14, of Leon Valley City Code. Items to be stored shall be completely contained in either the main structure, garage or an accessory building.

**Figure 7 (R-6 Garden Home)**



## 30.613    RESIDENTIAL USE TABLE

| Use | R-1 | R-2 | R-3 | R-3A | R-4 | R-5 | R-6 | Notes |
|---|---|---|---|---|---|---|---|---|
| | √-Allowed by Right    X-Not Allowed | | | | | | | |
| Adult Care | √ | √ | √ | √ | √ | √ | √ | **No more than six (6) adults.  SEE Section 30.614, "Home Occupations" and Section 30.616, "Adult Care Facilities" |
| Child Care | √ | √ | √ | √ | √ | √ | √ | **No more than six (6) children. ALSO SEE Section 30.614, "Home Occupations" and Section 30.615, "Child Care Facilities" |
| Dwelling, Single-Family | √ | √ | X | X | √ | √ | √ | |
| Dwelling, Two-Family | X | √ | X | X | X | X | X | |
| Dwelling, Multiple-Family | X | X | √ | √ | X | X | X | |
| Multiple-Family Retirement | X | X | X | √ | X | X | X | |
| Dwelling, Townhouse | X | X | X | X | √ | X | X | |
| Dwelling, Manufactured | X | X | X | X | X | √ | X | |
| Dwelling, Garden House | X | X | X | X | X | X | √ | |
| Bed and Breakfast | √ | √ | X | X | X | X | √ | |
| Boarding House | √ | √ | X | X | X | X | √ | **Allowed in B-1 (Small Business) zoning district with a SUP.  ALSO SEE Section 30. "Permitted Use Table" |
| Club (private) | X | X | √ | √ | √ | √ | X | **Allowed in B-1 (Small Business) with a SUP (NO sale of alcoholic beverages in R-3, R-3A, R-4, or B-1) |
| Congregate Residence | √ | √ | √ | √ | √ | √ | √ | |
| Cottages | X | X | X | √ | X | X | X | |
| Group Home | √ | √ | X | X | X | X | √ | **Allowed in B-1 (Small Business) zoning district |
| Home Occupation | √ | √ | √ | √ | √ | √ | √ | **SEE Section 30.614, "Home Occupations" |
| Lodge (private) | X | X | √ | √ | √ | √ | X | **Allowed in B-1 (Small Business) with a SUP (NO alcohol sales in R-3, R-3A R-4, R-5 or B-1) |

| 30.614 | HOME OCCUPATIONS |
|---|---|

## A.    Purpose and Description

**Home Occupation Regulations**

**1.    GENERAL:** Home occupations shall be permitted in all residential zoning districts, provided the home occupation is clearly and obviously subordinate to the main use or dwelling unit for residential purposes. Home occupations shall be conducted wholly within the primary structure or existing accessory building which is on the premises.

**2.    CONDITIONS:**

**a. Area:** Not to exceed twenty-five (25) percent of the floor area of the primary structure or fifty (50) percent of all accessory buildings on the premises.
**b. Personnel:** Other than those related by blood, marriage or adoption, no more than one (1) person, other than the owner, can be employed in the home occupation;
**c. Inventory and supplies:** shall not occupy more than fifty (50) percent of the area permitted to be used as a home occupation;
**d. Outside display/storage:** None allowed;
**e. Signage:** The home occupation shall not involve the use of advertising signs on the premises or any other advertising media which calls attention to the fact that the dwelling unit is being used for a home occupation, with the exception of a telephone number listing and one nameplate, not exceeding one (1) square foot in area, provided the nameplate is non-illuminated and attached flat to the dwelling unit or visible through a window;
**f. Prohibited Home Occupations:** Auto repair or maintenance, beauty culture schools, beauty parlors, barber shops, electricians, plumbers, sheet metal shops, furniture repair, sexually oriented commercial enterprises, catering or other similar uses, shall not be allowed. The use of electrical or mechanical equipment that would change the fire rating of the dwelling or create visible or audible interference in radio or television receivers or cause fluctuations in line voltage outside the dwelling unit is prohibited; and/or the home occupation shall not involve the use of commercial vehicles for delivery of materials to and from the premises, nor shall any commercial vehicles be stored at the residence.
**g. Child Care Facilities:** The care for payment of more than six (6) unrelated children shall require a Specific Use Permit;
**h. Parking:** Sales and services to patrons shall be arranged by appointment and scheduled so that not more than one (1) patron vehicle is on the premises at the same time; two (2) additional parking spaces shall be provided on the premises, except only one (1) need be provided if the home occupation does not have an employee;
**i. Appearance:** the dwelling unit shall not be altered nor shall the home occupation be conducted in a manner which would cause the premises to differ from its residential character either by the use of colors, materials, construction, lighting, signs, increased traffic or the emission of odors, sounds or vibrations.

DEF LEON VALLEY 0080

## 30.615    CHILD CARE FACILITIES

Childcare is allowed by right in residential zoning districts, if the number children being cared for does not exceed six (6) children. Various options are hereby adopted which shall apply partially or totally to the operation of a child care facility, nursery or kindergarten, in a residential zone. The following conditions are adopted:

(1)    No construction features shall be permitted which would place structure out of character with the surrounding neighborhood;

(2)    The child care facility shall be registered and/or licensed and the operator shall be approved by the Texas Department of State Health Services (TDSHS) when such licensing and/or approval is available from TDSHS.  Proof of said licensing/approval by TDSHS and any other state agency which regulates child care operators is a requirement for obtaining a permanent Certificate of Occupancy;

(3)    A Specific Use Permit "SUP" is required for the operation of any child care facility in residential districts if the number of children being cared for is more than six (6) (see Table of Permitted Uses).

(4)    A Certificate of Occupancy is required for operation of a child care facility in a residence were more than six (6) children are being cared for, for a fee;

(5)    In residential districts, the child care facility will be clearly incidental to the residential use of the dwelling and shall not change the essential residential character of the dwelling (refer to HOME OCCUPATION regulations);

(6)    In residential districts, the operator of the child care facility must reside on subject property;

(7)    In residential districts, hours of operation shall not be permitted before 6:30 a.m. or after 7:30 p.m.;

(8)    In residential districts, the child care facility shall be located within the main structure on the lot, and the lot shall not utilize more than seventy-five (75) percent of the gross floor area of the main structure.

DEF LEON VALLEY 0081

## 30.616    ADULT CARE FACILITIES

Adult care facilities are allowed by right in residential zoning districts, if the number adults being cared for does not exceed six (6) persons. Various options are hereby adopted which shall apply partially or totally to the operation of an adult care facility in a residential zone. The following conditions are adopted:

(1)    No construction features shall be permitted which would place structure out of character with the surrounding neighborhood;

(2)    The adult care facility shall be registered and/or licensed and the operator shall be approved by the Texas Department of State Health Services (TDSHS) when such licensing and/or approval is available from TDSHS. Proof of said licensing/approval by TDSHS and any other state agency which regulates adult care operators is a requirement for obtaining a permanent Certificate of Occupancy;

(4)    A Specific Use Permit "SUP" is required for the operation of any adult care facility in residential districts if the number of adults being cared for is more than six (6) (see Table of Permitted Uses).

(4)    A Certificate of Occupancy is required for operation of an adult care facility;

(5)    In residential districts, the adult care facility will be clearly incidental to the residential use of the dwelling and shall not change the essential residential character of the dwelling (refer to HOME OCCUPATION regulations);

(6)    In residential districts, the operator of the adult care facility must reside on subject property;

(7)    In residential districts, hours of operation shall not be permitted before 6:30 a.m. or after 7:30 p.m.;

(9)    In residential districts, the adult care facility shall be located within the main structure on the lot, and the lot shall not utilize more than seventy-five (75) percent of the gross floor area of the main structure.

## 30.617 "MX-1" MIXED USE DISTRICT

### A.    Purpose and Description

The purpose of the MX-1 District is to concentrate various mixed uses into an area such that residential housing related to the allowed business activities is within a reasonable walking distance from the job opportunity.  It is intended that the District have a unique character created by the mix of zoning uses allowed together with identifiable pedestrian, social, recreational and green space areas.  Another unique character intended is the absence (or reduction) of onsite parking areas and the use of common parking areas.  The mixed uses may be created vertically in a multi-story building or spaced horizontally.  This special district may be created altogether new or by proximity to existing structures and uses. Municipal participation may be created as a central recreational or promotional feature in the District.

### B.    Locational Criteria

An MX district may be designated for areas:

1.  With an existing mix of retail, office, service and residential uses located within one-quarter (1/4) mile of each other; or
2.  On a tract or parcel of at least five (5) acres in size, for which a mixed-use development is proposed.

### C.    Sub-areas

The site shall be divided into the following sub-areas:

1.  A "Center" consisting of retail, civic, professional office; service and multi-family uses.
    a.  The Center shall have a minimum area of 3,000 square feet.
    b.  The Center shall be located on a commercial standard street.
    c.  Each Center shall face or surround a community gathering area (Plaza).
    d.  The Center shall be connected to adjacent streets, crosswalks or lanes that provide access to dwelling units.

2.  A "Neighborhood" or series of neighborhoods, consisting of multi-family or single family uses, small-scale retail and service uses, and public outdoor gathering areas.  Each multi-family unit containing more than 250 units shall have not less than 600 square feet per dwelling unit. All areas of a neighborhood should be within a 10-minute walk from edge to edge.  A neighborhood shall not be less than five nor more than 10 acres in size.
3.  Parks and open spaces, including a Plaza and a greenbelt area shall be provided. The Plaza shall serve as a community focal point and public gathering area.  The

71

## CONTINUED - 30.617 "MX-1" MIXED USE DISTRICT

greenbelt shall provide an identifiable edge to the District, open space for residents and natural areas.  Storm water management must be considered.

4. Landscaping, using drought tolerant, hard and softscape materials shall be provided for each of the uses in the District.

**D.    Density**

The application for a MX-1 Mixed Use District shall include a Master Development Plan layout that shall set forth the number of units per gross residential acre and the total number of dwelling units.  The Development plan shall show all uses intended and features such as landscape, sidewalks, lanes and streets that demonstrate that the Plan accomplishes the purposes and intentions of this document.  The Development plan shall be subject to review by the Fire Marshal, City Engineer and Building Inspector and shall otherwise conform to the codes and Ordinances of the City.

**E.    Abutting Uses**

Subject to review by the City Engineer, different uses may abut on the side or rear lot lines, or face across streets or parks, regardless of whether they are in the same or different land use category.  Retail or service uses may abut single family uses only where the retail or service use is located at the intersection of a main street, boulevard or avenue.

**F.    Use Matrix**

The use matrix is not applicable to the MX-1 District provided that no building permit shall be issued unless the requested use conforms to a Master Development Plan approved as a part of rezoning to an MX-1 District.  If an MX-1 District is not approved pursuant to a rezoning request, permitted uses shall abide by the individual zoning district regulations.

