*1965*
*Zoning Ord.*
*Ord. 101*

## ARTICLE 3

### "R-1" Single Family Dwelling District Regulations

SECTION 1. Use Regulations. In an R-1 Single family dwelling district no land shall be used and no building shall be erected for or converted to any use other than:

1. A single family residence.
2. A church, school, college, or public park.
3. Railway right-of-way and tracks; passenger station but not including railroad yards, team tracks or storage yards.
4. Golf course, but not including miniature golf course, driving range or any forms of commercial amusement.
5. Farm, truck garden, orchard or nursery for the growing of plants, shrubs and trees, provided no business sales office is maintained on the premises, and provided further that no poultry or livestock other than normal household pets shall be housed within one hundred (100) feet of any property line.
6. Accessory buildings, including a private garage, bona fide servants quarters not for rent but for the use of servants employed on the premises. When the accessory building is directly attached to the main building it shall be considered an integral part of the main building. When the accessory building is attached to the main building by a breezeway, the breezeway may be considered a part of the accessory building. When the breezeway extends into the required rear yard it, together with the accessory building or buildings, may occupy not more than 30% of the required rear yard. Nor shall the floor area of all the accessory buildings on the lot exceed fifty (50) per cent of the floor area of the principal structure exclusive of breezeways and attached garage, provided however, that this regulation shall not reduce the total floor area of all accessory buildings on one lot to less than six hundred (600) square feet and shall not apply to bona fide farm and agricultural buildings.
7. Temporary buildings to be used for construction purposes only and which shall be removed upon completion or abandonment of construction work. Field offices for the sale of real estate which shall be removed upon request of the building inspector.
8. Bulletin boards and signs, for churches and schools but not exceeding fifteen (15) square feet in area. Temporary signs, unilluminated, pertaining to the sale or rental of property and not exceeding twelve (12) square feet in area are permitted behind the building line, but shall be removed by the agent or owner immediately upon the sale or rental of the premises, provided, however, that no signs

ARTICLE 4

"R-2" Two Family Dwelling District Regulations

SECTION 1. Use Regulations. In a "R-2" district no land shall be used and no building shall be erected for or converted to any use other than:

1. Any use permitted in an "R-1" district.
2. Two family residences.

SECTION 2. Height Regulations. No building shall exceed two and one-half (2½) standard stories in height.

SECTION 3. Area Regulations.

1. Front Yard. (A) There shall be a front yard having a minimum depth of not less than twenty (20) feet except as hereinafter provided in Article 12, Paragraph 2.
   (B) Where lots have double frontage, running through from one street to another, the required front yard shall be provided on both streets.
2. Side Yards. There shall be a side yard on each side of the lot having a width of not less than ten (10) feet or ten (10) per cent of the average width of the lot, whichever is smaller but a side yard shall not be less than five (5) feet except that the side yard of a corner lot adjacent to a side street shall not be less than ten (10) feet. On corner lots, where interior lots have been platted or sold, fronting on the side street, a side yard shall be provided as in the "R-1" district, Section 3, Paragraph 2. (Reverse Frontage).
3. Rear Yard. There shall be a rear yard having a depth of thirty (30) feet or thirty (30) per cent of the average depth of the lot whichever is smaller.
4. Area of the lot. Except as hereinafter provided all dwellings erected, enlarged, relocated, reconstructed, or converted shall be located upon lots containing the following areas:
   (A) A lot on which a single family dwelling is located shall contain not less than nine thousand (9,000) square feet.
   (B) A lot on which a two family dwelling is located shall contain not less than ten thousand (10,000) square feet.
   (c) A lot which is used for any other permitted purpose shall contain not less than nine thousand (9,000) square feet.
5. Width of the lot. The minimum width of the lot shall be seventy-five (75) feet.
6. Depth of the lot. The minimum depth of the lot shall be one hundred and twenty (120) feet.

