| | |
|---|---|
| **From:** | Daniel Whitworth |
| **To:** | Ryan S. Henry |
| **Subject:** | Church on the Rock |
| **Date:** | Friday, December 05, 2008 6:52:35 PM |

Dear Ryan:

Thank you for agreeing to allow Pastor Crain to set up chairs on Sunday in the area between the two buildings on the Property for the purpose of informing his congregation that there will be no church services this Sunday inside the buildings. Both buildings will remain locked and no one from the congregation will be allowed to enter the buildings pursuant to the Court's direction. It was nice seeing you again and look forward to litigating this case.

Regards,

Danny Whitworth

Please call me if you have any questions. I am headed down to the Valley for a weekend wedding. John George's number is 210.705.3165.