

**LEON VALLEY**
**T E X A S**
SMALL TOWN HOSPITALITY. BIG CITY ADVANTAGES.

## COMMUNITY DEVELOPMENT DEPARTMENT

THIS FORM WAS PRINTED ON 3/10/2009

### Certificate of Occupancy

This Certificate issued pursuant to the requirements of the Standard Building Code certifying that at the time of issuance, this structure was in compliance with the various ordinances of the Jurisdiction regulating building construction or use.

| | | |
|---|---|---|
| PROJECT #: | 080888 | LOT: 4 |
| PROPOSED USE: | PRE-SCHOOL 2 1/2 YRS & OLDER | THE USE IS RESTRICTED TO THE STATED USE AS A PRE-SCHOOL WHERE NO CHILDREN UNDER THE AGE OF 2 ½ YEARS WILL BE WATCHED OR SUPERVISED. THE AUTHORIZED USE DOES NOT INCLUDE ANY CHURCH USE OR ANY USE WHICH IS INCONSISTENT WITH THE B-2 ZONING CLASSIFICATION. |
| OCCUPANCY GROUP: | GROUP E - EDUCATIONAL | NCB #: 4429 |
| SUBDIVISION: | SENECA ESTATES UNIT 7 | ZONE: B-2 RETAIL DISTRICT |
| BUILDING TYPE: | TYPE II | |
| OCCUPANT: | THE ELIJAH GROUP THE RESTORATION CTR & SCHOOL | |
| LOCATION: | 6401 BANDERA RD BLDG#2 | |
| CITY: | LEON VALLEY | |
| OWNER OF PREMISES: | GOLDSTAR TRUST COMPANY PO BOX 719 CANYON, TX 79015 | |

_____    3/10/2009
(APPROVED BY)                              DATE

### POST IN A CONSPICUOUS PLACE

6400 EL VERDE ROAD ★ LEON VALLEY, TX 78238
TEL (210) 684-1391 EXT. 226 ★ FAX (210) 684-6988
www.ci.leon-valley.tx.us

P- 000430