

SMALL TOWN HOSPITALITY. BIG CITY ADVANTAGES.

## COMMUNITY DEVELOPMENT DEPARTMENT

THIS FORM WAS PRINTED ON 6/01/2009

### Certificate of Occupancy

This Certificate issued pursuant to the requirements of the Standard Building Code certifying that at the time of issuance, this structure was in compliance with the various ordinances of the Jurisdiction regulating building construction or use.

| | | |
|---|---|---|
| **PROJECT #:** | 090228 | **LOT:** 4 |
| **PROPOSED USE:** | ADMINISTRATIVE OFFICES | **BLOCK:** 1 |
| **OCCUPANCY GROUP:** | GROUP B - BUSINESS | **NCB #4429** |
| **SUBDIVISION:** | SENECA ESTATES UNIT 7 | **ZONE:** B-2 RETAIL DISTRICT |
| **BUILDING TYPE:** | IIB | |
| **OCCUPANT:** | THE RESTORATION CTR & SCHOOL | |
| **LOCATION:** | 6401 BANDERA BLDG #2 | |
| **CITY:** | LEON VALLEY | |

**OWNER OF PREMISES:** GOLDSTAR TRUST

_Karen Ganett_    _6/1/09_
(APPROVED BY)            DATE

### POST IN A CONSPICUOUS PLACE