



# CITY OF LEON VALLEY

*ZONING & SUBDIVISIONS*





*DECEMBER 2005*

SCALE: 1" = 600'