# 2003 MASTER PLAN

'03

### 1bCC  Bandera Road South Corridor

---

**Profile**

This area is made up of developed parcels of land with B-2 (Retail) use as well as B-3 (Commercial). One of the largest B-3 (Commercial) properties in this area is the Ancira – Winton car dealership. The goal of this plan is to encourage primarily retail uses along this corridor.

---

**Land Use**

- It is encouraged that a 200-foot, B-2 (Retail) Corridor be maintained along Bandera Road.
- For the Bandera Rd. area from Rue Francois north to Poss Road rezoning of B-2 (Retail) to B-3 (Commercial) is discouraged.
- Any commercial development in this corridor should provide adequate protection with appropriate and effective buffering to protect surrounding uses.
- Explore and consider development of the vacant 36-acres tract as parkland in collaboration with Raymond Rimkus Park. Proposed development of these tracts will be evaluated on a case by case basis.

---

**Commercial Corridor**

- Bandera Road.

---

**Housing/Neighborhood Interface**

- Leon Valley Ranch Area and Seneca Estates Subdivision.
- Commercial uses in this area shall orient towards Bandera Road.

---

**Community Service**

- The vacant 36-acre tract as park land is encouraged for all residents and visitor's to the City of Leon Valley
- The City will exhibit a distinctive, clear, physical and welcoming identity at all its Boundaries and throughout the community, using aesthetically pleasing harmonious signage.
- Adhere to Leon Valley Chapter 24, "Subdivision and Subdivision Plats," specifically sidewalks.

---

DEF LEON VALLEY 00312



**6400 El Verde Road, Leon Valley, Texas  78238**

# 2003 MASTER PLAN

## Prepared By:

**THE LAND PLANNING AND ZONING COMMISSION
& CITY STAFF**

## Approved By:

**CITY COUNCIL**

**Previous Revisions: November 16, 1999
Current Revisions Adopted: November 4, 2003
Resolution NO. 03-004**

DEF CO LEON VALLEY 00561

*City of Leon Valley*
*Master Plan*

'03

## 1bCC  Bandera Road South Corridor

**Profile**

This area is made up of developed parcels of land with B-2 (Retail) use as well as B-3 (Commercial). One of the largest B-3 (Commercial) properties in this area is the Ancira – Winton car dealership.  The goal of this plan is to encourage primarily retail uses along this corridor.

**Land Use**

- It is encouraged that a 200-foot, B-2 (Retail) Corridor be maintained along Bandera Road.
- For the Bandera Rd. area from Rue Francois north to Poss Road rezoning of B-2 (Retail) to B-3 (Commercial) is discouraged.
- Any commercial development in this corridor should provide adequate protection with appropriate and effective buffering to protect surrounding uses.
- Explore and consider development of the vacant 36-acres tract as parkland in collaboration with Raymond Rimkus Park. Proposed development of these tracts will be evaluated on a case by case basis.

**Commercial Corridor**

- Bandera Road.

**Housing/Neighborhood Interface**

- Leon Valley Ranch Area and Seneca Estates Subdivision.
- Commercial uses in this area shall orient towards Bandera Road.

**Community Service**

- The vacant 36-acre tract as park land is encouraged for all residents and visitor's to the City of Leon Valley
- The City will exhibit a distinctive, clear, physical and welcoming identity at all its Boundaries and throughout the community, using aesthetically pleasing harmonious signage.
- Adhere to Leon Valley Chapter 24, "Subdivision and Subdivision Plats," specifically sidewalks.

DEF CO LEON VALLEY 00562

*City of Leon Valley*
*Master Plan*                                                        '03

## 1bCC Bandera Road South Corridor

| **"CONTINUED"** |
|---|
| **Transportation** |
| • Encourage extension of El Verde Road across Bandera Road to be a major point of ingress and egress for the 36-acre tract when it is developed.<br>• Extension of El Verde Road west of Bandera Road to Shadow Mist is not favored by area residents and is discouraged.<br>• The City will promote pedestrian friendly connections between the City's physical elements, as well as the safe and efficient flow of street traffic.<br>• Refer to the Conceptual Thoroughfare Plan (CTP), for further road expansions. |
| **Environment** |
| • Any development in this area must comply with FEMA regulations as adopted by this City.<br>• Adhere to all applicable Federal and State laws pertaining to environmental issues. |
| **Capital Improvements** |
| • Extend water and sewer mains as per development and maintain existing mains through a comprehensive capital improvement program.<br>• Maintain streets and highways as set forth in the Public Works Improvement and Maintenance Schedule as proposed by the City Engineer.<br>• Continue exploring drainage plans and development for Huebner Creek area. Development of this area poses additional challenges. |

DEF CO LEON VALLEY 00563

## Section 1.    ZONING CHANGE APPLICATION

### DEFINITION:

An application for a legislative change of an existing comprehensive zoning ordinance authorized by Chapter 30 "Zoning", Section 30.702m. Two separate public hearings are held for the purpose of determining whether the proposed zoning change demonstrates:

- o    consistency and compatibility with the current Master Plan, with surrounding zoning districts, and with site and surrounding uses;

- o    protection of the health, safety and welfare of the general public; **AND/OR**

- o    protection and preservation of the property rights of the owner(s) of all real property affected by the proposed change in zoning districts.

### PURPOSE:

To review a proposed zoning change request to determine:

- o    whether the proposed zoning is appropriate for the site for which it is requested; **AND**

- o    whether it meets the above criteria in whole or in part.

### SUBMITTAL REQUIREMENTS:

A complete Development Package (DP) must be submitted to the Development Department no later than the first working day of the month (or no less than 25 days prior to the City Council meeting when hearings are scheduled separately). **Proper City staff review of this application is dependent upon the accuracy of information provided. Any inaccurate or inadequate information provided by you or your agent may delay the proper review of your project and/or cause the return of this application.**

The DP consists of:

- -    Five copies of completed application with notarized signature (mailing list does not need to be copied five times);

- -    Fee based on property acreage and hearings required (see fee schedule below);

- -    Five 8 1/2" x 11" zoning location maps (folded if 24" x 36");

- -    Copy of the filed plat **OR** field notes and map of survey, containing metes and bounds description tied to block corner with surveyor's seal;

- -    Five copies of the Land Use Statement detailing purpose of request;

- -    Certified mailing list with corresponding self-addressed mailing labels for property owners within 200 feet of the subject site; **AND**

- -    Five copies of the Traffic Impact Analysis, if required.

DEF CO LEON VALLEY 00564

## APPROVAL PROCESS:

- Interdepartmental staff review provided to applicant (a maximum of five working days);

- Notice of public hearing mailed to adjacent property owners within 200 feet of the subject tract and published in the official city newspaper a minimum of 15 days prior to the scheduled meeting;

- Resolution of all review comments by applicant and resubmittal of DP no later than 10:00 a.m. on Tuesday of the week preceding the Zoning Commission meeting (if you are required to amend and resubmit initial documents, resubmittal of five sets of information is required for subsequent review by officials);

- Zoning Commission review of the case information and public hearing held - Fourth Tuesday of the month, recommendation considered;

- City Council review of the case information and public hearing held - First Tuesday of the following month, approval or disapproval considered; **AND**

- Property receives zoning change, if approved, and official City zoning map is amended.

## TIME LIMITATIONS:

No application for the rezoning of any land shall be received or filed with the Commission if within six months prior thereto, an application was received or filed on the same property. This time restriction shall apply whether said zoning application was withdrawn before or after action by the Commission and whether or not final hearing and action had been filed by the Leon Valley City Council.

Additionally, all new commercial construction within the City of Leon Valley requires a Specific Use Permit. This Permit is a separate application that also requires two separate public hearings. More information may be obtained from the Development Department.

## FEE SCHEDULE:

| ACREAGE | COMMISSION HEARING | COUNCIL HEARING | TOTAL |
|---|---|---|---|
| 1.0 or less | $ 290.00 | $ 290.00 | $  580.00 |
| over 1.0 and up to 10.0 | $ 480.00 | $ 480.00 | $  960.00 |
| over 10.0 and up to 25.0 | $ 725.00 | $ 725.00 | $ 1,450.00 |
| over 25.0 | $ 850.00 | $ 850.00 | $ 1,700.00 |

- Copies of the Zoning ordinance may be obtained from the
  Development Department of Leon Valley City Hall.

ZONING APP
Rev. 1/95

DEF CO LEON VALLEY 00565

## APPLICATION FOR ZONING CHANGE, CASE NO. ZC ____ - ____

PRINT (IN BLACK) OR TYPE

| | |
|---|---|
| NAME OF APPLICANT: | |
| ADDRESS: | |
| PHONE NO:  HOME ( )       WORK ( )       FAX ( ) | |
| STATUS:  OWNER ( ) AGENT ( ) - If agent, attach notarized Letter of Authorization. | |

### PROPERTY DESCRIPTION

| |
|---|
| ADDRESS: |
| LEGAL DESCRIPTION: |
| CURRENT ZONING:            REQUESTED ZONING: |
| EXISTING PROPERTY USE or STATE NONE: |
| ACREAGE AND/OR SQUARE FOOTAGE: |
| DOES OWNER OWN ADJACENT PROPERTY:  YES ( )     NO ( ) |
| LIST EXISTING STRUCTURES:<br>AND/OR<br>EXISTING USES: |

I HEREBY CERTIFY THAT I HAVE READ AND EXAMINED THIS APPLICATION AND THE ATTACHED INSTRUCTION SHEET AND KNOW THE INFORMATION I HAVE PROVIDED TO BE TRUE AND CORRECT.  ALL PROVISIONS OF LAWS AND ORDINANCES GOVERNING THIS APPLICATION WILL BE COMPLIED WITH WHETHER SPECIFIED HEREIN OR NOT.  THE GRANTING OF A ZONING CHANGE DOES NOT PRESUME TO GIVE AUTHORITY TO VIOLATE OR CANCEL THE PROVISIONS OF ANY OTHER STATE OR LOCAL LAW REGULATING THE USE OF THE PROPERTY.

