2aCC BANDERA ROAD LOOP 410 CORRIDOR

113

DEF CO LEON VALLEY 00681

'03

**2bCC Leon Valley South Corridor**

---

**Profile**

This area of land is comprised of one small neighborhood area, surrounded by primarily B-3 (Commercial) and I-1 (Industrial) uses and limited B-2 (Retail) and O-1 (Office). In order to preserve the Hodges Subdivision neighborhood area, appropriate and effective buffering is strongly encouraged.

**Land Use**

- Recommend rezoning of all undeveloped land northeast of Bandera Road, zoned R-1 (Single Family), to O-1 (Office), B-1 (Small Business) or B-2 (Retail).
- Consider development and rezoning of lots fronting the Hodges Subdivision to O-1 (office), B-1 (Small Business) or B-2 (Retail), with strong attention to cross traffic generation and small lot size. Commercial development B-3 (Commercial) or I-1 (Industrial) is discouraged.
- Any future nonresidential development of this area must provide adequate protection with appropriate and effective buffers to the surrounding and existing residential areas.
- In the development of lots north of Hodges Subdivision, drainage issues must be addressed by the developer.
- Recommend rezoning of undeveloped land zoned R-1 (Single Family) between Timco East and Timco West, to I-1 (Industrial).

**Commercial Corridor**

- The Bandera Road South.
- City Limit Line (just before Callaghan Road).

**Housing/Neighborhood Interface**

- Hodges Subdivision.

**Transportation**

- Coordinate with TxDot and City of San Antonio to increase capacity of road system to meet anticipated growth.
- Bandera Road is a Primary Arterial/Type A.

---

DEF CO LEON VALLEY 00682

'03

**2bCC Leon Valley South Corridor**

**"CONTINUED"**

**Transportation**

- The City promote pedestrian friendly connections between the City's physical elements, as well as the safe and efficient flow of street traffic.

**Community Services**

- The City will exhibit a distinctive, clear, physical and welcoming identity at all its boundaries and throughout the community, using aesthetically pleasing, harmonious signage.
- Adhere to Leon Valley Code Chapter 24, "Subdivisions and Plats", concerning sidewalk policy.

**Environment**

- Developers should be aware of uncapped water wells in the area.
- Any development in this area must comply with FEMA regulations as adopted by this City.
- Adhere to all applicable Federal and State laws pertaining to environmental issues.

**Capital Improvements**

- Consider Capital Improvement Programming for this area, specifically sidewalks.
- Maintain streets and highways as set forth in the Public Works Improvement and Maintenance Schedule as proposed by the City Engineer.

DEF CO LEON VALLEY 00683

## 2bCC  LEON VALLEY SOUTH CORRIDOR



DEF CO LEON VALLEY 00684

'03

### 3CC Wurbach Road Corridor

**Profile**

This area of land is comprised of mostly B-3 (Commercial) areas with some R-1 (Single-Family) and B-2 (Retail).

**Land Use**

- B-2 (Retail) and B-3 (Commercial) land use recommended for all lots fronting Wurzbach Road, west of Bandera Road..
- For the Wurzbach Road area, directly east of Bandera Road, B-3 (commercial) zoning is not intended to directly abut residential districts.
- Commercial development fronting residential areas must provide adequate protection with appropriate and effective buffers to maintain the existing character of the neighborhood.
- B-3 (Commercial) zoning is not encouraged to abut residential areas.
- A unified zoning approach is encouraged in the Rollingwood Estates subdivision.
- Recommend rezoning of lots in the Rollingwood Estates Subdivision zoned R-1 (Single Family) fronting on Wurzbach Road to be rezoned to B-2 (Retail) or B-3 (Commercial) or R-3 (Multi-Family).
- Encourage rezoning of R-1 (Single Family) to R-3 (Multi-Family) along the east side of Wurzbach Road.

**Commercial Corridor**

- Encourage rezoning of area zoned R-1 (Single Family) in Cherry Hill Unit #1 Subdivision to R-3 (Multi-Family).
- Corridor directly abuts City of San Antonio city limit line.

