'03

## 5N SAWYER ROAD – LEON VALLEY ADDITION AREA

**Profile**

This area was part of large tracts of land used as farm or ranch land. The Leon Valley Addition Area was platted in 1936, by N.C. Sawyer. Mr. Sawyer vacated the north side of Sawyer Road the following year. In 1975, the Old Mill Subdivision was platted but the large portions of land on the north side of Sawyer Road were not included and remain undeveloped parcels today. The south portion of Sawyer Road is platted and is known as Leon Valley Addition. The Sawyer Road/Leon Valley Addition Area was part of the original incorporation of the City.

**Land Use**

- Existing R-1 (Single Family) to remain along Southside of Sawyer Road. Rezoning of vacant R-1 (Single-Family) lots may be considered for rezoning to R-2 (Two-Family), R-3 A (Multiple Family Retirement), R-4 (Townhome), or R-6 (Garden Home).
- Aggregation of the land in this area is strongly encouraged.
- Any rezoning to B-3 (Commercial) is discouraged along Sawyer road and should be considered for the lots along Grissom Road. Any commercial development of Grissom Road must provide adequate and effective buffers to the abutting R-1 (Single-Family) and R-2 (Two-Family) zoned lots along Sawyer Road.
- Lots fronting Sawyer Road nearest to Bandera Road may be considered for rezoning to B-2 (Retail).
- Encourage consolidation of property ownership south of Sawyer Road in an effort to unify development in this area
- Rezoning of vacant R-1 (Single-Family) lots to O-1 (Office) and B-1 (Small Business) zoning along the south side of Sawyer Road may be considered. Rezoning to B-2 (Retail) or B-3 (Commercial) is strongly discouraged

**Commercial Interface**

- San Antonio City Limit Line.
- Bandera Road to the North.

**Housing/Neighborhood**

- The Sawyer Road/Leon Valley Addition Area is rural in nature and has large vacant tracts with some established homes.
- Any development of this area should be consistent with the rural and natural features of this area.

DEF CO LEON VALLEY 00711

'03

**5N SAWYER ROAD – LEON VALLEY ADDITION AREA**

| "CONTINUED" |
|---|

**Housing/Neighborhood**

- Consider placement of alternative curbs due to area topography such as a finished edge which outlines the road.

**Transportation**

- Sawyer Road is a two-lane, dead end street.
- Extension of Sawyer Road is unlikely, therefore placement of signage indicating that the street dead ends is encouraged.
- Adhere to street maintenance program.

**Community Services**

- New development should adhere to Leon Valley City Code Chapter 24, "Subdivision & Plats", specifically sidewalk policy and utility construction.
- Alternative curbs such as a finished edge may be considered for this area.

**Environment**

- Encourage Code Enforcement of the area, specifically the maintenance and upkeep of the area as set forth by City Code, Chapter 14, "Lots, Yards and Fences".
- Code Enforcement, maintenance and upkeep of the area are encouraged.
- Adhere to all applicable State and Federal laws pertaining to environmental issues.
- Any development in this area must comply with FEMA regulations as adopted by the City.

**Capital Improvements**

- Applicable Capital Improvement projects may be considered for this area.

DEF CO LEON VALLEY 00712

# 6N GRASS VALLEY AREA

| | |
|---|---|
| R-1 | "R-1" SINGLE-FAMILY DWELLING DISTRICT |
| | "R-2" TWO-FAMILY DWELLING DISTRICT |
| | "R-3" MULTIPLE-FAMILY DWELLING DISTRICT |
| R-3A | "R-3A" MULTIPLE FAMILY RETIREMENT DISTRICT |
| | "R-4" TOWNHOUSE DISTRICT |
| | "R-5" MOBILE HOME DISTRICT |
| | "R-6" GARDEN HOUSE DISTRICT |
| O-1 | "O-1" OFFICE DISTRICT |
| B-1 | "B-1" SMALL BUSINESS DISTRICT |
| | "B-2" RETAIL DISTRICT |
| | "B-3" COMMERCIAL DISTRICT |
| | "I-1" LIGHT INDUSTRIAL DISTRICT |

POSS

GV4

GV1

C4

HRES

GV2A

GV3

SV1

GV2

CW

STR

LT

SALAZAR PARK

SV

145

'03

## 6N GRASS VALLEY AREA

### Profile

Annexed 1969 and platted during the late 1960's and early 1970's, this area is substantially developed and contains paved streets, curbs, sidewalks, and street lighting. This area is characterized by its close proximity to community service facilities (library, park and Leon Valley Activities Building).

