UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| THE ELIJAH GROUP, INC.<br>    Plaintiff | §<br>§<br>§ | |
| V. | § | CIVIL ACTION NO. SA08CA0907 |
| | § | |
| THE CITY OF LEON VALLEY, TEXAS<br>    Defendant | §<br>§<br>§ | |

## ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

On _____, 2009, came on to be heard, Defendant's Motion for Summary Judgment, and the Court, having considered the Motion, responses, pleadings, and arguments of counsel, and the Court ruling on all legal issues before it, is of the opinion that Defendants' Motion for Summary Judgment should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Defendants' Motion for Summary Judgment is hereby GRANTED, and Plaintiffs' claims are dismissed with prejudice.

The suit against the Defendants is therefore DISMISSED with prejudice and all relief requested but not expressly granted in the Order is DENIED. This is a final order.

**ENTERED** this _____ day of _____, 2009.

_____
UNITED STATES DISTRICT COURT JUDGE