# EXHIBIT "A"

Case 5:08-cv-00907-OLG   Document 35-2   Filed 07/08/2009   Page 1 of 8

3rd excerpt zoning commission (2).txt

1

1
2
3
4
5
6
7
8
9
10
11
12              LAST EXCERPT OF
13              LEON VALLEY
14   ZONING AND LAND USE COMMISSION MEETING
15                  OF
16           FEBRUARY 26, 2008
17
18
19
20
21
22
23
24
25

EDDIE MORRIS - COURT REPORTERS, INC.
92 Trailcrest, San Antonio, Texas  78232
Telephone (210) 698-2727  Telecopier (210) 698-5556

2

```
                3rd excerpt zoning commission (2).txt
 1              (Next excerpt.)
 2          BOARD MEMBER:  I wanted to ask a question of
 3  Mr. Onion.  Were we teetering on discriminating of
 4  churches up here?
 5          MR. ONION:  No.
 6          BOARD MEMBER:  No?  Okay.
 7          MR. ONION:  No.  Now if you -- if you in --
 8          BOARD MEMBER:  Because I know we kept
 9  referencing the churches, you know, when we were
10  talking of stuff up here.  And that's why I told
11  Claude, "No, it's not just churches, it's --
12          MR. ONION:  Assemblies.
13          BOARD MEMBER:  Right.
14          UNIDENTIFIED FEMALE:  I think the staff changed
15  that to protect us legally because we talked about
16  churches.
17          BOARD MEMBER:  Yeah.
18          UNIDENTIFIED FEMALE:  I mean, because --
19          MR. ONION:  That's what started the discussion
20  initially.
21          BOARD MEMBER:  Yeah, that's what prompted the
22  whole thing because we've had so many.  And again --
23  and Northside they can walk in and build where ever
24  they want to build and that's that -- and if they can
25  get the property.  And -- and again, we've got so many
                 EDDIE MORRIS - COURT REPORTERS, INC.
                  92 Trailcrest, San Antonio, Texas  78232
              Telephone (210) 698-2727  Telecopier (210) 698-5556
                                                                3

 1  big old blocks of land that we make nothing off of.
 2          UNIDENTIFIED FEMALE:  Well, I know there is C3
 3  on the -- Bandera, some by my house.  So -- I mean, I
                               Page 2
```

3rd excerpt zoning commission (2).txt

4  know the master plan isn't -- it's just a guide, you
5  know. I also -- I don't see that being commercial
6  there at that church. But I mean, it's -- it's a
7  church. I don't know what it looks like inside.
8            UNIDENTIFIED MALE: When you say C3, you mean
9  B3?
10           UNIDENTIFIED FEMALE: B3, yeah. There's
11 commercial --
12           BOARD MEMBER: But I don't think --  yeah,
13 but --
14           UNIDENTIFIED MALE: You said C3.
15           BOARD MEMBER:  -- but the only problem is if
16 that -- if we did that then -- and they don't make it,
17 which I think -- you know --
18           UNIDENTIFIED FEMALE: Oh, I know.
19           BOARD MEMBER: (Inaudible.)
20           UNIDENTIFIED FEMALE:  I think they would have
21 done something with the SUP.
22           MR. ONION: Had one before that --
23           UNIDENTIFIED FEMALE: Did it?
24           MR. ONION: Had one before (inaudible).
25           BOARD MEMBER: But I was concerned because we

EDDIE MORRIS - COURT REPORTERS, INC.
92 Trailcrest, San Antonio, Texas  78232
Telephone (210) 698-2727  Telecopier (210) 698-5556

