'03

## LOCATIONS - Subdivision Abbreviations Continued...

| | |
|---|---|
| SE | Seneca Estates (1 - 9) |
| SN | Susan Newman |
| SRH | SR Hodges (1 & 2) |
| SV | Sun Valley (1 - 3) |
| TI | Timberline |
| TS | Texas Savings and Loan |
| V-W | Vaughn-Watson |
| VP | Valley Park |
| WEV | Weston Village |
| WLBP | West Loop Business Park Phase II |
| WLP | West Loop Park |
| WV | Woodland Valley |
| Z | Zamorano |

DEF CO LEON VALLEY 00607

'03

## LOCATIONS - Subdivision Abbreviations Continued...

| | |
|---|---|
| JL | Jiffy Lube |
| L | Linkwood Addition |
| LACK'S | Lack's |
| LBC | Landmark Baptist Church |
| LIM'S | Lim's Village |
| LC | Lebman's Corral |
| LCR | Lutheran Church of the Resurrection |
| LE | Lee |
| L-M | Lincoln-Mercury |
| L-R | Linthicum-Rhode |
| LT | Leon Trace |
| LV | Leon View |
| LVA | Leon Valley Addition |
| LVA-C | Leon Valley Addition, Crossway (1 - 5) |
| LVA-K | Leon Valley Addition, Kreusal |
| LVA-O | Leon Valley Addition, Olney |
| LVA-Q | Leon Valley Addition, Quality |
| LVR | Leon Valley Ranch |
| M | Mobil |
| MA | Mackey |
| MCF | McFarlands |
| MD | McDonalds |
| MC | McCoy |
| MF | MedFirst |
| MRP | Monte Robles Park |
| NSC | Northside Christian Church |
| NV | North Valley (2 & 3) |
| NWIP | Northwest Industrial Park (1, 2, 2B, 4A, 4C) |
| OM | Old Mill (1 - 5) |
| P | Peterson |
| POSS | Poss |
| PP | Pavona Place (I and II) |
| PS | Paragon-Sawyer |
| R | Reeves |
| RE | Rollingwood Estates, Unit 1 |
| RE-G | Rollingwood Estates, Gunn |
| RR | Rollingwood Ridge |
| RW | Rollingwood Ridge-Wurzbach Oaks |
| S | Sigmor |
| SHV | Shadow Valley |
| SKA | Skaggs-Albertsons |
| STR | Strange |

37

DEF CO LEON VALLEY 00608

'03

## D.  ZONING AND SUBDIVISION MAP

39

DEF CO LEON VALLEY 00609

'03

# IV.  PLANNING ELEMENTS

40

DEF CO LEON VALLEY 00610

## IV.    PLANNING ELEMENTS

The following planning elements:    transportation and thoroughfare, community services, environmental, commercial/economic, and housing/neighborhood are important factors in determining what is "desirable" as a future for the community.  These specific elements are developed as separate components but are intended to be used simultaneously, as a guide to Leon Valley's land use and development.

The terms, "goals", "objectives", and "recommended/specific strategies" will be used in this Master Plan.  A goal is a general statement of desired ultimate physical, social, or economic quality of life the community seeks.  The objectives are approaches or actions that may be taken to achieve goals. Recommended strategies are means which may be used to achieve objectives and goals.

41

DEF CO LEON VALLEY 00611

'03

## A. TRANSPORTATION AND THOROUGHFARE COMPONENT

### 1. DATA AND DESCRIPTION

#### Statement of Purpose

The Transportation Plan is intended to promote the highest and best use of land and to lessen, to the degree possible, the congestion and hazards of automobile traffic on the streets of Leon Valley. The relationship between traffic circulation within Leon Valley and that of the northwest sector of Bexar County has been considered in the recommended changes to the transportation system. The plan also recognizes the need for other modes of travel including pedestrian and mass transit.

The promotion of better vehicular and pedestrian traffic circulation within the City will benefit the citizenry in general, both now and in the future. Thus, the Plan is intended to promote the health, welfare and safety of the citizens of Leon Valley.

The Transportation Plan component of the Master Plan is designed to provide guidance for the development and management of the transportation systems for Leon Valley. It is intended that the planning area maps located in Section IV., Subsection D., be used as a guide for developers, City staff and City Council in the process of platting and subdividing land.

#### Planning Scope

The geographic planning area referred to throughout this document includes the area within the corporate boundaries of the City of Leon Valley. The plan will address vehicular, pedestrian and public transportation systems. The plan provides:

(1)    an identification of existing roadway designations and discussion of the existing conditions, issues and problems to be addressed by the Transportation Plan;

(2)    a statement of major goals and objectives pertaining to transportation in Leon Valley; and

(3)    a description of the available means of implementing the Transportation Plan.

42

# DEFINITION OF ROADWAYS

**Expressway** - A limited access, normally grade-separated, thoroughfare designed for the movement of large volumes of vehicular traffic, operating at high speeds for long distances, connecting local or regional activity centers.

**Primary Arterial** - A thoroughfare which serves the high travel demand in areas that are not within close proximity to expressways.

**Primary Arterials, Type A**, when built to ultimate design, are six-lane roadways separated by a median for control of left-turn movements. Protected left-turn lanes are provided at all median openings, with right-turn lanes provided at those intersections with other arterials serving activity centers of medium intensity. Direct access to property abutting Primary Arterials-Type A should only be allowed in accordance with design standards and policies set forth elsewhere in the Transportation Plan or upon demonstration of extraordinary hardship.

**Primary Arterials, Type B**, serve those areas of the City where the acquisition of sufficient right-of-way to accommodate a Primary Arterial, Type A would dramatically disrupt or impose a negative impact on the neighborhoods adjacent to the route. The objective of a Primary Arterial, Type B is to provide three travel lanes for each direction to accommodate peak hour traffic. This can be accomplished through a variety of design, management and planning techniques, including (but not limited to) one-way couplets of parallel streets, six-lane undivided roads with less than standard size lanes, or five-lane roads with reversible middle lane for peak hour traffic. Direct access to property abutting Primary Arterials, Type B should only be allowed in accordance with design standards and policies set forth elsewhere in the Transportation Plan or upon demonstration of extraordinary hardship. A minimum of 80 feet of right-of-way is required for Primary Arterials, Type B, although greater widths up to 110 feet may be required on some segments of such primaries as determined by the proposed design of a particular segment. The design for each Primary Arterial, Type B must be in the best interest of the neighborhoods directly impacted by the roadway, based upon the public input and characteristics of the impacted area. The signalization and major intersection provisions for Primary Arterials, Type B shall be similar to the provisions for Type A.

**Secondary Arterial** - A thoroughfare which serves the high travel demand in areas that are not within close proximity to an expressway. These differ from Primary Arterials in that the lanes for ultimate buildout are fewer.

**Secondary Arterials, Type A**, when built to ultimate design are four lane roadways separated by a median for control of left-turn movements. Protected left-turn lanes are provided at all median openings, with right-turn lanes provided at those intersections with other arterials which serve activity centers of medium intensity. Direct access to property abutting Secondary Arterials-Type A should be limited in the same way as outlined above for Primary Arterials, Types A and B.

43

'03

      **Secondary Arterials, Type B,** serve those areas of the City where, as in the case of Primary Arterials, Type B, the acquisition of sufficient right-of-way to accommodate a Secondary Arterial, Type A would dramatically disrupt, or impose a negative impact on the neighborhoods adjacent to the route. Direct access to property abutting Secondary Arterials, Type B is also limited in the same manner as described above for Primary Arterials. A Secondary Arterial, Type B will normally be a four-lane, undivided roadway with a minimum of 60 feet of right-of-way required. Greater right-of-way widths of up to 86 feet may be required on some segments of such secondaries based upon the impact of a particular segment. Unique situations in some areas of the City may result in an alternate design of a Secondary Arterial, Type B, such as one-way couplets. The signalization and major intersection provisions for Secondary Arterials, Type B shall be similar to the provisions for Type A.

      **Collector Street -** A roadway designed to provide direct access to residential, commercial, industrial, and other activity areas with a primary function of collecting and distributing traffic between local access streets and the major thoroughfare system.

      **Local Access Street -** A roadway (primarily a residential street) designed to provide direct access to individual homes, shops, abutting land and similar minor traffic destinations, with no provision for through traffic.

DEF CO LEON VALLEY 00614

'03

# DESIGN STANDARDS

The design standards for roadway construction are contained in Leon Valley City Code, Chapter 24, "Subdivision & Plats". The general roadway standards are described in the following table. Unique situations may warrant alternative designs. For example, a continuous left-turn lane may be necessary and the right-of-way requirements on state highways may be in excess of those standards set forth.

| CLASSIFICATION | TYPE | ROW WIDTH | PAVEMENT WIDTH | DESCRIPTION |
|---|---|---|---|---|
| Expressway | --- | 300' + | Varies | Minimum 4-lane, divided, limited access, 12' lane width |
| Primary Arterial | A | 110' | 86' | 6-lane, divided roadway, 12' lane width, 14' median or 7 lanes with 14' turn lane |
|  | B | 86'-110' | Varies | Up to 6 lanes, accomplished through variety of design measures |
| Secondary Arterial | A | 86' | 62' | 4-lane, divided, 12' lane width, with either 14' median or center turn lane |
|  | B | 60'-86' | 44'-62' | 4-lane, undivided, 11' lane width is minimum |
| Collector | --- | 60' | 44' | 4-lane, undivided, 11' lane width |
| Local Access | --- | 50' | 30' | Residential street |

45

DEF CO LEON VALLEY 00615

'03

## IDENTIFICATION OF EXISTING ROADWAY DESIGNATIONS

**Expressways**

Northwest Loop 410

**Primary Arterials, Type A**

Bandera Road (State Highway 16)    Bandera Road (Spur 421)
Huebner Road (east of Bandera)    Grissom Road (FM 471)

**Primary Arterials, Type B**

Wurzbach Road    Eckhert Road (not inside City limits)

**Secondary Arterials, Type B**

Evers Road    Shadow Mist
Huebner (Bandera to Timberhill)    Thistle
Poss Road (Grissom to Evers)    Timberhill

