'03

**2bCC Leon Valley South Corridor**

**"CONTINUED"**

<u>Transportation</u>

- The City promote pedestrian friendly connections between the City's physical elements, as well as the safe and efficient flow of street traffic.

<u>Community Services</u>

- The City will exhibit a distinctive, clear, physical and welcoming identity at all its boundaries and throughout the community, using aesthetically pleasing, harmonious signage.
- Adhere to Leon Valley Code Chapter 24, "Subdivisions and Plats", concerning sidewalk policy.

<u>Environment</u>

- Developers should be aware of uncapped water wells in the area.
- Any development in this area must comply with FEMA regulations as adopted by this City.
- Adhere to all applicable Federal and State laws pertaining to environmental issues.

<u>Capital Improvements</u>

- Consider Capital Improvement Programming for this area, specifically sidewalks.
- Maintain streets and highways as set forth in the Public Works Improvement and Maintenance Schedule as proposed by the City Engineer.

DEF CO LEON VALLEY 00683

# 2bCC LEON VALLEY SOUTH CORRIDOR



116

'03

3CC Wurbach Road Corridor

**Profile**

This area of land is comprised of mostly B-3 (Commercial) areas with some R-1 (Single-Family) and B-2 (Retail).

**Land Use**

- B-2 (Retail) and B-3 (Commercial) land use recommended for all lots fronting Wurzbach Road, west of Bandera Road..
- For the Wurzbach Road area, directly east of Bandera Road, B-3 (commercial) zoning is not intended to directly abut residential districts.
- Commercial development fronting residential areas must provide adequate protection with appropriate and effective buffers to maintain the existing character of the neighborhood.
- B-3 (Commercial) zoning is not encouraged to abut residential areas.
- A unified zoning approach is encouraged in the Rollingwood Estates subdivision.
- Recommend rezoning of lots in the Rollingwood Estates Subdivision zoned R-1 (Single Family) fronting on Wurzbach Road to be rezoned to B-2 (Retail) or B-3 (Commercial) or R-3 (Multi-Family).
- Encourage rezoning of R-1 (Single Family) to R-3 (Multi-Family) along the east side of Wurzbach Road.

**Commercial Corridor**

- Encourage rezoning of area zoned R-1 (Single Family) in Cherry Hill Unit #1 Subdivision to R-3 (Multi-Family).
- Corridor directly abuts City of San Antonio city limit line.

**Housing/Neighborhood Interface**

- Calypso and Hidden Meadow Apartments.

**Transportation**

- Traffic on Wurzbach Road is expected to increase due to Texas Department of Transportation road construction of the Bandera/Loop 410 elevated entry ramp.

117

DEF CO LEON VALLEY 00685

DEF CO LEON VALLEY 00686

'03

### 3CC Wurzbach Road Corridor

| "CONTINUED" |
| --- |

**Transportation**

- The City will promote pedestrian friendly connections between the City's physical elements, as well as the safe and efficient flow of street traffic.
- Wurzbach Road is a Primary Arterial/Type B.

**Community Services**

- The City will exhibit a distinctive, clear, physical and welcoming identity at all its boundaries and throughout the community, using aesthetically pleasing, harmonious signage.
- Adhere to Leon Valley Code Chapter 24, "Subdivisions and Plats," concerning sidewalk policy.
- Sewer extensions will be needed in tandem with new development in the area behind Rollingwood Estates and the Ancira Winton subdivisions.

**Environment**

- Developers should be aware of uncapped water wells in the area.
- Any development in this area must comply with FEMA regulations as adopted by this City.
- Adhere to all applicable Federal and State laws pertaining to environmental issues.

**Capital Improvements**

- Consider Capital Improvement Programming (CIP) for this area, specifically sidewalks.
- Consider CIP for stormwater retention plan.
- Maintain streets and highways as set forth in the Public Works Improvement and Maintenance Schedule as proposed by the City Engineer.

## 3CC WURZBACH ROAD CORRIDOR



119

'03

## 4CC Grissom Road Corridor

### Profile

This area of land is comprised of mostly B-3 Commercial areas with some R-3 (Multiple-Family), R-3A (Multiple-Family Retirement Dwelling), R-6 (Garden Home) and R-1 (Single-Family) areas.

### Land Use

- R-3 (Multiple-Family), R-3A (Multiple-Family Retirement Dwelling), R-6 (Garden Home) and R-1 (Single-Family) zoning is encouraged and existing residential areas are to be maintained as such.
- B-3 (Commercial) zoning is encouraged for Leon Valley Addition (LVA) lots northwest of Grissom Road.
- Seek consolidation of properties northwest and southeast of Grissom Rd. to augment development of properties and utilities.

### Commercial Corridor

- Consider development for area along Grissom Road currently zoned B-3 (Commercial).

### Housing/Neighborhood Interface

- Leon Valley Ranch (LVR) area and portions of Sawyer Road and Old Mill areas.
- Any future development of this area must provide adequate protection with appropriate and effective buffers to the surrounding and existing residential areas from the encroachment of commercial development.

### Transportation

- The City will promote pedestrian friendly connections between the City's physical elements, as well as the safe and efficient flow of street traffic.
- Alternate connecting routes may be considered for the extension of Criss-Cross Road to connect Poss Road to Sawyer Road as per development.
- Refer to Conceptual Thoroughfare Extension Plan.
- Refer to the Leon Valley Ranch Profile.
- Grissom Road is Primary Arterial/Type A.

120

'03

**4CC Grissom Road Corridor**

**"CONTINUED"**

**Community Services**

- The City will exhibit a distinctive, clear, physical and welcoming identity at all its Boundaries and throughout the community, using aesthetically pleasing harmonious signage.
- Adhere to Leon Valley Code Chapter 24, "Subdivisions and Plats," concerning sidewalk policy.

**Environment**

- Developers should be aware of uncapped water wells in the area.
- Any development in this area must comply with FEMA regulations as adopted by this City.
- Adhere to all applicable Federal and State laws pertaining to environmental issues.

**Capital Improvements**

- Consider Capital Improvement Programming (CIP) for this area, specifically sidewalks.
- Consider CIP for stormwater retention plan with special attention to drainage for R-3 (Multiple-Family) properties, specifically to the rear of the property.
- Maintain streets and highways as set forth in the Public Works Improvement and Maintenance Schedule as proposed by the City Engineer.

121

DEF CO LEON VALLEY 00689

# 4CC GRISSOM ROAD CORRIDOR



122

## 5CC Huebner Road Corridor

### Profile

This area of land is comprised of some R-3A (Multiple Family Retirement Dwelling) and R-1 (Single Family) areas. The Leon Valley Elementary School is located along this corridor.

### Land Use

- Encourage rezoning of vacant area (east side of Huebner Road, across from Elementary School) zoned R-1 (Single-Family) to remain R-1 (Single Family). R-3A (Multiple-Family Retirement Dwelling) and R-6 (Garden Home) may also be considered.
- Vacant areas zoned B-2 (Retail), may be rezoned to R-1 (Single-Family), R-3A (Multiple-Family Retirement Dwelling), and R-6 (Garden Home) zoning districts.
- The Weston Village Subdivision adjacent to the Elementary School is recommended to remain R-3A (Multiple-Family Retirement), however, other low density residential or O-1 (Office) and B-1 (Small Business) may be considered.

