EXHIBIT "I"

PORTION OF

LEON VALLEY

ZONING AND LAND USE COMMISSION MEETING

OF

FEBRUARY 26, 2008

Telephone  Eddie Morris - Court Reporters, Inc. Telecopier
210.698.2727   92 Trailcrest, San Antonio, Texas    78232   210.698.5556

743eae7d-2005-4419-9914-c63d2165d8ae

Portion of Leon Valley Zoning & Land Use Commission Meeting
Case 5:08-cv-00907-OLG    Document 35-13    Filed 07/08/2009    Page 3 of 40
2/26/2008

Page 2

1      CHAIRMAN GUERRA:  Let me call to order the

2  meeting of the Zoning and Land Use Commission for the

3  City of Leon Valley.  Our first item on the agenda is

4  the polling for attendance.

5      UNIDENTIFIED FEMALE:  Mr. Chairman.  Chair

6  Claude Guerra?

7      CHAIRMAN GUERRA:  Here.

8      UNIDENTIFIED FEMALE:  Vice chairman Dick Persyn

9  has an excused absence this evening.  Vice chair Wendy

10  Phelps?

11      MS. PHELPS:  Here.

12      UNIDENTIFIED FEMALE:  Renee Baird?

13      MS. BAIRD:  Here.

14      UNIDENTIFIED FEMALE:  Rich Braune?

15      MR. BRAUNE:  Here.

16      UNIDENTIFIED FEMALE:  Olen Yarnell?

17      MR. YARNELL:  Here.

18      UNIDENTIFIED FEMALE:  Sharon Hendricks?

19      MS. HENDRICKS:  Here.

20      UNIDENTIFIED FEMALE:  Pedro Esquivel?  I'm

21  sorry.

22      CHAIRMAN GUERRA:  He called and he's out of

23  town.

24      UNIDENTIFIED FEMALE:  He has an excused

25  absence.

Telephone Eddie Morris - Court Reporters, Inc. Telecopier
210.698.2727  92 Trailcrest, San Antonio, Texas  78232  210.698.5556

743eae7d-2005-4419-9914-c63d2165d8ae

1    CHAIRMAN GUERRA:  Uh-huh.

2    UNIDENTIFIED FEMALE:  Hal Burnside?

3    MR. BURNSIDE:  Here.

4    UNIDENTIFIED FEMALE:  Paul Biever?

5    MR. BIEVER:  Present.

6    UNIDENTIFIED FEMALE:  Sir, we have two members

7 missing.  Everyone else is here.

8    CHAIRMAN GUERRA:  All right.  Thank you.  The

9 next item is the approval of the minutes for January

10 the 22nd, 2008.  You should have received them in your

11 packets.  Is there anyone who has any additions or

12 corrections to the minutes?

13    UNIDENTIFIED MALE:  I have two items, Your

14 Honor.

15    CHAIRMAN GUERRA:  All right.

16    UNIDENTIFIED MALE:  Page 2, under Patrick

17 Christensen.  About halfway down where it says "the

18 church has been non-conforming until recently"; is that

19 correct or have they been conforming until recently?

20    UNIDENTIFIED MALE:  Probably be conforming.

21    UNIDENTIFIED MALE:  Right.  Because they were

22 in a --

23    UNIDENTIFIED FEMALE:  They were conforming

24 until --

25    UNIDENTIFIED MALE:  Until recently.

Telephone Eddie Morris - Court Reporters, Inc. Telecopier
210.698.2727  92 Trailcrest, San Antonio, Texas  78232  210.698.5556

743eae7d-2005-4419-9914-c63d2165d8ae

1          CHAIRMAN GUERRA:  Right.

2          UNIDENTIFIED MALE:  So, the non is --

3          UNIDENTIFIED FEMALE:  -- they came in

4    non-compliance.

5          CHAIRMAN GUERRA:  Right.

6          UNIDENTIFIED FEMALE:  Yes, sir, we'll need to

7    change that to conforming.

8          CHAIRMAN GUERRA:  Okay.

9          UNIDENTIFIED MALE:  Okay.  On page 4,

10   "Commissioner Biever noted that he had explained he had

11   worked."  The first "noted that he had" maybe needs to

12   be struck.

13         UNIDENTIFIED FEMALE:  Yes, sir, we'll make that

14   correction.

15         UNIDENTIFIED MALE:  "Mr. Biever explained that

16   he had worked with" would be the correct.  Okay.  And

17   tree preservation, the last paragraph, the last

18   sentence.  "The commission agreed that trees could be

19   cut on property without a permit as long as two trees

20   remain, minimum, was met and the property was not clear

21   cut of a large number of trees."  Is that really what

22   we decided?  I thought we had to have some more trees

23   than two.

24         UNIDENTIFIED FEMALE:  No, I think it's just

25   two.

Telephone Eddie Morris - Court Reporters, Inc. Telecopier
210.698.2727   92 Trailcrest, San Antonio, Texas   78232   210.698.5556

743eae7d-2005-4419-9914-c63d2165d8ae

1    CHAIRMAN GUERRA:  No, I know we -- we agreed

2    that that's the bear minimum, but that -- and I

3    think -- when I first read it, I had the same thought

4    that maybe it was a little ambiguous and I wish -- I

5    wish Christi were here so that she could, you know, go

6    over some of our discussion; but I thought we were a

7    little more specific about what we did to amend the

8    tree ordinance and the intent was to not allow clear

9    cut, you know.

10    UNIDENTIFIED MALE:  Okay.  Do we have a

11    definition of what clear cutting is?  I mean, I have

12    the land and you're coming out to tell me I'm clear

13    cutting and I say I'm not.  So, what do we do?

14    CHAIRMAN GUERRA:  Yeah.  Right.

15    UNIDENTIFIED FEMALE:  We had a definition that

16    it meant cutting everything.  Everything down.

17    CHAIRMAN GUERRA:  Yeah, but there is some -- in

18    my mind, some ambiguity to that last -- to that

19    sentence that you read and I -- it doesn't -- the way

20    it's stated doesn't -- to me doesn't come across as how

21    we -- how we had our discussion.

22    UNIDENTIFIED MALE:  Right.

23    CHAIRMAN GUERRA:  So, maybe if you could listen

24    to the minutes of that meeting and listen to our

25    discussion, you might be able to clarify that.

Telephone Eddie Morris - Court Reporters, Inc. Telecopier
210.698.2727   92 Trailcrest, San Antonio, Texas   78232   210.698.5556

743eae7d-2005-4419-9914-c63d2165d8ae

Portion of Leon Valley Zoning & Land Use Commission Meeting
Case 5:08-cv-00907-OLG    Document 35-13    Filed 07/08/2009    Page 7 of 40

2/26/2008

Page 6

1    UNIDENTIFIED FEMALE:  Okay.  And if you see

2  down on your agenda the items that have been approved

3  by City Council and some of the issues that you just

4  alluded to were handled in the City Council meeting.

