# EXHIBIT "U"

P-000457





P-000458