

P-000459





P-000461