P-000462



P0000463



C-000464



P-000465

