# BANDERA SUPER BOWL
# USBC 2009 SUMMER YOUTH LEAGUE

## OPEN REGISTRATION SATURDAY
## JUNE 6, 2009 9:00 am
## MEETING & LEAGUE STARTS
## WEDNESDAY JUNE 10, 2009 AT 11:30am
## AND
## SATURDAY JUNE 13, 2009 9:00 am

**AT BSB**

**WE ROCK!**



*"Your Father and I like your new friends, Tim. We just don't want you to end up in the gutter."*

AGES 3-5, Bumpers, BOWL 2 GAMES
COST: $6.00 per person, 2 MEMBER TEAMS
AGES 6-11, BRONCOS, BOWL 3 GAMES,
COST: $8.00 per person, 3-4 MEMBER TEAMS.
AGES 12 AND UP, BOWL 3 GAMES,
COST: $8.00 per person, 4 MEMBER TEAMS.

_____ I HAVE A TEAM     _____ PLACE ME ON A TEAM
NAME: _____ AGE _____
PHONE: _____
ADDRESS: _____

BANDERA SUPER BOWL
6700 HUEBNER RD SAN ANTONIO, TX 78238
523-1716 FAX 523-1849

WWW.BANDERASUPERBOWL.COM

# BANDERA SUPER BOWL
## JUNE SPECIALS
EVERY DAY IS SPECIAL AT OUR HOUSE



### MONDAY MANIA
6:00pm - Close  $1.50 Games, Shoes, Food, Drinks
With purchase of $2 wristband

### $2.00 TUESDAY
6:00pm - Close  $2 Games, Shoes, Food, Drinks

### WICKED WEDNESDAY
6:00pm - Close $8 Unlimited Games & $2 Shoes

### THURSDAY ROCKS
6:00pm - 9:00pm  $2.50 games | $3.25 shoes
9:00pm - Close  $10.00 at the door for unlimited bowling
**9:00 pm Live Band w/Music provided by Roustabouts**
(PLAYING 70'S, 80'S & 90'S HITS)

### FRIDAY
### KARAOKE IN THE BAR
6:00pm - Close  $4.50 games | $3.25 shoes
**9:30pm DJ MIKE ROCKS THE HOUSE**

### ROCK & BOWL SATURDAY
6:00pm - Close  $4.50 games | $3.25 shoes
**9:30pm DJ MIKE ROCKS THE HOUSE**

### SUNDAY
9:00am – 12:00 noon  $1.50 games | $3.25 shoes
9:00am – 12:00 noon  2-HR Rent A Lane $14.95 | $2 shoes
12:00 noon - Close $3.00 games | $3.25 shoes
**10:30pm–1:30am Service Industry Workers Bowl Free**

**10:30pm DJ MIKE ROCKS THE HOUSE**

## JOIN A SHORT SUMMER LEAGUE & RECEIVE THREE FREE GAMES A DAY!

## CALL US FOR MORE INFORMATION 523-1716

# LUNCH SPECIALS

Lunch Specials are served Monday through Friday from 11am to 4pm.
An extra charge will be added for any substitutions. An 18% gratuity will be added for parties of 6 or more. If you have food allergies, please notify your server so we may accommodate your dining needs.
Thank You!

## SOUP & SALADS

**TORTILLA SOUP COMBO**
Served with one beef taco and one chalupa with melted cheese, sour cream and avocado.......$5.95

**GUACAMOLE SALAD**
Guacamole served over lettuce, tomatoes and cheese.......$6.99

**BEEF OR CHICKEN TACO SALAD**
Crispy flour tortilla shell filled with beef or chicken, lettuce, tomatoes, guacamole, chile con queso, and sour cream.......$6.99

**FAJITA TACO SALAD**
Crispy flour tortilla shell filled with fajita meat of choice, lettuce, tomato, guacamole, sour cream, and chile con queso.......$7.99

**FAJITA COBB SALAD**
Beef or chicken fajitas or a combination of both with crisp lettuce, cheese, bacon, avocado, olives and tomatoes.......$7.99

## CHILDREN'S MENU

All children's entrees served with Spanish rice and refried beans. Children 12 years and younger only.