**Figure 8**



72

## 30.618 "O-1" OFFICE DISTRICT

### A.    Purpose and Description

The O-1 district is composed mainly of land and structures occupied by, or suitable for, office uses, while excluding offices which are incidental to a primary use. The district regulations are designed to protect the character of the residential areas by regulating unenclosed activities or uses, which could intrude upon the lifestyle of the community through inappropriate lighting, noise, vibration, smoke, dust, or pollutants. The district regulations implement the policies of the Master Plan by the following:

- Protecting residential areas; and
- Encouraging the transitional character of certain land parcels by permitting a limited group of office uses that are compatible with adjoining residential properties.

### B.    Height, Area and Lot Regulations

**1. Lot Area**: Except as hereinafter provided, all structures hereinafter erected, enlarged, relocated, reconstructed, or converted, shall be located upon lots containing the following areas:  A lot on which there is erected or converted an office shall contain an area of not less than 8,400 for one unit, 10,000 square feet for the first two (2) units and 1,200 square feet for each additional unit.
**2. Lot Frontage:**  There shall be a minimum frontage of 70 feet along a public right-of-way.
**3. Minimum Depth:**   Minimum of one-hundred and twenty (120) feet
**4. Floor Space:**  None
**5. Masonry Required:**  Office buildings shall be constructed of masonry or similar noncombustible materials to the extent of not less than seventy-five (75) percent of overall exterior walls.
**6. Height:**  There shall be a maximum of two and one-half (2 ½) stories allowed in the O-1 district.

### C.    Setback Requirements

**1. Front Yard:**  There shall be a front yard having a minimum of 20 feet from the property line to the building structure.
**2. Rear Yard:**  There shall be a rear yard having a minimum of 25 feet from the structure to the rear property line.
**3. Side Yard:**  There shall be a side yard having a minimum of ten (10) feet from the structure to the side property line.
**4. Corner Lot:**  On any corner lot on which a front yard is required by this Chapter, no wall, fence or other structure shall be erected and no hedge, shrub, tree or other growth shall be maintained within the triangular area formed by the intersecting street lines and a

## CONTINUED - 30.618 "O-1"OFFICE DISTRICT

straight line connecting such street lines at points twenty-five (25) feet from the point of intersection, measured along such street lines.

**5. Landscaping:** The use of drought tolerant turf grasses, such as Zoysia or Buffalo tif or combination, or other drought tolerant plantings and hardscape is strongly recommended. Building(s) for which sixty (60) percent or more of the available interior space is used or proposed to be used for office shall provide twenty percent (20%).

**6. Lighting:** All outdoor lighting shall be hooded and all light emissions shielded, and shall be oriented such that light is directed towards the property and does not trespass onto surrounding properties. Lighting facilities shall be arranged so as to reflect the illumination away from any residentially zoned property. All lighting facilities shall be placed, masked or otherwise arranged such that illumination or glare shall not create a hazard to motorists on any street, alley or other public way. Lights affixed to the buildings shall be mounted no higher than the eves of said building. Lights affixed to a pole shall be mounted no higher than forty percent (40%) of the distance from the front property line to the main structure.

**7. Nonconforming Structures**: The provisions above shall not be applicable to nonconforming dwellings in existence on the date of the adoption thereof or to structures built hereafter on the same lot to replace such nonconforming structures as may be destroyed by fire, windstorm or other involuntary cause.

**8. Public Facilities:** Each lot shall be connected to the City's public water and sewer system and shall have appropriate sidewalks and fire protection. See Chapter 24, "Subdivision and Subdivision Plats."

**9. Outside Storage:** There shall be no outside display or storage of any retail merchandise, equipment, or other business related items, all business activities must be conducted within an enclosed structure, there shall be no outside service or repair of any kind or nature, and there shall be no outside entertainment.

**Figure 9 (O-1 Office)**



DEF LEON VALLEY 0086

## 30.619    "B-1"  SMALL BUSINESS DISTRICT

### A.    Purpose

The B-1 district is composed of land and structures occupied or suitable for such uses as offices, light service, and light retail.  B-1 uses are usually located between residential areas and business areas, and there is no outside storage allowed.  The district regulations implement the policies of the Master Plan by 1) protecting and encouraging the transitional character of certain areas by permitting a limited group of uses of an office, service or retail nature to provide goods and services to surrounding residential districts; and 2) protecting surrounding districts by requiring certain minimum yard and area standard requirements that are compatible with those essential in residential districts.

A B-1 small business is a completely enclosed business not exceeding 3,000 square feet of gross floor area (GFA), where the primary use specifically meets one (1) or more of the following, and no ancillary use conflicts herewith:

1.  A retail facility for the purpose of the sale or lease of personal, novelty, or household items, not including the sale, appliances, firearms, vehicles, vehicle parts, or wholesale items;

2.  A repair facility for the purpose of repair or maintenance of personal, novelty, or household items, not including vehicles, machinery, or appliances;

3.  A service facility for the purpose of providing a service to surrounding districts, but not including vehicle, cremation, embalming, or any service in which there may be disposal, storage, or use of any federally or state regulated chemical, even if incidental to the primary use.

4.  Professional offices.

5.  Low density residential uses are allowed in B-1 (Small Business) districts.

### B.    Height, Area and Lot Regulations

1. **Structures:**  Every building hereinafter erected shall be located on a lot as herein defined and in no case shall there be more than one (1) building on one (1) lot in the "R-1", "R-2" or "B-1" Districts, or as otherwise provided herein, and in no case shall any building be hereinafter erected on more than one (1) lot.
2. **Lot Area:**  There shall be a minimum area of 8400 square feet.
3. **Lot Frontage:** There shall be a minimum frontage of 70 feet along a public right-of-way.
4. **Minimum Depth:** There shall be a minimum of 120 feet.
5. **Floor Space:**  A minimum floor space of 1200 square feet of heated living space shall be provided in each one story structure and 1400 square feet for each two story structure. In no case shall there be any structure with over 3000 square feet in the B-1 district.

DEF LEON VALLEY 0087

**CONTINUED - 30.619 "B-1" SMALL BUSINESS DISTRICT**

**6. Masonry Required:** A minimum of 75% of total overall exterior walls shall be constructed of masonry, or other similar non-combustible materials.

**7. Height:** There shall be a maximum of two and one-half (2 ½) stories allowed.

**D.    Setback Requirements**

**1. Front Yard:** There shall be a front yard having a minimum of twenty-five (25) feet from the front property line to the structure.

**2. Rear Yard:** There shall be a rear yard of not less than thirty (30) feet from rear property line to rear of main structure.

**3. Side Yard:** There shall be a side yard of not less than ten (10) feet from side property line to structure.

**4. Corner Lot:** Where lots abut on two (2) intersecting or intercepting streets, where the interior angle of intersection or interception does not exceed 135 degrees, a side yard shall be provided on the street side equal to the front yard.

**5. Reverse Frontage:** On corner lots, where interior lots have been platted or sold, fronting on the side street, a side yard shall be provided on the street side equal to the front yard on the lots in the rear. No accessory building on said corner lot shall project beyond the front line of the lots in the rear.

**6. Accessory Buildings:** Shall be allowed, but shall be located no closer than 5 feet from any property line, and must be located in the rear yard. In no case shall an accessory building occupy more than 25% of the total open space in the rear yard.

**7. Landscaping:** The use of drought tolerant turf grasses, such as Zoysia or Buffalo tif or combination, or other drought tolerant plantings and hardscape is strongly recommended. Landscaping shall consist of twenty percent (20%) of the street yard. Refer to Section 30.900, "Landscaping," for other regulations regarding site landscaping requirements.

**8. Lighting:** All outdoor lighting shall be hooded and all light emissions shielded, and shall be oriented such that light is directed towards the property and does not trespass onto surrounding properties. Lighting facilities shall be arranged so as to reflect the illumination away from any residentially-zoned property. All lighting facilities shall be placed, masked or otherwise arranged such that illumination or glare shall not create a hazard to motorists on any street, alley or other public way. Lights affixed to the buildings shall be mounted no higher than the eves of said building. Lights affixed to a pole shall be mounted no higher than 40% of the distance from the front property line to the main structure.

**9. Nonconforming Structures:** The provisions of floor space and masonry above shall not be applicable to nonconforming structures in existence on the date of the adoption thereof or to structures built hereafter on the same lot to replace such nonconforming structures as may be destroyed by fire, windstorm or other involuntary cause.

**10. Parking:** Refer to parking table and site requirements.

**11. Public Facilities:** Each lot shall be connected to the City's public water and sewer system, and shall have appropriate sidewalks and fire protection. See Chapter 24, "Subdivisions and Subdivision Plats."

## CONTINUED - 30.619 "B-1" SMALL BUSINESS DISTRICT

**12. Outside Storage:** There shall be no outside display or storage of any retail merchandise, equipment, or other business related items, all business activities must be conducted within an enclosed structure, there shall be no outside service or repair of any kind or nature, and there shall be no outside entertainment.

**Figure 10  (B-1 Small Business)**



## 30.620    "B-2"  RETAIL DISTRICT

### A.    Purpose and Description

The B-2 district is composed of land and structures occupied by or suitable for the furnishing of retail goods and services to surrounding residential areas.  The B-2 district is intended to allow a limited amount of outside storage of retail merchandise.  The district regulations implement the policies of the Master Plan by 1) promoting the offering of goods and services which are appropriate for surrounding business districts; 2) protecting surrounding residential districts by requiring certain minimum yard and area standards are met; 3) encouraging economic viability and stability within the City.

A general description of a B-2" Retail use is a business where the primary use specifically meets one (1) or more of the following, and no ancillary use conflicts herewith:

1.  A retail facility the purpose of which is the sale or lease of personal, novelty, food, alcohol or household items, not including the sale or lease of vehicles, firearms, or wholesale items, with incidental alcohol consumption allowed on-site;
2.  A repair facility the purpose of which is the repair or maintenance of personal, novelty, or household items, including minor appliances, but not including vehicles, machinery or major appliances; and/or
3.  A service facility the purpose of which is providing a service to surrounding districts, including food services if incidental to the primary use, but not including vehicle, cremation, embalming, or any service in which there may be disposal, storage, or use of any federally or state regulated chemical, even if incidental to the primary use.

### B.    Outside Storage Regulations

1.  There shall be no outside storage of any retail or non-retail merchandise, equipment, or other business related items, specifically including six (6) or more business related vehicles and/or any customer vehicles which remain on the property beyond the normal business hours of operation.
2.  A limited amount of outside display is allowed in the B-2 district, including display of plants for sale, display of lawn furnishings for sale, and occasional display of new goods for sale.  These items are to be on display for retail purposes only, and shall only be displayed at such times as the store is actually open for business;
3.  There shall be no outside service or repair allowed in the B-2 district, except for food services, and alcohol services if ancillary to food services, but these must meet the requirements of Chapter 14 "Lots, Yards and Fences" of the Leon Valley City Code regarding screening requirements.

### C.    Height, Area and Lot Requirements

a. **Lot Area:**  There shall be a minimum area of 9,000 square feet.
b. **Lot Frontage:** There shall be a minimum frontage of 70 feet along a public right-of-way.