5

DEF LEON VALLEY 00441

ARTICLE 5

## "R-3" Multiple Family District Regulations

SECTION 1. Use Regulations. In an "R-3" district no land shall be used and no building shall be erected for or converted to any use other than:

1. Any use permitted in a "R-2" district.
2. Multiple family dwelling.
3. Apartment buildings in which rooms and apartments are rented to resident guests but excluding all retail businesses.
4. Day nursery, when limited to 20 children, and when domiciled in a private residence, the main use of which is the operator's private dwelling.
5. Accessory buildings customarily incident to any of the above uses, when not involving the conduct of a business and when located within the required rear yard of the main structure.

SECTION 2. Height Regulations. No building shall exceed two and one-half (2½) standard stories in height.

SECTION 3. Area Regulations.

1. Front Yard. (A) There shall be a front yard having a minimum depth of not less than twenty (20) feet except as hereinafter provided in Article 12, Paragraph 2.
(B) Where lots have double frontage, running through from one street to another, the required front yard shall be provided on both streets.
2. Side Yards. There shall be a side yard on each side of the lot with minimum dimensions as follows:
(A) For single family residences the side yard shall not be less than ten (10) feet or ten (10) per cent of the average width of the lot, whichever is smaller, but a side yard whall not be less than five (5) feet.
(B) For a duplex or multiple family dwelling where ends of the building are adjacent to and parallel to the side lot line or within thirty (30) degrees thereof the side yard shall be ten (10) feet or ten (10) per cent of the average width of the lot, whichever is smaller, but in no case shall such a side yard be less than five (5) feet.
(C) For a duplex or multiple family dwelling where sides of the building other than the ends are adjacent or parallel to the side yard lines or within thirty (30) degrees thereof, the side yard shall be not less than twenty (20) per cent of the overall length of the building side adjacent to the side yard line.
(D) For any other permitted use not otherwise listed the side yard shall be not less than ten (10) feet.
(E) In all cases where the side yard is adjacent to a side street the side yard shall not be less than ten (10) feet. On corner lots where interior lots have

been platted or sold, fronting on the side street, a side yard shall be provided as in the "R-1" district, Section 3, Paragraph 2 (Reverse Frontage)

3. <u>Rear Yards</u>. There shall be a rear yard having a depth of not less than twenty (20) per cent of the depth of the lot, and need not exceed twenty-five (25) feet.

4. <u>Area of the Lot</u>. Except as hereinafter provided, all structures hereinafter erected, enlarged, relocated, reconstructed, or converted, shall be located upon lots containing the following areas:
   (A) A lot on which there is erected a single family dwelling shall contain not less than nine thousand (9,000) square feet.
   (B) A lot on which there is erected or converted a two family dwelling shall contain an area of not less than ten thousand (10,000) square feet.
   (C) A lot on which there is erected or converted a multiple family dwelling shall contain an area of not less than ten thousand (10,000) square feet for the first two units and one thousand two hundred (1,200) square feet for each additional unit. If sanitary sewer facilities are not available, area requirements for multiple family use shall also comply with all other codes and ordinances of the City of Leon Valley, pertaining to the Provision of sufficient land for adequate septic tank operation.
   (D) A lot on which there is erected or converted any other permitted use not otherwise listed shall contain an area of not less than nine thousand (9,000) square feet.

5. <u>Width of the Lot</u>. The minimum width of the lot shall be seventy-five (75) feet.

ARTICLE 6

<u>"B-1" Office District</u>

SECTION 1. <u>Use Regulations</u>. In a "B-1" district no land shall be used and no building shall be erected for or converted to any use other than:

1. Any use permitted in a "R-3" district.
2. Office of doctor, dentist, architect, engineer, attorney, accountant, loan, real estate and similar offices which involve no storage or sales of merchandise.
3. Private schools, nurseries, kindergartens.
4. Convalescent home, nursing home, home for the aged.
5. Community buildings, lodges and private clubs, excepting those whose chief activity is carried on as a business.
6. Studio for professional work or teaching of fine arts. dance, art, photography, drama, music, etc.
7. Photographic or artist studio.
8. Barber or beauth shops.
9. Optician, watch repair, tourists home.

-7-

10. Medical, dental clinics.

SECTION 2. Height Regulations. No building shall exceed two and one-half (2½) standard stories in height.