_____
SIGNATURE OF APPLICANT and DATE
(Owner or Authorized Agent)

**STATE OF** _____
**COUNTY OF** _____

       **BEFORE ME,** A Notary Public in and for _____, on this date personally appeared _____ (Applicant) who duly states that all facts in this application are true to the best of his knowledge.

       **SWORN TO** and **SUBSCRIBED** before me this _____ day of _____, 19____.

      SEAL             _____
                           NOTARY PUBLIC
                 My Commission expires:_____

**ZONING APP**
**Rev. 1/95**

DEF CO LEON VALLEY 00566

```
Case #_____
Date: _____
```

**MAILING LIST OF PROPERTY OWNERS TO BE NOTIFIED**

1.    Please print/type names and addresses of the applicant, representative, property owners, and <u>all owners</u> of all property within 200 feet of the subject site listed with Bexar County Appraisal Rolls (as indicated on the map you are providing).

2.    The names listed below should be keyed to the map, indicating the specific property owned.

3.    Provide the City with corresponding **pre-addressed labels of property owners** listed below.

**NOTE:**    If a property owner holds more than one lot (same mailing address for different lots), make <u>only one</u> mailing label for that property owner and write "Same Owner as #___" on the attached mailing list.

I certify that the names, addresses and zip codes listed below are those listed on the current Bexar County Tax Roll.

Signed:_____
                            Owner/Agent

Sworn to and subscribed before me this the _____ day of _____ of 199_.


_____
Notary Public and for the State of Texas

Appointment Expires: _____.


APPLICANT:_____

ADDRESS:    _____

            _____


REPRESENTATIVE:_____

ADDRESS:    _____

            _____


PROPERTY OWNER:_____

ADDRESS:    _____

            _____


**ZONING APP**
4                                                          **Rev. 1/95**


DEF CO LEON VALLEY 00567

Case # _____
Date: _____

| # | PROPERTY OWNERS' NAMES AND FULL ADDRESSES | LOT | BLK | CB (NCB) | ACREAGE AND PROPERTY DESCRIPTION & TAX ID NUMBER |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**ZONING APP**
**Rev. 1/95**

DEF CO LEON VALLEY 00568

Case #: _____

Date: _____

| # | PROPERTY OWNERS' NAMES AND FULL ADDRESSES | LOT | BLK | CB (NCB) | ACREAGE AND PROPERTY DESCRIPTION & TAX ID NUMBER |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

6

**ZONING APP**
**Rev. 1/95**

DEF CO LEON VALLEY 00569

RES. NO. __03-004_____

## A RESOLUTION

## ADOPTING THE LEON VALLEY 2003 MASTER PLAN

**WHEREAS,** a master plan is necessary and integral part of any growing community; and

**WHEREAS,** a master plan can and should play an important role in guiding future development; and

**WHEREAS,** a master plan can help to protect the health, safety and welfare of all Leon Valley citizens, developers, property owners, merchants and visitors by providing land use policy guidelines, recommendations and directives; and

**WHEREAS,** a master plan is intended to be used not only by those who make public policy, but also by those whose private investment decisions affect the future outcome of the City; and

**WHEREAS,** a master plan is an expression of the declared policy of the City Council and of the manner in which that policy is to be implemented, giving an interested Leon Valley citizen, as well as a potential investor, a clearer understanding of the present and future direction and vision of the City.

**NOW, THEREFORE, BE IT RESOLVED BY THE CITY COUNCIL OF THE CITY OF LEON VALLEY, TEXAS, THAT:**

1. The City hereby repeals and replaces the 1999 Master Plan and adopts a revised master plan to be known as the 2003 Master Plan, a copy of which is attached hereto and made a part hereof.

2. Zoning ordinances and amendments hereto hereafter adopted by ordinance shall follow the policy guidelines laid down herein as closely as possible.

3. This resolution shall take effect immediately upon passage and approval.

**PASSED** and **APPROVED** this the 4th day of November 2003.

Mayor

ATTEST:

City Secretary

'03

# I. INTRODUCTION

DEF CO LEON VALLEY 00571

'03

# I.    INTRODUCTION

## A.    VISION STATEMENT

The City of Leon Valley will be an exemplary community, deeply committed to the preservation of natural resources, the enjoyment of the arts and outdoor recreation and appreciation of the area's historical significance.

The City shall recognize the delicate balance between future growth and existing development and the neighborhood communities. The City shall strive to promote a compatible business environment that will maintain a healthy economy. The City will exhibit a distinctive, clear, physical and welcoming identity at all its boundaries and throughout the community, using aesthetically pleasing, harmonious signage. The City will promote pedestrian friendly connections between the City's physical elements, as well as the safe and efficient flow of street traffic.

The City of Leon Valley will maintain its trailblazing legacy of leadership by fostering and encouraging collaborative participation by its residents, businesses, and civic partners to sustain Leon Valley as a community of choice.

## B.    PURPOSE

Each community government has the obligation to advance the health, safety and general welfare of its citizens on a continuing basis and to maintain an orderly environment for self-advancement. City governments endeavor to address this obligation directly through the provision of services, such as fire, police, and emergency medical services; and the construction, management, and maintenance of certain portions of the infrastructure. Other city-owned facilities, such as parks and libraries, can address the general quality of life in a community. The City can also, through its land use policies, influence, or in some cases direct, the private development and uses of land to optimize the relationship between land uses and the welfare of its citizens.

The Master Plan is designed to serve as a tool to assist the community decision makers in meeting their primary obligation. Each goal, objective, and policy contained in the Plan is adopted with this purpose in mind.

As an official public policy adopted by the City, the purpose of the Master Plan is to guide decisions about the physical development and programs of the community. The Master Plan is not intended to be used as a law, but as a well-informed policy guide that describes the desired future of the City in broad terms.

1

'03

## GOALS AND OBJECTIVES

**DEFINITION**:  Goals and objectives represent a point of direction by which the community's desires are put to action through a plan which consists of values and acts as a means to a desired end.

The goals and objectives presented in the Master Plan are intended to:

**(1)**    Guide day-to-day planning, engineering, and financial decisions by the City;

**(2)**    Foster communication between the City Council, staff and citizens by placing the government's future intentions on public display;

**(3)**    Provide a coordinating mechanism between City departments, other governmental and quasi-public agencies, and private developers; and,

**(4)**    Establish a basis for land use regulation and public investment, which govern the growth of the City.

To achieve its influence over various land use and policy decisions, the Master Plan should be dynamic and furnish clear guidance and provide sufficient flexibility to enable it to adapt to unforeseen events and trends.  The Plan must, therefore, strike a balance between general guidance and suggestions for specific activities and events.

2

DEF CO LEON VALLEY 00573

'03

## MONITORING PROCEDURES

It is intended that the Master Plan reflect the vision for the City's future growth and development. For the process to be successful, the Plan must receive continuing review and support by public bodies and private citizens. The Master Plan must be updated to maintain its relevance to conditions in the City and to retain support from the public and private interests. Past predictions and projections must be evaluated for accuracy and must be revised for practical application. To accomplish this continuing review, the City requires that the Zoning and Land Use Commission review and make recommendations for revision to the Master Plan every four (4) years commencing in 1995.

In the 1992 revision of the Master Plan, the Zoning and Land Use Commission and the City Council used a randomly distributed Citizen Survey to acquire private citizens' views and concerns to help them formulate their decisions in the best interest of the citizens. The citizen surveys identified important issues and concerns to Leon Valley and served as a guideline in the development of the Master Plan.

In the 1995 review of the Master Plan, the Zoning and Land Use Commission held a series of public workshop sessions to discuss the various components of the plan and the respective neighborhood and commercial planning matrices. In making recommendations for the 1995 Master Plan revisions, the Zoning and Land Use Commission also reviewed the City's growth and development patterns since 1992. The Commission formulated their decisions in the best interest of the citizens, utilizing both the information from the workshop sessions and land use activity data.

In the 1997 review of the Master Plan, the Zoning and Land Use Commission utilized the 1996 Hotel Occupancy Tax Study and the 1997 Economic Development Study in making recommendations for the revisions. The Commission also used prior rezoning requests dating back to the 1995 Master Plan revisions as a point of reference for any necessary revisions to the Plan.

Similarly, the Zoning Commission has used the newly incorporated Vision Statement, previous zoning and specific use permit cases and public input for their 2003 review of the Master Plan. The Commission and City Staff have also incorporated elements of the community's Leadership Programs, along with an evaluation of the tax revenue report and economic development trends of the City.

## B. AMENDMENT PROCESS/AMENDMENTS PROPOSED BY PETITION

The Master Plan is reviewed and updated by the Zoning and Land Use Commission and the City Council every four (4) years.

In addition to these 4-year reviews, the City Council can initiate amendments to any of the various sections of the Master Plan at any time.

All amendments must be reviewed by the Zoning and Land Use Commission, which shall make a recommendation to the City Council. Failure by the Commission to make a recommendation shall be

3

'03

considered a recommendation against any change in the Plan.

Leon Valley citizens and all owners of real property in the City of Leon Valley may initiate City Council review of any section of the Master Plan by submitting a petition signed by seventy-five or more Leon Valley citizens or owners of real property in Leon Valley.

Said petition must specifically identify the portion or portions of the Plan which are to be amended and should state reasons for such amendment(s).

No more than forty-five (45) days after the submittal of a valid petition the City Council shall initiate a review by the Zoning and Land Use Commission of the amendment(s) proposed by petition.

The City Council, after receiving the recommendation of the Zoning and Land Use Commission, shall act on the amendment(s) proposed by petition, either approving or rejecting the proposals. In all cases, action shall be taken by the City Council on amendments proposed by petition within 180 days after a valid petition is submitted.