**Housing/Neighborhood Interface**

- Calypso and Hidden Meadow Apartments.

**Transportation**

- Traffic on Wurzbach Road is expected to increase due to Texas Department of Transportation road construction of the Bandera/Loop 410 elevated entry ramp.

DEF CO LEON VALLEY 00685

DEF CO LEON VALLEY 00986

'03

**3CC Wurzbach Road Corridor**

| **"CONTINUED"** |
|---|

**Transportation**

- The City will promote pedestrian friendly connections between the City's physical elements, as well as the safe and efficient flow of street traffic.
- Wurzbach Road is a Primary Arterial/Type B.

**Community Services**

- The City will exhibit a distinctive, clear, physical and welcoming identity at all its boundaries and throughout the community, using aesthetically pleasing, harmonious signage.
- Adhere to Leon Valley Code Chapter 24, "Subdivisions and Plats," concerning sidewalk policy.
- Sewer extensions will be needed in tandem with new development in the area behind Rollingwood Estates and the Ancira Winton subdivisions.

**Environment**

- Developers should be aware of uncapped water wells in the area.
- Any development in this area must comply with FEMA regulations as adopted by this City.
- Adhere to all applicable Federal and State laws pertaining to environmental issues.

**Capital Improvements**

- Consider Capital Improvement Programming (CIP) for this area, specifically sidewalks.
- Consider CIP for stormwater retention plan.
- Maintain streets and highways as set forth in the Public Works Improvement and Maintenance Schedule as proposed by the City Engineer.

3CC WURZBACH ROAD CORRIDOR

119

'03

**4CC Grissom Road Corridor**

**Profile**

This area of land is comprised of mostly B-3 Commercial areas with some R-3 (Multiple-Family), R-3A (Multiple-Family Retirement Dwelling), R-6 (Garden Home) and R-1 (Single-Family) areas.

**Land Use**

- R-3 (Multiple-Family), R-3A (Multiple-Family Retirement Dwelling), R-6 (Garden Home) and R-1 (Single-Family) zoning is encouraged and existing residential areas are to be maintained as such.
- B-3 (Commercial) zoning is encouraged for Leon Valley Addition (LVA) lots northwest of Grissom Road.
- Seek consolidation of properties northwest and southeast of Grissom Rd. to augment development of properties and utilities.

**Commercial Corridor**

- Consider development for area along Grissom Road currently zoned B-3 (Commercial).

**Housing/Neighborhood Interface**

- Leon Valley Ranch (LVR) area and portions of Sawyer Road and Old Mill areas.
- Any future development of this area must provide adequate protection with appropriate and effective buffers to the surrounding and existing residential areas from the encroachment of commercial development.

**Transportation**

- The City will promote pedestrian friendly connections between the City's physical elements, as well as the safe and efficient flow of street traffic.
- Alternate connecting routes may be considered for the extension of Criss-Cross Road to connect Poss Road to Sawyer Road as per development.
- Refer to Conceptual Thoroughfare Extension Plan.
- Refer to the Leon Valley Ranch Profile.
- Grissom Road is  Primary Arterial/Type A.

120

DEF CO LEON VALLEY 00688

**4CC Grissom Road Corridor**

<div style="text-align: center;">

**"CONTINUED"**

**Community Services**

- The City will exhibit a distinctive, clear, physical and welcoming identity at all its Boundaries and throughout the community, using aesthetically pleasing harmonious signage.
- Adhere to Leon Valley Code Chapter 24, "Subdivisions and Plats," concerning sidewalk policy.

**Environment**

- Developers should be aware of uncapped water wells in the area.
- Any development in this area must comply with FEMA regulations as adopted by this City.
- Adhere to all applicable Federal and State laws pertaining to environmental issues.

**Capital Improvements**

- Consider Capital Improvement Programming (CIP) for this area, specifically sidewalks.
- Consider CIP for stormwater retention plan with special attention to drainage for R-3 (Multiple-Family) properties, specifically to the rear of the property.
- Maintain streets and highways as set forth in the Public Works Improvement and Maintenance Schedule as proposed by the City Engineer.