### Land Use

- Vacant areas zoned R-1 (Single-Family) and R-2 (Two-Family) should be developed to maintain neighborhood character.
- Undeveloped areas zoned B-1 (Small Business) should be maintained so as to be compatible with existing residential areas.
- Encourage rezoning by the City of the city-owned pool property of Poss Road to R-1 (Single-Family) or R-2 (Two-Family) if sale of the property is considered.

### Commercial Interface

- Bandera Road Corridor.
- Huebner Road Corridor.

### Housing/Neighborhood

- Grass Valley (GV) Subdivision is an established neighborhood and should be maintained as a residential area.

### Transportation

- Refer to the Conceptual Thoroughfare Plan.
- Bandera Road is a Primary Arterial/Type "A".
- Huebner Road is a Primary Arterial/Type "A".
- Evers Road is a Secondary Arterial/Type "B".
- Adhere to street maintenance program .

DEF CO LEON VALLEY 00714

'03

## 6N GRASS VALLEY AREA

<div>

### "CONTINUED"

**Community Services**

- Area zoned B-1 (Small Business), is the Grass Valley Community Pool.
- Grass Valley Subdivision is in close proximity to Raymond Rimkus Park, the Leon Valley Public Library, the Leon Valley Activities Building, Conference Center, and the Public Service and Recycling Center.
- Adhere to Leon Valley City Code Chapter 24, "Subdivision and Plats," specifically sidewalk policy.
- Improve pedestrian and vehicular access to Raymond Rimkus Park, when improvements are made to the Huebner Creek channel.

**Environment**

- Encourage Code Enforcement of the area, specifically the maintenance and upkeep of the area as set forth by City Code, Chapter 14, "Lots, Yards and Fences".
- Adhere to all applicable State and Federal laws pertaining to environment issues.
- Any development of this area must comply with FEMA regulations as adopted by the City.

**Capital Improvements**

- Applicable Capital Improvement projects may be considered.

</div>

**147**

7N CANTERFIELD AREA

148

'03

## 7N CANTERFIELD AREA

### Profile

Platted during the late 1960's and early 1970's, with the exception of Canterfield Area #4 which was platted in 1980, this area is substantially developed and contains paved streets, curbs, sidewalks, and street lighting. This area is also characterized by its close proximity to community service facilities (library, park, Activities Building and Conference center). The Canterfield Area #3 is divided from the rest of the Subdivision by Huebner Creek.

### Land Use

- Canterfield neighborhood is developed as R-1 (Single-Family) and should be maintained as a residential area.
- Existing vacant land facing Huebner Road, northwest of the Canterfield Area, may be considered for rezoning for R-1 (Single-Family) or R-6 (Garden Home).

### Commercial Interface

- Huebner Road Corridor.
- There is limited commercial development along Huebner Road. Any future nonresidential development must provide adequate protection with appropriate and effective buffers to the surrounding and existing residential areas, including the existing school facility.

### Housing/Neighborhood

- Undeveloped areas should be developed as R-1 (Single-Family) to maintain neighborhood character.
- Canterfield #3 Area is divided from the rest of the Canterfield Subdivision by Huebner Creek and is included in the Forest Oaks Subdivision Plan.

### Transportation

- Any commercial development on Huebner Road should not have an outlet through the Canterfield Subdivision.
- Huebner Road is a Primary Arterial/Type "A".
- Evers Road (located west of Canterfield) is a Secondary Arterial/Type "B".
- Adhere to street maintenance program .

149

DEF CO LEON VALLEY 00717

'03

## 7N CANTERFIELD AREA

| "CONTINUED" |
| --- |

**Community Services**

- Canterfield Subdivision is in close proximity to Raymond Rimkus Park, the Leon Valley Public Library, the Leon Valley Activities Building, the Leon Valley Conference Center, and the Leon Valley Public Service Center.
- Adhere to Leon Valley City Code Chapter 24, "Subdivision & Plats," specifically sidewalk policy.

**Environment**

- Encourage Code Enforcement of the area, specifically the maintenance and upkeep of the area as set forth by City Code, Chapter 14, "Lots, Yards and Fences".
- A portion of Huebner Creek is located in Canterfield Unit I Subdivision; areas southeast of Huebner Road are subject to flood conditions.
- Adhere to all applicable State and Federal laws pertaining to environment issues
- Any development of this area must comply with FEMA regulations as adopted by the City.