                                                          4

1  were all saying "churches" up here. And I'm like,
2  "Uh-oh." Because I know that was a big thing before.
3  Because you can't -- not supposed to -- you know,
4  churches are really covered by stuff with the state and
5  the government and -- and junk.

```
                3rd excerpt zoning commission (2).txt
 6           MR. ONION:  We're not excluding churches
 7  thought as you say --
 8           BOARD MEMBER:  Right.  Right.
 9           UNIDENTIFIED FEMALE:  Yeah, we're just limiting
10  -- we're putting them in a particular zoning.
11           UNIDENTIFIED MALE:  If anything we -- we are
12  one that does not do that.  I mean, (inaudible) in
13  every corner, in every --
14           UNIDENTIFIED FEMALE:  As I understand it, the
15  way that it works is that as long as you comply enough
16  percentage of your city for --
17           UNIDENTIFIED SPEAKER:  Church --
18           UNIDENTIFIED FEMALE:  -- any use to populate.
19           UNIDENTIFIED SPEAKER:  Yeah.
20           UNIDENTIFIED FEMALE:  It doesn't matter -- we
21  got into this in discussion of sexually oriented
22  business.  We couldn't zone them out of the City.  You
23  cannot do that.
24           UNIDENTIFIED SPEAKER:  Right.
25           UNIDENTIFIED FEMALE:  You have to allow a
                EDDIE MORRIS - COURT REPORTERS, INC.
                  92 Trailcrest, San Antonio, Texas  78232
             Telephone (210) 698-2727  Telecopier (210) 698-5556
```

                                                                        5

```
 1  zoning.  But as long as you allow a zoning category for
 2  whatever that use is and it's adequate to fill the need
 3  then you've done what's required.  Is that not correct?
 4           UNIDENTIFIED SPEAKER:  So we can have a strip
 5  club up there at that (inaudible)?
 6           UNIDENTIFIED FEMALE:  Not unless it's zoned for
 7  that purpose.
 8           UNIDENTIFIED SPEAKER:  Okay.
                              Page 4
```

3rd excerpt zoning commission (2).txt

```
 9          UNIDENTIFIED FEMALE:  That's my point.  That's
10  why we do have them.
11          UNIDENTIFIED SPEAKER:  Retail?
12          UNIDENTIFIED MALE:  You have to vote
13  (inaudible).
14          UNIDENTIFIED MALE:  As opposed to --
15          UNIDENTIFIED SPEAKER:  I wouldn't vote for it.
16          UNIDENTIFIED SPEAKER:  (Inaudible.)
17          UNIDENTIFIED MALE:  As I sat here this evening
18  I thought maybe I might have made a mistake by going to
19  the Bexar County Appraisal District website and
20  searching for information.  Is that legal to do?
21          UNIDENTIFIED MALE:  Public informa -- it's
22  public.  It really is.
23          UNIDENTIFIED MALE:  We're not required to -- to
24  use just information brought from the City like we are
25  in a court case where you're a jury or anything like
```

EDDIE MORRIS - COURT REPORTERS, INC.
92 Trailcrest, San Antonio, Texas  78232
Telephone (210) 698-2727  Telecopier (210) 698-5556

6

```
 1  that?
 2          UNIDENTIFIED SPEAKER:  (Inaudible.)
 3          UNIDENTIFIED FEMALE:  Yeah.
 4          UNIDENTIFIED FEMALE:  Thank you very much.
 5          (End of excerpt.)
 6
 7
 8
 9
10
```

Page 5

3rd excerpt zoning commission (2).txt
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

EDDIE MORRIS - COURT REPORTERS, INC.
92 Trailcrest, San Antonio, Texas  78232
Telephone (210) 698-2727  Telecopier (210) 698-5556

7

1  THE STATE OF TEXAS    *.
2  COUNTY OF BEXAR       *
3          I, SHAN MORRIS BLANCHARD, Certified Shorthand
4  Reporter, duly commissioned and certified in and for
5  the State of Texas, do hereby certify that the
6  foregoing pages of typewriting were prepared under my
7  direction and contain and constitute a full, true and
8  correct transcript of my shorthand notes as taken from
9  audiotapes provided to me by DANIEL WENTWORTH,
10 purported to be the recording of the requested portion
11 of the Leon Valley Zoning and Land Use Commission
12 Meeting as set out in the title hereto.
13         IN WITNESS WHEREOF, I have hereunto set my

Page 6

```
                  3rd excerpt zoning commission (2).txt
14    hand and affixed my seal on this _____ day

15    of _____, A.D. 2009.

16

17

18

19
                                  _____
20    mjc                         SHAN MORRIS BLANCHARD
                                  Certified Shorthand Reporter
21                                in and for the State of Texas
                                  Certificate No. 3863
22                                Exp. Date: 12/31/10

23                                EDDIE MORRIS COURT REPORTERS
                                  Firm Registration No. 74
24                                Exp. Date: 12/31/09

25
```

EDDIE MORRIS - COURT REPORTERS, INC.
92 Trailcrest, San Antonio, Texas  78232
Telephone (210) 698-2727  Telecopier (210) 698-5556