**Commercial Collectors**

Ardisana Drive    Redbird (Huebner to Deer Lane)
Chaparral (Huebner to Deer Lane)    Reindeer Trail
Criss-Cross    Sawyer Road (Bandera to Criss-Cross)
Echo Hill    Timco East
Exchange Parkway    Timco West
Hurley    Watercress (Wurzbach to Thistle)

**Residential Collectors**

Linkwood Drive    Linkhaven Drive
Thunderbird Drive    Cherryleaf Drive
Peach Tree Drive    Grass Valley
Canterfield Road    Forest Pine
Forest Meadow    Forest Way
Forest Grove    Seneca Drive
Grass Hill Drive    Rue Francois
Poss Road (Evers to Trotter)    Blackberry

**Local Access**

All Others

**46**

DEF CO LEON VALLEY 00616

## 2. GOALS, OBJECTIVES AND RECOMMENDED STRATEGIES

## GOALS

The transportation system element of the Master Plan is designed to allow the City of Leon Valley to achieve the following goals and objectives. The decisions regarding the transportation system seek:

(1)    To encourage and manage the development of an effective transportation system capable of moving both people and goods in a safe, efficient, economical and environmentally sensitive manner;

(2)    To encourage land use such that the benefits of the transportation system are maximized and to manage the transportation system so that the beneficial use of land is maximized;

(3)    To develop and manage the transportation system in a manner which will help to ensure the safe and efficient movement of traffic on major roadways and will help to minimize through-traffic on non-collectors; and,

(4)    To balance the needs of pedestrians and motorists; residents, businesses and commuters; and neighborhoods and the City as a whole.

### Objective One:

Recognize that the individual automobile will continue to be the primary mode of transportation and manage the system to facilitate efficient movement of vehicles.

### Recommended Strategies:

(1)    Maximize use of the subdivision process to provide developer-funded, expanded public transportation facilities;

(2)    Continue to work to upgrade all existing arterial streets to the recommended standards, to control parking on narrow streets and busy streets, and to provide (or cause to be provided) additional collector streets and arterials as necessary to keep pace with projected growth;

(3)    Continue site plan review and approval process to ensure that proposed development is designed and will be constructed in a manner that will be compatible with the function of adjacent streets, will provide for safe on-site circulation of vehicles and pedestrians, will provide suitable parking, and will provide access for solid waste pick-up, fire vehicles and other service needs;

DEF CO LEON VALLEY 00617

'03

(4)  Ensure that major thoroughfares conform to optimum design, engineering, and construction standards in order to permit the free flow of high volume traffic.

    (a)  Minimize and eliminate, when possible, curb cuts and direct driveway access points to all collector and arterial thoroughfares.

    (b)  Space major intersections approximately 1,400 to 1,800 feet apart on primary arterials and 1,200 to 1,600 feet apart on secondary arterials.

    (c)  Provide a protected left-turn lane at all median openings on arterials.

    (d)  Provide left- and right-turn lanes at points where two arterials intersect. (This requirement is intended to encourage the concentration of medium intensity development at such intersections, thus reducing the probability of strip development.)

    (e)  Limit left-turn movements on arterials between signalized intersections by:
      1. Restricting left turns on undivided portions of the street;

      2. Spacing median openings on divided portions at a distance of no less than 500 feet and requiring controlled traffic movement at such openings;

      3. Limiting the construction of continuous left-turn lanes as medians on arterials to those where intensive strip commercial or industrial development has already taken place; and,

      4. Limiting signalized intersection spacing to no less than one-quarter mile, preferably one-third mile and prohibiting signalization at driveway (non-public street) intersections except where one side is a street;

    (f)  Require that lots developed for low-density residential use, which abut a collector, be designed in such a manner that they do not front the collector. Abutting of low-intensity residential lots to any type of arterial or expressway is strongly discouraged and will not be allowed except in extraordinary circumstances. In no case shall such a low-intensity residential lot have direct access to an arterial or expressway thoroughfare. Plats will be annotated to indicate that vehicular access to such lots from the thoroughfare will not be permitted;

    (g)  Permit development for medium- and high-intensity uses (apartments, retail, commercial and industrial) on land abutting a major thoroughfare if it conforms to specific standards designed to limit access to the thoroughfare. These specific standards and guidelines are to be compatible with those found in standard engineering practice and as approved by the City Engineer; and,

48

DEF CO LEON VALLEY 00618

'03

(h)    Reduce access points along arterial streets in developed areas by:

      1. Closing, where practical, access to arterials from streets;

      2. Eliminating excessive numbers of existing curb cuts and reducing the width of curbcuts that do not conform to current standards at the time that major improvements to the arterial are undertaken; and,

      3. Ensuring that current standards are met as a condition for permitting re-development or new construction.

## Objective Two:

Capitalize on the existing, available public right-of-way for transportation facilities in order to minimize future land consumption for transportation purposes and ensure that additionally required right-of-way is acquired and roadway construction financed in an equitable and effective way.

### Recommended Strategies:

(1)    Acquire rights-of-way for future arterials as shown on the adopted thoroughfare plan in advance of development in order to save money and to ensure that the arterials can be located as planned;

(2)    Exercise authority over rights-of-way to obtain proper design, sizing and location of entrances and exits, and treatment of the right-of-way as a part of the site plan review;

(3)    Maximize capacity of existing roadways, where appropriate, through use of traffic management techniques such as: High Occupancy Vehicle lanes, synchronized signalization and so on;

(4)    Maximize use of subdivision process to provide developer funded improvements to or expansions of the public transportation facilities;

(5)    Require dedication by owners of land which abuts an existing or planned thoroughfare to the City for use as right-of-way, an amount of land specified in standards or as required for a specific improvement. This will be a requirement for plat approval;

(6)    Acquire land for right-of-way in the same manner in which land is acquired for other public purposes in those cases where the necessary right-of-way has not been acquired by dedication;

(7)    Coordinate right-of-way acquisition on state owned and maintained highways with the Texas Department of Transportation to the maximum extent possible. Because the City has ultimate financial obligations related to right-of-way requirements, the City requirements for right-of-way shall prevail when City requirements exceed those set forth by TxDOT;

DEF CO LEON VALLEY 00619

'03

(8)    Evaluate each case, plat request, or project individually and, when deemed necessary by the City, require developer/landowner participation in excess of the standard requirement;

(9)    Allocate available resources effectively so that capital investments in transportation facilities are in the best interest and promote the general welfare of the citizens; and,

(10)   Participate with State and county funding programs, where possible.

**Objective Three:**

Recognize that an integral component of the transportation system is parking facilities.

*Recommended Strategies:*

(1)    Establish periodic review of parking conditions throughout the City and consider revision of parking requirements, if necessary; and,

(2)    Discourage streets being used as off-loading and storage areas.

**Objective Four:**

Facilitate the increasing demand for a safe and aesthetically pleasing pedestrian transportation system.

*Recommended Strategies:*

(1)    Require new development to include pedestrian walkways along major thoroughfares (unless a system of walkways and/or bikeways are provided separately from the arterial), collectors and on all residential streets;

(2)    Require that walkways be designed to meet accessibility standards for special populations including handicapped, elderly and young;

(3)    Consider establishing bikeways within the City;

(4)    Include new sidewalk construction as part of a Capital Improvements Plan;

(5)    Review landscape policies as related to walkways;

(6)    Include replacement of broken sidewalk areas in Capital Improvement Plan; and,

(7)    Require six foot (6') wide sidewalks for locations where the sidewalk abuts the curb on collector and higher volume streets.

50

## Objective Five:

Minimize roadway congestion and fuel consumption through encouragement of alternate means of transportation for the public as the need arises and as the demand makes public transportation feasible.

### Recommended Strategies:

(1)    Consider programs that monitor need for and acceptability of alternate modes of transportation and encourage use of buses, taxis and limousine services when appropriate; and,

(2)    Consider programs such as a carpool "hotline" or shopping shuttle.

**51**

DEF CO LEON VALLEY 00621

## 3. EXISTING CONDITIONS AND RECOMMENDED CHANGES

### MAJOR THOROUGHFARES

**Bandera Road**

**Existing Conditions:**

- Bandera Road (State Highway 16) is a Primary Arterial, Type A, which serves as a major artery in the San Antonio metropolitan area transportation system, connecting a rapidly developing area of northwest Bexar County with Loop 410. Bandera Road, cuts through the center of Leon Valley providing the only means of vehicular through access, south to north.

- Bandera Road is the economic lifeblood of Leon Valley, providing direct access to the majority of existing businesses and arterial access to many residential neighborhoods and service areas. Despite arterial demands and right-of-way size (170'+/-), Bandera Road serves as a collector street with multiple driveway access points.

- The traffic counts on Bandera Road have increased rapidly and are expected to continue to increase to 55,000 vehicles per year.

- Bandera is owned and maintained by the TxDOT.

**Recommended Changes:**

- Extend Criss-Cross to connect Poss and Sawyer Roads.

- Coordinate with the City of San Antonio and land owner to provide access to undeveloped area north of North Valley Subdivision via Eckhert, Reindeer Trail or Linkwood intersection.

- Extension of El Verde Rd. east across Bandera Road should be encouraged as a major point of ingress and egress for Onion/Salazar tracts when area is developed. This extension is not intended to connect to Poss Rd.

- Extension of El Verde Road west of Bandera to Shadow Mist is not favored by area residents; however, extension would facilitate access, circulation and security.

- Seneca Drive may be extended south/southwest to a point approximately 300' (at developer discretion, subject to City approval of proposed site plan) northeast of the southern City limit line and approximately 800 feet southeast of El Verde Road where it can turn east to run parallel to Samaritan Drive and William Rancher Road to the western City limit line.

DEF CO LEON VALLEY 00622

'03

- Consider addition of VIA centralized service bus stop (Park & Ride), preferably near Grissom, Huebner or Eckhert Roads.

- Overhead Lanes, from Loop 410 to Rue Francois , are being added by TxDOT with median closures at Rue Francois, Thistle and Hurley drives. Work will be bid in September 2004.

- Continue to coordinate platting actions along Bandera Road with TXDOT.

## Wurzbach Road

**Existing Conditions:**
- Wurzbach Road, a Primary Arterial, Type B, provides a significant means of vehicular access, east to west.