### Commercial Corridor

- There is limited commercial development along Huebner Road. Any future development must provide effective and appropriate protection to the surrounding residential areas, to include the existing school facility.

### Housing/Neighborhood Interface

- Monte Robles Park, Canterfield, Grass Valley, Old Mill and Pavona Place subdivisions.

### Transportation

- Connection of Huebner and Eckhert roads is strongly discouraged by area residents.
- A speed limit sign should be added at the corner of Evers Road and Timberleaf street.
- Traffic on Huebner Road is expected to increase due to the City of San Antonio road improvements (outside Leon Valley city limit line). Access to Huebner Road is to be limited; proposed streets should be aligned with existing streets.
- Any future development of area zoned R-1 (Single Family), R-5 (Mobile Home) and B-2 (Retail) located N.W. of Old Mill subdivision should include consideration of transportation access to Huebner Road.
- Obtain appropriate right-of-way dedications as platting occurs.

123

DEF CO LEON VALLEY 00691

'03

## 5CC Huebner Road Corridor

---

### "CONTINUED"

#### Transportation

- The City will promote pedestrian friendly connections between the City's physical elements, as well as the safe and efficient flow of street traffic.
- Refer to Conceptual Thoroughfare Extension Plan.
- Huebner Road east of Bandera Road is a Primary Arterial/Type A.
- Huebner Road west of Bandera Road is a Secondary Arterial/Type B.

---

#### Community Services

- The City will exhibit a distinctive, clear, physical and welcoming identity at all its boundaries and throughout the community, using aesthetically pleasing, harmonious signage.
- Adhere to Leon Valley Code Chapter 24, "Subdivisions and Plats", concerning sidewalk policy.

---

#### Environment

- Developers should be aware of uncapped water wells in the area.
- Any development in this area must comply with FEMA regulations as adopted by this City.
- Adhere to all applicable Federal and State laws pertaining to environmental issues.

---

#### Capital Improvements

- Consider Capital Improvement Programming for this area, specifically sidewalks.
- Consider CIP for stormwater retention plan.
- Extend water and sewer mains to the north side of Huebner Road and sewer mains to the west side of Evers on Huebner Road.

---

**124**

# 5CC HUEBNER ROAD CORRIDOR



'03

# E. HOUSING/NEIGHBORHOOD COMPONENT

125.

DEF CO LEON VALLEY 00694

## E.    HOUSING/NEIGHBORHOOD COMPONENT

<u>Statement of Purpose</u>

The Housing/Neighborhood Component is intended to encourage a level of growth that provides housing opportunities to meet the different housing needs of the City's present and future populations and to preserve the residential character of existing neighborhoods.

The recommended strategies are indicative of means to achieve the stated goals and objectives of the general land use plan and are certain to be revised in a changing environment.

Within the Housing/Neighborhood Component, the City is divided into fourteen Neighborhood Planning Areas. Each planning area contains: a neighborhood profile, target goals, objectives, and recommended strategies, a neighborhood matrix and a neighborhood area map.

126

DEF CO LEON VALLEY 00695

'03

# DEFINITIONS OF RESIDENTIAL ZONING DISTRICTS

**R-1 (Single-Family Dwelling)**

**R-2 (Two-family Dwelling)**

**R-3 (Multiple-Family)**

**R-3A (Multiple-Family Retirement)**

**R-4 (Townhouse Dwelling)**

**R-5 (Manufactured Home)**

**R-6 (Garden Home)**

127

DEF CO LEON VALLEY 00696

'03

## TARGET GOALS, OBJECTIVES, AND RECOMMENDED STRATEGIES
## FOR LEON VALLEY NEIGHBORHOODS

(1N Monte Robles Park, 2N Linkwood Addition, 3N Old Mill, 4N Leon Valley Ranch, 5N Sawyer Road/Leon Valley Addition, 6N Grass Valley, 7N Canterfield, 8N Forest Oaks, 9N Seneca/Sun Valley, 10N Castle Estates, 11N Seneca West, 12N Hodges, 13N Pavona Place Area, 14N Bandera Pass Area)

## GOALS

- To meet the housing and social needs for the city's present and future population
- To enact appropriate code enforcement measures
- To maintain existing housing stock and encourage infill housing
- To provide safe and sanitary housing
- To promote viable neighborhoods

**Objective A:**
Reinforce efforts to enhance the uniqueness of each neighborhood, including the development of adequate recreational facilities for new residential areas.

*Recommended Strategy:*

Consider neighborhood design plans and public works projects (i.e. streetscape, lighting and other capital improvements), which will strengthen neighborhood identity and support the residential densities identified by the Plan.

**Objective B:**
Maintain landscaping requirements which preserve the quality of housing/neighborhood areas.

*Recommended Strategy:*

Revision of landscape ordinance (L.V. City Code, Chapter 30, "Zoning") to reflect the vision of the City.

**Objective C:**
Provide adequate residential densities which reflect the desired lifestyle of the citizenry.

*Recommended Strategies:*

1)      Consider a pro-active code enforcement program to monitor substandard buildings and rental properties in an effort to discourage deterioration of the neighborhood; and

128

DEF CO LEON VALLEY 00697

2) Encourage development of existing land for the purpose of providing additional residential communities, and/or complimentary land uses.

## Objective D:
Plan and develop public facilities and services consistent with the residential areas.

### *Recommended Strategy:*

Create a comprehensive Capital Improvement Plan for each neighborhood to specify the needed public facilities and services.

## Objective E:
Maintain adequate vehicular access for housing/neighborhood areas.

### *Recommended Strategies:*

1) Encourage the development of vehicular and pedestrian access systems which will compliment school crossing requirements located in the area and encourage public safety for all residential densities.

2) Consider implementation of a speed hump policy within the neighborhood housing areas as applicable.

## Objective F:
Encourage the development of quiet, safe, clearly defined neighborhoods.

### *Recommended Strategies:*

1) Maintain low and medium density uses;

2) Protect residential neighborhoods from encroachment of commercial and/or high residential uses.

3) Seek to locate supporting neighborhood land uses on the periphery.

DEF CO LEON VALLEY 00698

# 1N MONTE ROBLES AREA



DEF CO LEON VALLEY 00699

'03

## 1 N MONTE ROBLES PARK AREA

### Profile

Platted in the mid-1940's, this area was not annexed by the City until June of 1981, the Monte Robles Area is considered "rural" in character and is distinguished by large lots, averaging one acre in size. This area does contain paved streets but does not currently maintain curbs, sidewalks or streetlights.

### Land Use

- Monte Robles Park (MRP) Subdivision to maintain existing neighborhood character.
- Any non-residential development along Eckhert Road must orient towards Eckhert Road.
- Expansion of existing businesses in the MRP Subdivision is not encouraged.
- There is limited existing non-residential zoning along Eckhert Road. Any non-residential development of this area must provide adequate protection with appropriate and effective buffers to the surrounding and existing residential areas, to include the existing school facility.