5  So, they did look at that definition and came back with

6  -- with one that was appropriate.  So, what I would

7  like to do is to bring before the commissioners maybe

8  at the next meeting, you know, the results of that

9  ordinance and how that was tweaked in order to meet the

10  need; but I think it handles all those problems.  The

11  ambiguity in that sentence can be changed to clear it

12  up --

13    CHAIRMAN GUERRA:  Okay.

14    UNIDENTIFIED FEMALE:  -- but I think it's very

15  clear in the ordinance.  Rather than belabor it here --

16    CHAIRMAN GUERRA:  Sure.

17    UNIDENTIFIED FEMALE:  -- what I'd like to do --

18  it's already been approved by City Council.

19    CHAIRMAN GUERRA:  Right.

20    UNIDENTIFIED FEMALE:  So, what we'd want to do

21  is just bring it back to review it for you.

22    CHAIRMAN GUERRA:  Okay.

23    UNIDENTIFIED MALE:  That's all I have, sir.

24    CHAIRMAN GUERRA:  All right.  Does anybody else

25  have any additions or changes?  Do I hear a motion?

Telephone Eddie Morris - Court Reporters, Inc. Telecopier
210.698.2727   92 Trailcrest, San Antonio, Texas   78232   210.698.5556

743eae7d-2005-4419-9914-c63d2165d8ae

1    UNIDENTIFIED MALE:  Make a motion to approve

2    the minutes as corrected.

3    UNIDENTIFIED MALE:  Second.

4    CHAIRMAN GUERRA:  The motion and second is for

5    approval of the minutes of January 22nd, 2008.  All

6    those in favor say aye.

7    (In unison aye.)

8    CHAIRMAN GUERRA:  Opposed?  Motion passes.

9    Item number 3, which is introduction of our development

10   services director.  Of course we've been speaking with

11   her.  I don't know if everybody has had the chance to

12   meet Amy.  I knew Amy before she came here because in

13   her capacity at the City of Schertz I worked with her

14   when I was with the Alamo Area Council of Governments.

15   She comes well qualified for the position she's taken

16   and I'm looking forward to all the help she can give

17   the City of Leon Valley.  So, with that, I'll turn it

18   over to Amy and have you make comments and --

19   MS. MADISON:  Well, I'm really excited to be at

20   the City of Leon Valley.  Obviously, you all have had a

21   wonderful history and certainly have a great future.

22   I've been working as -- we'll get into more of the

23   staffing issue later; but my title is the development

24   services director and in that regard I handle oversight

25   of the planning department, which includes inspections

Telephone Eddie Morris - Court Reporters, Inc. Telecopier
210.698.2727  92 Trailcrest, San Antonio, Texas  78232  210.698.5556

743eae7d-2005-4419-9914-c63d2165d8ae

Page 8

1   and animal control and court enforcement, of course, as

2   well as the economic development side of things as the

3   City defines that, which includes like your convention

4   and visitor bureau which oversees the community

5   facilities.  The community center as well as the

6   conference center.  And in addition to that economic

7   development and of course that's a real major focus.

8   Your council has identified it as their number one item

9   in their strategic plan and given the siege that we're

10  enduring with all the TxDOT improvements, we have a lot

11  of work to do and certainly I'm glad to be here and on

12  behalf of the staff we are very pleased to have such

13  wonderful folks and your commission is spoken very

14  highly of.  Our staff has really enjoyed working with

15  you and I know I will as well and I actually wasn't

16  planning for this to be my first meeting to run.  I was

17  actually going to watch and see how the experts

18  actually handle it and Christi's two children are ill

19  this evening and I sent her home today and said you

20  need to go take care of them and we'll handle this

21  ship.  I'm sure it won't sink with Claude here.  So --

22  so, anyway, I'm looking forward to working with all of

23  you.  If you ever have a question or need to talk to me

24  I can be reached at the Kinman House.  My number there

25  is 521-2007, extension 3.  That's 521-2007, extension

Telephone Eddie Morris - Court Reporters, Inc.Telecopier
210.698.2727  92 Trailcrest, San Antonio, Texas   78232  210.698.5556

743eae7d-2005-4419-9914-c63d2165d8ae

Page 9

3.  And my cell phone, please don't hesitate to call
that as well and that is 831-5420.  So, should you have
any questions or just want to chitchat or have an idea
that you want to see coming forward in the city, please
give me a call.  I certainly do want to commend my
staff.  They're doing a fine job and Christi has just
been enormously helpful in getting me on board and at
the same time transitioning herself and she's really
blooming.  She's doing a great job for your city.
Thank you.

CHAIRMAN GUERRA:  Thank you, Amy.

UNIDENTIFIED MALE:  Welcome aboard.

MS. MADISON:  Thank you.

CHAIRMAN GUERRA:  Lanny.

MR. LAMBERT:  Well, I'd like to point out
something.  I did the background check on Amy when we
hired her.  I've been seeing Amy for 30 years.  I've
probably hired (inaudible) and I got the best
recommendation on her that I've ever gotten on any
employee I've ever hired.

UNIDENTIFIED MALE:  Wow.

MR. LAMBERT:  I called the city manager of
Schertz, a good friend of mine, to ask him about Amy
and he told me that everything positive that had
happened in Schertz has happened because of her, for

Telephone Eddie Morris - Court Reporters, Inc. Telecopier
210.698.2727  92 Trailcrest, San Antonio, Texas  78232  210.698.5556

743eae7d-2005-4419-9914-c63d2165d8ae

Page 10

1    the last five years; and I thought that was the best

2    recommendation I had ever received.  I don't know if

3    you know that or not, but I wanted the board to know

4    that she comes highly --

5        MS. MADISON:  (Inaudible).

6        MR. LAMBERT:   -- she comes highly recommended.

7    Now, whether she can fulfill that recommendation, I

8    have no idea.

9        MS. MADISON:  He's just glad to see me gone out

10   of the City of Schertz.

11       MR. LAMBERT:  That's another issue.

12       CHAIRMAN GUERRA:  Thank you, Lanny.  That's

13   great.  Our next item is item 4, which is the continued

14   discussions of zoning case 08-380, which was postponed

15   from January the 22nd.  A request by Patrick

16   Christensen, agent for the applicant, Goldstar Trust

17   Company, to rezone approximately 3.803 acres of land

18   from B-2, retail, to B-3 commercial at 6401 Bandera

19   Road.  Staff.

20       MS. MADISON:  Okay.  I think I'm going to get

21   this thing right.  This evening we are looking at

22   zoning case number 08-380.  This is a request and

23   location.  The request is made by Patrick Christensen.