1. TAMALE
2. BEEF CRISPY TACO
3. CHICKEN CRISPY TACO
4. BEAN & CHEESE SOFT FLOUR TACO
5. BEAN & CHEESE CHALUPA
    With lettuce and tomato.
6. BEEF & BEAN CHALUPA
    With lettuce and tomato.
7. CHICKEN, BEAN & CHEESE CHALUPA
8. CHEESE ENCHILADA
9. BEEF ENCHILADA
10. CHICKEN FLAUTA
    Topped with sour cream and guacamole.
11. GRILLED CHEESE & FRIES
12. BEAN & CHEESE BURRITO
13. CHICKEN STRIPS & FRIES
14. CHEESE QUESADILLA
15. CHEESEBURGER & FRIES

## PASTA

**CAMARONES CON PESTO**
Jumbo shrimp and penne pasta tossed in a pesto cream sauce.......$7.99

**POLLO CON PESTO**
Chicken fajitas an penne pasta tossed in a pesto cream sauce.......$7.99

## LUNCH PLATES

**CRISPY DELIGHT**
One chalupa and two crispy beef tacos with cheese.......$5.99

**CRISPY TACO PLATE**
Two beef or chicken tacos with cheese served with Spanish rice refried beans.......$5.99

**ENCHILADA PLATE**
Two beef, chicken or cheese enchiladas topped with chile con carne (beef sauce) Served with Spanish rice and refried beans.......$5.99

**GREEN ENCHILADAS PLATE**
Two chicken enchiladas topped with green tomatillo sauce and sour cream. Served with Spanish rice and refried beans.......$5.99

**SPINACH ENCHILADA PLATE**
Corn tortillas stuffed with sauteed seasoned spinach, topped with a creamy sauce and Monterrey jack cheese. Served with white rice and Borracho beans.......$5.99

**JALAPENO CHICKEN ENCHILADAS**
Two chicken enchiladas topped with a mild jalapeno cream sauce and cheese. Served with Spanish rice and refried beans.......$5.99

**FLAUTAS DE POLLO**
Two rolled crispy corn tortillas filled with chicken and Monterrey jack cheese, topped w/guacamole and sour cream. Served with Spanish rice and refried beans.......$5.99

**POLLO AL CARBON**
Charbroiled marinated chicken breast served with Spanish rice and refried beans.......$6.99

**CARNE GUISADA PLATE**
Beef tips in a delicious sauce served with Spanish rice and refried beans.......$6.99

**SPECIAL PLATE**
Two cheese enchiladas topped with chile con carne and one crispy beef taco topped with cheese. Served with Spanish rice and refried beans.......$6.99

**CHICKEN FRIED STEAK**
Breaded cutlet topped with gravy, served with fries, salad and Texas toast.......$7.99

**PES AL CARBON**
Charbroiled fresh fish marinated in our Texian's special sauce served with Spanish rice and refried beans.......$8.99

**POLLO MONTERREY**
Charbroiled, boneless, skinless breast of chicken topped with sliced tomatoes, avocado and Monterrey Jack cheese. Served with Spanish rice and refried beans.......$7.99

**FAJITAS**
Beef or chicken fajitas served with Spanish rice, refried beans, Pico de Gallo, guacamole salad, cheese, sour cream, and freshly made flour tortillas.......$7.99

---

# TEX Cantina

## MEXICAN RESTAURANT & CANTINA

6430 BANDERA RD, SUITE 66
SAN ANTONIO, TEXAS 78238
210.521.9944

PRIVATE DINING ROOMS & EVENT CATERING
CALL FOR RESERVATIONS

**Margarita's**
10280 WEST HWY 29
LIBERTY HILL, TEXAS
512.515.0808

**EL RIO**
1361 S. MAIN
BOERNE, TEXAS
830.249.9555
830.249.9846

**Margarita's**
1205 FM 1431 WEST
MARBLE FALLS, TEXAS
830.693.7434

*(handwritten notes):* fiesta room → can be reserved possible weddings (up to 70 pp)

John – Gm manager
$100.00 Rent