DEF LEON VALLEY 0090

## CONTINUED - 30.620 "B-2" RETAIL DISTRICT

**c. Minimum Depth:** There shall be a minimum of 130 feet.

**d. Masonry Required:** None.

**e. Height:** There shall be a maximum of three (3) stories allowed.

**C.     Setback Requirements**

**1. Front Yard:** There shall be a front yard having a minimum of 25 feet from the front property line to the structure.

**2. Rear Yard:** None, except in those instances where the retail lot adjoins residential zoning to the rear, a rear yard of twenty-five (25) feet or twenty percent (20%) of the average depth of the lot (whichever is less) shall be provided. In both cases, if the two (2) districts are separated by an alley, said alley is not to be used for purposes of calculating the required setback and the building setbacks are required as if the lots adjoined the residential zoning district.

**3. Side Yard:** None, except in those instances where the property adjoins a residential property to the side, then a side yard of twenty (20) feet shall be provided.

**4. Corner Lot:** Where lots abut on two (2) intersecting or intercepting streets, where the interior angle of intersection or interception does not exceed 135 degrees, a side yard shall be provided on the street side of twenty (20) feet.

**5. Landscaping:** The use of drought tolerant turf grasses, such as Zoysia or Buffalo tif or combination, or other drought tolerant plantings and hardscape is strongly recommended. Landscaping shall consist of twenty percent (20%) of the street yard. Refer to Landscaping Section for other regulations regarding site landscaping requirements.

**6. Lighting:** All outdoor lighting shall be hooded and all light emissions shielded, and shall be oriented such that light is directed towards the property and does not trespass onto surrounding properties. Lighting facilities shall be arranged so as to reflect the illumination away from any residentially-zoned property. All lighting facilities shall be placed, masked or otherwise arranged such that illumination or glare shall not create a hazard to motorists on any street, alley or other public way.

**7. Parking:** Refer to Parking Table for site parking requirements.

**8. Public Facilities:** Each lot shall be connected to the City's public water and sewer system, and shall have appropriate sidewalks and fire protection. See Chapter 24, "Subdivisions and Subdivision Plats."

**9. Nonconforming Structures:** The provisions of floor space and masonry above shall not be applicable to nonconforming structures in existence on the date of the adoption thereof or to structures built hereafter on the same lot to replace such nonconforming structures as may be destroyed by fire, windstorm or other involuntary cause.

DEF LEON VALLEY 0091

Chapter 30 - ZONING
City of Leon Valley

**Figure 11  (B-2 Retail)**



80

## 30.621    "B-3"  COMMERCIAL DISTRICT

### A.    Purpose and Description

The B-3 district is composed of land and structures used to furnish commercial needs, wholesale services, and some light assembling of goods, in addition to most of the uses found in the B-2 district.  The B-3 district regulations are designed to protect the character of the residential areas by regulating unenclosed activities or uses, which could intrude upon the lifestyle of the community through inappropriate lighting, noise, vibration, smoke, dust, or pollutants.  The district regulations implement the policies of the Master Plan by 1) permitting the development of districts for the purpose of providing commercial and wholesale uses; 2) protecting surrounding and abutting areas by requiring certain minimum yard and area standards are met; and 3) encouraging economic viability and stability in the city.

A B-3 use is a business where the primary use specifically meets one (1) or more of the following, and no ancillary use conflicts herewith:

1.  A retail facility the purpose of which is the sale or lease of personal, novelty, food, household, or business items, including wholesale;
2.  A repair facility the purpose of which is the repair or maintenance of personal, novelty, or household items, including appliances and vehicles; and/or
3. A service facility the purpose of which is providing a service to surrounding districts,
4.  Although it may occur in certain instances, it is not intended that the B-3 district abut R-1, R-2, R-4 or R-6 districts.

### B.    Outside Storage Regulations:

1.  Outside display of retail merchandise is allowed in a B-3 district.
2.  Outside storage of retail merchandise is allowed in a B-3 district only if such merchandise is screened in accordance with Chapter 14 "Lots, Yards and Fences" of the Leon Valley City Code.
3.  Outside storage of non-retail equipment, vehicles, including the vehicles of any customers which remain on the property beyond the normal hours of operation, or other business related items, or any hazardous or toxic chemicals or substances shall be allowed in the B-3 district, only with a Specific Use Permit.
4.  A limited amount of outside repair or service is allowed in the B-3 district, but only with a Specific Use Permit, except that food services shall not require a Specific Use Permit, however, they must meet the requirements of Chapter 14, Lots, Yards and Fences of the Leon Valley City Code regarding screening requirements.

### C. Lot Requirements:

**1.** **Lot Area:**  There shall be a minimum lot area of 9,100 square feet.
**2.** **Lot Frontage:** There shall be a minimum frontage of 70 feet along a public right-of-way.

DEF LEON VALLEY 0093

## CONTINUED - 30.621 "B-3" COMMERCIAL DISTRICT

**3. Minimum Depth:** There shall be a minimum of 130 feet.
**4. Masonry Required:** None.
**5. Height:** None.

### D.    Setback Requirements

**1. Front Yard:** There shall be a front yard having a minimum of 25 feet from the front property line to the structure.
**2. Rear Yard:** None, except in those instances where the retail lot adjoins residential zoning to the rear, a rear yard of twenty-five (25) feet or twenty percent (20%) of the average depth of the lot (whichever is less) shall be provided. In both cases, if the two (2) districts are separated by an alley, said alley is not to be used for purposes of calculating the required setback and the building setbacks are required as if the lots adjoined the residential zoning district.
**3. Side Yard:** None, except in those instances where the property adjoins a residential property to the side, then a side yard of twenty (20) feet shall be provided.
**Corner Lot:** Where lots abut on two (2) intersecting or intercepting streets, where the interior angle of intersection or interception does not exceed 135 degrees, a side yard shall be provided on the street side of twenty (20) feet.
**4. Landscaping:** The use of drought tolerant turf grasses, such as Zoysia or Buffalo tif or combination, or other drought tolerant plantings and hardscape is strongly recommended. Landscaping shall consist of twenty percent (20%) of the street yard. Refer to Landscaping Section for other regulations regarding site landscaping requirements.
**5. Lighting:** All outdoor lighting shall be hooded and all light emissions shielded, and shall be oriented such that light is directed towards the property and does not trespass onto surrounding properties. Lighting facilities shall be arranged so as to reflect the illumination away from any residentially-zoned property. All lighting facilities shall be placed, masked or otherwise arranged such that illumination or glare shall not create a hazard to motorists on any street, alley or other public way.
**6. Parking:** Refer to Parking Table for site parking requirements.
**7. Public Facilities:** Each lot shall be connected to the City's public water and sewer system, and shall have appropriate sidewalks and fire protection. See Chapter 24, "Subdivisions and Subdivision Plats".
**8. Nonconforming Structures:** The provisions of floor space and masonry above shall not be applicable to nonconforming structures in existence on the date of the adoption thereof or to structures built hereafter on the same lot to replace such nonconforming structures as may be destroyed by fire, windstorm or other involuntary cause.

DEF LEON VALLEY 0094

**Figure 12  (B-3 Commercial)**



25-ft Rear Yard Setback/20%
(where abuts residential)

20-feet Side Yard Setback
(where abuts residential)

25-ft Front Yard Setback

70-ft Minimum Width of a Lot

DEF LEON VALLEY 0095

## 30.622    "I-1" INDUSTRIAL DISTRICT

### A. Purpose and Description

The I-1 district is composed of land and structures used for assembling, manufacturing or wholesaling where the use and its operation do not affect abutting and/or surrounding uses. The district regulations are designed to allow a wide range of industrial activities subject to limitations designed for mutual protection of land use. The I-1 district includes retail and commercial uses; however, I-1 districts are to be separated from residential areas by business areas or natural and/or manmade barriers. The district regulations implement the policies of the Master Plan by 1) protecting the character of the business and residential areas by regulating unenclosed activities or uses, which could intrude upon the lifestyle of the community through inappropriate lighting, noise, vibration, smoke, dust, or pollutants; 2) encouraging economic viability and stability in the city.

An I-1 business is a business where the primary use specifically meets one (1) or more of the following, and no ancillary use conflicts herewith:

1. A repair facility the purpose of which is the repair and maintenance of goods, including vehicles;
2. A service facility the purpose of which is providing a service to surrounding districts including vehicle and alcohol services; and/or
3. A facility the purpose of which is the assembling, manufacturing, compounding, processing, packaging or testing of goods or equipment within an enclosed area, serviced by trucks or vans and imposing a negligible impact on the surrounding environment by noise, vibration, smoke, dust or pollutants.

### B.    Outside display and storage regulations

1. Outside display of retail merchandise is allowed in an I-1 district.
2. Outside storage of retail merchandise is allowed in an I-1 district only if such merchandise is screened in accordance with Chapter 14 "Lots, Yards and Fences" of the Leon Valley City Code.
3. Outside storage of non-retail equipment, vehicles, or other business related items, shall be allowed as long as the requirements of Chapter 14 "Lots, Yards and Fences" of this Code are met.
4. Any business activity not conducted in an enclosed structure must have appropriate screening, as required by Chapter 14 "Lots, Yards and Fences" of the Leon Valley City Code.

### C. Lot Requirements

5. **Lot Area:** There shall be a minimum area of 10,500 square feet.
6. **Lot Frontage:** There shall be a minimum frontage of 70 feet along a public right-of-way.
7. **Minimum Depth:** There shall be a minimum of 150 feet in depth of the lot.

DEF LEON VALLEY 0096

## CONTINUED - 30.622 "I-1" INDUSTRIAL DISTRICT

**8. Masonry Required:** None
**9. Height:** No limit to height in this district.

### D.    Setback Requirements

**1. Front Yard:** There shall be a front yard having a minimum of 25 feet from the front property line to the structure.

**2. Rear Yard:** None, except in those instances where the retail lot adjoins residential zoning to the rear, a rear yard of twenty-five (25) feet or twenty percent (20%) of the average depth of the lot (whichever is less) shall be provided. In both cases, if the two (2) districts are separated by an alley, said alley is not to be used for purposes of calculating the required setback and the building setbacks are required as if the lots adjoined the residential zoning district.

**3. Side Yard:** None, except in those instances where the property adjoins a residential property to the side, then a side yard of twenty (20) feet shall be provided.

**4. Corner Lot:** Where lots abut on two (2) intersecting or intercepting streets, where the interior angle of intersection or interception does not exceed 135 degrees, a side yard shall be provided on the street side of twenty (20) feet.

**5. Landscaping:** The use of drought tolerant turf grasses, such as Zoysia or Buffalo tif or combination, or other drought tolerant plantings and hardscape is strongly recommended. Landscaping shall consist of twelve percent (12%) of the street yard. Refer to Landscaping Section for other regulations regarding site landscaping requirements.

**6. Lighting:** All outdoor lighting shall be hooded and all light emissions shielded, and shall be oriented such that light is directed towards the property and does not trespass onto surrounding properties. Lighting facilities shall be arranged so as to reflect the illumination away from any residentially zoned property. All lighting facilities shall be placed, masked or otherwise arranged such that illumination or glare shall not create a hazard to motorists on any street, alley or other public way.