SECTION 3. Area Regulations. Yard and area regulations shall be the same as for the "R-3" district, Article 5, Section 3.

ARTICLE 7

"B-2" Retail District Regulations

SECTION 1. Use Regulations. In a "B-2" district no land shall be used and no building shall be used, erected or converted to any use other than:

1. Any use permitted in a "B-1" district
2. ~~Ambulance service.~~
3. Antique shop (completely enclosed).
4. Art gallery.
5. Auto laundry without boiler or heating and steam cleaning facilities. [handwritten margin note: Auto. Ser sta.]
6. Bakery, retail sales only.
7. Bank, office, wholesale sales offices or sample room.
8. Bird and pet shops, retail.
9. Book or stationery store.
10. Bowling alley.
11. Camera shop.
12. Candy, cigars, and tobaccos, retail sales only.
13. Caterer and wedding service.
14. Cleaning, dyeing and laundry pick-up station for receiving and delivery of articles to be cleaned, dyed and laundered, but no actual work to be done on the premises.
15. Department store, novelty or variety shop, retail sales only.
16. Drug store, retail sales only.
17. Electrical goods, retail sales only.
18. Film developing and printing.
19. Fix-it shops, bicycle repairs, saw filing, lawn mower sharpening, retail only but without outside storage or display.
20. Florist, retail sales only.
21. Frozen food lockers, retail.
22. Furniture repairs and upholstering, retail sales only and where all storage and display is within the building.
23. Grocery store, retail sales only.
24. Hardware, sporting goods, toys, paints, wall paper, clothing, retail sales only.
25. Hospital.
26. Hotel.
27. Household and office furniture, furnishings and appliances, retail.
28. Ice house.
29. Jewelry, optical goods, photographic supplies, retail sales only.

8

DEF LEON VALLEY 00444

   (C) On the side of a lot in a "B-2" district adjoining an "R-1", "R-2" or "R-3" district, there shall be a side yard. No side yard shall be required where the "B-2" district is separated from a residential district by an alley. The minimum width of the side yard shall be ten (10) feet where the "B-2" district is not separated from a residential district by an alley.

3. Rear Yard. At such time as "B-2" lots abut property with residential zoning, there shall be a rear yard having a minimum depth of twenty-five (25) feet or twenty (20) per cent of the average depth of the lot, whichever is smaller; no rear yard shall be required for retail use abutting another "B-2" district or lower classification. Where a lot or any portion of a lot is used for a single family dwelling, two family or multiple family dwelling use, there shall be a rear yard on the rear of the lot equal to twenty (20) per cent of the depth of the lot, and need not exceed twenty-five (25) feet.

4. Area of the lot. The minimum lot area requirements for single family, two family, or multiple family dwellings shall be the same as those for the "R-3" district. Where dwelling facilities are provided above or behind stores, the lot area requirements shall be the same as those required for multiple family use. For all other permitted uses, the minimum lot area shall be nine thousand (9,000) square feet.

5. Width of the lot. The minimum width of the lot shall be seventy-five (75) feet.

ARTICLE 8

## "B-3" Commercial District Regulations

SECTION 1. Use Regulations. In a "B-3" district, no land shall be used and no building shall be erected for or converted to any use other than:

1. Any use permitted in a "B-2" area.
2. Automobile repair garage, but specifically excluding auto salvage and/or outside storage of used autos or parts.
3. ~~Automobile service station.~~ [B-II]
4. Auto seat covering.
5. Auto painting; auto upholstering.
6. Book printing, binding, bindery.
7. Bottling works with syrup manufacture.
8. Cabinet shop.
9. Cafeteria, cafe with drive-in facilities or curb service.
10. Candy manufacture.
11. Carpenter shop.
12. Carpet cleaning - washing and scouring if dust proof room and dust catching equipment is provided.
13. Carting, express, hauling or storage.
14. Ceramic products, handcraft shop.
15. Cold storage plant.
16. Commercial amusement.
17. Commercial billboard or advertising sign.