## C. FRAMEWORK

The 1986 Master Plan provided land use policies in a narrative form. The 1992 revision of the Master Plan divided the City into planning areas and applied planning element components in matrix form to these planning areas. The 1995 review provided an introductory page for each Neighborhood Planning Area which includes a neighborhood profile and appropriate goals, objectives, and strategies for each neighborhood. The 1997 review incorporated several new objectives for each Neighborhood Planning Area including a city-wide speed hump policy within the neighborhood housing areas and Capital Improvements Programming. The 2003 review is designed to be a more user-friendly, yet concise plan, which emphasizes the City's Vision Statement and can be used as a guide for potential developers and residents.

The Master Plan is divided into five sections. Section One (Introduction) describes the Master Plan and the City of Leon Valley. Section Two (Data and Description) identifies existing conditions and trends that may affect future development. Section Three (General Land Use Plan) describes the City's vision for future development and land use goals. Section Four (Planning Elements) identifies and categorizes specific planning elements as well as specific planning areas pertinent to the development of the City and Section Five (Appendix) contains any additional facts and figures.

Each planning element component states goals, objectives and recommended strategies for the development of Leon Valley.

Section Four identifies five planning elements important to the proper development of Leon Valley. These components are as follows:

4

'03

• <u>Transportation and Thoroughfare</u>, represents the desired arrangement of transportation facilities to meet the community's mobility and circulation needs;

• <u>Community Services</u>, strives to provide proper safety and welfare for citizens by providing public facilities and services;

• <u>Environment</u>, addresses health, safety and appearance issues for citizens as growth and development occurs;

• <u>Commercial/Economic Growth</u>, focuses upon creation of new businesses within the community to provide services and revenue for the City's growth and well being; and,

• <u>Housing/Neighborhood</u>, describes the variety of desirable housing types; encourages safe sanitary living conditions and illustrates neighborhood character and identity.

5

DEF CO LEON VALLEY 00576

'03

NOTE:

1) Within the Commercial/Economic Growth and the Housing/Neighborhood Components, the City is divided into seven Commercial Planning Areas and fourteen Neighborhood Planning Areas, respectively. These Planning Areas are accompanied by matrices which allow policies to be identified and reviewed for the City using six planning elements: land use, commercial corridor/interface, housing/neighborhood interface, transportation, community services, and environment.

The matrices are not intended to take the place of the fully developed components; rather, they are designed to make the document integrated and user-friendly.

The maps contained within this Master Plan are representative of the 2003 pattern of zoning districts.

Subsequent changes in the land use patterns of the City after June 2003, may affect the accuracy of the maps contained within the Master Plan document.

Commercial and neighborhood area maps are provided for illustrative purposes only and are not to scale.

Users are strongly encouraged to contact the City regarding the current zoning of a particular parcel of land.

The Community Development Department (210) 684-1391 ext. 226.

DEF CO LEON VALLEY 00577

'03

## MATRIX ABBREVIATIONS

The following abbreviations are used throughout the commercial and neighborhood matrices and are provided as a reference.

## ZONING DESCRIPTIONS

R-1 - Single-Family Dwelling District

R-2 - Two-Family Dwelling Districts

R-3 - Multiple-Family Dwelling District

R-3A - Multiple Family Retirement Community

R-4 - Townhouse District

R-5 - Manufactured Home District

R-6 - Garden House District

O-1 - Office District

B-1 - Small Business District

B-2 - Retail District

B-3 - Commercial District

I-1 - Light Industrial District

7

DEF CO LEON VALLEY 00578

## D. HISTORICAL SETTING

Leon Valley is named for Leon Creek, a tributary of the Medina River. The creek passes under Bandera Road about one-half mile north of the City limits. The creek has yielded various clues about the ancient history of the area. There are many shells in its banks indicating that the area was once part of the sea. The hip and thigh of a mastodon, as well as stone artifacts that pre-date the bow and arrow, have been found in the Leon Creek basin. Leon Creek was once a continuously running stream with many small caves that may have been used to shelter man or beast. The first settlers related that in the early 1800's the area was covered with buffalo grass and there were few trees.

The Leon Valley area has evidently always been a hospitable place to live. The Leon Creek was a popular campsite for wandering Indian tribes. More than 1,000 arrowheads and Indian artifacts have been found in the Leon Valley area. The Tonkawa were the primary inhabitants. A Tonkawa Indian burial site was discovered on the west bank of Leon Creek, near Bandera Road.

The Leon Valley area was the site of a stagecoach stop on the route from Bandera to San Antonio. Leon Valley was considered a dangerous area for wagons and stagecoaches because the hills were steep, there were two creeks to cross, and the ground was often muddy. The Huebner house, now known as the Onion House, built more than 150 years ago stands across Bandera Road from City Hall. The house was occupied by the Onion family in the 1930's and is the oldest existing structure in Leon Valley. Musket balls and Indian artifacts have been found in its walls. The Stagecoach Inn, as the house is known, and the many legends and stories of Indian and bandit raids are still a part of local tradition.

The citizens of the area were faced with the choice of annexation to the City of San Antonio; therefore, the City of Leon Valley was founded with the filing of a petition to incorporate, bearing 133 names. Following an election, Leon Valley was successfully incorporated on March 31, 1952, and Raymond Rimkus was elected the City's first mayor. By 1970, Leon Valley had just over 2,000 residents, but during that same decade the City's population grew to over 9,000. In the 1980's, the rate of residential growth slowed and Leon Valley entered a period of dynamic commercial growth. In the 1990's, the City looks forward to maintaining its reputation for offering "small town hospitality with big-city advantages."

## E. INTRODUCTION TO PRESENT LEON VALLEY

Leon Valley, a suburban community of approximately 10,000 people, is positioned at the virtual center of a dynamic quadrant of the San Antonio Metropolitan Area. Not only has this area had a significant population increase over the last decade, but it has also shown a significant increase in employment centers and tourist attractions. These factors, combined with an effective local government and exemplary community services, make Leon Valley an attractive location for a home or business.

Fortuitous physical location is only one reason to locate a residence or business in Leon Valley; the City also provides excellent fire, police, and emergency medical services. Citizens and business

DEF CO LEON VALLEY 00579

owners can expect a quick response time to emergency calls, so services are received in time to make a real difference. The City has also shown awareness of the need to preserve the environment by being the first community in the San Antonio area to institute a solid waste recycling program. Since 1992, the City has continued its environmental efforts by implementing several innovative approaches including: an oil and filter recycling igloo, community garden plots, compost demonstration garden, and a water conservation rebate program. Many of Leon Valley's public facilities are located in the center of the community and include: Raymond Rimkus Park, Leon Valley Activities Building, Leon Valley Public Library, and the Leon Valley Conference Center. Raymond Rimkus Park is the community's outlet for outdoor recreation. The Park also houses a Pavillion which is used regularly for a nominal fee. The Leon Valley Activities Building is a multi-purpose meeting, recreation and community facility. The Leon Valley Public Library was renovated in 1992 and provides literature, expanded services, and materials to the community. The newest addition to the City is the Leon Valley Conference Center. The Conference Center was completed in 2001 and was designed to attract business clientele. The Center's primary usage is for seminars and other community or business related programs. Leon Valley strives to be a comprehensive community going beyond the traditional definition of a "bedroom" suburb.

Leon Valley can no longer grow beyond its current size of 3.5 square miles. Approximately 90% of the land is developed; however, some of the larger undeveloped tracts are among the most visible locations, thus influencing the look of Leon Valley for years. Although the number of development sites is relatively few, they are quite important to the nature of the community. These new developments, however, will contribute only minimally to the improvement and extension of the infrastructure. Also, as the large neighborhoods established in the seventies grow older, more resources will need to be devoted to maintenance of the infrastructure and the structures themselves. Residents and property owners must currently address the maintenance of their property, but the responsibility for the maintenance of the infrastructure should be monitored by the City.

This Master Plan identifies the strengths, needs, and concerns of each neighborhood within the City. The commercial areas also receive special attention with an emphasis on the long term ability of the areas to support viable businesses. These businesses contribute much to the ability of the City to maintain and improve its services. As Leon Valley enters the new millennium, it will take effort by the City government and its citizens to sustain growth. Our key to the future lies in being the "best maintained" and "best served" community in the area. Critical to that goal is maintaining the balance between commercial and residential interests. This Plan can contribute to that balance and actually advance policies that will support both interests.

Future planning decisions must recognize existing conditions and trends which help shape the development of the City. For example, land development must recognize the limitations of the land itself, such as the construction limitations steep slopes and flood plains present. Likewise, the City must recognize its existing population characteristics and housing trends to adequately project and serve the future population.

9

DEF CO LEON VALLEY 00580

'03

# II. DATA AND DESCRIPTION

11

DEF CO LEON VALLEY 00581

'03

## II.   DATA AND DESCRIPTION

The City must recognize and utilize existing trends in shaping the growth of our community. The Data and Description section identifies existing conditions and trends that may affect future development in the City of Leon Valley.  The information is intended to foster informed decision making during the development process.

## A.  TOPOGRAPHY AND TERRAIN

### 1.  PHYSICAL FEATURES

The Balcones Fault Zone is visible when looking west from Leon Valley.  This large uplift and related minor faults provide the topographical features found in Leon Valley.

### 2.  TOPOGRAPHY

The area consists of gently undulating topography with grass and tree vegetation.  Even though Leon Valley gets its name from the valley of the Leon Creek, the valley itself is to the northwest of the major portion of the City of Leon Valley.  The City itself is characterized by hills, with Huebner Creek bisecting the City in a northeast-southwest line.  Zarzamora Creek runs north-south at Loop 410.  The elevation ranges from approximately 820 feet at the bottom of Huebner Creek to approximately 900 feet at the tops of the hills.  With the Leon Creek valley immediately to the west resulting in slightly lower elevations, the higher elevations of the hill country serve as the major vista to the northwest along the higher elevations of the Huebner Creek valley.

### 3.  SOILS

The soils may be grouped into several generalized strata with similar physical and engineering properties.  The uppermost along and within floodplains is frequently dark gray clay with gravel.  These clays are highly plastic with tested liquid limits ranging from 69 to 79 percent and plasticity indices ranging from 46 to 51.