</div>

DEF CO LEON VALLEY 00689



122

DEF CO LEON VALLEY 00690

'03

**5CC Huebner Road Corridor**

**Profile**

This area of land is comprised of some R-3A (Multiple Family Retirement Dwelling) and R-1 (Single Family) areas. The Leon Valley Elementary School is located along this corridor.

**Land Use**

- Encourage rezoning of vacant area (east side of Huebner Road, across from Elementary School) zoned R-1 (Single-Family) to remain R-1 (Single Family). R-3A (Multiple-Family Retirement Dwelling) and R-6 (Garden Home) may also be considered.
- Vacant areas zoned B-2 (Retail), may be rezoned to R-1 (Single-Family), R-3A (Multiple-Family Retirement Dwelling), and R-6 (Garden Home) zoning districts.
- The Weston Village Subdivision adjacent to the Elementary School is recommended to remain R-3A (Multiple-Family Retirement), however, other low density residential or O-1 (Office) and B-1 (Small Business) may be considered.

**Commercial Corridor**

- There is limited commercial development along Huebner Road. Any future development must provide effective and appropriate protection to the surrounding residential areas, to include the existing school facility.

**Housing/Neighborhood Interface**

- Monte Robles Park, Canterfield, Grass Valley, Old Mill and Pavona Place subdivisions.

**Transportation**

- Connection of Huebner and Eckhert roads is strongly discouraged by area residents.
- A speed limit sign should be added at the corner of Evers Road and Timberleaf street.
- Traffic on Huebner Road is expected to increase due to the City of San Antonio road improvements (outside Leon Valley city limit line). Access to Huebner Road is to be limited; proposed streets should be aligned with existing streets.
- Any future development of area zoned R-1 (Single Family), R-5 (Mobile Home) and B-2 (Retail) located N.W. of Old Mill subdivision should include consideration of transportation access to Huebner Road.
- Obtain appropriate right-of-way dedications as platting occurs.

123

DEF CO LEON VALLEY 00691

'03

## 5CC Huebner Road Corridor

| "CONTINUED" |
|---|

**Transportation**

- The City will promote pedestrian friendly connections between the City's physical elements, as well as the safe and efficient flow of street traffic.
- Refer to Conceptual Thoroughfare Extension Plan.
- Huebner Road east of Bandera Road is a Primary Arterial/Type A.
- Huebner Road west of Bandera Road is a Secondary Arterial/Type B.

**Community Services**

- The City will exhibit a distinctive, clear, physical and welcoming identity at all its boundaries and throughout the community, using aesthetically pleasing, harmonious signage.
- Adhere to Leon Valley Code Chapter 24, "Subdivisions and Plats", concerning sidewalk policy.

**Environment**

- Developers should be aware of uncapped water wells in the area.
- Any development in this area must comply with FEMA regulations as adopted by this City.
- Adhere to all applicable Federal and State laws pertaining to environmental issues.

**Capital Improvements**

- Consider Capital Improvement Programming for this area, specifically sidewalks.
- Consider CIP for stormwater retention plan.
- Extend water and sewer mains to the north side of Huebner Road and sewer mains to the west side of Evers on Huebner Road.

DEF CO LEON VALLEY 00692



## 5CC HUEBNER ROAD CORRIDOR

'03

# E.  HOUSING/NEIGHBORHOOD COMPONENT

DEF CO LEON VALLEY 00694

'03

# E.    HOUSING/NEIGHBORHOOD COMPONENT

## Statement of Purpose

The Housing/Neighborhood Component is intended to encourage a level of growth that provides housing opportunities to meet the different housing needs of the City's present and future populations and to preserve the residential character of existing neighborhoods.

The recommended strategies are indicative of means to achieve the stated goals and objectives of the general land use plan and are certain to be revised in a changing environment.

Within the Housing/Neighborhood Component, the City is divided into fourteen Neighborhood Planning Areas. Each planning area contains: a neighborhood profile, target goals, objectives, and recommended strategies, a neighborhood matrix and a neighborhood area map.