**Capital Improvements**

- Applicable Capital Improvement projects may be considered.

DEF CO LEON VALLEY 00718

8N FOREST OAKS AREA

151

'03

## 8N FOREST OAKS AREA

### Profile

Platted during the late 1960's and early 1970's, this area is substantially developed and contains paved streets, curbs, sidewalks, and street lighting. This area is characterized by its close proximity to community service facilities (library, park and Leon Valley Activities Building).

### Land Use

- Recommend City initiated annexation of ETJ property.
- Existing undeveloped residential lots in the Forest Oaks (FO) Subdivision should be developed maintained as R-1 (Single-Family) to be compatible with existing residential areas.
- FO Subdivision includes Forest Crest (FC) Subdivision and Canterfield Unit #3 Subdivision.
- Any proposed new land use shall consider site specific topography.

### Commercial Interface

- Evers Road is not intended to serve as a commercial corridor for this area; however, transportation patterns have significantly increased the traffic load.

### Housing/Neighborhood

- Forest Oaks (FO) Subdivision is comprised of R-1 (Single-Family), R-2 (Two-Family) and R-3 (Multiple-Family). This area should be maintained to uphold neighborhood integrity. Additionally, any non-residential development is strongly discouraged.

### Transportation

- Refer to the Conceptual Thoroughfare Plan.
- Evers Road is a Secondary Arterial/Type "B".
- Adhere to street maintenance program.

### Community Services

- The Leon Valley Public Library (designated by "PL") is located in Forest Oaks Subdivision. The Leon Valley Activities Building (designated as "LVAB") is located in Forest Oaks Subdivision.

DEF CO LEON VALLEY 00720

'03

## 8N FOREST OAKS AREA

| "CONTINUED" |
|---|
| **Community Services**<br><br>• The Leon Valley Conference Center (designated by "CC") is located in the Forest Oaks Subdivision.<br>• The Leon Valley Public Service Center (designated "PW") is located in the Forest Oaks Subdivision.<br>• The Forest Oaks Community Association operates a privately owned pool within the Forest Oaks Subdivision.<br>• Consider the placement of a traffic light at the intersection of Forest Way at Seneca and Evers. |
| **Environment**<br><br>• The City will exhibit a distinctive, clear, physical and welcoming identity at all its Boundaries and throughout the community, using aesthetically pleasing harmonious signage.<br>• Encourage Code Enforcement of the area, specifically the maintenance and upkeep of the area as set forth by City Code, Chapter 14, "Lots, Yards and Fences".<br>• Adhere to all applicable State and Federal laws pertaining to environment issues.<br>• Any development of this area must comply with FEMA regulations as adopted by the City. |
| **Capital Improvements**<br><br>• Capital Improvements for this area include recommendations for drainage improvements for the area near Forest Brook and Forest Ledge. |

153



9N SENECA/SUNVALLEY AREA

'03

## 9N SENECA / SUN VALLEY AREAS

### Profile

Platted during the late 1960's and early 1970's, this area is substantially developed and contains paved streets, curbs, sidewalks, and street lighting. This area is characterized by its close proximity to community service facilities (library, park, Activities Building and Conference Center).

### Land Use

- Encourage consolidation of triangular shaped property, located on the west side of Evers Road and strongly encourage zoning unification of this area to low density residential uses (R-1 "Single Family", R-2 "Duplex", R-6 "Garden Home").
- Appropriate and effective buffering must be maintained between residential and commercial development.

### Commercial Interface

- Bandera Road Corridor.
- For the Bandera Road area (from Rue Francois north to city limit line), rezoning of B-2 (Retail) property to B-3 (Commercial) is discouraged.

### Housing/Neighborhood

- Aging housing stock could pose a potential hazard and or land value decrease if allowed to decline. Recommend code enforcement as it pertains to building code violations.

### Transportation

- Bandera Road is a Primary Arterial/Type A.
- Evers Road is a Secondary Arterial/Type "B"
- Adhere to street maintenance program
- Strongly consider traffic light placement at the intersection of Seneca/Forest Way and Evers Road.

### Community Services

- Seneca and Sun Valley areas are in close proximity to Raymond Rimkus Park, Leon Valley Public Library, Leon Valley Activities Building and Conference Center and the Leon Valley Public Service Center.