- TxDOT completed widening and reconstruction of this street in 1997 as part of the Metropolitan Planning Organization Program.

**Recommended Changes:**
- Add this street to the City's seven-year capital plan to include microseal and restripe of Wurzbach Rd.  Addiitonal funding will be required.

## Grissom Road

**Existing Conditions:**
- Grissom Road (FM 471) serves with Huebner as a vital east-west component of the San Antonio Major Thoroughfare Plan.  It is a Primary Arterial, Type A (Right-of-Way standard is 120' to meet TxDOT standards.)

- Grissom is owned and maintained by the TxDOT. TxDOT improved drainage along the west side in 2002 and placed sidewalks in 2003. A traffic signal was installed at Shadow Mist in 2003.

**Recommended Changes:**
- Extend Criss-Cross to connect Poss and Sawyer Roads.

- Extend Shadow Mist in Leon Valley Addition; connection to Sawyer Road may be considered in the future, if appropriate, to facilitate traffic planning.

- Connect Sawyer and Grissom Roads being careful to preserve character of existing properties.

- Intersection of Shadow Mist and Grissom may require signalization if development occurs in the area.

53

DEF CO LEON VALLEY 00623

'03

## Huebner Road

**Existing Conditions:**

- Huebner Road serves as a vital east-west component of the San Antonio Major Thoroughfare Plan.

- The portion of Huebner from Bandera Road east to the City limits is a Primary Arterial, Type A. In tandem with Grissom Road (FM 471), Huebner provides northwest Bexar County's major east to west thoroughfare.

- Huebner Road, outside of Leon Valley, has been widened to five lanes from Eckhert to IH-10 and to four lanes from Eckhert to just west of Leon Valley's eastern City limit line.

- To accommodate the expected increase in traffic, the intersection of Huebner at Evers was widened to include a left turn lane onto Evers from west bound Huebner. A center-turn lane into Pavona Place was added in 1996. Huebner Road was widened in 2001 via TxDOT MPO program.

- Huebner serves as a Secondary Arterial, Type B, from Bandera Road west to Timberhill.

- From Timberhill west to the City limit line, Huebner serves as a collector.

**Recommended Changes:**

- As platting occurs, appropriate right-of-way dedications are needed.

- Complete the widening of Huebner along the west side, between Evers and Redbird Lane.

- Access to Huebner should be limited. Proposed streets should align with existing streets.

- Direct connection of Eckhert and Huebner Roads is not considered favorably by area residents.

- Consider access to Huebner from undeveloped areas north of Old Mill Subdivision.

## Timberhill Road

**Existing Conditions:**

- From Huebner Road west to the City limits - Timberhill is a Secondary Arterial Type B use but is constructed as a collector street. Timberhill, from Huebner to Autumn Chase was reconstructed in 1999.

54

DEF CO LEON VALLEY 00624

'03

## Poss Road

**Existing Conditions:**

    - Poss Road from Grissom to Bandera and Bandera to Evers is a Secondary Arterial, Type B. As a primary route to the City's recreational area (Library, Raymond Rimkus Park and Leon Valley Activities Building). T the section from Bandera to Evers is underdeveloped and subject to flooding. This roadway section is not showing distress. A new culvert crossing the Huebner Creek at the Park was added in 2001.

    - Poss from Evers to Trotter is a residential collector.

**Recommended Changes:**

    - Extend Criss-Cross to connect Poss and Sawyer Roads.

    - Extension of Cherryleaf Drive through Onion/Salazar tracts is discouraged by area residents; however, extension could facilitate access, circulation and safety.

    - Extension of El Verde Road east of Bandera should not connect to Poss Road.

    - Improvement of Poss from Bandera to Evers Roads would improve access to community facilities in the area. Consideration should be given to construction of walkways and/or bikeways.

    - Upgrade Poss Road, from Bandera to Evers, to a width of forty-four feet (44') because Poss Rd., between Bandera Rd. and Grissom Rd., serves as both an access to the traffic light on Bandera Rd. and to the City Park.

## Thistle

**Existing Conditions:**

Thistle is designated as a secondary arterial, Type B and connects Bandera to Wurzbach Road. It is presently constructed as a 44' collector. Because of explosive development of residential housing in San Antonio, traffic on Thistle and Watercress has greatly increased. Further development will certainly occur, which will cause more traffic.

**Recommended Changes:**

Police enforcement of speed regulation is needed. Future development may require added traffic calming measures. Changes at Bandera Road by TxDot should reduce some of the mounting traffic volume.

55

DEF CO LEON VALLEY 00625

## Blackberry Drive

**Existing Conditions:**

Blackberry is designated as a Secondary Arterial, Type B. It has become a major connector to Bandera and to Wurzbach Road, from the new residential area in San Antonio. In fiscal year 1995, it was paved as a county road section. Significant development can occur on either side of the street, which will have to be widened and curbed.

**Recommended Changes:**

Complete Blackberry Drive as a 44' wide curbed street with section sufficient to accommodate the need. Widening may have to be accomplished by City assessment program. Sewer utility extensions will be needed prior to street improvements.

## WaterCress

**Existing Conditions:**

Watercress is a continuation of Thistle and is a Secondary Arterial Type B. It is presently constructed as a 44' wide collector street. Large increases in traffic on Bandera and on Wurzbach Road has prompted larger traffic volume on Watercress, especially during peak periods.

**Recommended Changes:**

A new traffic signal on Wurzbach at Watercress may be warranted because of stacking problems and constant right turns onto Wurzbach at Exchange Parkway. A traffic study should be developed to examine current traffic volume and determine if signals would be warranted.

## Evers Road

**Existing Conditions:**

- Evers Road, a Secondary Arterial, Type B, serves as the major residential access street in Leon Valley.

- Evers provides access to major Leon Valley facilities such as the Public Library, Leon Valley Activities Building and Raymond Rimkus Park.

- The current traffic count at Evers and Poss is an average of 13,953 (per Public Works, 2003) vehicles per day. This traffic count is expected to increase as growth in northwest Bexar County occurs.

56

'03

**Recommended Changes:**

- Consider signalization of intersection of Forest Way/Seneca and Evers Roads. If placed, this signal should be synchronized with lights at Evers and Huebner, and Evers and Wurzbach to facilitate optimal traffic flow. This will become a necessity when construction begins on Bandera Road in 2004. A recent traffic study of the area indicates that the light is already warranted.

- Consideration should be given to construction of walkways and/or bikeways to improve access to Leon Valley's recreation area (Library, Park and Leon Valley Activities Building).

- Consider traffic control light at Evers Road and Alley-Kinman Drive (entrance to Leon Valley Activities Building/Library).

- Add Evers Road to the City's annual street program. This action will require funding.

- Consider a four-way signal at Poss Road and maintain potential for Evers Road to extend into Linkhaven.

## Shadow Mist

**Existing Conditions:**

- Although platted to cul-de-sac in San Antonio's jurisdiction, Shadow Mist has potential to connect with a thoroughfare system south of Huebner Creek. It has, therefore, been designated as a Secondary Arterial, Type B.

**Recommended Changes:**

- Consider construction of a cul-de-sac at Huebner Creek.

- Extension of El Verde Road west of Bandera to Shadow Mist is not favored by area residents; however, extension would facilitate access, circulation and safety.

## Eckhert Road

**Existing Conditions:**

- Eckhert Road (FM 1517) is a Primary Arterial, Type B which is not within the City limits of Leon Valley, but immediately adjacent to the City.

- Eckhert Road is, nonetheless, essential to the orderly movement of traffic within and through Leon Valley; it provides direct collector access, as well as arterial access to residential and commercial areas in Leon Valley. Eckhert Road is recognized as being an integral part of the City of San Antonio Major Thoroughfare Plan.

- TxDOT widened Eckhert Road to five lanes in 1996.

57

DEF CO LEON VALLEY 00627

'03

**Recommended Changes:**
    - None within the jurisdiction of Leon Valley.

## Timco West

**Existing Conditions:**
    - This major arterial serves as a commercial collector and a connection with Bandera Road to Callaghan Road.

**Recommended Changes:**
    - This street was reconstructed in 1998 after showing major structural failures due to heavy vehicle loads and insufficient pavement thickness.

## All Other Streets

    - All other streets are catalogued in the <u>Identification of Existing Roadway Designations</u>.

58

'03

## 4. PARK ZONES AND FACILITIES MAP

60

DEF CO LEON VALLEY 00629

'03

## PARK ZONES AND FACILITIES MAP



**CITY OF LEON VALLEY**

<u>LEGEND</u>

★ Raymond Rimkus Park
■ Pool
● Seniors & Community Center
☆ Library
○ Other City Property (seven)
◆ Schools (three)

**PRIVATE FACILITIES**
1 - Bowling Alley
2 - Roller Skating Rink
3 - Pool & Tennis Court
4 - Fitness Center
5 - Y.M.C.A.
6 - Movie Cinema

61

DEF CO LEON VALLEY 00630

'03

## B.  COMMUNITY SERVICES COMPONENT

### 1.  GOALS, OBJECTIVES AND RECOMMENDED STRATEGIES

#### Statement of Purpose

The Community Services Component of the Plan includes recreational, informational and public safety elements.  Although some specific strategies are included in this section, these are merely means to achieve the stated goals and objectives and are certain to be revised in a changing environment.  The Community Services Component is intended to serve as a practical tool to guide the future development and growth of the community services offered to Leon Valley.

DEF CO LEON VALLEY 00631

'03

## GOAL ONE
### To protect the health, safety and welfare of all Leon Valley citizens.

**Objectives:**

(1)    To provide quality public services to citizens of all ages.

(2)    To positively affect the health and welfare of Leon Valley's citizens through public safety services.

**Recommended Strategies:**

(1)    Maintain an efficient and effective police force and fire department through the implementation of departmental long range plans.

(2)    Continue efforts to sustain existing programs including, but not limited to, uniformed patrol, criminal investigations, crime prevention, communications, rescue, emergency management, hazardous materials, and records through appropriate budget allocation.

(3)    Investigate expansion of community based programs (i.e. Crime Watch, Smoke Detector Program).