### Commercial Interface

- Huebner Road Corridor.
- Eckhert Road (City of San Antonio).

### Housing/Neighborhood

- Any rezoning of Monte Robles Park is discouraged.
- Monte Robles Subdivision is an established neighborhood area and should be maintained as a residential area.

### Transportation

- Huebner Road East of Bandera Road is a Primary Arterial/Type "A".
- Eckhert Road is a Primary Arterial/Type "B".
- Marshall High School creates additional traffic in MRP Subdivision.
- Consider street marking to reinforce two-way traffic in the MRP Area.
- Adhere to street maintenance program.

131

DEF CO LEON VALLEY 00700

# 2N LINKWOOD ADDITION AREA



**MRP**

| | |
|---|---|
| R-1 | "R-1" SINGLE-FAMILY DWELLING DISTRICT |
| R-2 | "R-2" TWO-FAMILY DWELLING DISTRICT |
| | "R-3" MULTIPLE-FAMILY DWELLING DISTRICT |
| R-3A | "R-3A" MULTIPLE-FAMILY RETIREMENT DISTRICT |
| | "R-4" TOWNHOUSE DISTRICT |
| | "R-5" MOBILE HOME DISTRICT |
| | "R-6" GARDEN HOUSE DISTRICT |
| O-1 | "O-1" OFFICE DISTRICT |
| B-1 | "B-1" SMALL BUSINESS DISTRICT |
| | "B-2" RETAIL DISTRICT |
| | "B-3" COMMERCIAL DISTRICT |
| | "I-1" LIGHT INDUSTRIAL DISTRICT |

133

DEF CO LEON VALLEY 00701

'03

## 2 N LINKWOOD ADDITION AREA

### Profile

Platted in the mid-1950's, this area currently exhibits the highest level of new residential development since 1985 and is expected to continue into the beginning of the 21st century. The area contained paved streets and curbs funded in part by City bonds, supported by popular election in 1986.

### Land Use

- Strongly encourage R-1 (Single-Family) residential development of Linkwood Addition Subdivision.
- Property consolidation of Blocks A & B is encouraged for development of B-2 (Retail) properties.
- Non-residential zoning in this area shall orient and access towards Bandera Road.
- Rezoning of Blocks A & B on Linkcrest Drive may be considered with appropriate and effective buffers to protect surrounding and existing residential properties.
- Recommend rezoning of existing R-4 (Townhouse) to R-1 (Single-Family).
- Nonresidential zoning along Eckhert Road, in Blocks C & I, shall orient and access towards Eckhert Road.

### Commercial Interface

- Bandera Road Corridor.
- Bandera Road should remain a commercial corridor.
- Certain lots which front Bandera Road in Blocks A & B are difficult to develop due to the shallow depth. It is recommended that the Zoning Board of Adjustment give favorable consideration to allowing variances to the requirement for rear yard setbacks on any lot or lots, fronting Bandera Road.
- Recommend lots fronting Bandera Road in Blocks A & B remain B-2 (Retail); lots fronting Linkcrest Drive in Blocks A & B should remain B-2 (retail) or be rezoned to R-1 (Single-Family).

### Housing/Neighborhood

- Development in areas along Bandera and Eckhert Roads should be compatible with surrounding residential areas to maintain neighborhood integrity.
- Linkwood Addition Subdivision shall remain a residential subdivision to maintain neighborhood character.

134

'03

## 2N LINKWOOD ADDITION AREA

| "CONTINUED" |
|---|

### Transportation

- Connection of Huebner and Eckhert Roads is not considered favorably by area residents.
- Refer to the Conceptual Thoroughfare Plan.
- Bandera Road is a Primary Arterial/Type "A".
- Eckhert Road is a Primary Arterial/Type "B".
- Strongly consider three (3) way and four (4) way stop signs at selected intersections at Linkcrest and Linkwood, including all intersections North to Eckhert Road.
- Strongly consider a traffic light at the intersection of Linkhaven and Eckhert Road to promote regular traffic follow Away from the Linkwood Addition Area.
- Adhere to street maintenance program.

### Community Services

- Street light installation within the subdivision is not considered favorably by residents.
- Adhere to Leon Valley City Code Chapter 24, "Subdivision & Plats," specifically sidewalk and utility construction.
- Encourage placement of existing propane gas utilities with natural gas or electric utilities in residential areas.
- Consider speed humps throughout Linkwood Addition Area to encourage traffic safety on residential streets.

### Environment

- Encourage Code Enforcement of the area, specifically the maintenance and upkeep of the area as set forth by City Code, Chapter 14, "Lots, Yards and Fences".
- Adhere to all applicable State and Federal laws pertaining to environment issues.
- Any development of this area must comply with FEMA regulations as adopted by the City.

### Capital Improvements

- Capital Improvements for this area include street and sidewalk maintenance and yearly evaluations.

135

DEF CO LEON VALLEY 00703

## 3N OLD MILL AREA



136

'03

## 3N OLD MILL AREA

**Profile**

This area consists of five major units that were platted in the late 1970's. Most of the residential construction in this area was done by Morton Southwest Homebuilders. This area is substantially developed and contains paved streets, curbs, sidewalks, and street lighting.

**Land Use**

- Encourage rezoning the lot between 6700 block of east Sawyer Road and Criss-Cross Drive to B-2 (Retail) or B-3 (Commercial).
- Sawyer Road serves as a buffer; however, additional appropriate and effective buffering may be required to maintain and protect residential areas from any nonresidential development.
- Rezoning of existing R-1 (Single Family Dwelling) on Huebner Road is discouraged.

**Commercial Interface**

- Portion of Huebner Rd. Corridor.
- Bandera Rd. Corridor.

**Housing/Neighborhood**

- Old Mill (OM) Subdivision is an established neighborhood and should be maintained as a residential area.

**Transportation**

- Any future development of area zoned R-3 (Multi-Family), R-1 (Single-Family) and B-2 (Retail) located north of Old Mill Subdivision should include consideration of transportation access to Huebner Road.
- Huebner Road, from Bandera Road west to Timberhill, serves as a Secondary Arterial, Type "B" and from Timberhill west to the City limit line, Huebner Road serves as a collector.
- Alternate connecting routes may be considered for the extension of Criss-Cross to connect Poss and Sawyer Roads as per development.
- Adhere to street maintenance program.

137

DEF CO LEON VALLEY 00705

'03

## 3N OLD MILL AREA

| "CONTINUED" |
| --- |

**Community Services**

- Encourage investigation for development of potential vacant land in the OM Area as park space, specifically along Huebner Road.
- Adhere to Leon Valley City Code Chapter 24, "Subdivision & Plats", specifically, sidewalk policy & utility construction.
- Police patrol of the area is encouraged for compliance with reduced neighborhood speed limits and already existing stop signs.