24   He is an agent for Goldstar Trust Company, obviously.

25   You guys already know this.  We had this before you

Telephone  Eddie Morris - Court Reporters, Inc. Telecopier
210.698.2727  92 Trailcrest, San Antonio, Texas  78232  210.698.5556

743eae7d-2005-4419-9914-c63d2165d8ae

1    last month.  It's to rezone the 3.803 acres from B-2

2    retail to B-2 commercial.  It's located at 6401 Bandera

3    Road, being lot 4CB4429J, Seneca Estates unit 7.  This

4    shows you just a little bit of the location.  As you

5    can see, Bandera Road -- it fronts on Bandera Road.  We

6    have some R-1 to the north.  We have townhomes below

7    it.  Seneca Estates is right there.  The background on

8    this particular zoning case.  In 1963 it was the site

9    of the Seneca Country Club.  Did any -- I just wanted

10   to ask if anybody was a member of that club.  Okay.  I

11   just was curious.  In 1969 the property was zoned R-1

12   to B-2.  In 1996 the SUP was obtained for operating it

13   as the Church on the Rock.  In 1998 an SUP was obtained

14   for operating a school and in 2006 an SUP for a

15   childcare facility.  The 2003 master plan regarding

16   1BCC Bandera Road south corridor.  If I may, Chairman,

17   could you explain what the 1BCC means for the rest of

18   the folks?  Is that just identifying the actual

19   paragraph?  I didn't have time to check that before the

20   meeting.

21          CHAIRMAN GUERRA:  Within the master plan that's

22   the way that particular corridor is --

23          MS. MADISON:  Identified.  Okay.  I just wanted

24   for the purposes of the audience and myself.  I'm still

25   learning.  Addresses the area in general.  Encouraging

Telephone Eddie Morris - Court Reporters, Inc. Telecopier
210.698.2727   92 Trailcrest, San Antonio, Texas   78232   210.698.5556

743eae7d-2005-4419-9914-c63d2165d8ae

Page 12

1    B-2 retail to a depth of 200 feet along Bandera Road

2    and it discourages rezoning to B-3 commercial.  Again,

3    here is the zoning map.  It kind of shows the location

4    of the area and talks -- and shows, you know, the

5    zoning as well.  Staff comments.  The city attorney

6    reviewed restricted covenants and advised staff that

7    the covenants are not enforceable by the City and the

8    attorney also noted that a variance or special

9    exception from the board of adjustment would not be

10   applicable to this zoning use and our attorney is with

11   us this evening, Frank Onion.  The B-2 district is -- I

12   had asked Christi to do this, put this into the slide

13   presentation, because I wanted the audience, as well as

14   the commission, to be reminded of how they defined both

15   B-2 and B-3 in the zoning ordinance.  The B-2 district

16   is composed of land and structures occupied by or

17   suitable for the furnishing of retail goods and

18   services to surrounding residential areas.  B-2

19   district is intended to allow a limited amount of

20   outside storage of retail merchandise and district

21   regulations are designed to promote the offering of

22   goods and services which are appropriate for the

23   surrounding business districts and protect the

24   surrounding residential districts by requiring certain

25   minimum yard and area standards to be met.  In B-3,

Page 13

1    basically, it is composed of land and structures used

2    to furnish commercial needs, wholesale services and

3    some light assembling of goods in addition to most of

4    the uses found in the B-2 district.  The B-3 district

5    is intended to allow some regulated outside storage of

6    merchandise and regulations are designed to permit the

7    development of districts for the purpose of providing

8    commercial and wholesale uses and protect surrounding

9    and abutting areas by requiring certain minimum yard

10   and area standards be met.  The considerations.  Is the

11   request consistent and compatible with the master plan

12   of 2003 with site zoning, with surrounding zoning

13   and/or land uses.  Second, does the request protect the

14   health, safety and welfare of the general public; and,

15   finally, does the request protect and preserve the

16   property rights of the owners of all real property

17   affected by the proposed zoning change.  And the

18   commission is well aware that these are the

19   considerations we're looking at this evening.  We did

20   send out 25 letters.  Of those, zero received in favor.

21   We did receive 11 in opposition.  Two were duplicates.

22   We had zero returned undeliverable and we had 34

23   letters outside the 200 foot radius.  As far as

24   questions are concerned, we have -- you can ask any

25   questions you like of staff and the agent is here this

Telephone Eddie Morris - Court Reporters, Inc. Telecopier
210.698.2727   92 Trailcrest, San Antonio, Texas   78232   210.698.5556

743eae7d-2005-4419-9914-c63d2165d8ae

Page 14

1    evening, Patrick Christensen, representing the

2    petitioner.

3          CHAIRMAN GUERRA:  Thank you, Amy.  Let me open

4    up the public hearing on this case and, Mr.

5    Christensen, would you care to make comments.

6          MR. CHRISTENSEN:  Patrick Christensen of Brown,

7    PC, 112 East Pecan, Suite 1490.  Let me begin by saying

8    I thank you and we appreciate you granting the

9    continuance at the last meeting to allow us to explore

10   some possibilities on this case.  As you recall, the

11   last time a number of citizens of Leon Valley spoke in

12   opposition to the B-3 zoning; but they weren't opposed

13   to there being a church there and I had offered to

14   record some deed restrictions restricting out all the

15   bad B-3 uses and I put "bad" in quotes there because

16   that was what people had problems with.  I did record

17   those deed restrictions.  I did send them to the city

18   manager and to the city attorney.  They restrict out

19   every possible B-3 use except for the churches.  Now, I

20   realize that the City of Leon Valley cannot enforce

21   these deed restrictions.  If I could, I would have

22   tried to negotiate something with the City of Leon

23   Valley; but that's considered contract zoning and

24   cities cannot do that.  That's why I -- the enforcing

25   part of these deed restrictions is basically we went to

Telephone Eddie Morris - Court Reporters, Inc. Telecopier
210.698.2727  92 Trailcrest, San Antonio, Texas  78232  210.698.5556

743eae7d-2005-4419-9914-c63d2165d8ae

Page 15

1   the Bexar Appraisal District and found every property

2   within a quarter mile radius of this property.  If the

3   zoning case is approved by the City Council and we get

4   the B-3 zoning, if anyone in the future buys the

5   property and wants to change that zoning, they have to

6   come and get 51 percent of those owners of those

7   properties within a quarter mile of this property to

8   vote to change that; and let me tell you, people hire

9   me to try to change deed restrictions all the time.

10  That's -- getting 51 percent of people to agree to that

11  is just impossible.  For something that they probably

12  wouldn't want at that property anyways.  And that's

13  kind of where we are today.  You know, I represent the

14  owners of the property.  They had to foreclose on the

15  previous church that was operating there.  They did not

16  get a non-conforming use application in time, within

17  the six months, because they had to get a new church to

18  go in there and have not been able to locate one except

19  for Pastor Crane who is here today and who will speak

20  after me.  As the representative of the property

21  owners, you know, we're in the unenviable situation of

22  being -- owning a church building and not being allowed

23  to operate a church in the building and that's why

24  we're here today.  You know, we recorded these deed

25  restrictions, the City Council approves the zone

743eae7d-2005-4419-9914-c63d2165d8ae

Page 16

1  change, the only new use we're getting is the church

2  use.  Now, I know there's always the answer, well,

3  these people are not -- you know, have the resources to

4  hire an attorney, if someone were to come in there and

5  try to do some kind of a use that was a violation of

6  these deed restrictions.  The real hammer on these

7  things is that this is not an inexpensive property.