**7. Parking:** Refer to parking table and regulations for site parking requirements.

**8. Public Facilities:** Each lot shall be connected to the City's public water and sewer system, and shall have appropriate sidewalks and fire protection. See Chapter 24, "Subdivisions and Subdivision Plats."

**9. Nonconforming Structures:** The provisions of floor space and masonry above shall not be applicable to nonconforming structures in existence on the date of the adoption thereof or to structures built hereafter on the same lot to replace such nonconforming structures as may be destroyed by fire, windstorm or other involuntary cause.

**Figure 13  (I-1 Industrial)**



## 30.623    TABLE OF MINIMUM REQUIREMENTS

In all cases regarding minimum standards set forth in the following table, the table is intended to be used in conjunction with the area requirements set forth in the Zoning District section of this Chapter.

| DISTRICT | USE | MIN FRONT YARD IN FT | MIN SIDE YARD IN FT | MIN REAR YARD IN FT | MIN AREA IN SF | MIN WDTH IN FT | MAX STORY HGHT *** |
|---|---|---|---|---|---|---|---|
| R-1 | SINGLE-FAMILY/ OTHER | 25 | 5 | 30 | 8,400 | 70 | 2.5 |
| R-2 | TWO-FAMILY/ OTHER | 20 | 5 | 30 | * | 85 | 2.5 |
| R-3 | MULTIPLE-FAMILY | 20 | 10 | 25 | * | 85 | 3 |
| R-3A | MULTIPLE-FAMILY RETIREMENT | 25 | 10 | 25 | 5 acres | 85 | 1 cot 3 apt |
| R-4 | TOWNHOUSE | 25 | 10 | 25 | * | 45 | 3 |
| R-5 | MOBILE HOME | 20 | 10 | 25 | 4 acres | 70 | 2.5 |
| R-6 | GARDEN HOUSE | 20 | 5* | 15 | 4,500 | 45 | 2.5 |
| MX-1 | MIXED USE | * | * | * | 5,000 | 85 | * |
| O-1 | OFFICE | 20 | 10 | 25 | 10,000 | 85 | 3 |
| B-1 | SMALL BUSINESS | 25 | 5 | 30 | 8,400 | 70 | 2.5 |
| B-2 | RETAIL | 25 | ** None | ** None | 9,100 | 70 | 3 |
| B-3 | COMMERCIAL | 25 | ** None | ** None | 9,100 | 70 | No Limit |
| I-1 | INDUSTRIAL | 25 | ** None | ** None | 10,500 | 70 | No Limit |

* Refer to appropriate zoning district of District Height, Yard and Area Requirements.
** In those instances where the retail, commercial or industrial lot adjoins on the side of a residential zoning district, a side yard of twenty (20) feet shall be provided.  Where the retail, commercial or industrial lot adjoins residential zoning to the rear, a rear yard of twenty-five (25) feet or twenty (20) percent of the average depth of the lot (whichever is less) shall be provided. In both cases, if the two (2) districts are separated by an alley, said alley is not to be used for purposes of calculating the required setback and the building setbacks are required as if the lots adjoined the residential zoning district.**Refer to Development Regulations "Height" for allowed exceptions to the minimum height requirement.

a.      PROCEDURAL REGULATIONS FOR USE CLASSIFICATION.

(1)     Section 30.600 through Section 30.701, shall be utilized in determining use classification, permitted zoning district(s), and restrictions regarding uses.

(2)     When specified in the Permitted Use Table, a use shall be allowable in the zoning district(s) as shown, unless further restrictions make such use(s) in that zone impermissible.

(3)     When not specified in the Permitted Use Table or Section 30.701, the use shall be subject to the rules applicable to Non-Specified Uses, found elsewhere in this Chapter, unless every aspect of the use is consistent with the intent of this Chapter, and such use meets the criteria of the District Categories.

(4)     Whether a use falls under a table or category shall be determined by the Zoning Administrator.

(5)     Where a site has more than one (1) use, the primary use shall override. In cases where each use is equal, the use which has the most restrictive zoning district and regulations shall override.

(6)     Any wholesale use not specifically denoted as such in the Permitted Use Table shall be classified as a wholesale facility.

DEF LEON VALLEY 00101

| 30.700 | | | PERMITTED USE TABLE | | | |
|---|---|---|---|---|---|---|

| √-Allowed by Right | | X-Not Allowed | | | | SUP-Specific Use Permit Required |
|---|---|---|---|---|---|---|
| **Use** | **0-1** | **B-1** | **B-2** | **B-3** | **I-1** | **NOTES** |
| Adult Care Facility | SUP | SUP | √ | √ | √ | **SEE Section 30.616, "Adult Care Facilities" |
| Air Conditioning Repair | X | X | X | √ | √ | |
| Air Conditioning Sales-repair and/or service incidental | X | X | √ | √ | √ | |
| Alcoholic Beverage Sales-NO on-premise consumption | X | X | √ | √ | √ | |
| Alteration and Repair of Apparel | X | X | √ | √ | √ | |
| Ambulance Service | X | X | X | √ | √ | |
| Animal Clinic | X | X | √ | √ | √ | |
| Animal Shelter/Pound | X | X | X | √ | √ | |
| Antique Store | X | √ | √ | √ | √ | |
| Appliance, Minor-Repair | X | X | √ | √ | √ | |
| Appliance, Major-Repair | X | X | X | √ | √ | |
| Appliance Store repair and/or service incidental | X | X | √ | √ | √ | |
| Art Gallery/Museum | X | √ | √ | √ | √ | |
| Assembly/Packaging | X | X | X | SUP | √ | |
| Attended Donation Station/Facility | X | X | SUP | SUP | √ | |
| Auditorium, Convention Center, and Other Similar Meeting Facilities | X | X | SUP | SUP | √ | |
| Automobile Accessories – Retail Sales w/Installation and/or Repair Incidental | X | X | SUP | √ | √ | |
| Automobile Accessories, Parts and Components to include Inspection Retail Sales only w/o Installation and/or Repair Incidental | X | X | √ | √ | √ | |
| Automobile and Boat Storage | X | X | X | SUP | √ | |
| Automobile Auction | X | X | X | X | √ | **vehicles to be in operating condition w/current sticker and license |
| Automobile Lubrication Service Facility-Lubrication Only | X | X | √ | √ | √ | |
| Automobile Parts and Components Retail Sales with Installation and/or Repair Incidental | X | X | X | √ | √ | |

| √-Allowed by Right | X-Not Allowed | | | | SUP-Specific Use Permit Required |
|---|---|---|---|---|---|
| **Use** | **O-1** | **B-1** | **B-2** | **B-3** | **I-1** | **NOTES** |
| Automobile Rental with Unenclosed On-Site Storage of not more than twelve (12) Private Passenger Vehicles | X | X | √ | √ | √ | |
| Automobile Rental On Site Storage | X | X | X | √ | √ | |
| Automobile Rental and/or Sales | X | X | X | √ | √ | |
| Automobile Repair and/or Service | X | X | X | √ | √ | |
| Automobile Repair and/or Service- Brake Repair Facility | X | X | X | √ | √ | |
| Automobile Service Station- Gasoline Sales Only | X | X | √ | √ | √ | |
| Automobile Service Station- Repair Incidental | X | X | X | √ | √ | |
| Automobile and Truck Sales- Service Incidental | X | X | X | √ | √ | |
| Automobile/Vehicle Inspection Station | X | X | √ | √ | √ | |
| Automobile/Vehicle Storage | X | X | X | √ | √ | **vehicles to be in operating condition w/current sticker and license |
| Automobile Wrecker Service | X | X | X | X | √ | |
| Bait Store | X | X | X | √ | √ | |
| Bakery | X | X | √ | √ | √ | |
| Bank, Savings & Loan | X | X | √ | √ | √ | |
| Bar | X | X | X | SUP | SUP | |
| Barber or Beauty Equipment and Supplies | X | X | √ | √ | √ | |
| Barber or Beauty Shop | √ | √ | √ | √ | √ | |
| Bicycle Sales and Repair | X | X | √ | √ | √ | |
| Boat Sales and Service Facility | X | X | X | SUP | SUP | |
| Bookstore | √ | √ | √ | √ | √ | |
| Building Specialty Store | X | X | √ | √ | √ | |
| Cabinet or Carpenter Shop | X | X | X | √ | √ | |
| Camera/Photographic Supply | X | X | √ | √ | √ | |

DEF LEON VALLEY 00103

| √-Allowed by Right | | | X-Not Allowed | | SUP-Specific Use Permit Required | |
|---|---|---|---|---|---|---|
| **Use** | **O-1** | **B-1** | **B-2** | **B-3** | **I-1** | **NOTES** |
| Candy, Nut and Confectionery Store | X | X | √ | √ | √ | |
| Carwash (Automatic) | X | X | X | √ | √ | Vacuum cleaners must be set back a minimum of 50-feet from residential areas |
| Carwash (Self-Service) | X | X | SUP | √ | √ | Vacuum cleaners must be set back a minimum of 50-feet from residential areas |
| Catering Facility | X | X | √ | √ | √ | |
| Cemetery | X | X | X | SUP | SUP | |
| Child Care Facility | SUP | SUP | √ | √ | X | **SEE Section 30.615, "Child Care Facilities" |
| Churches | X | X | X | √ | X | |
| Cleaning Products | X | X | √ | √ | √ | |
| Clinic, Dental or Medical | √ | √ | √ | √ | X | |
| Clothing and Accessory Store | X | X | √ | √ | X | |
| Club or Lodge (private) | X | SUP | SUP | SUP | SUP | **NO sale of alcoholic beverages in B-1 |
| Cold Storage Plant | X | X | X | SUP | √ | |
| Communications Distribution HUB | X | X | SUP | SUP | √ | |
| Computer Store/Similar Business Machines Retail Sales with Installation and/or Repair Incidental | X | X | √ | √ | √ | |
| Contractor Facility | X | X | √ | √ | √ | |
| Convenience Store | X | X | √ | √ | √ | **If the use is 24-hours a SUP is required |
| Cosmetics Store | √ | √ | √ | √ | X | |
| Creamery | X | X | X | X | √ | |
| Dairy Product Sales | X | X | √ | √ | √ | |
| Dance Hall | X | X | X | SUP | SUP | ALSO SEE Bar, Club or Lodge (private) |
| Department and/or Variety Store | X | X | √ | √ | √ | |
| Drug Store | X | √ | √ | √ | √ | |
| Dry Cleaning - Pick-up station ONLY | √ | √ | √ | √ | √ | |