Accessory buildings and uses customarily incident to the above uses; no accessory use shall be constructed to permit the keeping of articles, goods or materials in the open or exposed to the public view. When necessary to store or keep such materials in the open, the lot or area shall be fenced with a solid fence or wall at least six (6) feet in height.

SECTION 2. <u>Height Regulations</u>. No building shall exceed six (6) standard stories in height unless set back from all street lines one foot for each two (2) feet of its height above such (6) story limit.

SECTION 3. <u>Area Regulations</u>. Yard and area regulations shall be the same as in the "B-2" district, Article 7, Section 3.

## ARTICLE 9

### "I-1" <u>Industrial District Regulations</u>

SECTION 1. <u>Use Regulations</u>. In an "I-1" district, no land shall be used and no building shall be erected for or converted to any use toher than:

1. Any use permitted in a "B-3" district, except that no building shall be erected or converted for dwelling purposes, provided, however, that dwelling quarters may be established in connection with industrial plant for watchman and caretaker employed on the premises and provided further any existing dwelling within any "I-1" district may be repaired or altered.
2. Adding machine manufacture.
3. Aircraft parts manufacture.
4. Airplane repair and manufacture.
5. Agricultural implement manufacturing.
6. Automobile assembly.
7. Automobile parts manufacture.
8. Awning manufacturing, cloth, metal, wood.
9. Bag manufacture.
10. Bank equipment manufacture.
11. Boot and shoe manufacture.
12. Broom and brush manufacture.
13. Box and crate manufacture (other than paper).
14. Candy manufacture.
15. Canning and preserving factory.
16. Carbon battery manufacture.
17. Celluloid and similar cellulose manufacture.
18. Chick hatchery.
19. Clothing manufacture.
20. Coffin manufacture.
21. Cooperage company.
22. Dairy - milk processing.
23. Disinfectant manufacture.
24. Drug manufacturing.
25. Dye manufacturing.

-12-

DEF LEON VALLEY 00446

30.1404  SPECIFIC USE PERMITS REQUIRED FOR MISCELLANEOUS ENUMERATED USES.

1. Any use of public building or utility erected or used by County or School District (permitted in any district).

2. Country clubs (private). (permitted in any district).


3. Institutions of religious or philanthropic nature to include churches. (permitted in any district).

4. Planned Unit Developments, including private residential projects, office developments, shopping centers or any combination thereof, consisting of not less than five (5) acres and accompanied by a site plan drawn to scale and showing the arrangements of the project in detail together with essential requirements such as parking facilities, location of buildings, the uses to be permitted, and means of egress and ingress and any other similar requirement as stated in Section 13.1401 above. Planned Unit Developments may be located in any zoning district.

5. Multi-tenant shopping centers, trade centers (office/showroom/warehouse) and industrial parks. (B-2, B-3, I-1)

6. Amusement activities (indoor and outdoor). (B-2, B-3, I-1)

7. Automobile and motorcycle repair garage, but specifically excluding auto salvage and/or outside storage of used autos or parts. (B-3, I-1)

8. Auto painting. (B-3, I-1)


| PERMITTED USES | R-1 | R-2 | R-3 | R-4 | R-5 | R-6 | O-1 | B-1 | B-2 | B-3 | I-1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Billiard parlors | | | | | | | | | SUP | SUP | X |
| Boat Sales & Service Facility | | | | | | | | | | SUP | SUP |
| Bookstore/Newsstand (no outside storage or display) | | | | | | | | SUP | SUP | SUP | SUP |
| Bowling Alley | | | | | | | | | SUP | X | X |
| Business College or school | | | | | | | | | X | X | X |
| Building specialties store, retail (completely enclosed) | | | | | | | | | X | X | X |
| Building specialties store, wholesale | | | | | | | | | | X | X |
| Cabinet or carpenter shop (must be completely enclosed in B-3) | | | | | | | | | | X | X |
| Cafe, restaurant or cafeteria (alcoholic beverage sales incidental to food sales, with all services completely enclosed) | | | | | | | | | X | X | X |
| Candy, nut and confectionery store | | | | | | | | | X | X | X |
| Camera and photograhic store | | | | | | | | | X | X | X |
| Catering Shop | | | | | | | | | X | X | X |
| Child care facility (see Sec. 30.2100 for detail) | SUP | SUP | | | SUP | SUP | SUP | SUP | X | X | X |
| Churches | SUP | SUP | SUP | SUP | SUP | SUP | SUP | SUP | X | X | X |
| Clinic, medical | | | | | | | | SUP | X | X | X |
| Club or lodge (private) | | | | X | | | | SUP | X | X | X |