The next strata consists of tan clay with caliche and gravel with some iron staining.  These clays are moderately plastic, with tested liquid limits ranging from 39 to 48 percent.  The soils found in Leon Valley are:

* Tarrant-Brackett Shallow and very shallow soils over limestone
* Austin-Tarrant Moderately Deep and very shallow clayey soils over chalk and marl
* Lewisville-Houston Black Deep, calcareous clayey soils in old alluvium
* Venus-Frio-Trinity Deep, calcerous soils on Creek bottom lands and terraces

12

DEF CO LEON VALLEY 00582

'03

## 4. FLOODPLAINS

The major floodplain of Leon Valley is Huebner Creek. The Huebner Creek flood prone area, northeast of Bandera Road, includes the large undeveloped tract at Bandera Road, the Northwest Little League baseball fields, some residential lots, and the City's Raymond Rimkus Park. Zarzamora Creek affects the southeast portion of the City, in particular, the N.W. Industrial Drive area. Areas to the east of Evers Road along Huebner Creek have been developed at elevations that appear to provide a reduction in flooding potential. The El Verde and Jeff Loop Road areas are within the regulatory flood plain.

The floodplain of Apache Creek does not necessarily encroach upon existing housing, but it is adjacent to Althea Drive. In 1999 the City of San Antonio reduced the flooding potential of the area by putting into place new flood control measures. Since that time, the Flood Emergency Management Agency has developed flood maps detailing the Huebner Creek floodplain.

## 5. CLIMATE

The average annual temperature is 68 degrees. The average temperature in January is 44 degrees and 82 degrees in June. Average annual rainfall is 27.9 inches. The average humidity is 60 percent. Winds prevail from the southeast. Snowfall is rare, occurring only about once every four to five years.

13

DEF CO LEON VALLEY 00583

'03

## B. UTILITIES

Leon Valley utilities are provided by the City itself, the City of San Antonio and independent utility companies. It is important that the City and these other entities coordinate in their planning efforts to provide the best service to the residents in the most efficient manner.

Electricity Surveyor: City Public Service Board of San Antonio

Natural Gas Surveyor:    City Public Service Board of San Antonio
                         Grey Forest Utilities

## 1. WATER

Water Surveyor:          Leon Valley and the
                         San Antonio Water System

The water map shows all water lines and mains existing in the City.

Leon Valley currently owns and operates two water wells, each producing 1,000 g.p.m. These wells provide water to 2000 connections (2003 figures).

The highest annual pumpage from 1980 through 1996 occurred in 1996 when 450,818,000 gallons were pumped. The water rights to pump from the Edwards Aquifer were validated in FY 2003 in the amount of 1,589 acres per foot.

During the summer of 1996, the City came under drought management plan restrictions as the water level in the Edwards Aquifer fell below Stage IV Levels. Stage IV restricts pumping to a maximum of 33,270,144 gallons per month. The peak pumped volume in the summer of 1996 amounted to 47,135,000 gallons in July. The City participated with the Edwards Aquifer Authority in 1997 in a pilot Irrigation Suspension Program. The purchase of water rights will provide a buffer during drought periods.

An emergency interconnect with San Antonio Water System (SAWS) was installed in 1995, not as a supplement, but as a backup supply during mechanical failure of the wells.

A water and sewer rate increase was implemented in November of 2002 to provide additional funds for operations. An additional fee for water supply acquisition and Ewards Aquifer Authority management charges were also imposed.

DEF CO LEON VALLEY 00584

**'03**

**Water Map**

15

'03

## 2. WASTE WATER

Sewer Collectors : Leon Valley

Sewer mains have generally been over-sized in anticipation of new growth. The existing number of connections is 3,000 with future connections expected to total 4,248. (Figures based on utility service maximum buildout and the 1997 City audit, provided by Leon Valley City staff.)

The waste water map shows all sewer lines and mains existing in the City and serves as the current Waste Water Capital Improvements Plan.

Replacement of some sewer lines will be an ongoing goal as some facilities are failing due to age, ground shift and poor initial construction or materials.

Extension of mains to unserved areas will also be a goal as funds allow.

A Capital Improvements Plan is recommended to identify these facilities and program their replacement or extension. A television study of select sewer mains is conducted by the City of Leon Valley annually. A portion of the sewer system, within the area of Leon Valley which is provided water service by SAWS, was televised by SAWS and reviewed by Leon Valley staff. These efforts are part of a program designed to determine the condition of the Leon Valley sewer system.

## 3. STORM WATER

Leon Valley has come under the Environmental Protection Agency's mandated Storm Water Phase II programs which are administered by the Texas Commission on Environmental Quality. This program required that the City develop and implement a plan consisting of six (6) water management practices designed to reduce pollution of storm water discharge to the State's water supply. This program is expected to be in place in the year 2004.

16

DEF CO LEON VALLEY 00586

'03

**Waste Water Map**

17

'03

## C.  EXISTING LAND USE

### 1.  HOUSING                          (Figures from 2000 Census)

| | |
|---|---|
| Total Housing Units - | 3,666 |
| 1 unit, detached - | 2,781 |
| 1 unit, attached - | 83 |
| 2 or more units - | 21 |
| manufactured - | 59 |

Owner occupied housing units  -    2,349
Renter occupied housing units -    1,078

Total Vacant Units  -   96

Homeowner vacancy rate - 1.1%    Rental vacancy rate - 3.1%

71.3% of the owner occupied housing units cost between - $50,000-99,999

Median property value for owner occupied housing units - $87,400

### 2.  INDUSTRIAL PARKS
(Figures provided by Leon Valley City staff.)

Additional industrial growth within Leon Valley is not anticipated, except in those undeveloped areas already zoned I-1 (Light Industrial).

| AREA | TOTAL SQUARE FOOTAGE |
|---|---|
| Bandera Road Business Park | 112,500 |
| Leon Valley Business Park | 57,500 |
| West Loop Park I | 170,000 |
| West Loop Park II | 170,000 |

DEF CO LEON VALLEY 00588

'03

## 3. SHOPPING CENTERS
(Figures provided by Leon Valley City staff.)

Leon Valley has 1,205,024 rentable square feet of shopping center space. The general trend of shopping center's occupancy in the past five years has been one of sustained growth. The largest shopping centers in Leon Valley are the HEB Marketplace, Old Mill Place and the Leon Creek Shopping Center. The HEB Marketplace shopping center was opened July of 1991 and is expected to maintain a high level of occupancy.

| SHOPPING CENTERS | TOTAL SQ. FT. | SHOPPING CENTER | TOTAL SQ. FT. |
|---|---|---|---|
| Bandera Crossing | 32,000 | Leon Valley Auto Center | 10,000 |
| Bandera North | 31,986 | Leon Valley Center | 60,000 |
| Bandera Plaza | 21, 960 | Lim's Village | 19,200 |
| Bandera Square | 9,400 | Old Mill Place(Bandera Heights) | 153,000 |
| Clear Creek | 80,661 | Oak Plaza Center | 14,640 |
| Crossway Center | 37,000 | Reindeer Trail Center | 29,677 |
| Eckhert Center | 33,000 | Savings Square | 36,112 |
| Grass Valley | 42,000 | Seneca Plaza | 30,795 |
| H.E.B. Marketplace | 185,000 | Stratford Towers | 33,145 |
| Jet Press Plaza | 20,000 | The Market @ Grissom | 58,000 |
| Lebman's Corral | 20,000 | Valley Park | 102,911 |
| Leon Creek | 144,537 | Exchange Plaza | 32,960 |

**19**

DEF CO LEON VALLEY 00589

'03

## 4. UNDEVELOPED LAND MAP

20

DEF CO LEON VALLEY 00590

'03

## D. MAJOR THOROUGHFARES

(Figures provided by Leon Valley City staff and the Texas Department of Transportation (TxDOT))

1.    BANDERA ROAD (State Highway 16)

The major thoroughfare in Leon Valley is Bandera Road, S.H. 16, which cuts through the center of Leon Valley. Bandera Road provides the only means of vehicular through access, south to north. It provides direct access to the majority of existing businesses and arterial access to many residential neighborhoods and service areas. Bandera Road is a major artery in the San Antonio metropolitan area transportation system, connecting a vast and rapidly developing area of northwest Bexar County with Loop 410.

TxDOT average annual traffic counts on Bandera Road reflect the following changes between 1990 and 2002:

### Average Annual Daily Counts

| Location | 1990 | 1996 | 2002 |
|---|---|---|---|
| Jackwood | 61,000 | 55,000 | 55,000 |
| Grissom-Huebner | 49,000 | 51,000 | 54,000 |
| South of Eckhert Rd | 40,000 | 47,000 | 48,000 |
| North of Eckhert | 40,000 | 48,000 | 57,000 |

2.    BANDERA ROAD Highway 16

This major thoroughfare extends from Loop 410 at State Highway 16 (SH 16) northwest through the City. In 2002, TxDOT reports 55,000 vehicles per day use on this road. The Texas Department of Transportation has a major thoroughfare project planned to begin in Spring of 2004. This project includes installation of overhead lanes to facilitate the increasing traffic. The overhead lanes are planned to extend from Loop 410 over Wurzbach Road.

3.    WURZBACH ROAD

In addition to Huebner Road, Wurzbach Road is the only other thoroughfare providing east/west vehicular through access in the City. It is an integral part of the City of San Antonio Major Thoroughfare Plan and is incorporated into TxDOT planning. During 1997, this street was widened as a Metropolitan Planning Organization/TxDOT program.

The average week day traffic count for Wurzbach Road, west of Bandera Road on February 23, 1996 was 14,857 vehicles per day (provided by W. F. Castella, traffic study consultant).

21

4.    ECKHERT ROAD

Eckhert Road, F.M. 1517, is not within the City of Leon Valley, but Eckhert Road does provide direct collector access, as well as arterial access, to residential and commercial areas in northwest Leon Valley. Eckhert Road is recognized as being an integral part of the City of San Antonio Major Thoroughfare Plan. Its viability and use as a major thoroughfare artery is essential to orderly traffic movement in Leon Valley.