126

DEF CO LEON VALLEY 00695

'03

## DEFINITIONS OF RESIDENTIAL ZONING DISTRICTS

### R-1 (Single-Family Dwelling)

### R-2 (Two-family Dwelling)

### R-3 (Multiple-Family)

### R-3A (Multiple-Family Retirement)

### R-4 (Townhouse Dwelling)

### R-5 (Manufactured Home)

### R-6 (Garden Home)

127

DEF CO LEON VALLEY 00696

'03

## TARGET GOALS, OBJECTIVES, AND RECOMMENDED STRATEGIES
## FOR LEON VALLEY NEIGHBORHOODS

(1N Monte Robles Park, 2N Linkwood Addition, 3N Old Mill, 4N Leon Valley Ranch, 5N Sawyer Road/Leon Valley Addition, 6N Grass Valley, 7N Canterfield, 8N Forest Oaks, 9N Seneca/Sun Valley, 10N Castle Estates, 11N Seneca West, 12N Hodges, 13N Pavona Place Area, 14N Bandera Pass Area)

### GOALS

- To meet the housing and social needs for the city's present and future population
- To enact appropriate code enforcement measures
- To maintain existing housing stock and encourage infill housing
- To provide safe and sanitary housing
- To promote viable neighborhoods

**Objective A:**
Reinforce efforts to enhance the uniqueness of each neighborhood, including the development of adequate recreational facilities for new residential areas.

*Recommended Strategy:*

Consider neighborhood design plans and public works projects (i.e. streetscape, lighting and other capital improvements), which will strengthen neighborhood identity and support the residential densities identified by the Plan.

**Objective B:**
Maintain landscaping requirements which preserve the quality of housing/neighborhood areas.

*Recommended Strategy:*

Revision of landscape ordinance (L.V. City Code, Chapter 30, "Zoning") to reflect the vision of the City.

**Objective C:**
Provide adequate residential densities which reflect the desired lifestyle of the citizenry.

*Recommended Strategies:*

1)      Consider a pro-active code enforcement program to monitor substandard buildings and rental properties in an effort to discourage deterioration of the neighborhood; and

128

DEF CO LEON VALLEY 00697

'03

2) Encourage development of existing land for the purpose of providing additional residential communities, and/or complimentary land uses.

### Objective D:
Plan and develop public facilities and services consistent with the residential areas.

*Recommended Strategy:*

Create a comprehensive Capital Improvement Plan for each neighborhood to specify the needed public facilities and services.

### Objective E:
Maintain adequate vehicular access for housing/neighborhood areas.

*Recommended Strategies:*

1) Encourage the development of vehicular and pedestrian access systems which will compliment school crossing requirements located in the area and encourage public safety for all residential densities.

2) Consider implementation of a speed hump policy within the neighborhood housing areas as applicable.

### Objective F:
Encourage the development of quiet, safe, clearly defined neighborhoods.

*Recommended Strategies:*

1) Maintain low and medium density uses;

2) Protect residential neighborhoods from encroachment of commercial and/or high residential uses.

3) Seek to locate supporting neighborhood land uses on the periphery.

DEF CO LEON VALLEY 00698

# 1N MONTE ROBLES AREA



MRP

C2

C1

C4

GV4

GV

Legend:

- "R-1" SINGLE-FAMILY DWELLING DISTRICT
- "R-2" TWO FAMILY DWELLING DISTRICT
- "R-3" MULTIPLE-FAMILY DWELLING DISTRICT
- "R-3A" MULTIPLE-FAMILY RETIREMENT DISTRICT
- "R-4" TOWNHOUSE DISTRICT
- "R-5" MOBILE HOME DISTRICT
- "R-6" GARDEN HOUSE DISTRICT
- "O-1" OFFICE DISTRICT
- "B-1" SMALL BUSINESS DISTRICT
- "B-2" RETAIL DISTRICT
- "B-3" COMMERCIAL DISTRICT
- "I-1" LIGHT INDUSTRIAL DISTRICT

130

DEF CO LEON VALLEY 00699

'03

## 1 N MONTE ROBLES PARK AREA

### Profile

Platted in the mid-1940's, this area was not annexed by the City until June of 1981, the Monte Robles Area is considered "rural" in character and is distinguished by large lots, averaging one acre in size. This area does contain paved streets but does not currently maintain curbs, sidewalks or streetlights.