DEF CO LEON VALLEY 00723

'03

**9N SENECA / SUN VALLEY AREAS**

| **"CONTINUED"** |
| --- |

<u>**Environment**</u>

- Encourage Code Enforcement of the area, specifically the maintenance and upkeep of the area as set forth by City Code, Chapter 14, "Lots, Yards and Fences".
- Adhere to all applicable State and Federal laws pertaining to environment issues.
- Preservation of natural features is strongly recommended.
- Any development of this area must comply with FEMA regulations as adopted by the City.

<u>**Capital Improvements**</u>

- Applicable Capital Improvements Programs may be considered for the area, specifically sidewalks on the west side of Evers Road.

156

# 10N CASTLE ESTATES AREA

Zoning district legend:

- R-1 "R-1" SINGLE-FAMILY DWELLING DISTRICT
- R-2 "R-2" TWO-FAMILY DWELLING DISTRICT
- "R-3" MULTIPLE-FAMILY DWELLING DISTRICT
- R-3A "R-3A" MULTIPLE FAMILY RETIREMENT DISTRICT
- "R-4" TOWNHOUSE DISTRICT
- "R-5" MOBILE HOME DISTRICT
- "R-6" GARDEN HOUSE DISTRICT
- O-1 "O-1" OFFICE DISTRICT
- B-1 "B-1" SMALL BUSINESS DISTRICT
- "B-2" RETAIL DISTRICT
- "B-3" COMMERCIAL DISTRICT
- "I-1" LIGHT INDUSTRIAL DISTRICT

157

DEF CO LEON VALLEY 00725

'03

## 10N CASTLE ESTATES AREA

### Profile

Platted during the early to mid 1960's, this area is substantially developed. Parts of the area have paved streets, curbs, sidewalks, and street lighting.  This area has several lots which are not served by the public sewer system. The area was originally characterized by the Evers Family dairy farm and contains several large Oak and Pecan trees.

### Land Use

- Vacant tracts located within this area should be developed as R-1 (Single Family).
- Existing R-4 (Townhouse) buffer or other appropriate and effective shall be maintained between existing B-3 (Commercial) and existing R-1 (Single Family) districts.
- Commercial areas must provide adequate protection to the existing and surrounding residential areas.

### Commercial Interface

- Bandera Road Corridor

### Housing/Neighborhood

- The Castle Estates (CE) area is an established neighborhood and should be maintained as a residential area.

### Transportation

- Evers Road (located east of Castle Estates subdivision) is a Secondary Arterial/Type B.
- Adhere to street maintenance program
- Consider speed humps at Rue Francois and Rue Sophie.
- Strongly consider a traffic light at Seneca Drive and Evers Road, and Rue Francois and Evers Road.

**158**

DEF CO LEON VALLEY 00726

'03

## 10N CASTLE ESTATES AREA

| **"CONTINUED"** |
|---|
| **Community Services** |
| • Castle Estates Area is in close proximity to Raymond Rimkus Park, Leon Valley Library, Leon Valley Community and Conference Centers and the Leon Valley Public Service Center. <br> • Adhere to Leon Valley City Code, Chapter 24, "Subdivisions and Plats", specifically sidewalk policy and utility construction, as per development. |
| **Environment** |
| • The City will exhibit a distinctive, clear, physical and welcoming identity at all its Boundaries and throughout the community, using aesthetically pleasing harmonious signage. <br> • Adhere to all applicable State and Federal laws pertaining to environment issues <br> • Encourage Code Enforcement of the area, specifically the maintenance and upkeep of the area as set forth by City Code, Chapter 14, "Lots, Yards and Fences". |
| **Capital Improvements** |
| • Applicable Capital Improvements Programs may be considered for the area, specifically encourage development of sidewalks on the southwest side of Evers Road and alternative curb expansion within residential neighborhoods. |

159

11N SENECA WEST AREA

160

DEF CO LEON VALLEY 00728

## 11N SENECA WEST AREA

**Profile**

This area remains largely unplatted and undeveloped and is characterized by multiple ownership of the remaining undeveloped residential zoned lots. Some platting occurred in 1972, and the area consists primarily of low density housing. The existence of Huebner Creek and low elevations through this area pose developmental challenges.