63

DEF CO LEON VALLEY 00632

'03

## GOAL TWO
**To provide a variety of recreational opportunities for all Leon Valley citizens.**

---

**Objectives:**

(1)  To ensure adequate recreation space within Leon Valley.

(2)  To encourage maximum use of community services and facilities by the community.

---

**Recommended Strategies:**

(1)  Establish cooperative agreements with local civic groups and governmental agencies to support mutual programs for recreation and education for the total community.

(2)  Explore and seek to obtain external funding for special projects and programming to benefit community services (library, parks, and recreation).

(3)  Consider improvements to Raymond Rimkus Park to benefit overall community needs.

(4)  Continue efforts to reduce vandalism at public facilities through citizen awareness and security measures.

(5)  Investigate the expansion of recreational programming and facilities for all segments of the population.

(6)  Consider providing outdoor recreational resources for scheduled use by other program providers (i.e. athletic or sports organizations).

(7)  Support the continued private operation of City pool.

---

64

DEF CO LEON VALLEY 00633

'03

**GOAL THREE**
**To provide the community with access to books, information,
programs and related resources and services.**

**Objectives:**

(1)    Encourage maximum use of the library's services and materials by all age groups in the community.

(2)    Maintain support with local groups and governmental agencies to support mutual recreational and educational programs for the total community.

(3)    Serve as an information resource to businesses, professionals and local government officials and staff.

**Recommended Strategies:**

(1)    Provide resources for education, information, research, culture, recreation and leisure needs and/or interests.

(2)    Collaborate with other educational, social, and cultural groups in the community who also seek to promote the reading interests of adults, youth, and children.

(3)    Seek to provide for research, documentation and commemoration of the heritage and history of the Leon Valley area.

(4)    Explore and obtain external funding for special projects and programming to benefit local patrons of the library.

(5)    Expand existing facilities as necessary and as funding is appropriated.

65

DEF CO LEON VALLEY 00634

'03

## 2. PARKS AND RECREATION PLAN

### Statement of Purpose

Parks and other forms of outdoor recreation are critical components of suburban living. The City of Leon Valley recognizes that a well-planned parks and recreation system positively affects the health and welfare of its citizens and that such services are vital to the well-being of its citizens.

Increased residential growth in Leon Valley and the surrounding area will bring more potential park and recreation users to Leon Valley. The City must ensure that the park system is prepared to adequately provide services for such anticipated impacts of growth.

Although some specific recommendations are included in this document, these are merely indicative of means to achieve the stated goals and objectives of the Park Plan and are certain to be revised in a changing environment.

This plan is intended as a practical tool to guide the future development and growth of the parks and recreation system within the City of Leon Valley.

### Scope of Park Plan

The City of Leon Valley includes approximately 3.5 square miles and, effectively surrounded by the City of San Antonio, anticipates very little geographic growth.

The majority of the remaining undeveloped land within the City limits, however, is currently zoned for residential development. Such growth will create potential recreation users to the City.

The Park and Recreation Plan encompasses not only existing recreational facilities but also identifies likely future needs of a growing residential population. In order to create a more complete picture of the recreational opportunities in Leon Valley, both public and quasi-public owned facilities are listed in the Plan inventory.

### Planning Methodology

When planning for the outdoor recreational system of a small geographic area such as the City of Leon Valley, the needs of the entire community should be addressed. Examined as an aggregate, the existing outdoor recreational facilities fairly well meet professional standards for the estimated population [See Park, Recreation, and Open Space Standards Tables I & II, Section IV, B, 2(a)]. The physical barrier created by Bandera Road (State Highway 16), however, significantly reduces accessibility to the current Raymond Rimkus Park.

To address the needs of its citizens, the City undertook a survey in May, 1995, to find out the adequacy of existing facilities and the perceived needs for additional recreational facilities.

66

DEF CO LEON VALLEY 00635

'03

## Results of 1995 Park Survey

In 1995, a survey was distributed to all Leon Valley residents (2,470 households) as an insert to the City's newsletter, the "Lions Roar", during May 1995. Articles appeared in the Helotes Echo and the Northwest Recorder Times encouraging residents to return the survey with their comments. One hundred and forty three (143) surveys were returned.

The 1995 survey found that ninety-two percent (92%) of the respondents use the existing Raymond Rimkus park of which seventy-seven percent (77%) were families.

Of those surveyed, Ninety-two percent (92%) of the respondents use the existing Raymond Rimkus park. Seventy-seven percent (77%) are families.

## Existing Facilities

The following information is provided describing the percentage of the respondents who use the existing facilities.

| Facility | Respondents | Facility | Respondents |
|----------|-------------|----------|-------------|
| Walking Path | 92% | Pavilion | 23% |
| Picnic Tables | 69% | Softball Field | 20% |
| Playground | 65% | Volleyball Court | 15% |
| Multi-Purpose Courts | 31% | BBQ Pit | 15% |
| Tennis Courts | 29% | Community Garden | 7% |

## Future Facilities

Of the respondents, sixty percent (60%) feel that additional facilities are needed. Additional trees, restroom facilities, and walking trails are preferred.

Sixty-seven percent (67%) favored expanding the recreational areas within the City. Forty-five percent (45%) favored expanding the existing City Park, forty percent (40%) favored development of neighborhood parks in addition to the existing City Park.

In 1996, the City added 4.277 acres of park land located on Poss Road.

67

'03

## INVENTORY OF EXISTING PUBLICLY OWNED FACILITIES

Raymond Rimkus Park

| | |
|---|---|
| Acres | 58.4 |
| Developed acres | 22.4 |
| Community Garden | 39 - 10' x 20' gardening plots |
| Softball Field | 1 |
| Soccer field | 2 |
| Tennis court | 2 |
| Basketball court | 2 (1/2 court) |
| Playground | 1 |
| Equipment | picnic facilities |
| Pavilion | 1 |
| Picnic Shelter | 1 |
| Improved Pathway | Approx 1 mile |
| Volleyball Court | 1 |
| Other facilities | 2 restroom/storage building |
| *Handicap Accessible | |

Leon Valley Swimming Pool

Currently leased to and operated by the Leon Valley Community Association

Leon Valley Activities Building

| | |
|---|---|
| Square feet | 4,000 (gross leasable area) |
| Raised platform | 1 |
| Kitchen facilities | 1 |
| Basketball hoop | 1 (retractable) |
| Tables & chairs | To seat 300 |

Conference Center

| | |
|---|---|
| Square feet | 5,000 (gross leasable area) |
| Meeting rooms | 3 |
| Tables & chairs | To seat 150-250 |
| Mini kitchen | 1 |

**68**

DEF CO LEON VALLEY 00637

'03

Nearby Educational Facilities

    Leon Valley Elementary School
    John Marshall High School
    Northside Learning Center
    Pat Neff Middle School
    Oak Hills Elementary School

## LISTING OF PRIVATELY OWNED PUBLIC FACILITIES

### Inside City Limits

1)     Bowling alley
2)     Roller Skating Rink
3)     Forest Oaks Neighborhood Pool & Tennis Courts
4)     Fitness Center (2)
5)     NW Little League Complex

### Adjacent Leon Valley Area

5)     Northwest YMCA
6)     Senior NW Little League Field
7)     Fitness Center

### Park Zones

    The City of Leon Valley has been divided into four (4) Park Zones to enhance the planning process and to facilitate actualization of the objectives outlined in this plan.

#### Community Park Zone

Definition    -The area served by this Park Zone is the entire City of Leon Valley, including its extra-territorial jurisdiction and any subsequent additions either to its incorporated limits or to its extra-territorial jurisdiction.

Findings    - Using the Recreation Standards included in Park, Recreation, and Open Space Standards Tables, the acreage of the City's municipal park is insufficient for the current population within the City limits.

69

DEF CO LEON VALLEY 00638

'03

- The demand for use of the ball fields exceeds the current capacity.

- Raymond Rimkus Park serves as a park for Leon Valley and surrounding area residents with an approximate population of 27,000.

- Park acreage ratios range from three to ten acres for each 1,000 persons. Assuming the lowest ratio of three and a population of 20,000, the City needs a total of at least 60 acres of park land or an additional 38 acres of land.

- In 2003, the 36-acre Huebner/Onion tract was added to the City as wilderness area. The addition of this wilderness area is encouraged to serve the areas south of Bandera Road. These areas should be contiguous to adjacent subdivisions because of limited pedestrian circulation in these areas.

## Neighborhood Park Zone One

Definition    - That area of the City bounded on the south by FM-471 (Grissom Road), on the east by SH 16 (Bandera Road) and on the north and west by the City limits.

Findings    - Access to the only existing park, Raymond Rimkus Park, is limited due to the pedestrian barrier presented by Bandera Road.

- Park Zone One contains a major residential subdivision (Old Mill), which would benefit from neighborhood or sub-neighborhood size outdoor recreational facility.

## Neighborhood Park Zone Two

Definition    - That area of the City bounded on the north by FM-471 (Grissom Road), on the east by SH 16 (Bandera Road) and on the south and west by the City limits.

Findings    - Access to the only existing park, Raymond Rimkus Park, is limited due to the pedestrian barrier presented by Bandera Road.

- Park Zone Two contains several large tracts currently zoned for residential use. Upon development, the mandatory dedication provisions included in Leon Valley City Code Chapter 24, "Subdivision & Plats" should be strictly enforced.

- An Apartment complex with an on-site swimming pool is located within the zone.

- An elementary school with an on-site ball field and playground facility is located within the zone.

70

DEF CO LEON VALLEY 00639

'03

- The undeveloped portion of the zone located within the 100-year flood plain provides habitat for wildlife and, therefore, may be suitable for limited recreational activities. This area may be valuable for conservation, open space easements or as a walking trail.

## Neighborhood Park Zone Three

Definition    - That area of the City bounded on the north by Huebner Road, on the west by SH 16 (Bandera Road) and on the south and east by the City limit.

Findings    - Raymond Rimkus Park serves as a neighborhood park adequate to meet the needs of residents in zone three.
- The Leon Valley Activities Building and library are located in this zone as are the two community pools. This indicates potential for further development of the zone as the recreational heart of the City.

- Huebner Creek runs through this zone and should be preserved as an open space.