**Environment**

- The City will exhibit a distinctive, clear, physical and welcoming identity at all its Boundaries and throughout the community, using aesthetically pleasing harmonious signage.
- Encourage Code Enforcement of the area, specifically the maintenance and upkeep of the area as set forth by City Code, Chapter 14, "Lots, Yards and Fences".
- Any development in this area must comply with FEMA regulations as adopted by the City.
- Adhere to all applicable State and Federal laws pertaining to environmental issues.
- Specific drainage issues present development challenges for areas of OM Subdivision.

**Capital Improvements**

- Recommend that this area be examined for Capital Improvements Programming, specifically stormwater drainage issues.

138

DEF CO LEON VALLEY 00706



4N LEON VALLEY RANCH AREA

139

## 4N LEON VALLEY RANCH AREA

### Profile

This area was platted in the mid-1940's and is mostly "rural" in character. Leon Valley Ranch (LVR) is distinguished by its large lots that average from one to two acres in size, which is mostly influenced by the existence of the nearby Huebner Creek. This area contains paved streets, but does not have curbs, sidewalks, or street lighting.

### Land Use

- Existing R-1 (Single Family) to remain along El Verde and Jeff Loop.
- Development of B-2 (Retail) and B-3 (Commercial) properties along Poss Road and Grissom Road must provide appropriate and effective buffering to the surrounding and existing residential areas, to include the existing school facility.

### Commercial Interface

- Grissom Road Corridor.
- Bandera Road Corridor.

### Housing/Neighborhood

- Consider placement of alternative curbs in consideration of area topography, such as a finished edge which outlines the road.
- An appropriate and effective buffer shall be required where B-3 (Commercial) directly abuts R-1 (Single-Family) zoned property.

### Transportation

- Access and circulation through the LVR Area is not considered favorably by area residents; however, any development to the rear of Shadow Mist must provide access for proper circulation for emergency services.
- Refer to the Conceptual Thoroughfare Plan (CTP).
- Grissom Rd. is a Primary Arterial/Type "A".
- Bandera Rd. is a Primary Arterial/Type "A".
- Adhere to street maintenance program.

140

DEF CO LEON VALLEY 00708

'03

## 4N LEONVALLEY RANCH AREA

### "CONTINUED"

**Community Services**

- Consider speed humps on El Verde Road to encourage traffic safety on residential streets.
- Adhere to Leon Valley City Code Chapter 24, "Subdivision & Plats", specifically sidewalk policy and utility construction.
- Adhere to street maintenance program.

**Environment**

- Encourage Code Enforcement of the area, specifically the maintenance and upkeep of the area as set forth by City Code, Chapter 14, "Lots, Yards and Fences".
- Huebner Creek presents development challenges for areas of LVR and areas bordering LVR area.
- Creek flow-way must be maintained as an unobstructed green area. Bank above may be utilized as parkways and pedestrian trails.
- Adhere to all applicable State and Federal laws pertaining to environmental issues
- Any development in this area must comply with FEMA regulations as adopted by the City.
- Create a Flood Escape Plan with maps detailing the escape route(s). Further, educate the residents of the area regarding this plan of action for serious flood conditions.
- Consider the placement of no-outlet signs for flood areas.

**Capital Improvements**

- Examine Capital Improvement Programming for this area specifically stormwater drainage issues, the flow of Huebner Creek to surrounding areas, and all other applicable improvements for these problem areas.

DEF CO LEON VALLEY 00709



| | |
|---|---|
| R-1 | "R-1" SINGLE-FAMILY DWELLING DISTRICT |
| R-2 | "R-2" TWO-FAMILY DWELLING DISTRICT |
| | "R-3" MULTIPLE-FAMILY DWELLING DISTRICT |
| R-3A | "R-3A" MULTIPLE FAMILY RETIREMENT DISTRICT |
| | "R-4" TOWNHOUSE DISTRICT |
| | "R-5" MOBILE HOME DISTRICT |
| | "R-6" GARDEN HOUSE DISTRICT |
| O-1 | "O-1" OFFICE DISTRICT |
| B-1 | "B-1" SMALL BUSINESS DISTRICT |
| | "B-2" RETAIL DISTRICT |
| | "B-3" COMMERCIAL DISTRICT |
| | "I-1" LIGHT INDUSTRIAL DISTRICT |

142

DEF CO LEON VALLEY 00710

'03

## 5N SAWYER ROAD – LEON VALLEY ADDITION AREA

### Profile

This area was part of large tracts of land used as farm or ranch land. The Leon Valley Addition Area was platted in 1936, by N.C. Sawyer. Mr. Sawyer vacated the north side of Sawyer Road the following year. In 1975, the Old Mill Subdivision was platted but the large portions of land on the north side of Sawyer Road were not included and remain undeveloped parcels today. The south portion of Sawyer Road is platted and is known as Leon Valley Addition. The Sawyer Road/Leon Valley Addition Area was part of the original incorporation of the City.

### Land Use

- Existing R-1 (Single Family) to remain along Southside of Sawyer Road. Rezoning of vacant R-1 (Single-Family) lots may be considered for rezoning to R-2 (Two-Family), R-3 A (Multiple Family Retirement), R-4 (Townhome), or R-6 (Garden Home).
- Aggregation of the land in this area is strongly encouraged.
- Any rezoning to B-3 (Commercial) is discouraged along Sawyer road and should be considered for the lots along Grissom Road. Any commercial development of Grissom Road must provide adequate and effective buffers to the abutting R-1 (Single-Family) and R-2 (Two-Family) zoned lots along Sawyer Road.
- Lots fronting Sawyer Road nearest to Bandera Road may be considered for rezoning to B-2 (Retail).
- Encourage consolidation of property ownership south of Sawyer Road in an effort to unify development in this area
- Rezoning of vacant R-1 (Single-Family) lots to O-1 (Office) and B-1 (Small Business) zoning along the south side of Sawyer Road may be considered. Rezoning to B-2 (Retail) or B-3 (Commercial) is strongly discouraged

### Commercial Interface

- San Antonio City Limit Line.
- Bandera Road to the North.

### Housing/Neighborhood

- The Sawyer Road/Leon Valley Addition Area is rural in nature and has large vacant tracts with some established homes.
- Any development of this area should be consistent with the rural and natural features of this area.

143

DEF CO LEON VALLEY 00711

'03

**5N SAWYER ROAD – LEON VALLEY ADDITION AREA**

| "CONTINUED" |
|---|
| **Housing/Neighborhood**<br><br>• Consider placement of alternative curbs due to area topography such as a finished edge which outlines the road. |
| **Transportation**<br><br>• Sawyer Road is a two-lane, dead end street.<br>• Extension of Sawyer Road is unlikely, therefore placement of signage indicating that the street dead ends is encouraged.<br>• Adhere to street maintenance program. |
| **Community Services**<br><br>• New development should adhere to Leon Valley City Code Chapter 24, "Subdivision & Plats", specifically sidewalk policy and utility construction.<br>• Alternative curbs such as a finished edge may be considered for this area. |
| **Environment**<br><br>• Encourage Code Enforcement of the area, specifically the maintenance and upkeep of the area as set forth by City Code, Chapter 14, "Lots, Yards and Fences".<br>• Code Enforcement, maintenance and upkeep of the area are encouraged.<br>• Adhere to all applicable State and Federal laws pertaining to environmental issues.<br>• Any development in this area must comply with FEMA regulations as adopted by the City. |
| **Capital Improvements**<br><br>• Applicable Capital Improvement projects may be considered for this area. |