8  Whoever buys this property is going to have to go

9  through a bank to get some kind of financing.  Every

10 bank, upon financing a property, requires a title

11 search and these deed restrictions run with the land no

12 matter who owns them; and that bank is going to see --

13 if somebody wanted to do, let's say, an auto shop,

14 which is restricted by these deed restrictions.  If

15 somebody wanted to put a Brake Check there, the bank is

16 going to say, "We can't finance this property for a

17 Brake Check because you can't do that.  There's deed

18 restrictions here.  If you want to do that, you want

19 your financing, go amend those deed restrictions."

20 That's really the hammer on these types of documents.

21 I'd be happy to answer any questions you have.  Like I

22 said, we're just trying to operate a church out of our

23 church building.  Thank you.

24      CHAIRMAN GUERRA:  Any questions?  Lanny.

25      MR. LAMBERT:  Sir, what about if you went to

Telephone Eddie Morris - Court Reporters, Inc. Telecopier
210.698.2727  92 Trailcrest, San Antonio, Texas  78232  210.698.5556

743eae7d-2005-4419-9914-c63d2165d8ae

Page 17

1    somebody who -- say a hard money lender or something.

2    Wouldn't be any restrictions on the lending; right?

3         MR. CHRISTENSEN:  Yeah, that's true.  If

4    somebody came in, had cash, wanted to buy the property,

5    then it wouldn't be up to the property owners to try to

6    enforce those.  The deed restrictions do provide that a

7    prevailing party is entitled to their attorney's fees.

8    So, if somebody was in clear violation of the deed

9    restrictions, if another property owner in this quarter

10   mile area filed suit against that, they would probably

11   prevail and they would be entitled to their attorney's

12   fees.

13        MR. LAMBERT:  But they would still have to take

14   it upon themselves to file.

15        MR. CHRISTENSEN:  They would still have to take

16   it upon themselves to file suit, that's correct.  If

17   there's some way I could fix that, I would.  I can't.

18        MR. LAMBERT:  It's in the law already; right?

19        CHAIRMAN GUERRA:  Any other questions?  Pastor,

20   would you like to make any comments?

21        PASTOR CRANE:  There was a situation happening

22   in Texas, I'm sure you may have heard about it, where

23   Las Vegas casinos are contacting the horse tracks and

24   they're trying to make deals and some congressmen --

25   state congressmen are, you know, trying to have cities

Page 18

1   on the coast that are going to be gamble friendly.

2   Like if you've been to Louisiana or Mississippi, you

3   might be familiar with this.  Our church has decided

4   that we're going to write the congress people to try to

5   stop that because we just don't -- you know, we don't

6   feel comfortable.  Not just because of a vice reason;

7   but it's been proven by study after study that bringing

8   gambling into a community doesn't make anybody money.

9   It's low wage jobs and it actually causes what's called

10   external expenses because you have divorce rates

11   increase, you have child care rates increase, you have

12   organized crime.  Maybe not on the, you know, Corleone

13   family scale; but, you know, just a lot of bad things

14   go in to bringing in an institution like that.  What

15   I'd like to say is it has been proven that a vibrant

16   church helps the economy of a city.  Now, the last

17   thing I want to do -- and please don't hear me

18   threatening because we don't have any finances to back

19   this up; but I just have been listening to the company

20   that employs Mr. Christensen.  When you bring in a

21   church, it does positive things for a community.  The

22   church that was in there before, I knew a little bit

23   about the situation.  There was an adulterous affair,

24   there were financial things going on.  I mean, things

25   like that happen in business; things like that happen

Telephone Eddie Morris - Court Reporters, Inc. Telecopier
210.698.2727   92 Trailcrest, San Antonio, Texas   78232   210.698.5556

743eae7d-2005-4419-9914-c63d2165d8ae

Page 19

1   in churches as well, sad to say.  The thing that we're

2   looking at here is the assumption that somehow when we

3   go in there, what's going to happen if or when we fail.

4   I would like to state for the record that if and when

5   we could have failed, we would have failed prior to

6   this.  We have been in existence for seven years.  We

7   have strong enough financial statements that have

8   been -- are going to be audited by the company that's

9   going to be loaning us the money that I'm sure you

10  could have copies of.  Where we can afford to pay the

11  price.  And I'd also like to tell the residents that

12  you guys have made some suggestions, you know, in the

13  hallway that -- can you do anything to beautify this

14  building, because it is not the most attractive

15  building to look at, as many of our church people have

16  told me.  So, what we've done is we have secured almost

17  $400,000.00 on top of our purchase price for simply the

18  beautification of that area.  We have.  We're going to

19  put architects, people of that nature, involved in this

20  so it's just not kind of a big cement snow thing that I

21  used to buy.  Those pink ones.  What are those?

22          UNIDENTIFIED MALE:  Snow cone.

23          UNIDENTIFIED FEMALE:  Snow balls.

24          PASTOR CRANE:  Snow ball.  You know, kind of a

25  big cement thing.  So, we're serious about going in

Telephone Eddie Morris - Court Reporters, Inc.Telecopier
210.698.2727  92 Trailcrest, San Antonio, Texas  78232  210.698.5556

743eae7d-2005-4419-9914-c63d2165d8ae

Page 20

1   there and beautifying the community and I would also

2   like to say that by bringing -- by allowing our church

3   to be in there, it just -- I want to come into Leon

4   Valley in a positive note.  I don't want to come in

5   bending anybody's arms and, you know, after a long,

6   drawn-out situation.  I want to make sure that we

7   benefit you guys and we can do positive things for the

8   community because we've been involved in this community

9   for several years by some of the things that we've done

10  anyway.  We just want to take a more -- a more personal

11  approach to this and we want to come in on a positive

12  note, knowing how we can be of benefit to the community

13  and how the community can benefit by having us here.

14  Does anyone have any questions for me?

15          CHAIRMAN GUERRA:  Any questions?  Thank you,

16  sir.  We had one person who signed up to speak.  Elsie

17  Buchanan.  If you didn't get the chance to sign up, you

18  will be allowed to speak.  Ms. Buchanan.

19          MS. BUCHANAN:  Yes.  I live right across the

20  street at 6232 Rue Marielyne.  I have absolutely no

21  objection to a church going in there.  However,

22  churches fail.  Church on the Rock didn't go in there

23  with the intention of failing and my greatest concern

24  and that of my neighbors is if that one goes belly up,

25  then it just opens the door for everything else to come

Telephone  Eddie Morris - Court Reporters, Inc. Telecopier
210.698.2727  92 Trailcrest, San Antonio, Texas  78232  210.698.5556

743eae7d-2005-4419-9914-c63d2165d8ae

1   in there that's on the B-3 list.  I do not know all of

2   the things that are on the B-2 list.  What -- you know,

3   what are some of the things that can go there.  Oh,

4   very good.