| √-Allowed by Right | | | X-Not Allowed | | | SUP-Specific Use Permit Required |
|---|---|---|---|---|---|---|
| **Use** | **O-1** | **B-1** | **B-2** | **B-3** | **I-1** | **NOTES** |
| Dry Cleaning Plant | X | X | X | SUP | SUP | |
| Electroplating | X | X | X | X | SUP | |
| Entertainment-INDOOR Billiard Parlor, Bowling Center, Playground, Skating Center, Video/Game Room | X | SUP | SUP | SUP | √ | |
| Entertainment-OUTDOOR Baseball/Softball/Volleyball Park, Equestrian Center, Fairground, Football Field, Go-Karts, Golf-miniature or Other, Sports Complex | X | SUP | SUP | SUP | X | |
| Exterminator | X | X | X | √ | √ | |
| Farm | √ | √ | √ | √ | √ | |
| Farm Equipment Sales and Service | X | X | X | √ | √ | |
| Feed, Seed, and/or Fertilizer Retail Sales ONLY | X | X | √ | √ | √ | |
| Firearms and/or Ammunition | X | X | SUP | SUP | SUP | |
| Fish Market (fully enclosed) | X | X | √ | √ | √ | |
| Fish Market, Wholesale | X | X | X | X | SUP | |
| Flea Market | X | X | X | √ | √ | **SEE additional regulations Section 30.701 |
| Floor Cleaning Service | X | X | SUP | √ | √ | |
| Floor Covering Sales | X | X | √ | √ | √ | |
| Floral Shop | √ | √ | √ | √ | √ | |
| Food Processing Facility | X | X | X | X | SUP | |
| Food Product Sales | X | X | √ | √ | √ | |
| Freight Depot (truck) | X | X | X | X | SUP | |
| Fruit and Produce Market | X | X | √ | √ | √ | |
| Funeral Home/Mortuary | X | X | SUP | √ | √ | |
| Furniture Repair and/or Upholstery Shop | X | X | X | √ | √ | |
| Furniture Sales | X | X | √ | √ | √ | |
| Garden Specialty Store | X | X | √ | √ | √ | |

| √-Allowed by Right | | X-Not Allowed | | | | SUP-Specific Use Permit Required |
|---|---|---|---|---|---|---|
| **Use** | | O-1 | B-1 | B-2 | B-3 | I-1 | NOTES |
| Gift Shop | | √ | √ | √ | √ | X | |
| Glass, Sheet -Sales ONLY | | X | X | √ | √ | √ | |
| Grocery Store w/Food and Produce Market Incidental | | X | √ | √ | √ | √ | |
| Gymnasium/Physical Fitness Facility | | X | X | √ | √ | √ | |
| Hardware Store | | X | X | √ | √ | √ | |
| Hobby Supply Store (crafts) | | X | √ | √ | √ | √ | |
| Hospital | | X | X | SUP | √ | √ | |
| Intradermal Permanent Cosmetics | | X | SUP | SUP | √ | √ | |
| Interior Decorating Studio | | √ | √ | √ | √ | √ | |
| Jewelry Sales and Repair | | √ | √ | √ | √ | √ | |
| Kennel | | X | X | X | SUP | SUP | |
| Laboratory, Dental or Medical | | X | X | SUP | √ | √ | |
| Laboratory, Research | | X | X | X | √ | √ | |
| Laboratory, Testing | | X | X | X | X | √ | |
| Laundromat | | X | X | √ | √ | √ | |
| Laundry Supply-to include uniform/linen/diaper service | | X | X | X | SUP | √ | |
| Leather Goods or Luggage Store | | X | √ | √ | √ | √ | |
| Library | | X | √ | √ | √ | √ | |
| Locksmith | | X | √ | √ | √ | √ | |
| Lodging | Boarding House | X | SUP | X | X | X | **ALSO SEE Section 30.613 "Residential Use Table" |
| | Convalescent Ctr. | X | X | SUP | √ | √ | |
| | Nursing Home | X | SUP | SUP | √ | √ | |
| | Hotel | X | X | X | √ | √ | |
| | Inn | X | SUP | √ | √ | X | |
| | Motel | X | X | X | √ | √ | |
| | Suite Hotel | X | X | X | √ | √ | |

DEF LEON VALLEY 00106

| √-Allowed by Right | | X-Not Allowed | | | SUP-Specific Use Permit Required | |
|---|---|---|---|---|---|---|
| Use | O-1 | B-1 | B-2 | B-3 | I-1 | NOTES |
| Lumberyard | X | X | X | SUP | √ | |
| Machine, Tools and Construction Equipment to include sales, service and repair | X | X | X | √ | √ | |
| Manufacturing | X | X | X | SUP | √ | |
| Medical Equipment and Supplies | X | X | √ | √ | √ | |
| Motorcycle Sales, Repair, and Service | X | X | X | SUP | √ | |
| Moving and Transfer Company | X | X | X | √ | √ | |
| Music Store | X | X | √ | √ | √ | |
| Non-Emergency Medical Transport Service | X | X | √ | √ | √ | |
| Office Equipment and Supply | X | X | √ | √ | √ | |
| Office, Professional also see Clinic, Dental or Medical | √ | √ | √ | √ | √ | |
| Optical Store | X | √ | √ | √ | √ | |
| Paint and Wallpaper | X | X | √ | √ | √ | |
| Park and Ride | X | X | X | SUP | SUP | |
| Parking Lot or Parking Garage | X | X | √ | √ | √ | |
| Pawn Shop | X | X | X | X | √ | |
| Pet Grooming | X | X | √ | √ | √ | |
| Pet Store | X | X | √ | √ | √ | |
| Photographic Equipment and Supplies | X | X | √ | √ | √ | |
| Picture Framing Shop | X | X | √ | √ | √ | |
| Plant Nursery I | SUP | SUP | √ | √ | √ | There shall be no sales or advertising signs and accessory buildings shall not exceed 600 square feet, nor be closer than fifty (50) feet to any property line. |
| Plant Nursery II | X | X | SUP | SUP | SUP | In a B-2 zone, there shall be no outside storage except live plant material, subject to screening requirements as stated in Chapter 14. |
| Plant Nursery III | X | X | SUP | √ | √ | In a B-2 zone, there shall be no outside storage except live plant material, subject to screening requirements as stated in Chapter 14. |
| Plant Nursery IV | X | X | X | √ | √ | In a B-2 zone, there shall be no outside storage except live plant material, subje screening requirements as stated in Chap 14. |

DEF LEON VALLEY 00107

| √-Allowed by Right | | X-Not Allowed | | | SUP-Specific Use Permit Required |
|---|---|---|---|---|---|
| Use | O-1 | B-1 | B-2 | B-3 | I-1 | NOTES |
| Plant Nursery Sales, Greenhouse | X | X | √ | √ | √ | |
| Playground Equipment Sales | X | X | X | √ | √ | |
| Playroom/ Birthday Party Room, Children Only | X | SUP | √ | √ | X | |
| Plumbing Fixture Store | X | X | √ | √ | √ | |
| Pool and Spa Sales | X | X | √ | √ | √ | |
| Portable Building Sales-manufactured, modular, mobile, prefabricated | X | X | X | √ | √ | |
| Post Office | X | X | √ | √ | √ | |
| Printing and Reproduction Services | X | X | SUP | √ | √ | |
| Propane Facility | X | X | X | SUP | SUP | |
| Radio or Television Station-without transmitter tower or disc | X | X | √ | √ | √ | A station with a transmitter requires an SUP in all the allowed districts |
| Recreational Facility, Neighborhood | X | √ | √ | √ | √ | |
| Restaurant and/or Food Establishment cafeteria, café, delicatessen, frozen dessert shop and other similar uses (completely enclosed) | X | X | √ | √ | √ | Drive-thru SEE Section 30.800, "Parking Regulations," Part 8D,"Off-Street Parking Requirements" |
| Restaurant and/or Food Establishment (not completely enclosed) | X | X | SUP | √ | √ | Drive-thru SEE Section 30.800, "Parking Regulations," Part 8D, "Off-Street Parking Requirements" |
| Repair Shop | X | X | X | √ | √ | |
| Retail Outlet Store | X | X | √ | √ | √ | |
| Salon Specialty -tanning, reducing, nail, massage | X | √ | √ | √ | √ | |
| School | √ | √ | √ | √ | √ | |
| School, Vocational | X | X | X | √ | √ | |
| Self-Storage Facility | X | X | √ | √ | √ | The following uses are prohibited in facilities: 1) Any waste, debris, food, animal, or agricultural storage, and any inanimate stable materials which are volatile, combustible, noxious, explosive, or dangerous; or 2) The establishment or operation of a transfer and storage business |
| Shoe Sales and/or Repair | X | X | √ | √ | √ | |
| Sign Shop | X | X | SUP | √ | √ | |
| Small Arms Firing Range-INDOOR | X | X | X | SUP | SUP | |
| Sporting Good Store | X | X | √ | √ | √ | |

| √-Allowed by Right | | X-Not Allowed | | | SUP-Specific Use Permit Required |
|---|---|---|---|---|---|
| **Use** | **O-1** | **B-1** | **B-2** | **B-3** | **I-1** | **NOTES** |
| Stamp and/or Coin Store | √ | √ | √ | √ | √ | |
| Stationery Sales | X | √ | √ | √ | √ | |
| Studio for Fine Arts | SUP | SUP | √ | √ | √ | |
| Tailor Shop | X | √ | √ | √ | √ | |
| Taxidermist | X | X | X | SUP | SUP | |
| Telecommunication Antennae/Towers | X | X | X | SUP | SUP | **SEE "ADDITIONAL REGULATION," Section 30.701 |
| Telephone Sales-to include mobile | X | X | √ | √ | √ | |
| Temporary Use | X | X | X | SUP | SUP | **SEE "ADDITIONAL REGULATION," Section 30.701 |
| Theater, INDOOR | X | X | √ | √ | √ | |
| Theater, OUTDOOR | X | X | X | SUP | SUP | |
| Tobacco Store | X | X | √ | √ | √ | |
| Tool and Equipment Rental | X | X | √ | √ | √ | |
| Toy Store | X | X | √ | √ | √ | |
| Trophy Sales | X | √ | √ | √ | √ | |
| Truck (Heavy) Repair/Maintenance | X | X | X | X | √ | |
| University | X | X | X | √ | X | |
| Videotape Sales and Rental | X | X | √ | √ | √ | |
| Warehouse Storage Facility | X | X | X | √ | √ | |
| Watch and Clock Repair | √ | √ | √ | √ | √ | |
| Welding Shop | X | X | X | X | √ | |
| Wholesale Facility | X | X | X | √ | √ | |

DEF LEON VALLEY 00109

## 30.701    PERMITTED USES WHICH REQUIRE ADDITIONAL REGULATIONS

### a.    TEMPORARY USES

(1)    Uses that are temporary in nature shall require a Specific Use Permit for the duration of the use, regardless of whether they are the primary use of the site.

(2)    The specific duration of the use shall be determined during the Specific Use Permit process.

(3)    Temporary uses are characterized by such activities as the sale of agricultural/floral products, Christmas tree sales, fireworks, carnivals, flea markets, clothing, shoe or accessory tents and special events not included under Chapter 26, "PARADES," but is not intended to include those structures used to house contracting office(s) during temporary construction phases.

(4)    A continuous Specific Use Permit is necessary for any duration of more than six (6) weeks, whether such use is daily, weekly, or monthly.

### b.    ANTENNA, TOWER, AND/OR ALTERNATIVE TOWER STRUCTURES

Antennas, towers and alternative tower structures, other than receive only antennas, are permitted only in the B-3 or I-1 zoning districts and only if the minimum requirements as established herein are met, or any other applicable requirements of the Specific Use Permit, if so required:

(1)    PURPOSE AND GOALS.