*1989 Section 30.1900*
*Table of Permitted Uses*   45.4

DEF LEON VALLEY 00448

Ord. No. **94-15**
Chapter 30-ZONING
May 3, 1994

30.307    PERMITTED USES WHICH REQUIRE ADDITIONAL REGULATIONS

a. ADDITIONAL REGULATIONS TABLE

This table provides additional restrictions for certain commercial enterprises. This table shall override the Permitted Use Table, above, when a use falls under these categories. Certain unenclosed incidental uses have the need for specific regulations, see BUSINESS REGULATIONS FOR UNENCLOSED INCIDENTAL USES for these regulations.

| USE | ALLOWABLE ZONE(S) AND ADDITIONAL REGULATIONS |
|---|---|
| Automobile Auction | B-3(SUP), I-1<br>Vehicles shall be in operating condition with current state inspection sticker and license. |
| Automobile/Vehicle Storage<br>    not a public garage or parking lot | B-3(SUP), I-1<br>Vehicles shall be in operating condition with current state inspection sticker and license. |
| Automobile Wrecker Service | B-3(SUP), I-1<br>No storage of vehicles is allowed in B-3. |
| Bookstore/Newsstand | B-1, B-2, B-3, I-1<br>SUP required in all zones; no outside storage or display. |
| Cabinet or Carpenter Shop | B-3, I-1<br>Must be completely enclosed in B-3. |
| Carwash | B-3(SUP), I-1<br>Vacuum cleaners must be set back a minimum of 50 feet from residential zones, self-serve or automatic. |
| Churches | All zoning districts, but requires SUP |



*Section 30.308 1995*
*Permitted Use Table*

| USE | ZONING DISTRICT |
|---|---|
| NOTE: This table is to be used in conjunction with: | ADDITIONAL REGULATIONS, See Section 30.307 |
| Candy, Nut and Confectionery Store | B-2, B-3, I-1 |
| Carwash | ADD'L REGULATIONS, Section 30.307 |
| Catering Facility | B-2, B-3, I-1 |
| Cemetery | ALL ZONING DISTRICTS, with SUP |
| Child Care Facility | ADD'L REGULATIONS, Section 30.307e |
| Churches | ALL ZONING DISTRICTS, with SUP |
| Cleaning Products | B-2, B-3, I-1 |
| Clinic, Dental or Medical | O-1(SUP), B-1(SUP), B-2, B-3, I-1 |
| Clothing and Accessory Store | B-2, B-3, I-1 |
| Club or Lodge (private) | ADD'L REGULATIONS, Section 30.307 |
| Cold Storage Plant | B-3(SUP), I-1 |

*Section 30.306 1999*
*Permitted Use Table*

| | |
|---|---|
| Child Care Facility | ADD'L REGULATIONS, Section 30.307e |
| Churches | ALL ZONING DISTRICTS, with SUP |
| Cleaning Products | B-2, B-3, I-1 |
| Clinic, Dental or Medical | O-1, B-1, B-2, B-3, I-1 |
| Clothing and Accessory Store | B-2, B-3, I-1 |
| Club or Lodge (private) | ADD'L REGULATIONS, Section 30.307 |
| Cold Storage Plant | B-3(SUP), I-1 |
| Communications Distribution Hub | B-2 (SUP), B-3 (SUP), I-1 |
| Computer Store and other similar business machines<br>retail sales with installation and/or repair incidental | B-2, B-3, I-1 |
| Contractor Facility | B-2(SUP), B-3, I-1 |
| Convenience Store<br>no on-premise consumption of alcohol | B-2(SUP), B-3, I-1 |