TxDOT widened this street in 1996 and installed critical drainage facilities. TxDOT reports an average daily use of 24,000 vehicles per day in 2002.

5.    EVERS ROAD
      **(Week Day Average Traffic Counts Provided by Leon Valley Public Works - 1998)**

Evers Road serves as the major residential access street in Leon Valley. It provides north to south access.

| TRAFFIC COUNT SITE | VEHICLES PER DAY (VPD) |
|---|---|
| Evers at Forest Way | 13,344 |
| Evers Road at Poss Road | 11,953 |
| Evers Road at Huebner Road | 5,059 |

6.    HUEBNER ROAD
      **(Week Day Average Traffic Count Provided By Leon Valley Pubic Works - 1998)**

The major portion of Huebner Road, east of Bandera Road, effectively serves in tandem with Grissom Road to provide northwest Bexar County's major east to west arterial thoroughfare.

| TRAFFIC COUNT SITE | VEHICLES PER DAY (VPD) |
|---|---|
| Huebner Rd., east of Evers Rd. | 18,929 |
| Huebner Rd., west of Evers Rd. | 21,086 |

Refer to Transportation/Thoroughfare Component for further detailed information on Leon Valley Transportation System.

7.    GRISSOM ROAD (FM 471)
      **(1997 Traffic Impact Analysis for Timberhill Villa)**

FM 471 has four travel lanes and a continuous turn lane. It provides arterial west bound travel.

DEF CO LEON VALLEY 00592

'03

In 2002, TxDOT reported a usage of 19,000 vehicles per day on this street.

8.    **TIMBERHILL DRIVE**
      **(Huebner Road to the City Limits)**

This four-lane arterial street connects areas west of Leon Valley with Bandera Road.

9.    **POSS ROAD**
      **(Week Day Average Traffic Count Provided By Leon Valley Pubic Works - 1995)**

A week day average traffic count on Poss Road between Bandera Rd. and Grissom Rd., reflects 13,902 Vehicles Per Day traffic count.

10.   **TIMCO WEST**

This four-lane arterial connects Bandera Road to Callaghan and points west of Leon Valley.

In June, 1995, Leon Valley Public Works, reported a usage of 12,586 vehicles per day.

11.   **EXCHANGE PARKWAY**

This four-lane arterial connects Loop 410 with Wurzbach Road.  Northbound Traffic was measured in 1996 at 3,432 vehicles per day.

23

'03

# E.  ECONOMIC INDICATORS OF CITY INCOME

## 1.  TOP TEN TAXPAYERS FOR THE TAX YEAR 2002

| | |
|---|---|
| 1.  Ancira-Winton | 6.  SCIC San Antonio |
| 2.  Southwestern Bell | 7.  CC Gunn |
| 3.  HEB Marketplace | 8.  Mill Place Association |
| 4.  E.W. Richardson | 9.  Puget of Texas |
| 5.  Vista Del Rey Ltd. Partnership | 10. Merrimac Associates, LP |

## 2.  TAXES

Based on 2002 Tax Year:

| REAL PROPERTY | |
|---|---|
| City: | .46878 |
| County: | .336856 |
| Northside Independent School District (NISD): | 1.73750 |
| **TOTAL TAX RATE** | 2.54313 |

| NON-PROPERTY | |
|---|---|
| City Sales: | 1.00% |
| State Tax: | 6.25% |
| VIA Tax: | 0.50% |

Based on the 2002 Fiscal Year:

| | |
|---|---|
| City Property Tax Revenue: | $1,958,249 |
| City Sales Tax Revenue          : | $2,127,498 |
| City licenses, permits, fines & fee revenue: | $1,052,777 |

24

DEF CO LEON VALLEY 00594

'03

### 3. ASSESSED LAND VALUES
(Dollar Figures from Bexar Appraisal District Roll Analysis)

| PROPERTY USE CATEGORY | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|
| Real, Residential, Single-Family | 212,916,843 | 217,143,329 | 228,760,510 | 243,538,610 | 255,543,473 |
| Real, Residential, Multi-Family | 25,140,934 | 25,879,140 | 27,304,640 | 25,828,550 | 27,347,800 |
| Real, Vacant Lots/Tracts | 9,762,796 | 11,222,673 | 14,269,497 | 15,598,954 | 13,198,622 |
| Real, Acreage (Land Only) | 2,983,191 | 1,830,961 | 1,942,331 | 2,698,931 | 2,693,231 |
| Real, Farm and Ranch Improvements | 167,400 | 167,400 | 167,400 | 175,800 | 50,800 |
| Real, Commercial | 459,070,076 | 465,971,348 | 315,894,511 | 532,310,085 | 538,567,596 |

Assessments from real, vacant lots/tracts and real, acreage land have decreased due to the residential and commercial development and improvements that have occurred since 1998.

DEF CO LEON VALLEY 00595

'03

## F. POPULATION TRENDS

| Total Population | Estimated Population Growth<br>(1% per year) |
|---|---|
| 1980 - 9,088 | 2000 - 9,239 |
| 1990 - 9,581 | 2010 - 10, 206 |
| 2000 - 9,239 | 2020 - 11,274 |

**1. POPULATION TURNOVER** - (Figures are from Census Bureau.)

There has been a 3.5 % decrease in Leon Valley's population from 1990 to 2000. The decrease which occurred during the following years may be attributed to a geographic correction in defining the City's boundary lines.

**2. GROWTH PROJECTIONS** - (2003 Figures provided by Leon Valley City staff.)

Leon Valley has the capacity to grow to a population of approximately 16,786 according to the 1990 Garcia & Wright Study conducted for the purpose of deriving impact fees. This figure was derived by looking at the City's utility and sewer availability.

## G. INCOME TRENDS

| Per capita income |
|---|
| 1979 - $ 8,447 |
| 1983 - $11,237 |
| 1987 - $13,042 |
| 1990 - $14,757 |
| 1999 - $21,743 |

The median household income in 1999 was $49,079 and the median family income was $56,543. There were also 4.8% of families that were below poverty level.

26

'03

## H.  FEATURES OF THE SURROUNDING AREA

### Leading Attractions

Leon Valley is located in northwest San Antonio, one of the fastest growing areas in metropolitan San Antonio, and serves as an access point to this appealing quadrant. Bandera Road and Loop 410 are the primary arteries to San Antonio's leading attractions.  Leon Valley is ideally situated approximately nine miles equidistant between Sea World of Texas and "Six Flags Fiesta Texas" family theme park. South Texas Medical Center, one of the State's leading medical centers, is three miles from Leon Valley.  The University of Texas at San Antonio, Southwest Research, Texas Research Park, and Ingram Park Mall are all within a five to ten minute drive from Leon Valley.  Two of the area's largest employers, United Services Automobile Association and Kelly Air Force Base are both short and easy commutes from Leon Valley. The City of Leon Valley is approximately 17 miles from downtown San Antonio and eight miles from San Antonio International Airport.  Population statistics from the 2000 U.S. Commerce Department Bureau of the Census indicate that the population of the City of San Antonio surrounding Leon Valley is 1,144,646.

### Current Residential Communities

Leon Valley is surrounded by many residential communities that enjoy the services and goods provided by Leon Valley merchants.  Listed below are some of the surrounding residential communities located off of Leon Valley's major thoroughfares within a two mile radius of Leon Valley.

Northwest on Bandera:
  Marshall Meadows
  Wildwood
  Braun Station
  Woods End
  French Creek Village
  Lincoln Park

Southwest on Bandera:
  Sunset Hills
  Mariposa Park
  Inspiration Hills

Southwest on Grissom:
  Timbercreek Estates
  Deer Run
  Twin Creek
  Misty Oaks

Southwest on Wurzbach:
  Rollingwood Estates

Northeast on Huebner:
  Apple Creek
  Apple Gate
  North Gate

Southwest on Bandera with west NW Loop 410 access:
  Thunderbird Estates
  Thunderbird Village
  Thunderbird Hills

Northeast on Wurzbach:
  Glen Oaks
  Oak Hills Terrace
  Dream Hill Estates

Southwest on Bandera w/east NW Loop 410 access:
  Rolling Ridge
  Hill Crest

*add ours*

27

DEF CO LEON VALLEY 00597

'03

# III.  GENERAL LAND USE PLAN

DEF CO LEON VALLEY 00598

'03

## III.   GENERAL LAND USE PLAN

### A.  VISION FOR FUTURE DEVELOPMENT

The Master Plan should not simply be a reaction to changing conditions, but should reflect a general concept of the desired future of the City. The previous two elements of the Plan have reviewed the history and current conditions in Leon Valley. This element of the Plan presents a vision of Leon Valley for the next ten years.

**Physical Shape**

The City of Leon Valley maintains no extra-territorial jurisdiction and is completely surrounded by the City of San Antonio. The physical city limit lines of Leon Valley will not differ significantly during the next decade. There may be limited opportunities to exchange minor properties between Leon Valley and San Antonio.

**Population and Demographics**

As noted elsewhere in the Plan, there was a 3.6% increase in Leon Valley's population from 1990 to 2000. While the growth rate has not greatly increased during the past decade, Leon Valley has the capacity to increase population to 20,000 based on utility service maximum build-out.

**Land Use and Housing**

Land uses in the future will be similar in location and type as those presently shown on the Land Use element of the Plan. Minor adjustments will be made to the land use plan over the next decade as conditions and trends change, but the general arrangement will remain the same.

During the next ten years, some neighborhoods may be faced with declining housing quality. It will be necessary for neighborhood associations and City Code Enforcement officials to monitor housing quality. In the 2002 Appraisal Roll Analysis from Bexar Appraisal District, of the preliminary total land parcels 8.2% are vacant lots and acreage. These vacant properties have the potential and are expected to develop proportionally as single-family, garden homes and other low density residential or commercial.