### Land Use

- Monte Robles Park (MRP) Subdivision to maintain existing neighborhood character.
- Any non-residential development along Eckhert Road must orient towards Eckhert Road.
- Expansion of existing businesses in the MRP Subdivision is not encouraged.
- There is limited existing non-residential zoning along Eckhert Road. Any non-residential development of this area must provide adequate protection with appropriate and effective buffers to the surrounding and existing residential areas, to include the existing school facility.

### Commercial Interface

- Huebner Road Corridor.
- Eckhert Road (City of San Antonio).

### Housing/Neighborhood

- Any rezoning of Monte Robles Park is discouraged.
- Monte Robles Subdivision is an established neighborhood area and should be maintained as a residential area.

### Transportation

- Huebner Road East of Bandera Road is a Primary Arterial/Type "A".
- Eckhert Road is a Primary Arterial/Type "B".
- Marshall High School creates additional traffic in MRP Subdivision.
- Consider street marking to reinforce two-way traffic in the MRP Area.
- Adhere to street maintenance program.

131

DEF CO LEON VALLEY 00700

# 2N LINKWOOD ADDITION AREA



| | "R-1" SINGLE-FAMILY DWELLING DISTRICT |
| --- | --- |
| | "R-2" TWO-FAMILY DWELLING DISTRICT |
| | "R-3" MULTIPLE-FAMILY DWELLING DISTRICT |
| R-3A | "R-3A" MULTIPLE-FAMILY RETIREMENT DISTRICT |
| | "R-4" TOWNHOUSE DISTRICT |
| | "R-5" MOBILE HOME DISTRICT |
| | "R-6" GARDEN HOUSE DISTRICT |
| O-1 | "O-1" OFFICE DISTRICT |
| B-1 | "B-1" SMALL BUSINSS DISTRICT |
| | "B-2" RETAIL DISTRICT |
| | "B-3" COMMERCIA DISTRICT |
| | "I-1" LIGHT INDUSTRIA DISTRICT |

133

DEF CO LEON VALLEY 00701

'03

## 2 N LINKWOOD ADDITION AREA

### Profile

Platted in the mid-1950's, this area currently exhibits the highest level of new residential development since 1985 and is expected to continue into the beginning of the 21st century. The area contained paved streets and curbs funded in part by City bonds, supported by popular election in 1986.

### Land Use

- Strongly encourage R-1 (Single-Family) residential development of Linkwood Addition Subdivision.
- Property consolidation of Blocks A & B is encouraged for development of B-2 (Retail) properties.
- Non-residential zoning in this area shall orient and access towards Bandera Road.
- Rezoning of Blocks A & B on Linkcrest Drive may be considered with appropriate and effective buffers to protect surrounding and existing residential properties.
- Recommend rezoning of existing R-4 (Townhouse) to R-1 (Single-Family).
- Nonresidential zoning along Eckhert Road, in Blocks C & I, shall orient and access towards Eckhert Road.

### Commercial Interface

- Bandera Road Corridor.
- Bandera Road should remain a commercial corridor.
- Certain lots which front Bandera Road in Blocks A & B are difficult to develop due to the shallow depth. It is recommended that the Zoning Board of Adjustment give favorable consideration to allowing variances to the requirement for rear yard setbacks on any lot or lots, fronting Bandera Road.
- Recommend lots fronting Bandera Road in Blocks A & B remain B-2 (Retail); lots fronting Linkcrest Drive in Blocks A & B should remain B-2 (retail) or be rezoned to R-1 (Single-Family).

### Housing/Neighborhood

- Development in areas along Bandera and Eckhert Roads should be compatible with surrounding residential areas to maintain neighborhood integrity.
- Linkwood Addition Subdivision shall remain a residential subdivision to maintain neighborhood character.