**Land Use**

- Encourage consolidation of properties west of S.E. subdivision (designated by "A" and "B") to coordinate development of property and utilities. Recommend R-1 (Single Family) or R-6 (Garden Home) zoning.
- Area currently zoned R-3 (Multiple Family) south of Grass Hill Drive, is encouraged to be rezoned to R-6 (Garden Home).
- Existing zoning south of Grass Hill Drive (WV) should remain R-6 (Garden Home).
- For the Bandera Road area (from Rue Francois north to the city limit line) rezoning of B-2 (Retail) to B-3 (Commercial) is discourage.
- B-3 (Commercial) zoning is not intended to abut residential zoning.
- Any future development of this area must provide adequate protection with appropriate and effective buffers to the surrounding and existing residential areas.

**Commercial Interface**

- Bandera Road Corridor.

**Housing/Neighborhood**

- Seneca Estates Unit #3 and Seneca Estates Unit #3B are established neighborhoods and should be maintained as residential areas.

**Transportation**

- Bandera Road is a Primary Arterial/Type A.
- See Conceptual Thoroughfare Plan.
- Adhere to street maintenance program
- Strongly consider development and vehicular and pedestrian access systems, such as traffic signs to encourage public safety in the area.

DEF CO LEON VALLEY 00729

'03

## 11N SENECA  WEST AREA

| **"CONTINUED"** |
|---|
| **Community Services** |
| • Adhere to Leon Valley City Code, Chapter 24, "Subdivisions and Plats". |

| **Environment** |
|---|
| • Huebner Creek, N.W. of Seneca Estates, presents development challenges for areas located on the southwest side of the areas, therefore, continued improvements to Huebner Creek are encouraged. |
| • Creek flow-way must be maintained as an unobstructed green area. Bank above may be utilized as parkways and pedestrian trails. |
| • Development of WV area must consider existing elevations. |
| • Adhere to all applicable State and Federal laws pertaining to environmental issues. |
| • Any development in this area must comply with FEMA regulations as adopted by the City. |
| • Consider signage placement in flood areas to provide directional assistance to residents. |
| • Encourage Code Enforcement of the area, specifically the maintenance and upkeep of the area and as set forth in Leon Valley City Code, Chapter 14, "Lots, Yards and Fences". |

| **Capital Improvements** |
|---|
| • Applicable Capital Improvements Programs may be considered for the area, specifically sidewalks on the west side of Evers Road. |

DEF CO LEON VALLEY 00730

**12N HODGES AREA**

"R-1" SINGLE-FAMILY DWELLING DISTRICT

"R-2" TWO-FAMILY DWELLING DISTRICT

"R-3" MULTIPLE-FAMILY DWELLING DISTRICT

"R-3A" MULTIPLE-FAMILY RETIREMENT DISTRICT

"R-4" TOWNHOUSE DISTRICT

"R-5" MOBILE HOME DISTRICT

"R-6" GARDEN HOUSE DISTRICT

"O-1" OFFICE DISTRICT

"B-1" SMALL BUSINSS DISTRICT

"B-2" RETAIL DISTRICT

"B-3" COMMERCIAL DISTRICT

"I-1" LIGHT INDUSTRIAL DISTRICT

163

DEF CO LEON VALLEY 00731

'03

## 12N HODGES SUBDIVISION AREA

### Profile

Platted in 1950, this area consists of approximately 30 lots and is primarily developed as R-1 (Single Family). The area contains several lots which are not served by the Leon Valley sanitary sewer system, there are no curbs, sidewalks or streetlights. The area interfaces with the Bandera Road commercial corridor.

### Land Use

- Any residential development of lots fronting Hodges Subdivision must consider potential cross-traffic generation and small lot size.
- For all developed and undeveloped areas fronting or abutting Hodges Subdivision to the northwest, rezoning to B-2 (Retail), B-3 (Commercial) and I-1 (Light Industrial) is strongly discouraged. Rezoning of these areas to B-1 (Small Business) and O-1 (Office) may be considered.
- Consider consolidation of multiple zoning districts north of established residential area.
- Nonresidential development of this area must provide adequate protection with appropriate and effective buffers to the surrounding and existing residential areas.

### Commercial Interface

- Leon Valley South Corridor.

### Housing/Neighborhood

- Hodges neighborhood area is an established neighborhood and should be maintained as a residential area.

### Transportation

- Bandera Road is a Primary Arterial/Type "A".
- Evers Road (located east of Hodges subdivision) is a Secondary Arterial/Type "B".
- Close proximity to Evers and Bandera Roads has the potential to induce undesirable cross traffic in area, therefore, implementation of a speed hump policy is encouraged along Hodges and Althea.
- Adhere to street maintenance program.