- Most of the land in this zone has been developed which inhibits placement of future pocket parks or "tot lots."

## Neighborhood Park Zone Four

Definition    - That area of the City bounded on the south by Huebner Road, on the west by SH 16 (Bandera Road) and on the north and east by the City limit.

Findings    - Access to the only existing park, Raymond Rimkus Park, is limited due to the pedestrian barrier presented by Huebner Road. Additionally, limited egress from the Linkwood Addition subdivision reduces access to the park.

- Pedestrian access via the placement of a sidewalk from Linkwood through Evers Road is encouraged for access to the park.

- This zone has potential for residential development, although much of the growth will be the result of individual residential units, rather than large multi-family tracts.

- Two schools exist in this zone. John Marshall High School houses recreational facilities which are somewhat unused during non-school hours. Leon Valley Elementary has a playground which is unused during non-school hours.

71

## MISSION OF PARKS & RECREATION SYSTEM

The parks and recreation sites within the City of Leon Valley should be designed to provide for the general welfare of the citizens via a well-planned system of parks and recreational facilities which recognizes the aesthetic, open space, wilderness areas, and recreational needs of the residential, business and visitor communities served in an urban area.

DEF CO LEON VALLEY 00641

'03

## GOAL ONE
**To provide access to outdoor recreation services to all Leon Valley citizens.**

**Objectives:**

(1)   Remove to the greatest extent reasonable all physical barriers to existing and future facilities that limit access for handicapped individuals.

(2)   Establish sub-neighborhood parks with easy accessibility without crossing major thoroughfares (e.g. Mini-parks 1 acre/ 1000 persons.) Consideration should be given to strengthening mandatory dedication ordinance (Leon Valley City Code Chapter 24, "Subdivision & Plats") and/or creating a voluntary dedication program with incentives.

(3)   Ensure that all parks and recreation sites are easily and safely accessible possibly through the installation of sidewalks and/or jogging trails which converge on the existing or future community parks.

(4)   Recognize that a lack of information concerning availability of services or difficult administrative procedures can also sometimes be a barrier to use and, therefore, promote continued public awareness of services and facilities.

**Specific Recommendations:**

(1)   Amend Leon Valley City Code Chapter 24, "Subdivision & Plats" to permit dedication of park land of less than one acre to facilitate development of sub-neighborhood parks in small residential developments.

(2)   Adopt procedures to allow the City to collect funds for Park Improvements where dedication of small parcels for parks would be undesirable.

(3)   Pursue development of a system of pedestrian walkways (sidewalks, improved paths, bike trails, green belts, etc.) to connect to Raymond Rimkus Park and other public facilities.

(4)   Organize annual events to provide recreational opportunities and spotlight the Leon Valley Park and Recreational facilities.

73

DEF CO LEON VALLEY 00642

'03

## GOAL TWO
### To maximize usability of existing facilities.

**Objectives:**

(1)    Restore and maintain existing park and recreation facilities to prevent a decline in the physical capabilities of the system.

(2)    Develop existing park acreage which is currently undeveloped and/or underdeveloped.

(3)    Acquire adjacent land as it becomes available to expand the existing park.

(4)    Reduce vandalism at public facilities via adequate lighting and other security measures as well as through citizen awareness.

(5)    Monitor user needs.

**Specific Recommendations:**

(1)    Continue to improve facilities at Raymond Rimkus Park including the ball fields and picnic areas.

(2)    Pursue expansion of Raymond Rimkus Park possibly through acquisition of a conservation/open space easement in floodplain or other privately owned property adjacent to the Park.

(3)    Continue utilization of a portion of the Park for the community garden.

(4)    Conduct annual survey of citizens regarding recreation needs.

(5)    Expand trails along upper Huebner Creek Right-Of-Way, connect to subdivisions where feasible.

(6)    Consider increase in user fees to more effectively represent cost of service.

DEF CO LEON VALLEY 00643

'03

# GOAL THREE
## To maximize diversity of recreational services offered in the City.

### Objectives:

(1)  Expand co-operation with other governmental and public agencies, especially the Northside Independent School District, in areas where the land can be jointly used.

(2)  Expand co-operation with the private sector to reduce duplication of services and promote availability of a variety of recreational facilities.

(3)  Promote outdoor recreation resources for scheduled use by other program providers such as athletic associations and other sports organizations.

(4)  Expand recreational programming offered.

(5)  Increase volunteerism and private participation in producing services such as tournaments, festivals or organized youth activities.

(6)  Encourage development of compatible activities between various user-groups of the facilities (i.e. After school walks supervised by senior citizens).

(7)  Support leased pool facilities.

### Specific Recommendations:

(1)  Explore possibility of inter-local agreement concerning use of tennis courts at John Marshall High School as well as other school facilities.

75

DEF CO LEON VALLEY 00644

'03

## GOAL FOUR

**To establish and improve neighborhood and sub-neighborhood parks throughout the City.**

**Objectives:**

(1)    Ensure that residential development which will increase the potential demand on the recreational services adequately provides for its anticipated impact on the park and recreation system.

(2)    Amend subdivision and/or zoning regulations to strengthen the mandatory dedication ordinance.

(3)    Encourage neighborhood or home-owner associations to establish and maintain neighborhood parks and green belts.

(4)    Acquire and develop new outdoor parks and green belts in those areas currently deficient in outdoor facilities.

(5)    Explore the use of existing drainage areas for jogging trails and other recreational uses.

**Specific Recommendations:**

(1)    Amend Leon Valley City Code Chapter 24, "Subdivision & Plats" to permit park land dedication of areas less than one acre for small residential developments or payment in lieu of land where dedications are not feasible.

76

DEF CO LEON VALLEY 00645

'03

# GOAL FIVE
## To acknowledge and accommodate open space provisions
## as a vital component of growth management.

**Objectives:**

(1)    Consider open space preservation a priority especially in flood plains and along stream or creek corridors; encourage passive development as green belts.

(2)    Encourage willing, private landowners to protect open space via transfer of development rights and scenic or conservation easements.

(3)    Inform land owners of portions of the Property Tax Code which may provide reduced property taxation if land is voluntarily declared for recreation or scenic use.

(4)    Preserve and enhance open space potential of publicly owned land throughout the City.

**Specific Recommendations:**

(1)    Re-evaluate existing landscape ordinance to ensure its continued suitability for the preservation of open space.

(2)    Explore creation of incentive program to encourage voluntary dedication of land for parks, conservation or open space purposes.

DEF CO LEON VALLEY 00646

'03

## RAYMOND RIMKUS PARK AREA

### Profile

Raymond Rimkus Park located at the corner of Evers Road and Poss Road was
established in 1973 and was developed throughout the late seventies and early eighties.
The park is located within the Huebner Creek floodway.  In 1996, it was expanded from
18 acres to 22 acres and in 2000, another acre was added with FEMA assistance.  The
park amenities include: a playground, picnic areas, a pavilion, soccer and baseball fields,
a community garden and wildflower area, a walking trail, and public restroom facilities.

### Land Use

- The park is zoned R-1 (Single-Family) and is used as a natural community and public recreation area.
- The park is encouraged to remain a day use park only and night use of the park is strongly discouraged.
- Any commercial development of this area is strongly discouraged.
- Any further acquisition or development of land in the area is encouraged to become incorporated as part of the Raymond Rimkus Park area.

### Commercial Interface

- Evers Road
- Poss Road

### Housing/Neighborhood

- The park is surrounded by the Grass Valley, Canterfield, and Sun Valley Subdivisions.

### Community Services

- Consider minimal security lighting in parking areas to promote park and community safety.
- Leon Valley police patrol of the park is strongly encouraged, specifically after day use hour have expired and the park is closed.

78

DEF CO LEON VALLEY 00647

'03

# RAYMOND RIMKUS PARK

**"CONTINUED"**

**Community Services**

- The placement of bolards or alternative barriers are strongly encouraged to discourage illegal parking along Poss Road. Consideration may also be given to widening and curbing Poss Road.
- The street edge of Huebner Creek and the bottom of the channel should be armored to eliminate erosion.
- Promote yearly evaluation of park users and potential improvements such as the construction of a second pavilion to meet user and community needs.
- Continue maintenance and upkeep of all park areas, with special attention to playground equipment, and park and floodgates.

**Environment**

- Huebner Creek presents development challenges for the park area.
- Adhere to all applicable State and Federal laws pertaining to environmental issues.
- Any development in this area must comply with FEMA regulations as adopted by the City.
- Create a Flood Escape Plan with maps detailing the escape route(s). Further, educate the residents of the area regarding this plan of action for serious flood conditions. Additionally, cars should be evacuated from the park during flood events and children should be discouraged from playing in flood waters.

**Capital Improvements**

- Consider Capital Improvement Programming for the park area, specifically erosion control along Huebner Creek and other applicable flood/drainage improvements.

79

DEF CO LEON VALLEY 00648

'03

## 3. LEON VALLEY PUBLIC LIBRARY MISSION

The primary mission of the Leon Valley Public Library is to provide quality public library services for all residents and businesses of Leon Valley, enriching the entire community.

**The Leon Valley Public Library sustains its mission by:**

Encouraging the maximum use of the Library's services and materials by all age groups in the community.

Providing resources to respond to needs for information, education, research, culture, recreation and leisure interests. The Library will include book, non-book materials and automated information sources which will respond to differing interests, educational levels and native abilities.

Continued cooperation with local groups and governmental agencies to support mutual cultural, recreational and educational programs for the total community.

Selecting, organizing, preserving, and making available print, electronic, and non-print materials for public use.

Promoting endeavors which will stimulate and expand the reading interests of adults, youth, and children. The Library will collaborate with other cultural, social, and educational groups in the community to foster similar aims.

Serving as an informational resource to businesses, professionals, local government officials and staff.

Continued exploration and acquisition of external funding for special projects and programming which will benefit the community.

Provide for researching, documenting, and commemorating the heritage and history of the Leon Valley area.

The Leon Valley Public Library has set standards to provide quality public library services. These measurable standards address public services and collection development, both important to library improvement and service. These standards are evaluated and updated each fiscal year, or as the need dictates.