DEF CO LEON VALLEY 00712

# 6N GRASS VALLEY AREA



"R-1" SINGLE-FAMILY DWELLING DISTRICT

"R-2" TWO-FAMILY DWELLING DISTRICT

"R-3" MULTIPLE-FAMILY DWELLING DISTRICT

"R-3A" MULTIPLE FAMILY RETIREMENT DISTRICT

"R-4" TOWNHOUSE DISTRICT

"R-5" MOBILE HOME DISTRICT

"R-6" GARDEN HOUSE DISTRICT

"O-1" OFFICE DISTRICT

"B-1" SMALL BUSINESS DISTRICT

"B-2" RETAIL DISTRICT

"B-3" COMMERCIAL DISTRICT

"I-1" LIGHT INDUSTRIAL DISTRICT

145

DEF CO LEON VALLEY 00713

'03

## 6N GRASS VALLEY AREA

**Profile**

Annexed 1969 and platted during the late 1960's and early 1970's, this area is substantially developed and contains paved streets, curbs, sidewalks, and street lighting. This area is characterized by its close proximity to community service facilities (library, park and Leon Valley Activities Building).

**Land Use**

- Vacant areas zoned R-1 (Single-Family) and R-2 (Two-Family) should be developed to maintain neighborhood character.
- Undeveloped areas zoned B-1 (Small Business) should be maintained so as to be compatible with existing residential areas.
- Encourage rezoning by the City of the city-owned pool property of Poss Road to R-1 (Single-Family) or R-2 (Two-Family) if sale of the property is considered.

**Commercial Interface**

- Bandera Road Corridor.
- Huebner Road Corridor.

**Housing/Neighborhood**

- Grass Valley (GV) Subdivision is an established neighborhood and should be maintained as a residential area.

**Transportation**

- Refer to the Conceptual Thoroughfare Plan.
- Bandera Road is a Primary Arterial/Type "A".
- Huebner Road is a Primary Arterial/Type "A".
- Evers Road is a Secondary Arterial/Type "B".
- Adhere to street maintenance program .

146

DEF CO LEON VALLEY 00714

'03

## 6N GRASS VALLEY AREA

**"CONTINUED"**

### Community Services

- Area zoned B-1 (Small Business), is the Grass Valley Community Pool.
- Grass Valley Subdivision is in close proximity to Raymond Rimkus Park, the Leon Valley Public Library, the Leon Valley Activities Building, Conference Center, and the Public Service and Recycling Center.
- Adhere to Leon Valley City Code Chapter 24, "Subdivision and Plats," specifically sidewalk policy.
- Improve pedestrian and vehicular access to Raymond Rimkus Park, when improvements are made to the Huebner Creek channel.

### Environment

- Encourage Code Enforcement of the area, specifically the maintenance and upkeep of the area as set forth by City Code, Chapter 14, "Lots, Yards and Fences".
- Adhere to all applicable State and Federal laws pertaining to environment issues.
- Any development of this area must comply with FEMA regulations as adopted by the City.

### Capital Improvements

- Applicable Capital Improvement projects may be considered.

147

DEF CO LEON VALLEY 00715

# 7N CANTERFIELD AREA



148

DEF CO LEON VALLEY 00716

## 7N CANTERFIELD AREA

### Profile

Platted during the late 1960's and early 1970's, with the exception of Canterfield Area #4 which was platted in 1980, this area is substantially developed and contains paved streets, curbs, sidewalks, and street lighting. This area is also characterized by its close proximity to community service facilities (library, park, Activities Building and Conference center). The Canterfield Area #3 is divided from the rest of the Subdivision by Huebner Creek.

### Land Use

- Canterfield neighborhood is developed as R-1 (Single-Family) and should be maintained as a residential area.
- Existing vacant land facing Huebner Road, northwest of the Canterfield Area, may be considered for rezoning for R-1 (Single-Family) or R-6 (Garden Home).

### Commercial Interface

- Huebner Road Corridor.
- There is limited commercial development along Huebner Road. Any future nonresidential development must provide adequate protection with appropriate and effective buffers to the surrounding and existing residential areas, including the existing school facility.

### Housing/Neighborhood

- Undeveloped areas should be developed as R-1 (Single-Family) to maintain neighborhood character.
- Canterfield #3 Area is divided from the rest of the Canterfield Subdivision by Huebner Creek and is included in the Forest Oaks Subdivision Plan.

### Transportation

- Any commercial development on Huebner Road should not have an outlet through the Canterfield Subdivision.
- Huebner Road is a Primary Arterial/Type "A".
- Evers Road (located west of Canterfield) is a Secondary Arterial/Type "B".
- Adhere to street maintenance program .

DEF CO LEON VALLEY 00717

'03

## 7N CANTERFIELD AREA

### "CONTINUED"

**Community Services**

- Canterfield Subdivision is in close proximity to Raymond Rimkus Park, the Leon Valley Public Library, the Leon Valley Activities Building, the Leon Valley Conference Center, and the Leon Valley Public Service Center.
- Adhere to Leon Valley City Code Chapter 24, "Subdivision & Plats," specifically sidewalk policy.

**Environment**

- Encourage Code Enforcement of the area, specifically the maintenance and upkeep of the area as set forth by City Code, Chapter 14, "Lots, Yards and Fences".
- A portion of Huebner Creek is located in Canterfield Unit I Subdivision; areas southeast of Huebner Road are subject to flood conditions.
- Adhere to all applicable State and Federal laws pertaining to environment issues
- Any development of this area must comply with FEMA regulations as adopted by the City.

**Capital Improvements**

- Applicable Capital Improvement projects may be considered.

DEF CO LEON VALLEY 00718



8N FOREST OAKS AREA

151

'03

## 8N FOREST OAKS AREA

### Profile

Platted during the late 1960's and early 1970's, this area is substantially developed and contains paved streets, curbs, sidewalks, and street lighting. This area is characterized by its close proximity to community service facilities (library, park and Leon Valley Activities Building).

### Land Use

- Recommend City initiated annexation of ETJ property.
- Existing undeveloped residential lots in the Forest Oaks (FO) Subdivision should be developed maintained as R-1 (Single-Family) to be compatible with existing residential areas.
- FO Subdivision includes Forest Crest (FC) Subdivision and Canterfield Unit #3 Subdivision.
- Any proposed new land use shall consider site specific topography.

### Commercial Interface

- Evers Road is not intended to serve as a commercial corridor for this area; however, transportation patterns have significantly increased the traffic load.

### Housing/Neighborhood

- Forest Oaks (FO) Subdivision is comprised of R-1 (Single-Family), R-2 (Two-Family) and R-3 (Multiple-Family). This area should be maintained to uphold neighborhood integrity. Additionally, any non-residential development is strongly discouraged.

### Transportation

- Refer to the Conceptual Thoroughfare Plan.
- Evers Road is a Secondary Arterial/Type "B".
- Adhere to street maintenance program.