5           MS. MADISON:  A bunch.

6           MS. BUCHANAN:  A bunch, yes; but it's not as

7   bad as it could be.  Well, there are lots of things

8   that we don't want to go in there that the B-3

9   classification would allow.  So, I implore you to let

10  the church go in on a B-2, but keep it -- don't make it

11  commercial, please.  All of my neighbors -- there's

12  quite a few of them here -- feel the same way or they

13  wouldn't have signed that paper.  I had better than 32

14  or 34 signatures on that and they were not within the

15  200.  I know that.  But I walked to every home to get

16  those signatures and they were all willing to sign

17  their name to it for reasons of one thing or another.

18  They're not here tonight to speak, but I ask you to

19  please keep it a B-2.  That's all.

20          CHAIRMAN GUERRA:  Thank you, ma'am.  Would

21  anyone else care to speak?  Yes, ma'am.

22          MS. UPTAIN:  I am Mary Frances Uptain.  I live

23  at 6101 Sawyer Road in Leon Valley.  I'm going to turn

24  this because we've all been directly to you all,

25  ignoring the group.  I live in the oldest residentials

Telephone Eddie Morris - Court Reporters, Inc. Telecopier
210.698.2727  92 Trailcrest, San Antonio, Texas   78232  210.698.5556

743eae7d-2005-4419-9914-c63d2165d8ae

Page 22

1   on the oldest first residential street in all of Leon

2   Valley.  Heaven help what has happened to my street.  I

3   had to idea what we were getting into.  I was being

4   told that this would be a B-3 and open up to all of the

5   B-3 things that could happen; but I'm supposed to be an

6   economist from St. Mary's University.  Second or first

7   or something like that, woman ever to get a master's

8   with all sorts of little things, you know; and I'm

9   supposed to know what I talk about, but I'm retired so

10  nobody pays any attention to you when you're old and

11  you're retired.  But I can tell you people this much.

12  We are a land-locked community.  We have 40, 50, 70

13  churches in Leon Valley and if you do a survey, you'll

14  find out that there's 10 people here and there's 14

15  people over there and there's 11 over there.  Now, I

16  live adjacent to a Buddhist community and sometimes we

17  have 90 to 100 priests -- they're monks -- there and

18  sometimes we have 300 people because of parties and

19  birthdays.  I love my Buddhist neighbors.  They feed me

20  if I'm not hungry.  They give me water when I'm not

21  thirsty.  They are the most wonderful neighbors I could

22  have.  So, I'm not knocking these churches.  I'm saying

23  we are a land-locked community, we are limited in space

24  and we are being devoured by churches, Northside School

25  District and non-tax paying entities.  Churches -- and

Telephone Eddie Morris - Court Reporters, Inc. Telecopier
210.698.2727   92 Trailcrest, San Antonio, Texas   78232   210.698.5556

743eae7d-2005-4419-9914-c63d2165d8ae

Page 23

1    most people do not realize this.  Aside from not paying

2    taxes on the property, they don't pay taxes on

3    anything.  Anything.  Lawn mowers, whatever.  So, they

4    do not contribute greatly to our community.  They do

5    not contribute to our community in that very few people

6    who attend these churches I find even live here.  And I

7    am very, very weary of supporting other people's

8    religion with my taxes and I think that if we

9    God-fearing people can't find a church that exists, we

10   simply must get a control on the use of our land.  That

11   is not to say open it up where you have to -- you know,

12   whatever; but we must get control of our land use and

13   just because seven or 10 or 20 people want to put in a

14   church with no idea who's paying the taxes to support

15   the police and fire department of those facilities.  We

16   are.  The people that live here.  They're paying the

17   taxes.  Now, this church is coming from somewhere.  Why

18   can they not stay where they are.  If they have

19   outgrown their facility, enlarge it.  If they like us

20   because the church that's over there by the post

21   office, I said to them when I was taking pictures on

22   the day they were establishing, I said, "Why did you

23   come here"; and they said because you have Huebner Road

24   from Interstate 10 and you've got 410 and Bandera Road

25   and we're going to get them all coming both ways.  You

Telephone Eddie Morris - Court Reporters, Inc. Telecopier
210.698.2727   92 Trailcrest, San Antonio, Texas   78232   210.698.5556

743eae7d-2005-4419-9914-c63d2165d8ae

Portion of Leon Valley City Council Commission Meeting    Case 5:08-cv-00907-OLG Document 35-13    Filed 07/08/2009    Page 25 of 40

2/26/2008

Page 24

1    go there and if you find 15 people, they must be having
2    free food.  So, I mean, let's look at this
3    realistically.  We, the consumers, the taxpayers of
4    Leon Valley, are hard bent to keep this up and there's
5    no end to churches.  I have yet to see a church in Leon
6    Valley come to my house and say you are a widow, is
7    there anything we can do to help you.  I'm not saying
8    that about the Buddhist, though, because they do.  I
9    get a call in the morning, "Check your gate, I have
10   something for you"; and there'll be croissants and
11   cheese and hams and food because they want to give me a
12   token because they appreciate me.  I'm here.  They know
13   me.  I have yet to see the church people come down the
14   street and say, "Would you please come to my church, we
15   want to help you.  We want to do something."  A
16   politician.  Now, the Jehovah Witnesses come, but they
17   don't live in Leon Valley.  The church people in Leon
18   Valley don't go to church in Leon Valley.  I'm
19   suggesting that Leon Valley get realistic and look to
20   the dollars and cents of it.  Now, we've already got
21   the Onion property.  We took that off the taxes.
22   Northside School District is gobbling us up.  We can't
23   touch that.  If y'all have nothing to do, drive down
24   Grissom Road real just slow and see how much we've lost
25   to Northside.  I thank you for your time.  I could talk

Telephone Eddie Morris - Court Reporters, Inc. Telecopier
210.698.2727  92 Trailcrest, San Antonio, Texas   78232  210.698.5556

743eae7d-2005-4419-9914-c63d2165d8ae

Page 25

1    all night about this.  This is a real passion to me.

2    It really is.  Because I see this community starving

3    for lack of property taxes because we're so interested.

4    Now, you find me a church that's willing to say, "Okay,

5    we'll pay the property taxes on this as though it were

6    a commercial property."  They don't do it.

7              CHAIRMAN GUERRA:  Thank you, ma'am.

8              MS. UPTAIN:  Thank you.

9              CHAIRMAN GUERRA:  Is there anyone else who did

10   not sign up and wishes to speak?  No one else?  Is

11   there anyone on the commission who has a question of

12   the proponent?  If not, I will --

13             UNIDENTIFIED MALE:  I have a question about the

14   owner of the property.  It's Goldstar Trust; is that

15   correct?

16             CHAIRMAN GUERRA:  Mr. Christensen.

17             MR. CHRISTENSEN:  Excuse me.

18             UNIDENTIFIED MALE:  The owner of the property

19   is Goldstar Trust?