The purpose of this section is to establish regulations for the placement of towers and antennas on public and private property. The goals of this section are to:

A.    encourage the location of towers in non-residential areas and minimize the total number of towers throughout the community;

B.    encourage strongly the joint use of the new and existing tower sites;

C.    require users of towers and antennas to locate them, to the extent possible, in areas where the adverse impact on the community is minimal;

97

D.    require users of towers and antennas to configure them in a way that minimizes the adverse visual impact of the towers and antennas, and

E.    enhance the ability of the providers of telecommunications services to provide such services to the community quickly, effectively, and efficiently.

(2)    APPLICATION REQUIREMENTS

A.    The proponent of a new tower site other than a radio, television or microwave broadcasting or transmission facility shall provide the following documentations for review by the Development Department:

1.    Inventory of existing sites.  Each applicant for one or more towers shall provide to the Development Department and inventory of its existing towers, including specific information about the location, height, and design of each tower.  The Development Department shall maintain an inventory of existing towers, including specific information about the location, height, and design of each tower. The City may share such information with other persons, organizations or governmental authorities to locate antennas within the City;

2.    Availability of suitable existing towers or other structures.  No new tower shall be permitted unless the applicant demonstrates to the reasonable satisfaction of the Development Department that no existing tower or structure can accommodate the applicant's proposed antenna.  Evidence submitted may consist of the following:

(a)    no existing towers or structures are located within the geographic area required to meet applicant's engineering requirements;

(b)    existing towers or structures are not of sufficient height to meet applicant's engineering requirements;

(c)    existing towers or structures do not have sufficient structural strength to support applicant's proposed antenna and related equipment and cannot be reinforced to provide sufficient structural strength;

(d)    the applicant's proposed antenna would cause electromagnetic interference with the antenna on the existing towers or structures, or the antenna on the existing towers or structures would cause interference with the applicant's proposed antenna;

(e)    the fees or costs required to share an existing tower or structure or to adapt an existing tower or structure for sharing are unreasonable. Costs below new tower development are presumed reasonable;

98

(f)     property owners or owners of existing towers or structures are unwilling to accommodate the applicant's needs;

(g)     the applicant demonstrates that there are other limiting factors that render existing towers and structures unsuitable.

(h)     Site plan.  Each applicant requesting a permit under this section shall submit a scaled site plan and a scaled elevation view and other supporting drawings, calculations, and other documentation, signed and sealed by appropriate professional engineers, showing the location and dimensions of all improvements, including information concerning topography, radio frequency coverage, tower height requirements, setbacks, drives, parking, fencing, landscaping, adjacent uses, and other information necessary to assessment compliance with this ordinance.

(i)     prior to the installation of any building/roof mounted telecommunications antenna, antenna array or support structure the City Building Official may require an engineer's certification that the structure will support and not be adversely affected by the proposed antenna and associated equipment.

3.     Residential setback.  Towers must be set back a distance equal to the height of the tower from any off-site residential structure and shall not be placed within the minimum yard setback requirement in the zoning district in which they are located.

4.     Yard setback.     Towers and accessory facilities must satisfy the minimum yard setback requirements for the zoning district in which they are located.

5.     Security fencing.  Towers shall be enclosed by security fencing not less than six feet in height, shall be equipped with an appropriate anti-climbing device, and shall be screened and landscaped from view.

6.     Signage.     Except as otherwise permitted in this ordinance, no signage, lettering, symbols, images, or trademarks in excess of 200 square inches (1290 square cm) shall be placed on or affixed to any part of a telecommunications tower, antenna, antenna array, equipment building, or security fencing other than as required by FCC regulations or other applicable law.

7.     Lighting.     Except as otherwise permitted in this ordinance, no signals, lights or illumination of any kind shall be permitted on or directed toward any tower unless required by the FCC, the FAA or other appropriate public authority.

8.     Aesthetics.  Towers shall either maintain a galvanized steel finish or, subject to any applicable standards of the FAA, be painted sky blue or gray, so as to reduce visual obtrusiveness.  At a tower site, the design of the buildings and related structures shall, to the extent possible, use materials, colors,

99

textures, screening, and landscaping that will blend the tower facilities to the natural setting and built environment. If an antenna is installed on a structure other than a tower, the antenna and supporting electrical and mechanical equipment must be of a neutral color that is identical to, or closely compatible with, the color of the supporting structure so as to make the antenna and related equipment as visually unobtrusive as possible.

9.    Federal requirements. All towers must meet or exceed current standards and regulations of the FAA, the FCC, and any other agency of the federal government with authority to regulate towers and antennas. If such standards and regulations are changed, then the owners of the towers and antennas governed by this section shall bring such towers and antennas into compliance with such revised standards and regulations within six (6) months of the effective date of such standards and regulations.

10.    Building codes; safety standards. To ensure the structural integrity of towers, the owner of a tower shall ensure that it is maintained in compliance with standards contained in applicable local building codes and the applicable standards for tower that are published by the Electronic Industries Association (EIA-222), as amended from time to time. If, upon inspection, the tower fails to comply with such codes and standards and constitutes a danger to persons and property, then upon notice being provided to the owner of the tower, the owner shall have thirty (30) days to bring such tower into compliance. If the owner fails to bring such tower into compliance within the said thirty (30) days, the City may remove such tower or cause such tower to be removed at the owner's expense.

11.    Removal of abandoned antennas and towers. Any antenna or tower that is not operated for a continuous period of twelve (12) months shall be considered abandoned, and the owner of such antenna of tower shall remove same within ninety (90) days of receipt of notice from the City notifying the owner of such abandonment. If such antenna or tower is not removed within said ninety (90) days, the City may cause such antenna or tower to be removed at the owner's expense. If there are two or more users of a single tower, then this provision shall not become effective until all users cease using the tower.

12.    Refusal to grant request. Rejection of an application for a permitted use request for an antenna, tower or alternative tower structure by the Development Department shall require the proponent to submit a zoning case for a Specific Use Permit in accordance with Section 30.3000 of the Chapter or by appeal to the Board of Adjustment.

DEF LEON VALLEY 00113

## 30.800    PARKING REGULATIONS

a.    PURPOSE.  It is the purpose of this section to:

(1) establish specific standards for the provision of off-street parking and loading space for every type of land use within the City;

(2) lessen congestion on public thoroughfares;

(3) reduce public safety hazards caused by failure to provide adequate parking and loading space; and

(4) facilitate the adequate and safe provision of transportation and expedite the movement of traffic on public thoroughfares through recognition that the provision of off-street parking must be responsive to the diverse requirements of individual land uses.

b.    GENERAL PROVISIONS.

(1)    No land shall be used, and no building shall be erected, altered, used, or occupied, and no use shall be operated in any zoning district unless the off-street parking facilities herein required are provided.

(2)    Off-street parking facilities and off-street truck loading facilities in excess of the amounts heretofore required, need not be provided nor maintained for land, structures, or uses actually used, occupied and operated on the effective date of this Chapter, but may be provided, if so desired by the owner and not in conflict with any other City ordinances.

(3)    In the event that after the effective date of this Chapter existing land, structures, or uses are enlarged or expanded, the land, structures, and uses hereby included shall not be used, occupied, or operated unless there is provided, for the increment only, of such land, structures and uses, at least the amount of off-street parking facilities and off-street truck loading facilities that would be required hereunder if the increment were a separate land, structure or use.

(4)    The provisions of this Chapter shall be in conjunction with the general guidelines established in the 7th Edition Trip Generation Manual, 2003, and as amended, regarding parking.  Where such manual is in conflict herewith, this Chapter shall override.  Where guidelines are laid out in that manual, and not precluded under this Chapter, the Zoning Administrator shall have the option, in appropriate cases, of referring to that manual.  To that extent and only to that extent such manual is hereby adopted.

101

c.      REGULATIONS.

(1)    OFF-STREET PARKING AND LOADING SPACES
REQUIRED

A.    In all districts, for every use, there shall be provided at the time any building is erected or increased in capacity, or at the time any other use is established, off-street parking and loading space in accordance with the provisions specified herein.

B.    The provision for and maintenance of off-street parking facilities herein required shall be the joint and several responsibility of the operator and owner of the use, structure and/or land on which is located the use for which off-street parking facilities are required.

C.    The minimum requirements for off-street parking facilities are found in OFF-STREET TRUCK LOADING REQUIREMENTS. These classifications of uses enumerated in said table are general and are intended to include all similar uses. As part of the procedure for the review and consideration of the required parking, the applicant may be required to submit a Parking Analysis, prepared in accordance with the provisions established herein. Where a classification of uses is not determinable from said table, the Zoning Administrator, or his designate, shall fix the classification.

D.    Notwithstanding the amount of off-street parking required by this Chapter, the Zoning Administrator may approve less off-street parking when the proponent of a use demonstrates that, due to special circumstances involved with a particular use, it is obvious that the off-street parking required by this Chapter exceeds any reasonable likely need.

(2)    OFF-STREET PARKING SIZE AND LOCATION

A.    Minimum dimensions for off-street parking spaces and maneuvering aisles shall be determined by the application of the parking dimension matrix as shown in the Trip Generation Traffic Manual.

B.    Each off-street parking space shall be an area of not less than 162 square feet (not less than nine (9) feet in width or eighteen (18) feet in length), exclusive of access or maneuvering area, ramps and other appurtenances, except as specifically provided in other portions of this Chapter.

C.    Except as otherwise permitted under a special plan for location or sharing of facilities, off-street parking facilities shall be located on the lot on which the use or structure for which they are provided is located.

102

D.    All parking areas containing three (3) or more parking spaces shall include a turnaround which is designed and located so that vehicles can enter and exit the parking area without backing onto a public right-of-way. Each required parking stall shall be individually and easily accessible based on good engineering practice. All portions of a public lot or garage shall be accessible to other portions thereof without requiring the use of any public street.

E.    Small car parking spaces, whether provided to satisfy the minimum parking requirements of this ordinance or to provide excess or overflow parking, shall not be permitted unless in compliance with the Compact Car System of Parking as described in the Trip Generation Traffic Manual.

(3)    DESIGN AND CONSTRUCTION STANDARDS OF OFF-STREET PARKING

A.    All off-street parking areas and spaces shall be designed and constructed so as to have unencumbered ingress and egress to a public thoroughfare at all times. All maneuvering for off-street parking shall be accomplished on private property, except in R-1 (Single-Family), R-2 (Two-Family) and R-6 (Garden Home) dwelling areas.

B.    Off-street parking facilities shall be constructed, maintained and operated in accordance with the following specifications:

1. DRAINAGE AND SURFACING.
Parking areas shall be properly graded for drainage, with an all-weather paved surface and maintained in good condition, free of weeds, dirt, trash, and debris.

2. WHEEL GUARDS.
Boundary or perimeter areas shall be provided with wheel guards, so located that no part of parked vehicles will extend beyond the property line of the parking area. All parking lots and garages serving nonresidential uses shall be provided with a concrete or masonry inner curb or free-standing wheel stop to separate the parking area from public right-of-way. The wheel stop shall be set back from the property line so that no part of a vehicle shall extend onto public property, streets, or sidewalks. Such wheel stop shall be a minimum of six (6) inches in width and six (6) inches in height, and shall be permanently and securely anchored to the pavement. The Zoning Administrator may require the placement of curbs or free-standing wheel stops in specific locations as needed to correct existing problems caused by vehicular overhang onto right-of-way, streets or sidewalks. The property owner shall replace any damaged, missing, or unanchored curbs or wheel stops as necessary or required by the City.