The City is arranged with a commercial corridor located through the center, along Bandera Road. The existing vacant property located along the Bandera, Wurzbach, Grissom and Huebner commercial corridors, is expected to develop as retail/commercial service sectors to support community needs.

29

'03

## B. OVERALL GENERAL LAND USE GOALS

### Statement of Purpose

The General Land Use Plan represents the desired arrangement of private and public land uses for the City. The General Land Use Plan is not a static document and will be continually reevaluated as goals, conditions and trends change. The location, density and orientation of various land uses affect plans for traffic management, water supply, wastewater collection, drainage, public safety and other community services. Any change in the Land Use Plan may result in changes throughout the Master Plan.

The Land Use Plan is an important guide for future development and redevelopment in the City. The current zoning districts that regulate the City's specific land use are listed and defined in Section III (C). The Zoning and Subdivision Map, Section III (D), shows current zoning.

### Objectives and Strategies

Through the various planning elements, the Plan attempts to serve as a practical tool. Although some specific recommendations are included in this document, these are merely indicative of means to achieve the stated objectives and are certain to be revised in a changing environment. The result is a document which strives to promote the protection of the public interest and advance the quality of life in Leon Valley.

### Land Use Goals

The following overall land use goals delineate the City's desired course for future development:

(1)    To advance the quality of life in the City to be consistent with the City's Vision Statement;

(2)    To recognize that land is a valuable and limited resource, as well as a commodity, and its use should be planned in the best interests of the community;

(3)    To encourage a level of growth that provides commercial and industrial development that contributes to a diversified economic base and employment opportunities for the sustained quality of life desired in the City;

(4)    To improve the general mobility of the population within the City;

(5)    To encourage a level of growth that provides housing opportunities to meet the different housing needs of all income groups of the City's present and future populations;

DEF CO LEON VALLEY 00600

'03

**(6)**     To preserve the residential character of the existing neighborhoods;

**(7)**     To provide all citizens access to the amenities of the City;

**(8)**     To protect and enhance historical and cultural resources of the City and to recognize that the protection of those resources need not be incompatible with economic and population growth; and,

**(9)**     To discourage, control, or prevent, as appropriate, the development of land uses which compromise the health, safety, or welfare of the local citizens and the natural environment.


## C.  ZONING DESCRIPTIONS

Zoning descriptions are excerpted from the Leon Valley City Code, Chapter 30, "Zoning", passed and approved in 1999.


### Regulations for all Districts

No land shall be used for and no building shall be erected for or converted to any use other than provided in the regulations prescribed for the district in which it is located, except as determined in the Leon Valley City Code, Chapter 30, "Zoning".


### Zoning Description and Legend


### "R-1" SINGLE-FAMILY DWELLING DISTRICT

The R-1 district is composed mainly of areas containing single-family dwellings and open areas where similar residential development seems likely to occur.  The district regulations are designed to: (1) protect the residential character of the areas by prohibiting commercial and industrial activities, apartments and mobile homes; (2) encourage a suitable neighborhood environment for family life; and, (3) preserve the openness of the area by requiring that certain minimum yard and area standards are met.

31

DEF CO LEON VALLEY 00601

'03

## "R-2" TWO-FAMILY DWELLING DISTRICTS

The R-2 district is composed mainly of areas containing a mixture of single-family and two-family dwellings and/or open space where similar residential development seems likely to occur. The district regulations are designed: (1) to protect the residential character of the area by prohibiting commercial and industrial activities, apartments and mobile homes; (2) to encourage a suitable neighborhood environment; and (3) to preserve the openness of the area by requiring that certain minimum yard and area standards are met.

## "R-3" MULTIPLE-FAMILY DWELLING DISTRICT

The R-3 district is composed of areas containing multiple-family dwellings or suite hotels. The district regulations are designed to: (1) protect the residential character of the area by prohibiting commercial and industrial activities and mobile homes; (2) encourage a suitable neighborhood environment; (3) prevent overcrowding of the land by requiring certain minimum yard and other open spaces for all buildings; and (4) avoid excessive population density by requiring a certain minimum building site area for each building unit.

## "R-3A" MULTIPLE FAMILY RETIREMENT COMMUNITY

The R-3A Multiple Family Retirement Community district is designed for planned developments consisting of a single platted lot, of at least five acres, containing one or more residential clusters of cottages or apartment houses or a combination thereof, and appurtenant common areas, intended for rental or leasing to seniors. The district regulations are designed to: 1) Protect the residential character of the area by prohibiting commercial and industrial activities and manufactured homes; 2) Encourage a suitable neighborhood environment; 3) Prevent overcrowding of the land by requiring certain minimum square footage standards for all buildings; 4) Avoid excessive population density by requiring a certain minimum site area for each retirement community; and 5) Protect the community resources in light of increased housing demands for seniors.

## "R-4" TOWNHOUSE DISTRICT

The R-4 district is composed mainly of areas suitable for Townhouse dwellings. The district regulations are designed to: (1) protect the residential character of the areas by prohibiting commercial and industrial activities; (2) encourage a suitable neighborhood environment for family life; and (3) preserve the openness of the area and the unique residential design of a townhouse, by requiring that certain minimum yard and area standards and building construction standard requirements are met.

32

DEF CO LEON VALLEY 00602

'03

## "R-5" MANUFACTURED HOME DISTRICT

The R-5 district is composed of areas suitable for manufactured homes and manufactured home parks. The district regulations are designed to provide suitable locations for desirable manufactured home sites while providing adequate protection for both the manufactured home sites and surrounding developments. For further protection and to ensure manufactured home sites meet acceptable minimum standards, Chapter 15 of the Leon Valley City Code, specifies applicable developmental standards and licensing procedures.

## "R-6" GARDEN HOUSE DISTRICT

The R-6 district is composed mainly of areas containing single-family dwellings. The district regulations are designed to: (1) protect the residential character of the areas by prohibiting commercial and industrial activities, apartments, two-family dwellings and mobile homes; (2) encourage a suitable neighborhood environment; and (3) preserve the openness of the area by requiring that certain minimum yard and area standard requirements are met, however, with greater density being permitted than in the R-1 district.

## "O-1" OFFICE DISTRICT

The O-1 district is composed mainly of land and structures occupied by, or suitable for, office use while excluding offices which are incidental to a primary use. The district regulations are designed to: (1) protect residential areas; and (2) encourage the transitional character of certain land parcels by permitting a limited group of office uses that are compatible with adjoining residential properties.

## "B-1" SMALL BUSINESS DISTRICT

The B-1 district is composed of land and structures occupied or suitable for such uses as offices, light service, and light retail. B-1 uses are usually located between residential areas and business areas, and there is no outside storage allowed. The district regulations are designed to: (1) protect and encourage the transitional character of certain areas by permitting a limited group of uses of an office, service or retail nature to provide goods and services to surrounding residential districts; and (2) protect surrounding districts by requiring certain minimum yard and area standard requirements that are compatible with those essential in residential districts.

33

DEF CO LEON VALLEY 00603

'03

## "B-2" RETAIL DISTRICT

The B-2 district is composed of land and structures occupied by or suitable for the furnishing of retail goods and services to surrounding residential areas. The B-2 district is intended to allow a limited amount of outside storage of retail merchandise. The district regulations are designed to: (1) promote the offering of goods and services which are appropriate for surrounding business districts; and (2) protect surrounding residential districts by requiring certain minimum yard and area standards are met.

## "B-3" COMMERCIAL DISTRICT

The B-3 district is composed of land and structures used to furnish commercial needs, wholesale services, and some light assembling of goods, in addition to most of the uses found in the B-2 district. The B-3 district is intended to allow some regulated outside storage of merchandise. The district regulations are designed to: (1) permit the development of districts for the purpose of providing commercial and wholesale uses; and (2) protect surrounding and abutting areas by requiring certain minimum yard and area standards are met.

Although it may occur in certain instances, it is not intended that the B-3 district abut R-1, R-2, R-4 or R-6 districts.

## "I-1" LIGHT INDUSTRIAL DISTRICT

The I-1 district is composed of land and structures used for assembling, manufacturing or wholesaling where the use and its operation do not affect abutting and/or surrounding uses. The I-1 district includes retail and commercial uses; however, I-1 districts are to be separated from residential areas by business areas or natural and/or manmade barriers.

The district regulations are designed to allow a wide range of industrial activities subject to limitations designed for mutual protection of land use. Regulated outside storage of merchandise, materials and equipment is allowed in the I-1 district.



34

'03

## The Specific Use Permit Concept

In the City of Leon Valley, all "new" commercial construction use(s) require a Specific Use Permit (SUP) (i.e. B-2, B-3, I-1 use(s) and assorted use(s) such as churches and child care facilities). Likewise, with some exceptions, individual tenants (uses) of multi-tenant buildings who propose no structural change to the exterior of the lease space do not require a Specific Use Permit.

A Specific Use Permit is only issued by City staff at the discretion of the Leon Valley City Council. City Council can only order the issuance of the SUP after receiving a recommendation from the City's Zoning and Land Use Commission

Specific Use Permit's are amendments to the Leon Valley City Code, Chapter 30, "Zoning" and they function as an effective part of the Code; just like zoning districts themselves. Before a Building Permit or a Certificate of Occupancy is issued, allowing construction and/or the opening of a commercial business, the zoning district in which the use is intended to be located must allow the proposed use and, a SUP must be obtained from City Council.

The reason for the requirement for specific use is the same as that for zoning: to protect the health, safety and welfare of Leon Valley citizens by ensuring that (1) the location of uses is compatible with the surrounding area; (2) the proposed use conforms to the City's Master Plan; and, (3) the proposed use is the highest and best use of the land.

Refer to Leon Valley City Code Chapter 30, "Zoning", for regulations regarding the Specific Use Permit application process. Applications shall be made through the Community Development Department of Leon Valley City Hall.