134

DEF CO LEON VALLEY 00702

## 2N LINKWOOD ADDITION AREA

**"CONTINUED"**

### Transportation

- Connection of Huebner and Eckhert Roads is not considered favorably by area residents.
- Refer to the Conceptual Thoroughfare Plan.
- Bandera Road is a Primary Arterial/Type "A".
- Eckhert Road is a Primary Arterial/Type "B".
- Strongly consider three (3) way and four (4) way stop signs at selected intersections at Linkcrest and Linkwood, including all intersections North to Eckhert Road.
- Strongly consider a traffic light at the intersection of Linkhaven and Eckhert Road to promote regular traffic follow Away from the Linkwood Addition Area.
- Adhere to street maintenance program.

### Community Services

- Street light installation within the subdivision is not considered favorably by residents.
- Adhere to Leon Valley City Code Chapter 24, "Subdivision & Plats," specifically sidewalk and utility construction.
- Encourage placement of existing propane gas utilities with natural gas or electric utilities in residential areas.
- Consider speed humps throughout Linkwood Addition Area to encourage traffic safety on residential streets.



### Environment

- Encourage Code Enforcement of the area, specifically the maintenance and upkeep of the area as set forth by City Code, Chapter 14, "Lots, Yards and Fences".
- Adhere to all applicable State and Federal laws pertaining to environment issues.
- Any development of this area must comply with FEMA regulations as adopted by the City.

### Capital Improvements

- Capital Improvements for this area include street and sidewalk maintenance and yearly evaluations.

DEF CO LEON VALLEY 00703

# 3N OLD MILL AREA

DEF CO LEON VALLEY 00704

'03

## 3N OLD MILL AREA

### Profile

This area consists of five major units that were platted in the late 1970's.  Most of the residential construction in this area was done by Morton Southwest Homebuilders. This area is substantially developed and contains paved streets, curbs, sidewalks, and street lighting.

### Land Use

- Encourage rezoning the lot between 6700 block of east Sawyer Road and Criss-Cross Drive to B-2 (Retail) or B-3 (Commercial).
- Sawyer Road serves as a buffer; however, additional appropriate and effective buffering may be required to maintain and protect residential areas from any nonresidential development.
- Rezoning of existing R-1 (Single Family Dwelling) on Huebner Road is discouraged.

### Commercial Interface

- Portion of Huebner Rd. Corridor.
- Bandera Rd. Corridor.

### Housing/Neighborhood

- Old Mill (OM) Subdivision is an established neighborhood and should be maintained as a residential area.

### Transportation

- Any future development of area zoned R-3 (Multi-Family), R-1 (Single-Family) and B-2 (Retail) located north of Old Mill Subdivision should include consideration of transportation access to Huebner Road.
- Huebner Road, from Bandera Road west to Timberhill, serves as a Secondary Arterial, Type "B" and from Timberhill west to the City limit line, Huebner Road serves as a collector.
- Alternate connecting routes may be considered for the extension of Criss-Cross to connect Poss and Sawyer Roads as per development.
- Adhere to street maintenance program.

137

DEF CO LEON VALLEY 00705

'03

### 3N OLD MILL AREA

| "CONTINUED" |
|---|
| **Community Services** |
| <ul><li>Encourage investigation for development of potential vacant land in the OM Area as park space, specifically along Huebner Road.</li><li>Adhere to Leon Valley City Code Chapter 24, "Subdivision & Plats", specifically, sidewalk policy & utility construction.</li><li>Police patrol of the area is encouraged for compliance with reduced neighborhood speed limits and already existing stop signs.</li></ul> |
| **Environment** |
| <ul><li>The City will exhibit a distinctive, clear, physical and welcoming identity at all its Boundaries and throughout the community, using aesthetically pleasing harmonious signage.</li><li>Encourage Code Enforcement of the area, specifically the maintenance and upkeep of the area as set forth by City Code, Chapter 14, "Lots, Yards and Fences".</li><li>Any development in this area must comply with FEMA regulations as adopted by the City.</li><li>Adhere to all applicable State and Federal laws pertaining to environmental issues.</li><li>Specific drainage issues present development challenges for areas of OM Subdivision.</li></ul> |
| **Capital Improvements** |
| <ul><li>Recommend that this area be examined for Capital Improvements Programming, specifically stormwater drainage issues.</li></ul> |