**164**

DEF CO LEON VALLEY 00732

'03

## 12N HODGES SUBDIVISION AREA

---

### "CONTINUED"

#### Community Services

- Adhere to Leon Valley City Code, Chapter 24, "Subdivisions and Plats", specifically sidewalks.
- Encourage street light implementation for neighborhood safety.

---

#### Environment

- The City will exhibit a distinctive, clear, physical and welcoming identity at all its Boundaries and throughout the community, using aesthetically pleasing harmonious signage.
- Encourage Code Enforcement of the area, specifically the maintenance and upkeep of the area and as set forth in Leon Valley City Code, Chapter 14, "Lots, Yards and Fences".
- Drainage from development of areas northwest of Hodges Subdivision and facing Bandera and Evers Roads must be carefully considered.
- Adhere to all applicable State and Federal laws pertaining to environmental issues.
- Any development in this area must comply with FEMA regulations as adopted by the City
- Continued progress of storm water drainage program is encouraged.

---

#### Capital Improvements

- Applicable Capital Improvements Programs may be considered for the area.

---

DEF CO LEON VALLEY 00733

# 13N BANDERA PASS AREA

- R-1 "R-1" SINGLE-FAMILY DWELLING DISTRICT
- R-2 "R-2" TWO-FAMILY DWELLING DISTRICT
- "R-3" MULTIPLE-FAMILY DWELLING DISTRICT
- R-3A "R-3A" MULTIPLE-FAMILY RETIREMENT DISTRICT
- "R-4" TOWNHOUSE DISTRICT
- "R-5" MOBILE HOME DISTRICT
- "R-6" GARDEN HOUSE DISTRICT
- O-1 "O-1" OFFICE DISTRICT
- B-1 "B-1" SMALL BUSINSS DISTRICT
- "B-2" RETAIL DISTRICT
- "B-3" COMMERCIAL DISTRICT
- "I-1" LIGHT INDUSTRIAL DISTRICT

'03

### 13N BANDERA PASS AREA

**Profile**

The Bandera Pass Manufactured Home Park area was platted in September of 1998, as Valley View Subdivision Unit #1, consisting of 10.429 acres of land. It is the City of Leon Valley's only Manufactured Home Park and is zoned R-5 (Manufactured Home) zoning district. There are forty-four spaces available in the area, each capable of accommodating a double-wide home. The neighborhood has a landscaped play area approximately half (1/2) of an acre in size.

**Land Use**

- Encourage rezoning lot between R-5 (Manufactured Home) and B-2 (Commercial) to B-1 (Small Business), O-1 (Office) or B-2 (Retail).
- B-2 (retail) may be considered for the lots fronting Bandera Road.
- Huebner Road serves as a buffer; however, additional appropriate and effective buffering may be required to maintain and protect residential areas from any nonresidential development.
- All commercial development of this area shall orient towards Bandera Road.

**Commercial Interface**

- Bandera Road Corridor
- City of San Antonio City Limit Line

**Housing/Neighborhood**

- Bandera Pass (BP) Subdivision is an established manufactured housing neighborhood and should be maintained as such.

**Transportation**

- The private access drive from Bandera Road to Bandera Pass Area should be maintained as such by the private owner.

**167**

DEF CO LEON VALLEY 00735

'03

## 13N BANDERA PASS AREA

### "CONTINUED"

**Community Services**

- The property owner is primarily responsible for maintaining the area, for the safety of neighborhood children. However, police patrol of the area is also encouraged to ensure the ultimate safety of the children and the community.
- Adhere to Leon Valley City Code Chapter 24, "Subdivision & Plats", specifically, sidewalk policy & utility construction.

**Environment**

- Any development in this area must comply with FEMA regulations as adopted by the City.
- Adhere to all applicable State and Federal laws pertaining to environmental issues.
- Encourage Code Enforcement of the area, specifically the maintenance and upkeep of the area as set forth by City Code, Chapter 14, "Lots, Yards and Fences."
- Maintenance and upkeep of all green space/landscaped areas is also encouraged.

**Capital Improvements**

- Applicable public improvements may be considered for the area, specifically development of sidewalks along Bandera Road.