80

DEF CO LEON VALLEY 00649

'03

## INVENTORY OF LIBRARY COLLECTIONS AND FACILITY

| **Building** |
| --- |
| 6,000 square foot building with parking for 1-20 vehicles. Secured storage for City Records on second floor of Library facility |
| **Books** |
| 43,000 hardback and paperback books, including a large type collection for the visually impaired |
| **Audio Materials** |
| 915 books on tape or books on cassettes |
| **Filmstrips** |
| 80 filmstrips with cassettes |
| **Videocassettes** |
| 925 VHS format items |
| **Compact Disk Software** |
| 100 items |
| **Other Library Materials** |
| 126 including, but not limited to: puppets, puppet kits, pamphlets, oral histories, historical documents, photographs, and manuscripts |
| **Periodical Subscriptions** |
| 115 |
| **Newspaper Holdings** |
| 4 local and 2 national |
| **Equipment for Public/Staff Use** |
| Including public access computers with word processing and Internet capabilities, compact disk drives, projectors, cameras, puppet theater, tape recorders, videocassette player and monitor, microfilm reader, microfiche reader, flannel board, and chess sets |

81

DEF CO LEON VALLEY 00650

'03

**Existing Services:**

The Library is open to the public 40 hours each week, including two evenings and Saturday. Internet service, messaging to staff and reservation of materials through computer modem is available 24 hours-a-day. The library catalog may also be browsed on the Internet.

The Library is an accredited member of the Texas State Library System and receives various system services as a part of membership. These services include: interlibrary loan support, collection development funds, and continuing education seminars.

The Library also has computers available to allow users to learn and use the technology for personal education, research, and word processing. Interlibrary loans of materials not held locally, are readily available. Additionally, a preschool story hour is held each week.

Basis services include: reference and referral information services; homebound delivery of materials; genealogy collection; summer reading programs; all age chess group; and special informational and recreational programming.

Future Library expansion along the east wall of the facility will provide an additional 3,000 square feet of reading and learning space for young people in the community.

Staff includes the Library Director, who holds an accredited Master's degree in Library and Information Sciences, a Library Technician, who holds a degree in Library Technology and a Library Clerk. Numerous Library Volunteers assist with library task.

The primary mission of Leon Valley Public Library is to provide quality public library services for all residents and businesses of Leon Valley to enrich the entire community.

DEF CO LEON VALLEY 00651

'03

## 4.  POLICE DEPARTMENT MISSION

The primary mission of the Leon Valley Police Department is to strive to maintain order and protect lives and property.

**The Leon Valley Police Department sustains its mission by:**

Maintaining an active crime prevention program devoted to actively seeking to reduce the cause of crime through improving Police-community relations, the establishment of neighborhood watch groups, community education, participation in youth activities, consulting with area businesses in loss preventions and the sponsoring of anti-drug programs in the area schools.

The arrest and prosecution of offenders by the utilization of adequate police patrol supported by investigators in a belief that quick apprehension is a means to discourage would-be violators.  The certainty of arrest and prosecution has a deterrent quality which is intended to make crime seem less worth-while.  Apprehension makes it possible for society to punish offenders, provide opportunity for rehabilitation and lessen recidivism.

Actively seeking to reduce the monetary cost of crime by the recovery of stolen and missing property.

The regulation of non-criminal conduct.  This aspect of the police mission includes the enforcement of traffic laws and local City ordinances.  The main purpose is regulation with the apprehension and punishment of violators as a means of achieving compliance.

The performance of services not available elsewhere in the community.  This includes activities such as: operation of detention facilities, search and rescue operations, licensing, providing security personnel to the court and other City functions.

The department answers over 9800 calls for service each year.  The response time averages less than 2.5 minutes.  The Leon Valley Police Department participates in the 911 emergency telephone response system to aid in the timely response to emergencies.

The Leon Valley Police Department is able to accomplish its mission with a staff of 25 sworn officers, 20 reserve police officers and eight civilians. In addition, there are four school crossing guards.  The department has five major divisions: uniform patrol, criminal investigations, crime prevention, communications and administration.

83

DEF CO LEON VALLEY 00652

## 5. FIRE DEPARTMENT MISSION

The primary mission of the Fire Department is to prevent and minimize the loss of life and property within the corporate limits of the City by establishing control over fires, sudden medical emergencies, and the consequences of natural and man-made disasters.

The Fire Department sustains its mission and serves the citizens of Leon Valley through service delivery programs. These programs are listed below along with objectives to maintain these programs.

**The Leon Valley Fire Department sustains its mission by:**

1.) Maintaining response capabilities and preparedness for:

* Fire Suppression                    * Emergency Management
* Fire Prevention                     * Technical Resues
* Fire Investigations                 * Hazardous Materials Incidents
* Emergency Medical Services          * Terroristic Threats

2.) Maintaining active fire prevention, injury prevention, general safety, and emergency preparedness programs. The programs are delivered through aggressive code enforcement, inspections, investigations, and public education.

3.) Maintaining all personnel and equipment in a high state of readiness for immediate response on a 24/7 basis.

4.) Continuously evaluating, planning and preparing in order to successfully sustain our mission in these very dynamic services.

5.) "Risk Analysis" is evaluated for a proper balance between costs and risks.

The department responds to over 1,400 emergencies per year, of which approximately 60% are Emergency Medical responses. Response times average approximately 4.5 minutes. Over 1,000 inspections are conducted each year, with firefighters also conducting over 100 prefire plans. Approvximately 4,000 people attend various public education programs conducted by Fire Department personnel yearly.

Fire Department staffing consists of 28.5 positions. All uniformed personnel are required to have Basis Structural Firefighter Certification as a <u>minimum</u>, which is issued by the Texas Commission For Protection. Basic Emergency Medical Technician Certification is also required and is issued by the Texas Department of Health. The Leon Valley Fire Department is a licensed Texas Emergency Medical Services Provider through the Texas Department of Health. The Texas Department of Insurance recognizes the City of Leon Valley with a Class 4, Public Protection Classification.

DEF CO LEON VALLEY 00653

# C. ENVIRONMENT COMPONENT

## 1. GOALS, OBJECTIVES AND RECOMMENDED STRATEGIES

### Statement of Purpose

The City of Leon Valley is situated just south of the Texas Hill Country on gently sloping soils ranging from limestone to clay. The Artesian/Reservoir zone of the Edwards Aquifer lies below the 3.5 square mile municipal corporation and is the source of water not only for Leon Valley but for approximately 1.5 million people throughout a five county area. Increased vehicular traffic as the metropolitan area sprawls over greater distances may contribute to reduced air quality in the future. Due to prudent land use policies developed since its incorporation in 1952, the City has generally maintained high quality environmental conditions.

As the understanding of environmental systems grows, the need for careful management of natural resources becomes increasingly more apparent. In recognition of the contribution of long-range environmental planning to the general welfare of the citizens of Leon Valley and their heirs, the Natural Resource/Environmental Component was included in the Master Plan for the first time in 1992.

The identification of the natural assets of the community and recommended policies to preserve and enhance these assets is included in order to create a guide for decision-makers in the future. Although some specific recommendations are included in this document, these should be reviewed frequently due to a rapidly changing technical, regulatory and legal environment.

### Planning Scope

The geographic planning area referenced throughout this document includes the area within the City of Leon Valley. The functional planning areas include water, waste water, solid waste, air, energy and conservation. In many cases, these elements are inter-connected and cannot be clearly separated. Therefore, some redundancy between the functional areas may be noted.

DEF CO LEON VALLEY 00654

'03

## 2. WATER

### GOAL ONE
**To provide an adequate quantity of water to meet municipal needs.**

**Objectives:**

(1) Maintain the existing wells, pumps, storage tanks and distribution lines and repair or replace when necessary.

(2) Practice supply management methods and develop additional water supply support.

(3) Develop and implement demand management measures during drought and non-drought times.

(4) Meet or exceed the State Board of Fire Insurance standards to minimize insurance key rate.

**Recommended Strategies:**

(1) Review and update annual maintenance schedule to minimize leakage or other water loss relating to routine maintenance (i.e. hydrant flushing.)

(2) Implement an aggressive leak detection program for both public mains and private water services.

(3) Develop and implement a conservation program to include consideration of programs such as plumbing and landscape codes, rate structures and incentive programs. Continue promotion of water saving activities such as mulching and low flush toilets.

(4) Consider installation of a third well to meet maximum potential demand in the event of equipment failure.

(5) Consider advantages and disadvantages of consolidation with the San Antonio Water System.

(6) Coordinate Leon Valley water management programs with regional policies.

(7) Establish and fund programs to retrofit City facilities with water conserving devices wherever possible.

(8) Increase public education concerning water supply issues.

(9) Develop alternative water supplies in conjunction with SAWS and the Edwards Aquifer Authority and purchase or lease water supplies following schedule.

(10) Revise Critical Period Management Rules to conform to the Edwards Aquifer Authority requirements.

86

'03

## GOAL TWO
### To protect the water supply and maintain excellent water quality.

**Objectives:**

(1) Meet or exceed regulatory requirements for water distributed via the Leon Valley Water System.

(2) Minimize contamination to the aquifer through wells and septic tanks.

(3) Monitor pollution sources in flood plain (i.e. auto shops) or other areas which may contribute to non-point source pollution of water supplies.

**Recommended Strategies:**

(1) Continue to extend water and sewer mains to those existing developed areas relying on private wells or septic tanks, and encourage connection to the public system via "for material cost only" (no cost for equipment and labor) reimbursement policy.

(2) Develop program to minimize introduction of "special" or "hazardous" wastes into watershed.

(3) Consider alternatives to products producing hazardous waste by residents, businesses and City forces whenever possible to reduce potential for contamination via spillage, improper handling or inadequate disposal.

(4) Continue to test water samples for bacteriological contamination on a monthly basis and comply with Environmental Protection Agency regulations for lead and copper testing.

(5) Participate in household hazardous waste programs.

(6) Include in stormwater management plan.

DEF CO LEON VALLEY 00656

'03

### 3. WASTE WATER

<u>GOAL ONE</u>
**To ensure proper collection and, ultimately, treatment of waste water
throughout the City of Leon Valley.**

**<u>Objectives:</u>**

(1)  Continue to extend sewer mains to service areas not currently serviced by the public collection system.  Secure easements for necessary extensions.