### Community Services

- The Leon Valley Public Library (designated by "PL") is located in Forest Oaks Subdivision. The Leon Valley Activities Building (designated as "LVAB") is located in Forest Oaks Subdivision.

152

DEF CO LEON VALLEY 00720

'03

## 8N FOREST OAKS AREA

| "CONTINUED" |
| --- |

**Community Services**

- The Leon Valley Conference Center (designated by "CC") is located in the Forest Oaks Subdivision.
- The Leon Valley Public Service Center (designated "PW") is located in the Forest Oaks Subdivision.
- The Forest Oaks Community Association operates a privately owned pool within the Forest Oaks Subdivision.
- Consider the placement of a traffic light at the intersection of Forest Way at Seneca and Evers.

**Environment**

- The City will exhibit a distinctive, clear, physical and welcoming identity at all its Boundaries and throughout the community, using aesthetically pleasing harmonious signage.
- Encourage Code Enforcement of the area, specifically the maintenance and upkeep of the area as set forth by City Code, Chapter 14, "Lots, Yards and Fences".
- Adhere to all applicable State and Federal laws pertaining to environment issues.
- Any development of this area must comply with FEMA regulations as adopted by the City.

**Capital Improvements**

- Capital Improvements for this area include recommendations for drainage improvements for the area near Forest Brook and Forest Ledge.

153

DEF CO LEON VALLEY 00721



154

DEF CO LEON VALLEY 00722

'03

## 9N SENECA / SUN VALLEY AREAS

### Profile

Platted during the late 1960's and early 1970's, this area is substantially developed and contains paved streets, curbs, sidewalks, and street lighting. This area is characterized by its close proximity to community service facilities (library, park, Activities Building and Conference Center).

### Land Use

- Encourage consolidation of triangular shaped property, located on the west side of Evers Road and strongly encourage zoning unification of this area to low density residential uses (R-1 "Single Family", R-2 "Duplex", R-6 "Garden Home").
- Appropriate and effective buffering must be maintained between residential and commercial development.

### Commercial Interface

- Bandera Road Corridor.
- For the Bandera Road area (from Rue Francois north to city limit line), rezoning of B-2 (Retail) property to B-3 (Commercial) is discouraged.

### Housing/Neighborhood

- Aging housing stock could pose a potential hazard and or land value decrease if allowed to decline. Recommend code enforcement as it pertains to building code violations.

### Transportation

- Bandera Road is a Primary Arterial/Type A.
- Evers Road is a Secondary Arterial/Type "B"
- Adhere to street maintenance program
- Strongly consider traffic light placement at the intersection of Seneca/Forest Way and Evers Road.

### Community Services

- Seneca and Sun Valley areas are in close proximity to Raymond Rimkus Park, Leon Valley Public Library, Leon Valley Activities Building and Conference Center and the Leon Valley Public Service Center.

**155**

'03

## 9N SENECA / SUN VALLEY AREAS

### "CONTINUED"

#### Environment

- Encourage Code Enforcement of the area, specifically the maintenance and upkeep of the area as set forth by City Code, Chapter 14, "Lots, Yards and Fences".
- Adhere to all applicable State and Federal laws pertaining to environment issues.
- Preservation of natural features is strongly recommended.
- Any development of this area must comply with FEMA regulations as adopted by the City.

#### Capital Improvements

- Applicable Capital Improvements Programs may be considered for the area, specifically sidewalks on the west side of Evers Road.

156

DEF CO LEON VALLEY 00724



157

DEF CO LEON VALLEY 00725

'03

## 10N CASTLE ESTATES AREA

### Profile

Platted during the early to mid 1960's, this area is substantially developed. Parts of the area have paved streets, curbs, sidewalks, and street lighting. This area has several lots which are not served by the public sewer system. The area was originally characterized by the Evers Family dairy farm and contains several large Oak and Pecan trees.

### Land Use

- Vacant tracts located within this area should be developed as R-1 (Single Family).
- Existing R-4 (Townhouse) buffer or other appropriate and effective shall be maintained between existing B-3 (Commercial) and existing R-1 (Single Family) districts.
- Commercial areas must provide adequate protection to the existing and surrounding residential areas.

### Commercial Interface

- Bandera Road Corridor

### Housing/Neighborhood

- The Castle Estates (CE) area is an established neighborhood and should be maintained as a residential area.

### Transportation

- Evers Road (located east of Castle Estates subdivision) is a Secondary Arterial/Type B.
- Adhere to street maintenance program
- Consider speed humps at Rue Francois and Rue Sophie.
- Strongly consider a traffic light at Seneca Drive and Evers Road, and Rue Francois and Evers Road.

158

DEF CO LEON VALLEY 00726

'03

## 10N CASTLE ESTATES AREA

<div style="border: 1px solid black;">

### "CONTINUED"

**Community Services**

- Castle Estates Area is in close proximity to Raymond Rimkus Park, Leon Valley Library, Leon Valley Community and Conference Centers and the Leon Valley Public Service Center.
- Adhere to Leon Valley City Code, Chapter 24, "Subdivisions and Plats", specifically sidewalk policy and utility construction, as per development.

**Environment**

- The City will exhibit a distinctive, clear, physical and welcoming identity at all its Boundaries and throughout the community, using aesthetically pleasing harmonious signage.
- Adhere to all applicable State and Federal laws pertaining to environment issues
- Encourage Code Enforcement of the area, specifically the maintenance and upkeep of the area as set forth by City Code, Chapter 14, "Lots, Yards and Fences".

**Capital Improvements**

- Applicable Capital Improvements Programs may be considered for the area, specifically encourage development of sidewalks on the southwest side of Evers Road and alternative curb expansion within residential neighborhoods.

</div>

159

DEF CO LEON VALLEY 00727



IIN SENECA WEST AREA

160

'03

## 11N SENECA WEST AREA

### Profile

This area remains largely unplatted and undeveloped and is characterized by multiple ownership of the remaining undeveloped residential zoned lots. Some platting occurred in 1972, and the area consists primarily of low density housing. The existence of Huebner Creek and low elevations through this area pose developmental challenges.

### Land Use

- Encourage consolidation of properties west of S.E. subdivision (designated by "A" and "B") to coordinate development of property and utilities. Recommend R-1 (Single Family) or R-6 (Garden Home) zoning.
- Area currently zoned R-3 (Multiple Family) south of Grass Hill Drive, is encouraged to be rezoned to R-6 (Garden Home).
- Existing zoning south of Grass Hill Drive (WV) should remain R-6 (Garden Home).
- For the Bandera Road area (from Rue Francois north to the city limit line) rezoning of B-2 (Retail) to B-3 (Commercial) is discourage.
- B-3 (Commercial) zoning is not intended to abut residential zoning.
- Any future development of this area must provide adequate protection with appropriate and effective buffers to the surrounding and existing residential areas.

### Commercial Interface

- Bandera Road Corridor.

### Housing/Neighborhood

- Seneca Estates Unit #3 and Seneca Estates Unit #3B are established neighborhoods and should be maintained as residential areas.