20             MR. CHRISTENSEN:  Yes, sir, that is correct.

21             UNIDENTIFIED MALE:  Okay.  Who is Holman Bank?

22   Or excuse me.  Happy State Bank.

23             MR. CHRISTENSEN:  Where are you seeing that,

24   sir?

25             UNIDENTIFIED MALE:  On the BCAD page.  At the

Telephone Eddie Morris - Court Reporters, Inc.Telecopier
210.698.2727  92 Trailcrest, San Antonio, Texas   78232  210.698.5556

743eae7d-2005-4419-9914-c63d2165d8ae

Page 26

1   bottom it says the deed date, foreclosure, has Church
2   of the Rock and it has a grantee, Happy State Bank.
3   This is on the BCAD web page.
4          MR. CHRISTENSEN:  Is that -- that was on the
5   Bexar Appraisal District records for the property?  I'm
6   not sure what document you're --
7          UNIDENTIFIED MALE:  Are they out of the picture
8   now or are they in the middle of the picture?
9          MR. CHRISTENSEN:  Yeah, that might have been --
10  you know, Goldstar might have been holding the trust
11  for Happy State Bank that foreclosed -- you know, I
12  don't know exact history of the financial transaction.
13  There was a church there that was foreclosed upon.
14  They may have had a note under a deed of trust with
15  Goldstar to Happy State Bank.  I'm not sure.
16         UNIDENTIFIED MALE:  I pulled this up off the
17  web.
18         MR. CHRISTENSEN:  Oh, okay.
19         CHAIRMAN GUERRA:  Thank you.
20         MR. CHRISTENSEN:  Goldstar Trust is the trust.
21  They hired me to get on the property.  Otherwise they
22  wouldn't be paying for me to come down here.  Thanks.
23         UNIDENTIFIED MALE:  That's all.
24         CHAIRMAN GUERRA:  If there are no other
25  questions, I will close the public hearing.

Telephone  Eddie Morris - Court Reporters, Inc. Telecopier
210.698.2727  92 Trailcrest, San Antonio, Texas    78232   210.698.5556

743eae7d-2005-4419-9914-c63d2165d8ae

Page 27

1    Discussion, comments?

2         UNIDENTIFIED FEMALE:  It's only been recently

3    that we, ourselves, talked about the fact that we have

4    the churches, Northside, all this non-tax paying and

5    that we are reaching any kind of an economic crisis

6    here and for that reason we -- for that reason we

7    disallowed the -- the churches anywhere except B-3.

8    So -- because they were every -- every little strip

9    center everywhere was having a church plus we had a --

10   and it's very hard to deny somebody coming in who's

11   buying property and trying to build a church, just as

12   we can't deny Northside.  All the -- all the things

13   that were brought up here we had discussed before we

14   made that change and I personally feel that those

15   arguments -- we have nothing against churches; but it

16   is the zone -- I mean, which, you know, it's not ours

17   to discuss anyway, it's about zoning; and if we are

18   going -- I mean, if we -- I feel very strongly that if

19   we change this to commercial, this little strip, we are

20   just, you know, opening up the flood gates.  Every

21   church that's going to want to come in anywhere is

22   going to come before us and say change this; and,

23   again, most of these uses we -- we don't want there.  I

24   would wish the best of luck to this church group trying

25   to find a place suitable for their congregation; but I

Telephone Eddie Morris - Court Reporters, Inc. Telecopier
210.698.2727  92 Trailcrest, San Antonio, Texas  78232  210.698.5556

743eae7d-2005-4419-9914-c63d2165d8ae

1  personally do not -- I think that this is not in the

2  best interest of the whole city.  Certainly not in the

3  best interest of the business community.

4       CHAIRMAN GUERRA:  Thank you.  Anyone else.

5       UNIDENTIFIED MALE:  I have a question for the

6  attorney -- city attorney.

7       CHAIRMAN GUERRA:  Go ahead.

8       UNIDENTIFIED MALE:  What -- put on your crystal

9  ball for a second.  If we change this and allow this to

10  happen, what can be the consequences for the City

11  changing it back to B-3 in the future when somebody

12  else comes in and wants to do the same thing?  Will we

13  have a leg to stand on?

14       MR. ONION:  I'm sorry.  I don't understand.

15       UNIDENTIFIED MALE:  If we change it to B-3 --

16       MR. ONION:  Back to B-3 when it's never been

17  B-3.

18       UNIDENTIFIED MALE:  No, B-2.

19       UNIDENTIFIED MALE:  B-2.

20       UNIDENTIFIED MALE:  Okay.  B-2.  It's in B-2

21  zoning now; right?

22       MR. ONION:  Correct.

23       UNIDENTIFIED MALE:  Okay.  And we're asking for

24  a church in B-3?

25       UNIDENTIFIED FEMALE:  No, in commercial.

Telephone Eddie Morris - Court Reporters, Inc. Telecopier
210.698.2727  92 Trailcrest, San Antonio, Texas   78232  210.698.5556

743eae7d-2005-4419-9914-c63d2165d8ae

Case 5:08-cv-00907-OLG    Document 35-13    Filed 07/08/2009    Page 30 of 40
Portion of Leon Valley Zoning & Land Use Commission Meeting

2/26/2008

Page 29

1           UNIDENTIFIED MALE:  That changed the zoning.

2           UNIDENTIFIED MALE:  It changed the zoning to

3      B-3.

4           UNIDENTIFIED MALE:  To B-3.  Right.  Okay.  If

5      we did this -- excuse me.  I got you confused.  If we

6      did this and somebody else come in and wanted to do the

7      same thing, we're going against our master plan if we

8      made that decision in favor of the church; right?

9           MR. ONION:  That's correct.

10          UNIDENTIFIED MALE:  And what leg would we have

11     to stand on in the future if somebody else came down

12     and wanted to do the same thing?

13          MR. ONION:  It would obviously be some sort of

14     precedent.  You wouldn't be bound by it, but if there

15     was ever a lawsuit, you know, that would be brought up

16     that the city said one thing in this area, then they

17     changed when another applicant comes in and then your

18     basis for it would be subject to review by the court as

19     to whether or not you were consistent throughout with

20     your master plan.  You don't have to follow your master

21     plan, as you well know.  It's only a mere

22     recommendation, but as it's been pointed out before by

23     Ms. Baird, that all these issues were thought about

24     when y'all came up with the master plan and reviewed.

25          UNIDENTIFIED MALE:  So, what happens to the

Telephone Eddie Morris - Court Reporters, Inc. Telecopier
210.698.2727  92 Trailcrest, San Antonio, Texas   78232  210.698.5556

743eae7d-2005-4419-9914-c63d2165d8ae

2/26/2008

Page 30

1    master plan then?  Are we sort of skewing it a little

2    bit or are we just saying this is different from the

3    master plan and we're going to go with this.

4            MR. ONION:  You have the ability to recommend

5    to the City Council to change -- to make a change; but

6    it would be against the master plan.  Yeah, like I

7    said, the master plan --

8            UNIDENTIFIED FEMALE:  Is a guide.

9            MR. ONION:  -- suggested and it's the proposed

10   growth for the city.  However, it's not set in stone.