3. LIGHTING.
All parking areas shall be lighted, with the exception of R-1, R-2, R-6 areas. Lighting facilities shall be arranged so as to reflect the

illumination away from any residentially-zoned property. All lighting facilities shall be placed, masked or otherwise arranged such that illumination or glare shall not create a hazard to motorists on any street, alley or other public way. shall be so arranged that they neither unreasonably disturb occupants of adjacent residential properties nor interfere with traffic.

### 4. ENTRANCES/EXITS.
Facilities shall be provided with entrances and exits so located as to minimize traffic congestion.

### 5. PROHIBITION OF OTHER USES.
Parking areas shall not be used for the sale, repair, dismantling or servicing of any vehicles, equipment, materials, or supplies nor for parking lots, or garages unless specifically permitted in the zoning district.

### 6. PAVEMENT AND IDENTIFICATION REQUIRED.
All required off-street parking and loading areas, maneuvering aisles, and access ways to any required off-street parking or loading areas, in all zoning districts, shall be paved in accordance with the standards prescribed by the City of Leon Valley. Except for single-family, duplex and townhouse dwellings, parking stalls and spaces shall be permanently and clearly identified by stripes, buttons, tiles, curbs, barriers or other approved methods.

### 7. MAINTENANCE.
Internal curbs and wheel stops shall be continuously poured in place or shall be attached to the pavement to prevent movement. Nonpermanent-type markings, such as paint, shall be regularly maintained to ensure continuous identification of the space or stall.

### 8. DRIVEWAY AND RAMP SLOPES.
The maximum slope of any driveway or ramp shall not exceed fourteen percent (14%). Transition slopes in driveways and ramps shall be provided in accordance with the standards set by the City of Leon Valley and the jurisdiction's engineer.

104

## (4) REDUCTION OF OFF-STREET PARKING

Pursuant to the procedure hereinafter set forth, either part or all of the required off-street parking facilities may be located on a site other than the one occupied by the use or structure requiring such facilities. Two (2) or more uses may share the same off-street parking facilities and each of such uses may be considered as having provided such shared space individually. Such shared parking space, however, shall not be considered as having been provided individually unless the schedules of operation of all such uses are such that none of the uses sharing the facilities require the off-street parking facilities at the same time.

A.     COOPERATIVE     PARKING     PLAN.     The arrangement for sharing of off-street parking facilities shall be known and described as a Cooperative Parking Plan.

B.     APPLICATION PROCEDURE. An application for approval of a Cooperative Parking Plan shall be filed with the Zoning Administrator, or his designate, by the owner(s) of all structures then existing on a subject land area, and all parties having a legal interest in such land area and structures. Sufficient evidence to establish the status of the applicants as owners or parties in interest shall be provided. The application shall include 1) a Parking Analysis with plans showing the location of the uses or structures for which off-street parking facilities are required and the location of the off-street parking facilities; 2) the schedule of times used by those sharing in common; and 3) any miscellaneous pertinent information as may be applicable to the request or as may be requested by City staff.

C.     REVIEW OF APPLICATION.     The application shall be reviewed for approval or disapproval by the Zoning Administrator or his designate.

D.     REGISTRATION OF COOPERATIVE PARKING PLANS. Upon approval of the Plan, a copy of such Plan shall be registered among the records of the City Secretary and shall thereafter be binding upon the applicants, their heirs, successors and assigns. This registration shall limit and control the issuance and validity of permits and certificates and shall restrict, limit and control the use and operation of all land structures included within such Cooperative Parking Plan.

E.     AMENDMENT     OR     WITHDRAWAL     OF COOPERATIVE PARKING PLAN. Pursuant to the same procedure and subject to the same limitations and requirements by which the Cooperative Parking Plan was approved and registered, any such Plan may be amended or withdrawn, either partially or completely, if all land and structures remaining under such Plan comply with all the conditions and limitations of the Plan and all land and structures withdrawn from such Plan comply with the regulations of this Chapter.

DEF LEON VALLEY 00118

(5)    ALTERNATE LANDSCAPING

In all districts in which a shopping center or office building is a permitted use, and where such shopping center or office building contains in excess of 50,000 square feet of gross leasable area or where not less than 200 off-street parking spaces are required,  then the first eighteen (18) feet of the parking lot serving such facility, and which portion abuts an arterial thoroughfare, may be devoted to landscaped open space in lieu of the required off-street parking spaces that would otherwise occupy such space.  Such alternate landscaping shall be subject to the following conditions:

A.    That such credit shall result in a reduction of at least ten (10) percent of the required off-street parking spaces for the shopping center or office building;

B.    That the shopping center or office building would otherwise meet all applicable off-street parking requirements if such area was devoted to parking space rather than alternate landscaped area;

C.    Such credit shall not be applicable to a reduction in off-loading requirements;

D.    Such alternate landscaping area shall not count toward satisfying the minimum on-site landscaping requirements as may be applicable to the district in which the shopping center or office building is located;

E.    Such alternate landscaping area shall be measured from, and be perpendicular to, the property line which abuts an arterial thoroughfare.    Where landscaped open space is provided on private property in accordance with the required on-site landscaping provisions of the applicable zoning district, and such required landscaping is located adjacent to an arterial thoroughfare, the alternate landscape area shall be measured from the edge of, and in addition to, such required landscape area.  In any event, all required dimensions of vehicle maneuvering areas and aisles as prescribed by this section shall be complied with;

F.    All landscape areas shall be landscaped with living plant material, and shall have installed an irrigation system meeting all applicable requirements of the City and approved by the Zoning Administrator, or shall be located within seventy-five (75) feet of a bibcock, faucet or other water source; and

G.    The alternate landscape area may be converted to parking spaces, designed and constructed in accordance with the provisions of this section, at any time by the property owner or as required by the Zoning Administrator.

DEF LEON VALLEY 00119

## (6) RETENTION OF EXISTING TREES

In all districts, where an existing tree is maintained in a living and growing condition and is located internally within the parking area of any use or facility, such tree may be credited in lieu of four (4) required off-street spaces. Such credit shall be subject to the following conditions:

A.     Each existing tree shall be of at least six (6) inches in trunk diameter, measured twelve (12) inches above grade;

B.     Each tree counted toward a parking credit shall be maintained in a living and growing condition. In the event of the death of the existing tree, such parking credit shall remain in effect only if the tree is replaced with a tree of equal or greater caliper;

C.     Each tree shall be located within a landscape island or module, delineated from the surrounding paved area by a masonry or concrete curb of not less than six (6) inches in height around the entire perimeter of the island or module;

D.     At least half (1/2) of the tree's extended drip line at maturity must be in permeable area;

E.     The area devoted to each landscape island or module shall not count toward satisfying the on-site landscaping requirements of any use in any zoning district if such area is to be applied as a credit toward the off-street parking standard;

F.     Such reduction of off-street parking shall not exceed ten (10) percent of the total required off-street parking for the use or facility; and

G.     The landscape islands or modules may be converted to parking spaces, designed and constructed with these provisions, at any time by the property owner or as required by the Zoning Administrator. Any conversion of parking spaces into landscape areas shall not be in conflict with, or in lieu of, the minimum landscape requirements set forth elsewhere within this Chapter.

DEF LEON VALLEY 00120

(7)   TABLE OF MINIMUM OFF-STREET PARKING REQUIREMENTS

The minimum requirements for off-street parking facilities in all zones shall be governed by the following table:

| RESIDENTIAL USE | PARKING REQUIREMENTS |
|---|---|
| Low-Density Residential (both detached and medium density such as duplex, triplex, fourplex, townhouse, garden house, and patio home) | Two (2) spaces per dwelling unit. |
| Multiple Family Retirement Community | 1.5 spaces per dwelling unit |
| High-Density Residential (apartments, condominiums) | One (1) space for each one bedroom unit, two (2) spaces for each two (2) bedroom unit, and one additional space for each additional bedroom. |

DEF LEON VALLEY 00121

| OFFICE AND COMMERCIAL (excluding Shopping Centers) | PARKING REQUIREMENTS |
|---|---|
| Automotive Repair (to include body and paint shops, tire, muffler, suspension, and other associated automotive repair facilities, including said repair activities associated with auto and truck sales and service dealerships. Said dealerships must provide dedicated parking at the required ratios for the portion of the GFA dedicated to automotive repair.) | 1:200 sf GFA for retail sales.<br><br>1:150 sf GFA for service floor area. |
| Bowling Centers | 1:200 sf GFA. |
| Child Care Facilities | 1:450 sf GFA. |
| Drive-In Eating Establishments, where food or drink is served to customers in their vehicles | 2:100 sf GFA, with a minimum of twenty (20) spaces for on-premise consumption to be provided. |
| General Business, Retail, Clinic, and personal service establishments (excluding office/warehouse) | 1:200 sf GFA for retail sales and service areas.<br><br>1:800 sf GFA used exclusively for storage, processing or related activities separate and apart from retail sales activity. |
| Hospitals/Home, Nursing | One (1) space for each two (2) beds plus,<br><br>One (1) space for each hospital or staff doctor plus,<br><br>One (1) space for each five (5) employees; parking for each enumerated user group is to be physically separated from the other and identified by user-group. |
| Hotel and Motel Establishments | One (1) space per guest room and one (1) space per two (2) employees (associated independent commercial and/or recreational areas open to the general public require appropriate, additional spaces.) |
| Libraries, Museums, Art Galleries, Clubs, Lodges | 1:300 sf GFA. |
| Lumber, Nursery (plant) and affiliated activities | 1:200 sf GFA for retail sales area/ service floor area, and one (1) space per 800 sf GFA of enclosed storage and/or display area, and 1:200 sf of open sales/storage/ display area. |

109

| OFFICE AND COMMERCIAL (excluding Shopping Centers) | PARKING REQUIREMENTS |
|---|---|
| Office/Warehouse | 1:250 GFA for that portion dedicated to office use; and |
| | 1:1000 GFA for that portion dedicated to warehouse use |
| | One (1) space for each five (5) employees; parking for each enumerated user group is to be physically separated from the other and identified by user-group. |
| Professional Offices/Studios | 1:250 sf GFA. |
| Recreation and Amusement, Entertainment - Indoor and Outdoor, Dance Hall, Nightclub, Bar, Club or Lodge (private) | 1:800 sf of specified outdoor recreational area. |
| | 1:100 sf GFA for indoor recreational area up to 20,000 sf. |
| | 1:200 sf GFA for indoor recreational area in excess of 20,000 sf. |
| Restaurants, Cafeterias, Delicatessens and other Food Serving Establishments, except drive-in eating establishments | 1:100 sf GFA. |
| Schools | Elementary: One (1) space per 600 square feet of classroom area; |
| | Middle: One (1) per each 400 square feet of classroom area; |
| | High: One (1) per each 90 square feet of classroom area |
| Shopping Centers | Refer to the Shopping Center Parking Requirements section of this Chapter. |
| Theaters, Health Clubs, Physical Fitness, Gymnasiums, Convention Halls, Assembly Halls, Stadiums, Funeral Homes, Churches, Racquetball/ Handball/Tennis Facilities | One (1) space per four (4) seats or one (1) space per 800 sf of specified outdoor recreational area; and |
| | 1:100 sf GFA for indoor recreational area up to 20,000 sf |
| | 1:200 sf GFA of indoor recreational area in excess of 20,000 sf. |

(8)    OFF-STREET STACKING REQUIREMENTS

A.    Vehicle stacking space shall mean a paved area of not less than eight (8) feet in width nor less than twenty-two (22) feet in length, constructed in accordance with the applicable standards of the City.