DEF CO LEON VALLEY 00605

'03

## LOCATIONS - Subdivision Abbreviations

| | |
|---|---|
| AV | Antonian Venture |
| AW | Ancira-Winton (2 & 3) |
| B | Barnes |
| BL | Bell |
| BR | Brundage (LVA) |
| BC | Bandera Center (4A & 5) |
| BCR | Bandera Crossing |
| BE | Bandera Exchange (3, 5, 6, 7, 9, 14, 16) |
| BH | Bandera Heights (Old Mill Subdivision) |
| BRD | Bandera Road Business Park |
| BS | Bandera Square |
| B/S | Bandera SASA |
| C | Canterfield |
| CHU | Chuoke |
| COR | Cornerstone |
| CR | Crossway (LVA) (1-5) |
| CE | Castle Estates |
| CH | Cherry Hill (1 & 2) |
| CVS | Clear Creek Village Shopping Center |
| CW | C. Ward |
| D | Daughtry |
| DQ | Grass Valley Dairy Queen |
| DS | Drugstore Subdivision (Formerly Gulf Subdivision) |
| EG&G | EG & G Automotive Research |
| ESC | El Sendero De La Cruz |
| EX | Exxon |
| F | Frazier |
| FI | Finkel |
| FC | Forest Court (1 & 2) |
| FL | Flores |
| FO | Forest Oaks (1 - 11) |
| GIN | Ginger |
| GH | Gunn-Honda |
| GHE | Grass Hill Estates |
| GP | Greenway Park |
| GRA | Grissom Road Annex |
| GSL | Good Samaritan Lodge |
| GV | Grass Valley (1 - 4) |
| GVS | Grass Valley Shopping Center |
| H&W | H & W |
| HEB | HEB |
| HRES | Huebner Road Elementary School |
| IPS | Ingram Park Station |

36

DEF CO LEON VALLEY 00606

'03

## LOCATIONS - Subdivision Abbreviations Continued...

| | |
|---|---|
| SE | Seneca Estates (1 - 9) |
| SN | Susan Newman |
| SRH | SR Hodges (1 & 2) |
| SV | Sun Valley (1 - 3) |
| TI | Timberline |
| TS | Texas Savings and Loan |
| V-W | Vaughn-Watson |
| VP | Valley Park |
| WEV | Weston Village |
| WLBP | West Loop Business Park Phase II |
| WLP | West Loop Park |
| WV | Woodland Valley |
| Z | Zamorano |

DEF CO LEON VALLEY 00607

'03

## LOCATIONS - Subdivision Abbreviations Continued...

| | |
|---|---|
| JL | Jiffy Lube |
| L | Linkwood Addition |
| LACK'S | Lack's |
| LBC | Landmark Baptist Church |
| LIM'S | Lim's Village |
| LC | Lebman's Corral |
| LCR | Lutheran Church of the Resurrection |
| LE | Lee |
| L-M | Lincoln-Mercury |
| L-R | Linthicum-Rhode |
| LT | Leon Trace |
| LV | Leon View |
| LVA | Leon Valley Addition |
| LVA-C | Leon Valley Addition, Crossway (1 - 5) |
| LVA-K | Leon Valley Addition, Kreusal |
| LVA-O | Leon Valley Addition, Olney |
| LVA-Q | Leon Valley Addition, Quality |
| LVR | Leon Valley Ranch |
| M | Mobil |
| MA | Mackey |
| MCF | McFarlands |
| MD | McDonalds |
| MC | McCoy |
| MF | MedFirst |
| MRP | Monte Robles Park |
| NSC | Northside Christian Church |
| NV | North Valley (2 & 3) |
| NWIP | Northwest Industrial Park (1, 2, 2B, 4A, 4C) |
| OM | Old Mill (1 - 5) |
| P | Peterson |
| POSS | Poss |
| PP | Pavona Place (I and II) |
| PS | Paragon-Sawyer |
| R | Reeves |
| RE | Rollingwood Estates, Unit 1 |
| RE-G | Rollingwood Estates, Gunn |
| RR | Rollingwood Ridge |
| RW | Rollingwood Ridge-Wurzbach Oaks |
| S | Sigmor |
| SHV | Shadow Valley |
| SKA | Skaggs-Albertsons |
| STR | Strange |

DEF CO LEON VALLEY 00608

'03

## D. ZONING AND SUBDIVISION MAP

**39**

DEF CO LEON VALLEY 00609

'03

# IV. PLANNING ELEMENTS

**40**

DEF CO LEON VALLEY 00610

'03

## IV.   PLANNING ELEMENTS

The following planning elements:  transportation and thoroughfare, community services, environmental, commercial/economic, and housing/neighborhood are important factors in determining what is "desirable" as a future for the community.  These specific elements are developed as separate components but are intended to be used simultaneously, as a guide to Leon Valley's land use and development.

The terms, "goals", "objectives", and "recommended/specific strategies" will be used in this Master Plan.  A goal is a general statement of desired ultimate physical, social, or economic quality of life the community seeks.  The objectives are approaches or actions that may be taken to achieve goals. Recommended strategies are means which may be used to achieve objectives and goals.

41

DEF CO LEON VALLEY 00611

'03

## A. TRANSPORTATION AND THOROUGHFARE COMPONENT

### 1. DATA AND DESCRIPTION

#### Statement of Purpose

The Transportation Plan is intended to promote the highest and best use of land and to lessen, to the degree possible, the congestion and hazards of automobile traffic on the streets of Leon Valley. The relationship between traffic circulation within Leon Valley and that of the northwest sector of Bexar County has been considered in the recommended changes to the transportation system. The plan also recognizes the need for other modes of travel including pedestrian and mass transit.

The promotion of better vehicular and pedestrian traffic circulation within the City will benefit the citizenry in general, both now and in the future. Thus, the Plan is intended to promote the health, welfare and safety of the citizens of Leon Valley.

The Transportation Plan component of the Master Plan is designed to provide guidance for the development and management of the transportation systems for Leon Valley. It is intended that the planning area maps located in Section IV., Subsection D., be used as a guide for developers, City staff and City Council in the process of platting and subdividing land.

#### Planning Scope

The geographic planning area referred to throughout this document includes the area within the corporate boundaries of the City of Leon Valley. The plan will address vehicular, pedestrian and public transportation systems. The plan provides:

(1)     an identification of existing roadway designations and discussion of the existing conditions, issues and problems to be addressed by the Transportation Plan;

(2)     a statement of major goals and objectives pertaining to transportation in Leon Valley; and

(3)     a description of the available means of implementing the Transportation Plan.

42

DEF CO LEON VALLEY 00612

'03

# DEFINITION OF ROADWAYS

**Expressway** - A limited access, normally grade-separated, thoroughfare designed for the movement of large volumes of vehicular traffic, operating at high speeds for long distances, connecting local or regional activity centers.

**Primary Arterial** - A thoroughfare which serves the high travel demand in areas that are not within close proximity to expressways.

**Primary Arterials, Type A**, when built to ultimate design, are six-lane roadways separated by a median for control of left-turn movements. Protected left-turn lanes are provided at all median openings, with right-turn lanes provided at those intersections with other arterials serving activity centers of medium intensity. Direct access to property abutting Primary Arterials-Type A should only be allowed in accordance with design standards and policies set forth elsewhere in the Transportation Plan or upon demonstration of extraordinary hardship.

**Primary Arterials, Type B**, serve those areas of the City where the acquisition of sufficient right-of-way to accommodate a Primary Arterial, Type A would dramatically disrupt or impose a negative impact on the neighborhoods adjacent to the route. The objective of a Primary Arterial, Type B is to provide three travel lanes for each direction to accommodate peak hour traffic. This can be accomplished through a variety of design, management and planning techniques, including (but not limited to) one-way couplets of parallel streets, six-lane undivided roads with less than standard size lanes, or five-lane roads with reversible middle lane for peak hour traffic. Direct access to property abutting Primary Arterials, Type B should only be allowed in accordance with design standards and policies set forth elsewhere in the Transportation Plan or upon demonstration of extraordinary hardship. A minimum of 80 feet of right-of-way is required for Primary Arterials, Type B, although greater widths up to 110 feet may be required on some segments of such primaries as determined by the proposed design of a particular segment. The design for each Primary Arterial, Type B must be in the best interest of the neighborhoods directly impacted by the roadway, based upon the public input and characteristics of the impacted area. The signalization and major intersection provisions for Primary Arterials, Type B shall be similar to the provisions for Type A.

**Secondary Arterial** - A thoroughfare which serves the high travel demand in areas that are not within close proximity to an expressway. These differ from Primary Arterials in that the lanes for ultimate buildout are fewer.

**Secondary Arterials, Type A**, when built to ultimate design are four lane roadways separated by a median for control of left-turn movements. Protected left-turn lanes are provided at all median openings, with right-turn lanes provided at those intersections with other arterials which serve activity centers of medium intensity. Direct access to property abutting Secondary Arterials-Type A should be limited in the same way as outlined above for Primary Arterials, Types A and B.

43

DEF CO LEON VALLEY 00613

'03

**Secondary Arterials, Type B,** serve those areas of the City where, as in the case of Primary Arterials, Type B, the acquisition of sufficient right-of-way to accommodate a Secondary Arterial, Type A would dramatically disrupt, or impose a negative impact on the neighborhoods adjacent to the route. Direct access to property abutting Secondary Arterials, Type B is also limited in the same manner as described above for Primary Arterials. A Secondary Arterial, Type B will normally be a four-lane, undivided roadway with a minimum of 60 feet of right-of-way required. Greater right-of-way widths of up to 86 feet may be required on some segments of such secondaries based upon the impact of a particular segment. Unique situations in some areas of the City may result in an alternate design of a Secondary Arterial, Type B, such as one-way couplets. The signalization and major intersection provisions for Secondary Arterials, Type B shall be similar to the provisions for Type A.

**Collector Street** - A roadway designed to provide direct access to residential, commercial, industrial, and other activity areas with a primary function of collecting and distributing traffic between local access streets and the major thoroughfare system.