DEF CO LEON VALLEY 00706

**4N LEON VALLEY RANCH AREA**

DEF CO LEON VALLEY 00707

'03

## 4N LEON VALLEY RANCH AREA

---

### Profile

This area was platted in the mid-1940's and is mostly "rural" in character. Leon Valley Ranch (LVR) is distinguished by its large lots that average from one to two acres in size, which is mostly influenced by the existence of the nearby Huebner Creek. This area contains paved streets, but does not have curbs, sidewalks, or street lighting.

---

### Land Use

- Existing R-1 (Single Family) to remain along El Verde and Jeff Loop.
- Development of B-2 (Retail) and B-3 (Commercial) properties along Poss Road and Grissom Road must provide appropriate and effective buffering to the surrounding and existing residential areas, to include the existing school facility.

---

### Commercial Interface

- Grissom Road Corridor.
- Bandera Road Corridor.

---

### Housing/Neighborhood

- Consider placement of alternative curbs in consideration of area topography, such as a finished edge which outlines the road.
- An appropriate and effective buffer shall be required where B-3 (Commercial) directly abuts R-1 (Single-Family) zoned property.

---

### Transportation

- Access and circulation through the LVR Area is not considered favorably by area residents; however, any development to the rear of Shadow Mist must provide access for proper circulation for emergency services.
- Refer to the Conceptual Thoroughfare Plan (CTP).
- Grissom Rd. is a Primary Arterial/Type "A".
- Bandera Rd. is a Primary Arterial/Type "A".
- Adhere to street maintenance program.

DEF CO LEON VALLEY 00708

'03

## 4N LEONVALLEY RANCH AREA

<div style="border:1px solid">

### "CONTINUED"

**Community Services**

- Consider speed humps on El Verde Road to encourage traffic safety on residential streets.
- Adhere to Leon Valley City Code Chapter 24, "Subdivision & Plats", specifically sidewalk policy and utility construction.
- Adhere to street maintenance program.

**Environment**

- Encourage Code Enforcement of the area, specifically the maintenance and upkeep of the area as set forth by City Code, Chapter 14, "Lots, Yards and Fences".
- Huebner Creek presents development challenges for areas of LVR and areas bordering LVR area.
- Creek flow-way must be maintained as an unobstructed green area. Bank above may be utilized as parkways and pedestrian trails.
- Adhere to all applicable State and Federal laws pertaining to environmental issues
- Any development in this area must comply with FEMA regulations as adopted by the City.
- Create a Flood Escape Plan with maps detailing the escape route(s). Further, educate the residents of the area regarding this plan of action for serious flood conditions.
- Consider the placement of no-outlet signs for flood areas.

**Capital Improvements**

- Examine Capital Improvement Programming for this area specifically stormwater drainage issues, the flow of Huebner Creek to surrounding areas, and all other applicable improvements for these problem areas.

</div>

DEF CO LEON VALLEY 00709

## 5N SAWYER RD-LEON VALLEY ADDITION AREA



| | |
|---|---|
| R-1 | "R-1" SINGLE-FAMILY DWELLING DISTRICT |
| R-2 | "R-2" TWO-FAMILY DWELLING DISTRICT |
| | "R-3" MULTIPLE-FAMILY DWELLING DISTRICT |
| R-3A | "R-3A" MULTIPLE FAMILY RETIREMENT DISTRICT |
| | "R-4" TOWNHOUSE DISTRICT |
| | "R-5" MOBILE HOME DISTRICT |
| | "R-6" GARDEN HOUSE DISTRICT |
| O-1 | "O-1" OFFICE DISTRICT |
| B-1 | "B-1" SMALL BUSINSS DISTRICT |
| | "B-2" RETAIL DISTRICT |
| | "B-3" COMMERCIAL DISTRICT |
| | "I-1" LIGHT INDUSTRIAL DISTRICT |

142

DEF CO LEON VALLEY 00710