DEF CO LEON VALLEY 00736

# 14N PAVONA PLACE AREA



| | |
|---|---|
| R-1 | "R-1" SINGLE-FAMILY DWELLING DISTRICT |
| R-2 | "R-2" TWO-FAMILY DWELLING DISTRICT |
| | "R-3" MULTIPLE-FAMILY DWELLING DISTRICT |
| R-3A | "R-3A" MULTIPLE FAMILY RETIREMENT DISTRICT |
| | "R-4" TOWNHOUSE DISTRICT |
| | "R-5" MOBILE HOME DISTRICT |
| | "R-6" GARDEN HOUSE DISTRICT |
| O-1 | "O-1" OFFICE DISTRICT |
| B-1 | "B-1" SMALL BUSINSS DISTRICT |
| | "B-2" RETAIL DISTRICT |
| | "B-3" COMMERCIAL DISTRICT |
| | "I-1" LIGHT INDUSTRIAL DISTRICT |

169

'03

## 14 N PAVONA PLACE AREA

**Profile**

Developed in the mid-1990's, includes the Pavona Place Subdivision and several large vacant tracts with potential for increased residential development. The area interfaces with Huebner Road, which has limited commercial development.

**Land Use**

- Existing vacant areas currently zoned B-2 (Retail) are encouraged to develop as R-1 (Single-Family), R-3A (Multiple-Family Retirement) or R-6 (Garden Home).

**Commercial Interface**

- There is limited commercial development along Huebner Road and additional commercial is not encouraged.
- Non-residential development must provide adequate protection with appropriate and effective buffers to the surrounding and existing residential areas, to include the existing school facility.

**Housing/Neighborhood**

- Grass Valley, Canterfield, Linkwood, Monte Robles, and Pavona Place Subdivisions.

**Transportation**

- Evers Road will be continued, to a certain point, however connection of Huebner and Eckhert Roads is not considered favorably by residents.
- Traffic on Huebner Road is expected to increase due to City of San Antonio Road Improvements (outside Leon Valley City Limits). Additionally, the City will be adding a turning lane at the intersection of Bandera and Huebner Road to accommodate and encourage smooth traffic flow.
- Access to Huebner road is to be limited. Any future transportation extensions associated with future development must meet the standard design criteria recommended by the City.
- Refer to the Conceptual Thoroughfare Extension Plan.
- Huebner Road, East of Bandera is a Primary Arterial/Type "A".
- Appropriate Right-of-Way dedications will be required as per development.

DEF CO LEON VALLEY 00738

'03

## V.     APPENDIX

DEF CO LEON VALLEY 00739

'03

## 14N PAVONA PLACE AREA

| **"CONTINUED"** |
| --- |

**Community Services**

- Adhere to City Chapter 24, "Subdivision & Plats," specifically, sidewalk policy
- Strongly consider implementation of two (2) speed humps along Pavona Ridge and Fontana Point

**Environment**

- Encourage Code Enforcement of the area, specifically the maintenance and upkeep of the area and as set forth in Leon Valley City Code, Chapter 14, "Lots, Yards and Fences".
- Adhere to all applicable State and Federal laws pertaining to environment issues
- Encourage commercial development to exceed open/green space requirements
- Recommend existing sixty (60) foot right-of-way (Evers extension) be maintained in accordance to Leon Valley Ordinance, specifically regulations pertaining to weeds and Code Enforcement.
- Ensure access to alleyway for maintenance and upkeep.

**Capital Improvements**

- Capital Improvements for this area include street and sidewalk maintenance and yearly evaluations.