(2)  Continue to provide for adequate treatment of effluent via inter-local agreement with the City of San Antonio, the Regional Waste Water Authority.

(3)  Encourage development of regional plan for reuse of treated waste water.

(4)  Identify locations where remedial line work is needed and budget for timely replacement.

**<u>Recommended Strategies:</u>**

(1)  Maintain existing collection system, replace as needed.  Continue "Condition Study" of system.

(2)  Expand collection system to provide service to unserved areas.

(3)  Eliminate repeated sewer overflows/blockage.

(4)  Maintain and support Regional Treatment System.

(5)  Conduct cleaning of sewer lines on systematic basis.

(6)  Begin filtration and inflow study to stop sewer outflows.

(7)  Include in stormwater program.

DEF CO LEON VALLEY 00657

'03

## 4. SOLID WASTE

### GOAL ONE
**To reduce the volume of land fill solid waste.**

**Objectives:**

(1) Continue the curbside collection of recyclable materials from residential customers and increase percentage of waste stream diverted.

(2) Expand residential collection in terms of increased volume of those materials already collected and additional materials. (Increase volume recycled.)

(3) Reduce volume of yard waste collected and handled.

(4) Consider household hazardous waste program in conjunction with City of San Antonio.

(5) Develop program (in conjunction with waste hauler) to increase collection of recyclable materials from businesses and apartments.

(6) Increase emphasis on public education.

**Recommended Strategies:**

(1) Increase participation in curbside collection program via Block Leader Program, articles, and possible incentive programs.

(2) Consider collection of additional materials curbside or at stationary collection site.

(3) Encourage "pre-cycling" via consumer education concerning packaging and information about reusable items.

(4) Continue education about alternative disposal methods (i.e. thrift stores and so on.)

(5) Pursue participation in "Don't Bag It" Program designed by Texas A&M.

(6) Continue to encourage back yard composting.

(7) Continue to encourage xeriscape and other forms of turf minimization.

(8) Continue community compost/ community garden.

89

'03

## GOAL ONE
**To reduce the volume of land fill solid waste.**

**"CONTINUED"**

**Recommended Strategies:**

(1)  Establish a recycling program for city operations.

(2) Promote household hazardous waste collection program in conjunction with other cities.

(3) Establish recycling goals for local businesses.

(4) Continue to provide a citizen drop-off site for used motor oil and filters.

(5) **Continue cardboard recycle bin.**

**90**

'03

## GOAL TWO
**To encourage market development for recycled and reused products.**

**Objectives:**

(1)  To maximize usage of recycled products in the private and public sector, thereby, helping to reduce current market glut for recycled products.

**Recommended Strategies:**

(1)  Establish City purchasing policy to encourage purchase of recycled, reused or reusable products.

(2)  Develop a "Buy Recycled" program for residents.

(3)  Develop model procurement guidelines for distribution to businesses to enable them to easily use recycled and reused products in their activities.

91

DEF CO LEON VALLEY 00660

## 2. AIR

<u>**GOAL ONE**</u>
**To maintain excellent air quality.**

| **Objectives:** |
| --- |
| (1) To maintain or reduce emissions of toxic, noxious or regulated chemicals. |

| **Recommended Strategies:** |
| --- |
| (1) Report all suspected violations to the Texas Natural Resources Conservation Commission. |
| (2) Restrict development of industries producing toxic or noxious chemicals. |
| (3) Support alternatives to reliance on single occupancy vehicular traffic (i.e. car pool "hotline", HOV lanes, more or different bus routes and so on.) |
| (4) Encourage dedication of open space to maximize green areas within the City. |
| (5) Increase public education concerning air quality issues. |
| (6) Participate in "Ozone Action Day" programming, as deemed appropriate. |
| (7) Increase use of propane fueled vehicles where feasible. |

DEF CO LEON VALLEY 00661

'03

## 4. ENERGY

<u>GOAL ONE</u>
**To encourage the prudent use of energy throughout the City.**

**Objectives:**

(1) Minimize energy waste in both the private and public sector.

(2) Encourage utilization of diverse energy resources.

**Recommended Strategies:**

(1) Consider amendment to Leon Valley City Code, Chapter 30, "Zoning", to provide requirement for placement of trees and other vegetation to reduce energy demands for cooling.

(2) Consider adoption of energy code to establish standards for new construction.

(3) Implement program to retrofit City facilities whenever practicable in ways such as placement of reflective window glass, installation of "on-demand" water heaters or cooling towers, inspection and replacement of insulation on a routine basis, thermostatic controls and so on.

(4) Procure small, fuel efficient vehicles whenever possible and maintain them so as to maximize efficiency.

(5) Consider scheduled conversion of City fleet to alternative fuel vehicle.

93

DEF CO LEON VALLEY 00662

'03

## 5.  CONSERVATION

### GOAL ONE
**Encourage study and analysis of any sites that may have historical or archeological value.**

**Objectives:**

(1)  Determine historical and/or archeological value of Onion/Salazar property.

(2)  Investigate alternatives for historic preservation of determined properties.

**Recommended Strategy:**

(1)  Establish an "ad-hoc" committee to provide a comprehensive investigative report of potential historic sites; identify available methods for preserving the City's historical inventory; review the advantages/disadvantages of a Historic Preservation Ordinance; and make recommendation to the City Council.

94

DEF CO LEON VALLEY 00663

'03

## GOAL TWO
**To discourage destruction or elimination of natural and vegetative habitats, as well as other natural resources. (Particularly in Huebner Creek area.)**

**Objectives:**

(1) To manage growth so as to preserve natural beauty which is an integral part of the quality of life in Leon Valley.

**Recommended Strategies:**

(1) To consider strengthening mandatory dedication ordinance or develop program to provide incentives for voluntary dedication of land for conservation, open space or recreational purposes.

(2) Consider open space a priority especially in flood plains and along stream or creek corridors; encourage passive development as green belts.

(3) Inform land owners of portions of the Property Tax Code which may provide reduced property taxation if land is voluntarily dedicated for recreation or scenic use.

95

DEF CO LEON VALLEY 00664

'03

## D.   COMMERCIAL/ECONOMIC GROWTH COMPONENT

**Statement of Purpose**

Leon Valley is a suburban community northwest of San Antonio, one of the fastest growing sections of the Bexar Country metropolitan area.    Residential, commercial and thoroughfare development in, around and adjacent to Leon Valley have spurred rapid land use changes in the last fifteen years and can be expected to continue in the future.  Within the commercial planning component, the City is divided into seven (7) planning areas.  Each planning area profiles the land use, commercial corridor, housing/neighborhood interface, transportation community services, and environment issues specific to the planning area.

This component of the Plan is intended as a practical tool to guide the future development and growth of the Leon Valley economy.  Although some Recommended Strategies are included in this document, these are merely indicative of means to achieve the stated goals and objectives of the Commercial/Economic Growth Component and are certain to be revised in a changing economic environment.

DEF CO LEON VALLEY 00665

'03

# 1. GOALS, OBJECTIVES AND RECOMMENDED STRATEGIES

## GOAL ONE
**The economy of Leon Valley should provide sufficient and diverse goods and services to meet the needs and desires of the community.**

**Objectives:**

(1) Encourage the economic well-being of citizens and the expansion of the local economy and tax base.

(2) Land development standards in commercial areas should provide for a variety of flexible development options to allow creativity, enhance stability and strengthen the City's economic base while minimizing the adverse effects on adjacent non-commercial uses.

(3) Support long-term viability of the Bandera Road commercial corridor.

**Recommended Strategies:**

(1) Approve commercial zoning requests and development proposals which conform to the Master Plan.

(2) Encourage the development of commercial areas located within designated corridors along appropriate thoroughfares.

(3) Discourage the rezoning of property solely for the intent of increasing the property's value.

97

DEF CO LEON VALLEY 00666

'03

## GOAL TWO
**Provide a regulatory environment which encourages continued viability and expansion of existing conforming businesses and establishment of new businesses.**

**Objective:**

(1) Provide an administrative process and staff support which shall attempt to identify and implement measures to reduce time and expenses of development while continuing to protect other City interests.

**Recommended Strategies**

(1) Review zoning and development regulations to allow flexible development within established constraints and minimization of review and approval time.

(2) Follow the guidelines established by the Specific Use Permit procedure in the development of commercial areas.

(3) Encourage design of commercial corridors which reduce the congestion and land use conflicts associated with strip commercial development.

(4) Maintain a landscape ordinance.

(5) Investigate a pad site policy to address visual obstruction of commercial activities.

(6) Encourage enforcement, monitoring and review of current sign ordinance, Leon Valley City Code, Chapter Five, "Signs and Billboards."

98

DEF CO LEON VALLEY 00667

'03

## GOAL THREE
### To enhance compatibility between commercial and residential land uses.

**Objectives:**

(1) Provide adequate land for various types of housing within acceptable densities and quality.

(2) Guide the development of any new housing neighborhoods to enhance existing development and provide safe, sanitary conditions.

(3) Provide adequate land designated for commercial areas to meet the economic demand and assure that all land uses, whether mixed or segregated, are compatible with each other.

**Recommended Strategies:**

(1) The density of new residential areas should be in the same range as the average density of adjacent existing development, unless adequate protection and buffers are provided.

(2) Residential development should provide adequate lot size and shape to accommodate residential structures that provide usable open space, adequate size, and protect the privacy of indoor and outdoor uses.

(3) Site design techniques, such as buffers of screens, accent and building orientation, should be employed to mitigate negative intrusions on residential areas.

(4) Land development in commercial areas should enhance stability and strengthen the City's economic base while minimizing the adverse effects on adjacent non-commercial uses.

99

DEF CO LEON VALLEY 00668

'03

## GOAL FOUR
**To plan and develop public facilities and services consistent with the land use plan.**

**Objectives:**

(1) Use capital improvements planning as a guide to assist in the fulfillment of goals in the Master Plan.

(2) Encourage new development location in areas already served by utilities and other community facilities.

(3) Require each new development in areas already served by utilities and other services to pay as many direct and indirect costs created by that development.

**Recommended Strategies:**

(1) Develop and implement a comprehensive Capital Improvements Plan based upon practical considerations of the land use plan and new development.