### Transportation

- Bandera Road is a Primary Arterial/Type A.
- See Conceptual Thoroughfare Plan.
- Adhere to street maintenance program
- Strongly consider development and vehicular and pedestrian access systems, such as traffic signs to encourage public safety in the area.

161

DEF CO LEON VALLEY 00729

'03

## 11N SENECA  WEST AREA

| "CONTINUED" |
| --- |
| **Community Services** <br><br> • Adhere to Leon Valley City Code, Chapter 24, "Subdivisions and Plats". |
| **Environment** <br><br> • Huebner Creek, N.W. of Seneca Estates, presents development challenges for areas located on the southwest side of the areas, therefore, continued improvements to Huebner Creek are encouraged. <br> • Creek flow-way must be maintained as an unobstructed green area. Bank above may be utilized as parkways and pedestrian trails. <br> • Development of WV area must consider existing elevations. <br> • Adhere to all applicable State and Federal laws pertaining to environmental issues. <br> • Any development in this area must comply with FEMA regulations as adopted by the City. <br> • Consider signage placement in flood areas to provide directional assistance to residents. <br> • Encourage Code Enforcement of the area, specifically the maintenance and upkeep of the area and as set forth in Leon Valley City Code, Chapter 14, "Lots, Yards and Fences". |
| **Capital Improvements** <br><br> • Applicable Capital Improvements Programs may be considered for the area, specifically sidewalks on the west side of Evers Road. |

DEF CO LEON VALLEY 00730

**12N HODGES AREA**



163

DEF CO LEON VALLEY 00731

'03

## 12N HODGES SUBDIVISION AREA

**Profile**

Platted in 1950, this area consists of approximately 30 lots and is primarily developed as R-1 (Single Family). The area contains several lots which are not served by the Leon Valley sanitary sewer system, there are no curbs, sidewalks or streetlights. The area interfaces with the Bandera Road commercial corridor.

**Land Use**

- Any residential development of lots fronting Hodges Subdivision must consider potential cross-traffic generation and small lot size.
- For all developed and undeveloped areas fronting or abutting Hodges Subdivision to the northwest, rezoning to B-2 (Retail), B-3 (Commercial) and I-1 (Light Industrial) is strongly discouraged. Rezoning of these areas to B-1 (Small Business) and O-1 (Office) may be considered.
- Consider consolidation of multiple zoning districts north of established residential area.
- Nonresidential development of this area must provide adequate protection with appropriate and effective buffers to the surrounding and existing residential areas.

**Commercial Interface**

- Leon Valley South Corridor.

**Housing/Neighborhood**

- Hodges neighborhood area is an established neighborhood and should be maintained as a residential area.

**Transportation**

- Bandera Road is a Primary Arterial/Type "A".
- Evers Road (located east of Hodges subdivision) is a Secondary Arterial/Type "B".
- Close proximity to Evers and Bandera Roads has the potential to induce undesirable cross traffic in area, therefore, implementation of a speed hump policy is encouraged along Hodges and Althea.
- Adhere to street maintenance program.

DEF CO LEON VALLEY 00732

'03

## 12N HODGES SUBDIVISION AREA

| "CONTINUED" |
|---|

**Community Services**

- Adhere to Leon Valley City Code, Chapter 24, "Subdivisions and Plats", specifically sidewalks.
- Encourage street light implementation for neighborhood safety.

**Environment**

- The City will exhibit a distinctive, clear, physical and welcoming identity at all its Boundaries and throughout the community, using aesthetically pleasing harmonious signage.
- Encourage Code Enforcement of the area, specifically the maintenance and upkeep of the area and as set forth in Leon Valley City Code, Chapter 14, "Lots, Yards and Fences".
- Drainage from development of areas northwest of Hodges Subdivision and facing Bandera and Evers Roads must be carefully considered.
- Adhere to all applicable State and Federal laws pertaining to environmental issues.
- Any development in this area must comply with FEMA regulations as adopted by the City
- Continued progress of storm water drainage program is encouraged.

**Capital Improvements**

- Applicable Capital Improvements Programs may be considered for the area.

165

13N BANDERA PASS AREA



166

'03

### 13N BANDERA PASS AREA

**Profile**

The Bandera Pass Manufactured Home Park area was platted in September of 1998, as Valley View Subdivision Unit #1, consisting of 10.429 acres of land. It is the City of Leon Valley's only Manufactured Home Park and is zoned R-5 (Manufactured Home) zoning district. There are forty-four spaces available in the area, each capable of accommodating a double-wide home. The neighborhood has a landscaped play area approximately half (1/2) of an acre in size.

**Land Use**

- Encourage rezoning lot between R-5 (Manufactured Home) and B-2 (Commercial) to B-1 (Small Business), O-1 (Office) or B-2 (Retail).
- B-2 (retail) may be considered for the lots fronting Bandera Road.
- Huebner Road serves as a buffer; however, additional appropriate and effective buffering may be required to maintain and protect residential areas from any nonresidential development.
- All commercial development of this area shall orient towards Bandera Road.

**Commercial Interface**

- Bandera Road Corridor
- City of San Antonio City Limit Line

**Housing/Neighborhood**

- Bandera Pass (BP) Subdivision is an established manufactured housing neighborhood and should be maintained as such.

**Transportation**

- The private access drive from Bandera Road to Bandera Pass Area should be maintained as such by the private owner.

**167**

DEF CO LEON VALLEY 00735

'03

## 13N BANDERA PASS AREA

| "CONTINUED" |
| --- |

**Community Services**

- The property owner is primarily responsible for maintaining the area, for the safety of neighborhood children. However, police patrol of the area is also encouraged to ensure the ultimate safety of the children and the community.
- Adhere to Leon Valley City Code Chapter 24, "Subdivision & Plats", specifically, sidewalk policy & utility construction.

**Environment**

- Any development in this area must comply with FEMA regulations as adopted by the City.
- Adhere to all applicable State and Federal laws pertaining to environmental issues.
- Encourage Code Enforcement of the area, specifically the maintenance and upkeep of the area as set forth by City Code, Chapter 14, "Lots, Yards and Fences."
- Maintenance and upkeep of all green space/landscaped areas is also encouraged.

**Capital Improvements**

- Applicable public improvements may be considered for the area, specifically development of sidewalks along Bandera Road.

DEF CO LEON VALLEY 00736

# 14N PAVONA PLACE AREA



169

'03

## 14 N PAVONA PLACE AREA

**Profile**

Developed in the mid-1990's, includes the Pavona Place Subdivision and several large vacant tracts with potential for increased residential development. The area interfaces with Huebner Road, which has limited commercial development.

**Land Use**

- Existing vacant areas currently zoned B-2 (Retail) are encouraged to develop as R-1 (Single-Family), R-3A (Multiple-Family Retirement) or R-6 (Garden Home).

**Commercial Interface**

- There is limited commercial development along Huebner Road and additional commercial is not encouraged.
- Non-residential development must provide adequate protection with appropriate and effective buffers to the surrounding and existing residential areas, to include the existing school facility.

**Housing/Neighborhood**

- Grass Valley, Canterfield, Linkwood, Monte Robles, and Pavona Place Subdivisions.