11   If it was, there wouldn't be any reason for this

12   commission.

13           UNIDENTIFIED MALE:  Okay.  Thank you, sir.

14           CHAIRMAN GUERRA:  Any other comments?

15           UNIDENTIFIED MALE:  The only comment I have is

16   that -- I have several, but one is I think I have to

17   agree with Ms. Baird that, you know, we worked very

18   long and very hard and took in -- a lot of things into

19   consideration when we made some of the recommendations

20   about the zoning changes and we didn't do this lightly;

21   and I think based on that my feeling is that we have to

22   stick with the current zoning.  That's my reaction.  On

23   the flip side of it, though, I also see a precedent has

24   been set for the use of that property and in some ways

25   it's being penalized, you know, because they -- if the

Telephone Eddie Morris - Court Reporters, Inc. Telecopier
210.698.2727   92 Trailcrest, San Antonio, Texas   78232   210.698.5556

743eae7d-2005-4419-9914-c63d2165d8ae

Case 5:08-cv-00907-OLG    Document 35-13    Filed 07/08/2009    Page 32 of 40
Portion of Leon Valley Zoning & Land Use Commission Meeting

2/26/2008

Page 31

1  Church on the Rock originally had, you know, con --
2  they needed to take some step.  I forget what it was,
3  but they didn't and they could have continued and we
4  wouldn't even be here discussing it today.  They would
5  have had the variance.  So, there is some precedent set
6  for the property already and so I think in -- you know,
7  in keeping with -- with that, you know, the City is in
8  a pretty good position, in my estimation, as far as
9  protecting itself from, you know, any other group that
10 would come in and want to make some changes; but, you
11 know, I -- the thing that scares me is that this
12 property could then be used in -- for something else
13 along the way and we would have nothing to say about it
14 if it's zoned to commercial.  So, my leaning very
15 definitely is keep it the way it is.  The current.
16 What we changed the zoning to.  That's my leaning right
17 now.
18        CHAIRMAN GUERRA:  Anyone else?
19        UNIDENTIFIED FEMALE:  I had a question since I
20 missed the discussion.  I read the minutes.  About this
21 non-conforming use rights and it had lapsed.  So, it
22 was --
23        CHAIRMAN GUERRA:  Right.
24        UNIDENTIFIED FEMALE:  -- the SUP that they had
25 gotten before or how did they get the non-conforming --

Telephone  Eddie Morris - Court Reporters, Inc. Telecopier
210.698.2727   92 Trailcrest, San Antonio, Texas   78232   210.698.5556

743eae7d-2005-4419-9914-c63d2165d8ae

Portion of Leon Valley Zoning & Land Use Commission Meeting

2/26/2008

Page 32

1      UNIDENTIFIED FEMALE:  I don't know.

2      CHAIRMAN GUERRA:  I don't know if Christi

3    briefed you on that or not.

4      MS. MADISON:  I don't want to lead you astray,

5    but I think the chain of events was that you had your

6    master plan, that you came in and the area was zoned

7    B-2.  Changed the zoning ordinance in November, 2006 I

8    believe.

9      UNIDENTIFIED MALE:  Right.

10      MS. MADISON:  The church came in to

11    non-compliance in July, 2007 and it became in compli --

12    I mean, they came --

13      UNIDENTIFIED MALE:  Out of compliance.

14      MS. MADISON:  -- out of compliance or

15    whatever --

16      UNIDENTIFIED MALE:  Six months --

17      MS. MADISON:  -- because of the fact -- there's

18    two factors, basically, that caused them to go into

19    non-compliance and one is -- and help me here, Frank,

20    if I don't get this right -- but one has to do with the

21    change of the use of the building.  If they're a

22    non-conforming use, they are grandfathered as long as

23    they maintain that use or they change ownership.  Those

24    are the two defining factors.  If it changes hands,

25    changes ownership, or if the use changes, then they go

Telephone Eddie Morris - Court Reporters, Inc. Telecopier
210.698.2727   92 Trailcrest, San Antonio, Texas   78232   210.698.5556

743eae7d-2005-4419-9914-c63d2165d8ae

Portion of Bear Valley Zoning & Land Use Commission Meeting    Case 5:08-cv-00907-OLG    Document 35-13    Filed 07/08/2009    Page 34 of 40

2/26/2008

Page 33

1    into non-compliance and it is revoked.  So, they're
2    grandfathered as long as they use that same use or they
3    do not change the ownership.  And as I understand it,
4    the ownership changed because they became in default
5    and then a new company owned them.  So, that's how they
6    became -- then the new company then had to come back
7    and apply for whatever and by that time the zoning
8    ordinance had been changed.  Of course your master plan
9    was done in 2003.  So, that would be my answer.
10                UNIDENTIFIED FEMALE:  Okay.  Thank you.
11                CHAIRMAN GUERRA:  Hal, did you have a question?
12                MR. BURNSIDE:  I don't want to belabor the
13    point, but I -- we did hold a lot of discussion
14    about -- about the issue concerning the economic
15    viability of the community and the impact on property
16    that was not taxable and churches being one of those
17    categories; and I think everybody understands we are
18    certainly by no means anti-church.  We -- as has been
19    stated before, there are many churches within the city.
20    What we felt as a body we needed to do in our capacity
21    as commissioners and making recommendations to the
22    council, that we needed to begin to address the issue
23    of how do we keep the community as economically viable
24    as possible, at the same time allowing for property
25    within the city to be used by churches; and so while

Telephone Eddie Morris - Court Reporters, Inc. Telecopier
210.698.2727   92 Trailcrest, San Antonio, Texas   78232   210.698.5556

743eae7d-2005-4419-9914-c63d2165d8ae

Page 34

1    before, if I'm correct and if I'm not somebody, you

2    know, say so, I believe the churches were allowed just

3    about anywhere.

4              MS. MADISON:  That's correct.

5              MR. BURNSIDE:  And we felt that in certain

6    instances, such as right there on Bandera Road.  I

7    mean, to me, that is where you put your business.

8    That's where you begin to concentrate your economic

9    development resources and the use of property that

10   prime in an economic corridor for something other than

11   economic development, I believe in our case, as has

12   been pointed out, we are land locked.  We cannot expand

13   and bring in.  So, we have to really be real careful

14   about the resources we have and how we use them; and so

15   we didn't make our decision and our recommendations

16   lightly.  It was with a lot of consideration and a lot

17   of thought and so that's why the recommendation to

18   locate churches in a B-3 was made.

19             UNIDENTIFIED FEMALE:  It's not just churches,

20   if I'm correct.  It's anyplace where there is a

21   gathering of people.