B.    Off-street vehicle stacking spaces shall be provided, at a minimum, in accordance with the following table.

C.    No off-street vehicle stacking shall be permitted within a designated fire lane. Areas designated to satisfy the requirements for off-street stacking spaces shall not be permitted to encroach upon or occupy a fire lane or maneuvering aisle.

D.    TABLE OF OFF-STREET STACKING REQUIREMENTS

| USES | STACKING REQUIREMENTS |
|---|---|
| Automobile Quick Lube Facility | One (1) space in service bay and three (3) additional stacking spaces for each service bay. |
| Car Wash:<br><br>Full Service | One (1) space at each vacuum or pump station, plus seven (7) additional stacking spaces for each vacuum or gas pump lane. |
| Self-Service (to include drive-thru, and automated) | One (1) space in wash bay, plus three (3) additional stacking spaces for each wash bay. |
| Self-Service (Open Bay) | One (1) space per bay, plus two (2) additional stacking spaces for each vacuum or wash bay. |
| Vehicle Drying Area (Full Service) | Ten (10) spaces per car wash, located at the wash bay exit. |
| Financial Institution | One (1) space at each drive-up service window or station, plus six (6) additional stacking spaces for each service lane. |
| Kiosk: Food Sales or Service | One (1) space at each drive-up service window, plus five (5) additional stacking spaces for each window. |
| Kiosk: No Food Sales or Service | One (1) space at each drive-up service window, plus one (1) additional stacking space for each window. |

111

| USES | STACKING REQUIREMENTS |
|---|---|
| Kindergarten and Child Care Center | *See below. |
| Retail Uses with Drive-up Facilities | One (1) space for each drive-up window, plus two (2) additional stacking spaces for each window. |
| Restaurant with Drive-up Facilities | One (1) space for each drive-up window, plus five (5) additional stacking spaces for each window. |
| Gasoline Service Pump Island | Two (2) spaces per side at each pump island. |

\*       Kindergarten and Child Care Center:

In the event that the front entrance or designated student disembarkation point of a kindergarten or child care center is less than 250 feet from the main entrance, then one (1) off-street vehicle stacking space shall be required for each twenty (20) students, based upon the number of students allowed by the Specific Use Permit relative to such use. Such vehicle stacking areas shall be designed such that students will not be required to cross a fire lane, driveway, or any other point of vehicular travel to enter the building or facility.

E.       Parking spaces may be designated to satisfy such vehicle stacking requirements, provided that all of the following provisions are complied with:

1.       Such parking spaces shall be on the same lot or tract of land as the kindergarten or child care center;

2.       The kindergarten or child care center shall be located in a detached building on a separate lot or tract of land;

3.       Such parking space shall be located adjacent to the main entrance of the kindergarten or child care center, and situated such that children will not be required to cross a fire lane, driveway, or any other point of vehicular travel to enter the building or facility;

4.       A sidewalk, with a minimum width of six (6) feet excluding vehicular overhang, shall be provided adjacent to the parking spaces between the building and parking spaces;

112

5.      Such parking spaces shall conform to the dimension requirements of a paved area of not less than eight (8) feet in width nor less than twenty-two (22) feet in length, constructed in accordance with the applicable standards of the City; and

6.      Parking spaces designated to satisfy the stacking requirements shall not be counted towards satisfying required parking for the kindergarten or care center.

(9)      SHOPPING CENTER PARKING REQUIREMENTS

A.      A shopping center developer, owner, user or tenant may request to have parking requirements determined by providing, for City inspection and review, calculations based on the gross leasable area (GLA) as opposed to the Gross Floor Area (GFA). If such a request is not made, parking requirements will be determined based on GFA as if it were GLA.

B.      Gross Leasable Area (GLA) is the total floor area designed for both tenant occupancy and exclusive use, including both owned and leased areas.

C.      Centers with less than 400,000 sf GLA shall require 1:250 sf GLA.

D.      Centers with 400,001 to 600,000 sf GLA shall require 1:222 sf GLA.

E.      Centers with over 600,000 sf of GLA shall require 1:200 sf GLA.

F.      Cinemas: For each 100 cinema seats three (3) additional parking spaces shall be provided.

G.      Food service stores, including both full service and fast-food restaurants, as well as specialty stores, such as ice cream parlors and doughnut shops:

1.      For centers with less than 100,000 sf GLA, ten (10) additional parking spaces are required per 1,000 sf GLA of food service store tenant area.

2.      For centers with 100,001 to 200,000 sf GLA, six (6) additional parking spaces are required per 1,000 sf GLA of food service store tenant area.

113

H.    In cases where individual tenant uses are uses which require parking in excess of the requirements for the shopping center as a whole (such as nightclubs, gymnasiums, etc.) the more stringent requirement shall prevail and shall be a requirement for issuance of permits and certificates for said use. (EXAMPLE: A 30,000 sf GLA shopping center with a 5,000 sf GLA restaurant would thus require 170 parking spaces, (30,000/250) + (5 X 10) = 170).

I.    Compact Car System of Parking. In recognition of the impact of compact cars on the space requirements for shopping center parking, as much as twenty (20) percent of the required parking spaces for shopping centers may be allocated for small-car parking spaces. Such an allocation shall only be made according to the Compact Car System of Parking detailed below.

1.    Small-car parking spaces shall be no less than seven (7) feet, six (6) inches in width and no less than fifteen (15) feet in length.

2.    The Compact Car System of Parking shall use 90-degree angle spaces for small-car parking spaces which are in the same bay in which 45-degree angle standard parking spaces or 60-degree angle standard parking spaces are provided for larger cars.

3.    The Compact Car System of Parking shall be in accordance with the Trip Generation Traffic Manual.

(10)    OFF-STREET TRUCK LOADING REQUIREMENTS

A.    GENERAL.

Truck loading facilities, as hereinafter provided shall be required in all zones, for structures containing uses devoted to business, industry, manufacturing, storage, warehousing, processing, offices, professional buildings, hotels, multiple-family dwellings, hospitals, airports, railroad terminals and any buildings of a commercial nature. The Zoning Administrator shall determine the off-street loading requirements for a use not specified, based on the most similar use listed above or using certified service/goods handling data for the specific use.

B.    RESPONSIBILITIES.

The provision for and maintenance of the off-street truck loading facilities required shall be the joint and several responsibility of the operator and owner of the land upon which the structure requiring the facilities is located.

C.    TYPES. For the purpose of this Chapter there shall be two (2) sizes of off-street truck loading spaces designated "large" and "small."

114

1.    Large spaces. Each "large" space shall have an overhead clearance of at least fourteen (14) feet, shall be at least twelve (12) feet wide, and shall be at least fifty (50) feet long, exclusive of access or maneuvering area, platform, and other appurtenances.

2.    Small spaces. Each "small" space shall have an overhead clearance of at least ten (10) feet, shall be at least eight (8) feet wide, and shall be at least twenty (20) feet long, exclusive of access or maneuvering area, platform and other appurtenances.

D.    LOCATION. Off-street truck loading facilities shall be located on the same lot on which the structure for which they are provided is located; provided, however, that facilities provided under cooperative arrangement as hereinafter permitted may be located on another site not more than 300 feet from the structure for which they are provided.

E.    CONSTRUCTION AND MAINTENANCE. Off-street truck loading facilities shall be constructed, maintained and operated in accordance with the following specifications:

1.    Drainage and Surfacing. Areas shall be properly graded for drainage, with an all-weather surface and maintained in good condition, free of weeds, dust, trash, and debris;

2.    Protective Screen Fencing. Areas shall be provided with protective screen fencing such that occupants of adjacent structures are not unreasonably disturbed, during day or night, by the movement of vehicles, and in accordance with Chapter 14 "LOTS, YARDS AND FENCES" of this Code;

3.    Lighting. All lighting facilities shall be arranged so as to reflect the illumination away from any residentially-zoned property. All lighting facilities shall be placed, masked or otherwise arranged such that illumination or glare shall not create a hazard to motorists on any street, alley or other public way. shall be so arranged that they neither unreasonably disturb occupants of adjacent residential properties nor interfere with traffic; and

4.    Entrances and Exits. Areas shall be provided with entrances and exits so located as to minimize traffic congestion.

F.    COMBINED FACILITIES. The requirements for the provision of off-street truck loading facilities, with respect to two (2) or more structures,

DEF LEON VALLEY 00128

may be satisfied by the permanent allocation of the requisite number of spaces for each use in a common truck loading facility, cooperatively established and operated. However, such common facility is conditioned such that the total number of spaces designated is not less than the sum of the individual requirements unless, in the opinion of the Zoning Administrator, a lesser number of spaces will be adequate, taking into account the respective times of usage of truck loading facilities by the individual users, character of the merchandise and related factors. In order to eliminate a multiplicity of individual facilities, to conserve space where space is at a premium and promote orderly development generally, the Zoning Administrator is hereby authorized to plan and group off-street truck loading facilities cooperatively, for a number of structures requiring such facilities and being within close proximity to one another in a given area, in such a manner as to obtain a maximum of efficiency and capacity, provided consent thereto is obtained from the participants in the Cooperative Plan.

G.    MINIMUM    REQUIREMENTS-AREA.    The following minimum truck loading spaces shall be provided in all districts for structures containing the uses enumerated in 30.404c(11):

| Square Feet of GFA in Structure | Required No. of Spaces |
|---|---|
| 0 - 12,500 | 1 (SMALL) |
| 12,501 - 25,000 | 2 (SMALL) |
| 25,001 - 40,000 | 1 (LARGE) |
| 40,001 - 100,000 | 2 (LARGE) |
| for each add'l 80,000 over 100,000 | 1 (LARGE) |

H.    WAIVER. The Zoning Administrator is authorized to waive the off-street loading requirements for structures that are required to provide and maintain fewer than five (5) off-street parking spaces, or any other structure if the design and the proposed use of the structure shows no need for off-street loading. Applicant may be required to submit a Parking Analysis to demonstrate that the proposed use shows no need for off-street loading.

(11)    MISCELLANEOUS REQUIREMENTS

A.    CONFLICTS.

Where such provisions are in conflict with the requirements of Chapter 26 "PARADES" of this Code, or the Uniform Traffic Code of the State of Texas, or are in conflict with special off-street parking or loading requirements within certain zoning districts of this ordinance, then the more restrictive requirement shall apply.

116