**Local Access Street** - A roadway (primarily a residential street) designed to provide direct access to individual homes, shops, abutting land and similar minor traffic destinations, with no provision for through traffic.

DEF CO LEON VALLEY 00614

'03

# DESIGN STANDARDS

The design standards for roadway construction are contained in Leon Valley City Code, Chapter 24, "Subdivision & Plats". The general roadway standards are described in the following table. Unique situations may warrant alternative designs. For example, a continuous left-turn lane may be necessary and the right-of-way requirements on state highways may be in excess of those standards set forth.

| CLASSIFICATION | TYPE | ROW WIDTH | PAVEMENT WIDTH | DESCRIPTION |
|---|---|---|---|---|
| Expressway | --- | 300' + | Varies | Minimum 4-lane, divided, limited access, 12' lane width |
| Primary Arterial | A | 110' | 86' | 6-lane, divided roadway, 12' lane width, 14' median or 7 lanes with 14' turn lane |
| | B | 86'-110' | Varies | Up to 6 lanes, accomplished through variety of design measures |
| Secondary Arterial | A | 86' | 62' | 4-lane, divided, 12' lane width, with either 14' median or center turn lane |
| | B | 60'-86' | 44'-62' | 4-lane, undivided, 11' lane width is minimum |
| Collector | --- | 60' | 44' | 4-lane, undivided, 11' lane width |
| Local Access | --- | 50' | 30' | Residential street |

DEF CO LEON VALLEY 00615

'03

## IDENTIFICATION OF EXISTING ROADWAY DESIGNATIONS

### Expressways

Northwest Loop 410

### Primary Arterials, Type A

Bandera Road (State Highway 16)    Bandera Road (Spur 421)
Huebner Road (east of Bandera)     Grissom Road (FM 471)

### Primary Arterials, Type B

Wurzbach Road                      Eckhert Road (not inside City limits)

### Secondary Arterials, Type B

Evers Road                         Shadow Mist
Huebner (Bandera to Timberhill)    Thistle
Poss Road (Grissom to Evers)       Timberhill

### Commercial Collectors

Ardisana Drive                     Redbird (Huebner to Deer Lane)
Chaparral (Huebner to Deer Lane)   Reindeer Trail
Criss-Cross                        Sawyer Road (Bandera to Criss-Cross)
Echo Hill                          Timco East
Exchange Parkway                   Timco West
Hurley                             Watercress (Wurzbach to Thistle)

### Residential Collectors

Linkwood Drive                     Linkhaven Drive
Thunderbird Drive                  Cherryleaf Drive
Peach Tree Drive                   Grass Valley
Canterfield Road                   Forest Pine
Forest Meadow                      Forest Way
Forest Grove                       Seneca Drive
Grass Hill Drive                   Rue Francois
Poss Road (Evers to Trotter)       Blackberry

### Local Access

All Others

46

DEF CO LEON VALLEY 00616

'03

## 2. GOALS, OBJECTIVES AND RECOMMENDED STRATEGIES

## GOALS

The transportation system element of the Master Plan is designed to allow the City of Leon Valley to achieve the following goals and objectives. The decisions regarding the transportation system seek:

(1)    To encourage and manage the development of an effective transportation system capable of moving both people and goods in a safe, efficient, economical and environmentally sensitive manner;

(2)    To encourage land use such that the benefits of the transportation system are maximized and to manage the transportation system so that the beneficial use of land is maximized;

(3)    To develop and manage the transportation system in a manner which will help to ensure the safe and efficient movement of traffic on major roadways and will help to minimize through-traffic on non-collectors; and,

(4)    To balance the needs of pedestrians and motorists; residents, businesses and commuters; and neighborhoods and the City as a whole.

### Objective One:

Recognize that the individual automobile will continue to be the primary mode of transportation and manage the system to facilitate efficient movement of vehicles.

### Recommended Strategies:

(1)    Maximize use of the subdivision process to provide developer-funded, expanded public transportation facilities;

(2)    Continue to work to upgrade all existing arterial streets to the recommended standards, to control parking on narrow streets and busy streets, and to provide (or cause to be provided) additional collector streets and arterials as necessary to keep pace with projected growth;

(3)    Continue site plan review and approval process to ensure that proposed development is designed and will be constructed in a manner that will be compatible with the function of adjacent streets, will provide for safe on-site circulation of vehicles and pedestrians, will provide suitable parking, and will provide access for solid waste pick-up, fire vehicles and other service needs;

DEF CO LEON VALLEY 00617

'03

**(4)**    Ensure that major thoroughfares conform to optimum design, engineering, and construction standards in order to permit the free flow of high volume traffic.

(a)    Minimize and eliminate, when possible, curb cuts and direct driveway access points to all collector and arterial thoroughfares.

(b)    Space major intersections approximately 1,400 to 1,800 feet apart on primary arterials and 1,200 to 1,600 feet apart on secondary arterials.

(c)    Provide a protected left-turn lane at all median openings on arterials.

(d)    Provide left- and right-turn lanes at points where two arterials intersect.   (This requirement is intended to encourage the concentration of medium intensity development at such intersections, thus reducing the probability of strip development.)

(e)    Limit left-turn movements on arterials between signalized intersections by:
1. Restricting left turns on undivided portions of the street;

2. Spacing median openings on divided portions at a distance of no less than 500 feet and requiring controlled traffic movement at such openings;

3. Limiting the construction of continuous left-turn lanes as medians on arterials to those where intensive strip commercial or industrial development has already taken place; and,

4. Limiting signalized intersection spacing to no less than one-quarter mile, preferably one-third mile and prohibiting signalization at driveway (non-public street) intersections except where one side is a street;

(f)    Require that lots developed for low-density residential use, which abut a collector, be designed in such a manner that they do not front the collector. Abutting of low-intensity residential lots to any type of arterial or expressway is strongly discouraged and will not be allowed except in extraordinary circumstances. In no case shall such a low-intensity residential lot have direct access to an arterial or expressway thoroughfare. Plats will be annotated to indicate that vehicular access to such lots from the thoroughfare will not be permitted;

(g)    Permit development for medium- and high-intensity uses (apartments, retail, commercial and industrial) on land abutting a major thoroughfare if it conforms to specific standards designed to limit access to the thoroughfare. These specific standards and guidelines are to be compatible with those found in standard engineering practice and as approved by the City Engineer; and,

48

'03

(h)    Reduce access points along arterial streets in developed areas by:

        1. Closing, where practical, access to arterials from streets;

        2. Eliminating excessive numbers of existing curb cuts and reducing the width of curbcuts that do not conform to current standards at the time that major improvements to the arterial are undertaken; and,

        3. Ensuring that current standards are met as a condition for permitting re-development or new construction.

**Objective Two:**

Capitalize on the existing, available public right-of-way for transportation facilities in order to minimize future land consumption for transportation purposes and ensure that additionally required right-of-way is acquired and roadway construction financed in an equitable and effective way.

***Recommended Strategies:***

(1)    Acquire rights-of-way for future arterials as shown on the adopted thoroughfare plan in advance of development in order to save money and to ensure that the arterials can be located as planned;

(2)    Exercise authority over rights-of-way to obtain proper design, sizing and location of entrances and exits, and treatment of the right-of-way as a part of the site plan review;

(3)    Maximize capacity of existing roadways, where appropriate, through use of traffic management techniques such as: High Occupancy Vehicle lanes, synchronized signalization and so on;

(4)    Maximize use of subdivision process to provide developer funded improvements to or expansions of the public transportation facilities;

(5)    Require dedication by owners of land which abuts an existing or planned thoroughfare to the City for use as right-of-way, an amount of land specified in standards or as required for a specific improvement. This will be a requirement for plat approval;

(6)    Acquire land for right-of-way in the same manner in which land is acquired for other public purposes in those cases where the necessary right-of-way has not been acquired by dedication;

(7)    Coordinate right-of-way acquisition on state owned and maintained highways with the Texas Department of Transportation to the maximum extent possible. Because the City has ultimate financial obligations related to right-of-way requirements, the City requirements for right-of-way shall prevail when City requirements exceed those set forth by TxDOT;

49

DEF CO LEON VALLEY 00619

'03

**(8)** Evaluate each case, plat request, or project individually and, when deemed necessary by the City, require developer/landowner participation in excess of the standard requirement;

**(9)** Allocate available resources effectively so that capital investments in transportation facilities are in the best interest and promote the general welfare of the citizens; and,

**(10)** Participate with State and county funding programs, where possible.

**Objective Three:**

Recognize that an integral component of the transportation system is parking facilities.

*Recommended Strategies:*

**(1)** Establish periodic review of parking conditions throughout the City and consider revision of parking requirements, if necessary; and,

**(2)** Discourage streets being used as off-loading and storage areas.

**Objective Four:**

Facilitate the increasing demand for a safe and aesthetically pleasing pedestrian transportation system.

*Recommended Strategies:*

**(1)** Require new development to include pedestrian walkways along major thoroughfares (unless a system of walkways and/or bikeways are provided separately from the arterial), collectors and on all residential streets;

**(2)** Require that walkways be designed to meet accessibility standards for special populations including handicapped, elderly and young;

**(3)** Consider establishing bikeways within the City;

**(4)** Include new sidewalk construction as part of a Capital Improvements Plan;

**(5)** Review landscape policies as related to walkways;

**(6)** Include replacement of broken sidewalk areas in Capital Improvement Plan; and,

**(7)** Require six foot (6') wide sidewalks for locations where the sidewalk abuts the curb on collector and higher volume streets.

**50**

DEF CO LEON VALLEY 00620

'03

### Objective Five:

Minimize roadway congestion and fuel consumption through encouragement of alternate means of transportation for the public as the need arises and as the demand makes public transportation feasible.

### *Recommended Strategies:*

(1)     Consider programs that monitor need for and acceptability of alternate modes of transportation and encourage use of buses, taxis and limousine services when appropriate; and,

(2)     Consider programs such as a carpool "hotline" or shopping shuttle.

DEF CO LEON VALLEY 00621