171

DEF CO LEON VALLEY 00740

'03

## PARKS, RECREATION, AND OPEN SPACE STANDARDS
## TABLE II

| FACILITY | RECOMMENDED SPACE REQUIREMENTS | RECOMMENDED SIZE & DIMENSIONS | RECOMMENDED ORIENTATION | SERVICE RADIUS |
|---|---|---|---|---|
| **Basketball**<br>1998.        You<br>th<br>2. High School<br>3. Collegiate | 2400 – 3036 Sq. Ft.<br>5040 – 7280 Sq. Ft.<br>5600 – 7980 Sq. Ft. | 46'- 50' x 84'<br>50' x  84'<br>50' X  94' | Long axis N-S<br>Long axis N-S<br>Long axis N-S | 1/4 – 2 mile<br>1/4 – 2 mile<br>1/4 – 2 mile |
| **Handball** | 4 wall 800 Sq. Ft<br>3 wall 1000 Sq. Ft. | 20' x 40'<br>10' to rear wall | Long axis N-S | 15 – 30 minute travel time |
| **Tennis** | 7200 Sq. Ft. | 36' x 78'<br>12' clearance on sides<br>21' clearance on ends | Long axis N-S | 1/4/ - 2 mile |
| **Baseball** | 1.2 acres | Baseline – 60'<br>Pitcher to Home – 46'<br>Foul Lines – 200'<br>Centerfield – 250' | Pitcher/Home east to northeast | 1/4 – 2 mile |
| **Field Hockey** | 1.5 acres | 180' x 300'<br>10' side clearance | Long axis N-S | 15-30 minute travel time |
| **Football** | 1.5 acres | 160' x 360'<br>6' side clearance | Long axis N-S | 15-30 minute travel time |
| **Soccer** | 1.7 – 2.1 acres | 195' x 330' | Long axis N-S | 1-2 miles |
| **Running Track**<br>1/4 mile | 4.3 acres | 276' wide<br>600.02' long | Long axis NE-SW | 15-30 minute travel time . |
| **Softball** | 1.5 acres | Baseline – 60'<br>Pitcher to Home  - 46'<br>Field Radius  - 225'<br>between foul lines<br>10' side clearance | Pitcher/Home east to northeast | 1/4 – 2 mile |
| **Multi-Purpose Court** | 9840 Sq. Ft. | 120' x 80' | Long axis N-S | 1-2 miles |
| **Trails** | n/a | 10' wide | n/a | n/a |
| **Swimming Pool** | 2 – 2 acres | 75' x 45'<br>3'-4' deep | None | 15-30 minute travel time |

174

DEF CO LEON VALLEY 00741

'03

# PARK, RECREATION AND OPEN SPACE STANDARDS
## TABLE I
## Park Zones and Facilities Definitions

| | |
|---|---|
| **Mini-Park** | Service area less than 1/4 mile radius, one acre or less, 0.25 acres/1,000 persons. |
| **Neighborhood/Park Playground** | Service area 1/4 to 2 mile radius, five to ten acres, 1 to 2 acres/ 1,000 persons. |
| **Community Park** | Service area city wide, twenty five or more acres, three acres/ 1,000 persons. |
| **Linear Park** | An area developed for one or more varying modes of recreational travel such as, hiking, biking, etc.. May include active play areas.  Size needs to be sufficient to protect resources and provide maximum use.  Built on natural corridors, such as utility right of ways, roadways, drainage areas, that link other components of the recreation system or community facilities. |

**Facility Standards**

| | |
|---|---|
| Basketball | 1 court / 5,000 persons |
| Handball | 1 court / 20,000 persons |
| Tennis | 1 court / 2,000 persons |
| Volleyball | 1 court / 5,000 persons |
| Baseball | 1 field / 5,000 persons |
| Field Hockey | 1 field / 20,000 persons |
| Football | 1 field / 20,000 persons |
| Soccer | 1 field / 10,000 persons |
| Running Track – 1/4 mile | 1 track / 20,000 persons |
| Softball | 1 field / 5,000 persons |
| Multi-purpose | 1 court / 10,000 persons |
| Trails | 1 system for the city |
| Swimming Pool | 1 pool / 10,000 persons |

**173**

DEF CO LEON VALLEY 00742

DEF CO LEON VALLEY 00743

'03

## IMPLEMENTATION SCHEDULE

| GOAL | RECOMMENDATION | FY IMPLEMENTATION |
|---|---|---|
| 1.  To provide access. | 1.  (a)  Footpaths/Sidewalks<br>     (b)  Green Belts | (a)  Each year<br>(b)  As opportunity & funds permit |
|  | 2.  Administer Leon Valley City Code Chapter 24, "Subdivision & Plats" – Park Land Dedication | Continuous |
|  | 3.  Park Fund Development | Leon Valley Park Foundation created 1994. |
| 2.  Maximize use of existing facilities. | 1.  Expand/improve existing City Park | FY 2003 through FY 2008 |
|  | 2.  Conduct Annual Need Survey | Continuous |
| 3.  Maximize diversity | 1.  Interlocal agreement with Northside I.S.D. | Continuous |
|  | 2.  Assist City Pool lessee. | Continuous |
| 4.  Establish neighborhood parks | Develop additional soccer fields | FY 2004 |
| 5.  Open space provisions. | 1.  Reevaluate landscape ordinance and Park Land dedication. | FY 2003 |
|  | 2.  Explore dedication of land and Right-Of-Way for parks | Continuous |