(2) Examine facilities for possible extension and/or enhancement in an effort to provide adequate service to existing development.

(3) Continue the administration of impact fees for all appropriate development activities.

**100**

DEF CO LEON VALLEY 00669

'03

## GOAL FIVE
### Provide a framework for the enactment and consistent application of zoning ordinances, subdivision regulations, and other land use regulations.

**Objectives:**

(1) Consistent examination and application of land use regulations necessary to uphold the Plan.

(2) Establish a measurement tool to gauge the effectiveness and efficiency of land use decisions based upon Plan recommendation.

**Recommended Strategies:**

(1) Periodic review of land use regulations to ensure compliance with the Plan.

(2) Continue the Specific Use Permit application process for all appropriate development considerations.

(3) Prepare an annual summary of land use applications to include any case decisions which contradict Master Plan recommendations.

(4) Consider establishment of reasonable performance standards for buffers.

**101**

DEF CO LEON VALLEY 00670

'03

## COMMERCIAL PLANNING AREAS



### LEGEND

1a CC   Bandera Road North
1b CC   Bandera Road South
2a CC   Bandera Road/Loop 410 Area
2b CC   Leon Valley South Area
3  CC   Wurzbach Road
4  CC   Grissom Road
5  CC   Huebner Road

103

DEF CO LEON VALLEY 00671

'03

# DEFINITIONS OF COMMERCIAL ZONING DISTRICTS

**O-1 (Office)**

**B-1 (Small Business)**

**B-2 (Retail)**

**B-3 (Commercial)**

**I-1 (Light Industrial)**

104

DEF CO LEON VALLEY 00672

'03

## 1aCC  Bandera Road North Corridor

**Profile**

This area is made up of developed parcels of land with B-2 (Retail) use, as well as some B-3 (Commercial). The goal of this plan is to encourage primarily retail uses along this corridor.

**Land Use**

- It is encouraged that a 200-foot, B-2 (Retail) Corridor be maintained along Bandera Road.
- For the Bandera Rd. area (from Poss Rd. north to city limit line) rezoning of B-2 (Retail) to B-3 (Commercial) is discouraged.
- Encourage rezoning of B-3 (Commercial) properties to B-2 (Retail), specifically on the east side of Bandera Road.
- Retail and/or Commercial uses shall not face Linkcrest Drive.
- Area north of Reindeer Trail to city limit line, west of Bandera Road, may be rezoned to B-2 (Retail) to encourage retail development with appropriate and effective buffering to protect surrounding uses.

**Commercial Corridor**

- Bandera Road.

**Housing/Neighborhood Interface**

- Linkwood Addition and Grass Valley Subdivision.
- Commercial uses in this area shall not face Linkcrest Drive.

**Community Service**

- The City will exhibit a distinctive, clear, physical and welcoming identity at all its Boundaries and throughout the community, using aesthetically pleasing harmonious signage.
- Adhere to Leon Valley Chapter 24, "Subdivision and Subdivision Plats," specifically sidewalks.

DEF CO LEON VALLEY 00673

'03

**1aCC Bandera Road North Corridor**

<div style="border:1px solid">

**"CONTINUED"**

**Transportation**

- The City will promote pedestrian friendly connections between the City's physical elements, as well as the safe and efficient flow of street traffic.

**Environment**

- Any development in this area must comply with FEMA regulations as adopted by this City.
- Adhere to all applicable Federal and State laws pertaining to environmental issues.

**Capital Improvements**

- The City will exhibit a distinctive, clear, physical and welcoming identity at all its boundaries and throughout the community, using aesthetically pleasing harmonious signage.
- Extend water and sewer mains as per development and maintain existing mains through a comprehensive capital improvement program.

</div>

106

DEF CO LEON VALLEY 00674

1aCC BANDERA ROAD NORTH CORRIDOR



107

DEF CO LEON VALLEY 00675

'03

## 1bCC  Bandera Road South Corridor

**Profile**

This area is made up of developed parcels of land with B-2 (Retail) use as well as B-3 (Commercial). One of the largest B-3 (Commercial) properties in this area is the Ancira – Winton car dealership.  The goal of this plan is to encourage primarily retail uses along this corridor.

**Land Use**

- It is encouraged that a 200-foot, B-2 (Retail) Corridor be maintained along Bandera Road.
- For the Bandera Rd. area from Rue Francois north to Poss Road rezoning of B-2 (Retail) to B-3 (Commercial) is discouraged.
- Any commercial development in this corridor should provide adequate protection with appropriate and effective buffering to protect surrounding uses.
- Explore and consider development of the vacant 36-acres tract as parkland in collaboration with Raymond Rimkus Park. Proposed development of these tracts will be evaluated on a case by case basis.

**Commercial Corridor**

- Bandera Road.

**Housing/Neighborhood Interface**

- Leon Valley Ranch Area and Seneca Estates Subdivision.
- Commercial uses in this area shall orient towards Bandera Road.

**Community Service**

- The vacant 36-acre tract as park land is encouraged for all residents and visitor's to the City of Leon Valley
- The City will exhibit a distinctive, clear, physical and welcoming identity at all its Boundaries and throughout the community, using aesthetically pleasing harmonious signage.
- Adhere to Leon Valley Chapter 24, "Subdivision and Subdivision Plats," specifically sidewalks.

108

DEF CO LEON VALLEY 00676

## 1bCC Bandera Road South Corridor

<div style="border:1px solid">

### "CONTINUED"

**Transportation**

- Encourage extension of El Verde Road across Bandera Road to be a major point of ingress and egress for the 36-acre tract when it is developed.
- Extension of El Verde Road west of Bandera Road to Shadow Mist is not favored by area residents and is discouraged.
- The City will promote pedestrian friendly connections between the City's physical elements, as well as the safe and efficient flow of street traffic.
- Refer to the Conceptual Thoroughfare Plan (CTP), for further road expansions.

**Environment**

- Any development in this area must comply with FEMA regulations as adopted by this City.
- Adhere to all applicable Federal and State laws pertaining to environmental issues.

**Capital Improvements**

- Extend water and sewer mains as per development and maintain existing mains through a comprehensive capital improvement program.
- Maintain streets and highways as set forth in the Public Works Improvement and Maintenance Schedule as proposed by the City Engineer.
- Continue exploring drainage plans and development for Huebner Creek area. Development of this area poses additional challenges.

</div>

DEF CO LEON VALLEY 00677

# 1bCC BANDERA ROAD SOUTH CORRIDOR



110

## 2aCC  Bandera Road/Loop 410 Area

**Profile**

This area is primarily made up of developed parcels of land with B-2 (Retail) and B-3 (Commercial). These retail and commercial areas tend to act as buffers for the existing and established residential neighborhoods.

**Land Use**

- For the Bandera Rd. area (Loop 410 to Rue Francois), B-3 (Commercial) zoning is not intended to abut residential areas.
- Commercial development abutting residential areas must provide an adequate and effective buffer to maintain the existing character of the surrounding neighborhoods.

**Commercial Corridor**

- This section of Bandera Road crosses Wurzbach Road and both are heavily traveled.

**Housing/Neighborhood Interface**

- Seneca Estates and Rollingwood Estates.

**Community Service**

- The City will exhibit a distinctive, clear, physical and welcoming identity at all its Boundaries and throughout the community, using aesthetically pleasing harmonious signage.
- Adhere to Leon Valley Chapter 24, "Subdivision and Subdivision Plats," specifically sidewalks and utility construction.

**Transportation**

- Traffic on Wurzbach Road at Bandera Road has increased due to City of San Antonio road improvements (Wurzbach Parkway).
- Refer to Conceptual Thoroughfare Extension Plan.
- Bandera Road is a Primary Arterial/Type A.
- Wurzbach Road is a Primary Arterial/Type A

111

DEF CO LEON VALLEY 00679

'03

## 2aCC Bandera Road/Loop 410 Corridor

<div style="border: 1px solid black;">

### "CONTINUED"

**Transportation**

- Texas Department of Transportation is planning a elevated entry ramp from Loop 410 to Rue Francois to begin construction in the Spring of 2004. This construction is expected to delay and divert traffic onto Evers Road.
- The City will promote pedestrian friendly connections between the City's physical elements, as well as the safe and efficient flow of street traffic.

**Capital Improvements**

- Extend water and sewer mains as per development and maintain existing mains through a comprehensive capital improvement program.
- Maintain streets and highways as set forth in the Public Works Improvement and Maintenance Schedule as proposed by the City Engineer.

</div>

DEF CO LEON VALLEY 00680



**2aCC BANDERA ROAD LOOP 410 CORRIDOR**

113

DEF CO LEON VALLEY 00681

'03

**2bCC Leon Valley South Corridor**

**Profile**

This area of land is comprised of one small neighborhood area, surrounded by primarily B-3 (Commercial) and I-1 (Industrial) uses and limited B-2 (Retail) and O-1 (Office). In order to preserve the Hodges Subdivision neighborhood area, appropriate and effective buffering is strongly encouraged.

**Land Use**

- Recommend rezoning of all undeveloped land northeast of Bandera Road, zoned R-1 (Single Family), to O-1 (Office), B-1 (Small Business) or B-2 (Retail).
- Consider development and rezoning of lots fronting the Hodges Subdivision to O-1 (office), B-1 (Small Business) or B-2 (Retail), with strong attention to cross traffic generation and small lot size. Commercial development B-3 (Commercial) or I-1 (Industrial) is discouraged.
- Any future nonresidential development of this area must provide adequate protection with appropriate and effective buffers to the surrounding and existing residential areas.
- In the development of lots north of Hodges Subdivision, drainage issues must be addressed by the developer.
- Recommend rezoning of undeveloped land zoned R-1 (Single Family) between Timco East and Timco West, to I-1 (Industrial).

**Commercial Corridor**

- The Bandera Road South.
- City Limit Line (just before Callaghan Road).

**Housing/Neighborhood Interface**

- Hodges Subdivision.

**Transportation**

- Coordinate with TxDot and City of San Antonio to increase capacity of road system to meet anticipated growth.
- Bandera Road is a Primary Arterial/Type A.

114

DEF CO LEON VALLEY 00682