**Transportation**

- Evers Road will be continued, to a certain point, however connection of Huebner and Eckhert Roads is not considered favorably by residents.
- Traffic on Huebner Road is expected to increase due to City of San Antonio Road Improvements (outside Leon Valley City Limits). Additionally, the City will be adding a turning lane at the intersection of Bandera and Huebner Road to accommodate and encourage smooth traffic flow.
- Access to Huebner road is to be limited. Any future transportation extensions associated with future development must meet the standard design criteria recommended by the City.
- Refer to the Conceptual Thoroughfare Extension Plan.
- Huebner Road, East of Bandera is a Primary Arterial/Type "A".
- Appropriate Right-of-Way dedications will be required as per development.

DEF CO LEON VALLEY 00738

'03

V.    APPENDIX

172

DEF CO LEON VALLEY 00739

'03

## 14N PAVONA PLACE AREA

**"CONTINUED"**

### Community Services

- Adhere to City Chapter 24, "Subdivision & Plats," specifically, sidewalk policy
- Strongly consider implementation of two (2) speed humps along Pavona Ridge and Fontana Point

### Environment

- Encourage Code Enforcement of the area, specifically the maintenance and upkeep of the area and as set forth in Leon Valley City Code, Chapter 14, "Lots, Yards and Fences".
- Adhere to all applicable State and Federal laws pertaining to environment issues
- Encourage commercial development to exceed open/green space requirements
- Recommend existing sixty (60) foot right-of-way (Evers extension) be maintained in accordance to Leon Valley Ordinance, specifically regulations pertaining to weeds and Code Enforcement.
- Ensure access to alleyway for maintenance and upkeep.

### Capital Improvements

- Capital Improvements for this area include street and sidewalk maintenance and yearly evaluations.

171

DEF CO LEON VALLEY 00740

'03

## PARKS, RECREATION, AND OPEN SPACE STANDARDS
## TABLE II

| FACILITY | RECOMMENDED SPACE REQUIREMENTS | RECOMMENDED SIZE & DIMENSIONS | RECOMMENDED ORIENTATION | SERVICE RADIUS |
|---|---|---|---|---|
| **Basketball**<br>1998.      You<br>th<br>2. High School<br>3. Collegiate | 2400 – 3036 Sq. Ft.<br>5040 – 7280 Sq. Ft.<br>5600 – 7980 Sq. Ft. | 46'- 50' x 84'<br>50' x 84'<br>50' X  94' | Long axis N-S<br>Long axis N-S<br>Long axis N-S | 1/4 – 2 mile<br>1/4 – 2 mile<br>1/4 – 2 mile |
| **Handball** | 4 wall 800 Sq. Ft<br>3 wall 1000 Sq. Ft. | 20' x 40'<br>10' to rear wall | Long axis N-S | 15 – 30 minute travel time |
| **Tennis** | 7200 Sq. Ft. | 36' x 78'<br>12' clearance on sides<br>21' clearance on ends | Long axis N-S | 1/4'- 2 mile |
| **Baseball** | 1.2 acres | Baseline – 60'<br>Pitcher to Home – 46'<br>Foul Lines – 200'<br>Centerfield – 250' | Pitcher/Home east to northeast | 1/4 – 2 mile |
| **Field Hockey** | 1.5 acres | 180' x 300'<br>10' side clearance | Long axis N-S | 15-30 minute travel time |
| **Football** | 1.5 acres | 160' x 360'<br>6' side clearance | Long axis N-S | 15-30 minute travel time |
| **Soccer** | 1.7 – 2.1 acres | 195' x 330' | Long axis N-S | 1-2 miles |
| **Running Track**<br>1/4 mile | 4.3 acres | 276' wide<br>600.02' long | Long axis NE-SW | 15-30 minute travel time . |
| **Softball** | 1.5 acres | Baseline – 60'<br>Pitcher to Home  - 46'<br>Field Radius  - 225'<br>between foul lines<br>10' side clearance | Pitcher/Home east to northeast | 1/4 – 2 mile |
| **Multi-Purpose Court** | 9840 Sq. Ft. | 120' x 80' | Long axis N-S | 1-2 miles |
| **Trails** | n/a | 10' wide | n/a | n/a |
| **Swimming Pool** | 2 – 2 acres | 75' x 45'<br>3'-4' deep | None | 15-30 minute travel time |

174

DEF CO LEON VALLEY 00741

'03

# PARK, RECREATION AND OPEN SPACE STANDARDS
## TABLE I
### Park Zones and Facilities Definitions

| | |
|---|---|
| **Mini-Park** | Service area less than 1/4 mile radius, one acre or less, 0.25 acres/1,000 persons. |
| **Neighborhood/Park Playground** | Service area 1/4 to 2 mile radius, five to ten acres, 1 to 2 acres/ 1,000 persons. |
| **Community Park** | Service area city wide, twenty five or more acres, three acres/ 1,000 persons. |
| **Linear Park** | An area developed for one or more varying modes of recreational travel such as, hiking, biking, etc.. May include active play areas. Size needs to be sufficient to protect resources and provide maximum use. Built on natural corridors, such as utility right of ways, roadways, drainage areas, that link other components of the recreation system or community facilities. |

### Facility Standards

| | |
|---|---|
| Basketball | 1 court / 5,000 persons |
| Handball | 1 court / 20,000 persons |
| Tennis | 1 court / 2,000 persons |
| Volleyball | 1 court / 5,000 persons |
| Baseball | 1 field / 5,000 persons |
| Field Hockey | 1 field / 20,000 persons |
| Football | 1 field / 20,000 persons |
| Soccer | 1 field / 10,000 persons |
| Running Track – 1/4 mile | 1 track / 20,000 persons |
| Softball | 1 field / 5,000 persons |
| Multi-purpose | 1 court / 10,000 persons |
| Trails | 1 system for the city |
| Swimming Pool | 1 pool / 10,000 persons |

173

DEF CO LEON VALLEY 00742

'03

## IMPLEMENTATION SCHEDULE

| GOAL | RECOMMENDATION | FY IMPLEMENTATION |
|---|---|---|
| 1. To provide access. | 1. (a) Footpaths/Sidewalks<br>   (b) Green Belts | (a) Each year<br>(b) As opportunity & funds permit |
|  | 2. Administer Leon Valley City Code Chapter 24, "Subdivision & Plats" – Park Land Dedication | Continuous |
|  | 3. Park Fund Development | Leon Valley Park Foundation created 1994. |
| 2. Maximize use of existing facilities. | 1. Expand/improve existing City Park | FY 2003 through FY 2008 |
|  | 2. Conduct Annual Need Survey | Continuous |
| 3. Maximize diversity | 1. Interlocal agreement with Northside I.S.D. | Continuous |
|  | 2. Assist City Pool lessee. | Continuous |
| 4. Establish neighborhood parks | Develop additional soccer fields | FY 2004 |
| 5. Open space provisions. | 1. Reevaluate landscape ordinance and Park Land dedication. | FY 2003 |
|  | 2. Explore dedication of land and Right-Of-Way for parks | Continuous |

175