22             UNIDENTIFIED FEMALE:  No.

23             UNIDENTIFIED FEMALE:  I thought it was.

24             UNIDENTIFIED MALE:  I think -- well, I know we

25   discussed it as churches.  I don't know how --

Telephone Eddie Morris - Court Reporters, Inc. Telecopier
210.698.2727   92 Trailcrest, San Antonio, Texas   78232   210.698.5556

743eae7d-2005-4419-9914-c63d2165d8ae

Case 5:08-cv-00907-OLG    Document 35-13    Filed 07/08/2009    Page 36 of 40
Portion of Leon Valley Zoning & Land Use Commission Meeting

2/26/2008

Page 35

1     UNIDENTIFIED FEMALE:  Well, we can't just do

2  that against the churches.

3     UNIDENTIFIED FEMALE:  She's correct.  The

4  intent -- and I don't have all the research in front of

5  me, but the intent was that for places of gathering or

6  for assembly was in B-3.

7     UNIDENTIFIED MALE:  Okay.  All right.

8     UNIDENTIFIED FEMALE:  And that was part of the

9  reasoning behind the rezoning.

10     UNIDENTIFIED FEMALE:  Yes.

11     UNIDENTIFIED FEMALE:  I mean that different

12  zoning.

13     UNIDENTIFIED MALE:  It's just not churches.

14     UNIDENTIFIED FEMALE:  It's not just churches

15  because --

16     UNIDENTIFIED MALE:  It's gatherings.

17     UNIDENTIFIED FEMALE:  -- it's gatherings of

18  people.

19     UNIDENTIFIED FEMALE:  Assemblyings.

20     UNIDENTIFIED FEMALE:  Yep, yep, yep.

21     UNIDENTIFIED FEMALE:  Or non-commercial --

22  non-business purposes.

23     UNIDENTIFIED FEMALE:  Okay.

24     CHAIRMAN GUERRA:  A motion, if there's no

25  further discussion, unless someone else has something

Telephone Eddie Morris - Court Reporters, Inc.Telecopier
210.698.2727  92 Trailcrest, San Antonio, Texas   78232  210.698.5556

743eae7d-2005-4419-9914-c63d2165d8ae

Page 36

1    else.

2         MS. BAIRD:   Well, in zoning case 08-380 we are

3    now considering, I would move that we recommend to the

4    City Council that this request be denied for this

5    zoning change and that it remain just as it is now,

6    B-2; and it not be changed to B-3 and allow commercial

7    anything in there and I believe that that is -- I think

8    it will protect and preserve the property rights of --

9    of real property owners, of other businesses along that

10   corridor, as well as residents in that area and I -- I

11   certainly think -- know that it is consistent and

12   compatible with the master plan and with the

13   surrounding zoning and those would be my reasons for

14   making that recommendation.

15        UNIDENTIFIED MALE:   And I'll second the motion.

16        CHAIRMAN GUERRA:   Okay.  We have a motion and a

17   second for denial of the request.  Any further

18   discussion?  Would you please poll the commission.

19        UNIDENTIFIED FEMALE:   Oh, okay.  Vice chair

20   Wendy Phelps?

21        MS. BAIRD:  Opposed.

22        UNIDENTIFIED FEMALE:   Renee Baird?

23        MS. BAIRD:   In favor of my motion.   Yes.

24        UNIDENTIFIED FEMALE:   Sorry.

25        UNIDENTIFIED MALE:   That's a negative and we

Telephone Eddie Morris - Court Reporters, Inc.Telecopier
210.698.2727   92 Trailcrest, San Antonio, Texas    78232   210.698.5556

743eae7d-2005-4419-9914-c63d2165d8ae

Portion of Leon Valley Zoning & Land Use Commission Meeting

2/26/2008

Page 37

1    rarely do that.

2            MS. BAIRD:  I know.  We hardly ever do that.

3    Yeah.

4            UNIDENTIFIED FEMALE:  Rich Braune?

5            MR. BRAUNE:  I --

6            CHAIRMAN GUERRA:  In favor or oppose the

7    motion?

8            MR. BRAUNE:  In favor.

9            UNIDENTIFIED FEMALE:  Olen Yarnell?

10           MR. YARNELL:  I wish we could do it some other

11   way, but I'm in favor of the motion.  I can't -- I

12   can't go against our master plan.

13           UNIDENTIFIED FEMALE:  Sharon Hendricks?

14           MS. HENDRICKS:  In favor.

15           UNIDENTIFIED FEMALE:  Hal Burnside?

16           MR. BURNSIDE:  In favor.

17           UNIDENTIFIED FEMALE:  Paul Biever?

18           MR. BIEVER:  In favor.

19           UNIDENTIFIED FEMALE:  Motion passes six/one.

20   Chair, do you also vote?

21           CHAIRMAN GUERRA:  In favor.

22           UNIDENTIFIED FEMALE:  In favor.  Okay.

23   Seven/one.

24           UNIDENTIFIED FEMALE:  When does it go before

25   City Council?

Telephone Eddie Morris - Court Reporters, Inc.Telecopier
210.698.2727   92 Trailcrest, San Antonio, Texas   78232   210.698.5556

743eae7d-2005-4419-9914-c63d2165d8ae

Portion of Leon Valley Zoning & Land Use Commission Meeting

2/26/2008

Page 38

1          UNIDENTIFIED FEMALE:  When does it go?

2          CHAIRMAN GUERRA:  It will go -- it will be

3     forwarded to the City Council at their next meeting of

4     March the --

5          UNIDENTIFIED FEMALE:  4th.

6          CHAIRMAN GUERRA:  -- 4th.

7          (End of discussion.)

Telephone  Eddie Morris - Court Reporters, Inc. Telecopier
210.698.2727   92 Trailcrest, San Antonio, Texas   78232   210.698.5556

743eae7d-2005-4419-9914-c63d2165d8ae

Portion of Leon Valley Zoning & Land Use Commission Meeting

2/26/2008

Page 39

1    THE STATE OF TEXAS      *

2    COUNTY OF BEXAR         *

3              I, SHAN MORRIS BLANCHARD, Certified Shorthand

4    Reporter, duly commissioned and certified in and for

5    the State of Texas, do hereby certify that the

6    foregoing pages of typewriting were prepared under my

7    direction and contain and constitute a full, true and

8    correct transcript of my shorthand notes as taken from

9    audiotapes provided to me by DANIEL WENTWORTH,

10   purported to be the recording of the requested portion

11   of the Leon Valley Zoning and Land Use Commission

12   Meeting as set out in the title hereto.

13             IN WITNESS WHEREOF, I have hereunto set my

14   hand and affixed my seal on this _____ day

15   of _____, A.D. 2009.

16

17

18

19

20   mjc                    _____
                            SHAN MORRIS BLANCHARD
                            Certified Shorthand Reporter
21                          in and for the State of Texas
                            Certificate No. 3863
22                          Exp. Date: 12/31/10

23                          EDDIE MORRIS COURT REPORTERS
                            Firm Registration No. 74
24                          Exp. Date: 12/31/09

25

Telephone Eddie Morris - Court Reporters, Inc. Telecopier
210.698.2727   92 Trailcrest, San Antonio, Texas    78232   210.698.5556

743eae7d-2005-4419-9914-c63d2165d8ae