

# TEXIAN'S
## MEXICAN RESTAURANT & CANTINA

## APPETIZERS

**CHIPS & SALSA**
Tortilla chips with side of salsa.........$3.99

**QUESO DELIGHT**
Taco meat with pico de gallo.
Half Order.....$5.99  Full Order.....$7.99

**CHILE CON QUESO**
Half Order.....$3.99  Full Order.....$5.99

**QUESADILLAS**
Crispy flour tortilla, filled with seasoned ground beef or chicken, and cheese. Served with sour cream, jalapenos, and guacamole.........$7.99
Add beef or chicken fajitas.........$1.00

**SPINACH QUESADILLAS**
$8.99

## NACHOS

**BEAN & CHEESE**
Beans, cheese, jalapenos, lettuce and tomatoes.
Half Order.....$4.99  Full Order.....$6.99

**GUACAMOLE**
Guacamole, beans, cheese, jalapenos, lettuce, sour cream and tomatoes.
Half Order.....$5.99  Full Order.....$7.99

**SUPER**
With beef or chicken fajitas.........$7.99
Add Fajitas
Half Order.....$3.99  Full Order.....$5.99

## SOUPS & SALADS

**TORTILLA SOUP**
Bowl.........$3.99

**TORTILLA SOUP COMBO**
Served with one beef taco and one chalupa with melted cheese, sour cream, and avocado.........$6.99

**CEASAR SALAD**
Salad Only.........$5.99
With beef or chicken fajitas.........$7.99

**GUACAMOLE SALAD**
Guacamole over lettuce, tomatoes and cheese.
Half Order.....$3.99  Full Order.....$7.99

**TACO SALAD**
Crispy flour tortilla shell filled with ground beef or shredded chicken, lettuce, tomato, guacamole, sour cream, and chile con queso.........$8.29
Substitute beef, chicken or combo fajitas.........$1.00

**FAJITA COBB SALAD**
Beef or chicken fajitas or a combination of both w/ crisp lettuce, cheese, bacon, avocado, olives and tomatoes.........$9.99

**GUACAMOLE DIP**
Bowl.........$7.99

## ENTRÉES

*Chips & Salsa are complimentary with each meal. Tortillas are served with each meal upon request.*

**1. FLAUTAS DE POLLO**
Three crispy corn tortillas filled with chicken and Monterrey Jack cheese, topped with guacamole and sour cream. Served with Spanish rice and refried beans.........$8.99

**2. SPECIAL DINNER**
Two beef, chicken or cheese enchiladas topped with chile con carne, and one beef taco with cheese. Served with Spanish rice, refried beans and guacamole salad.........$8.99

**3. REGULAR DINNER**
One cheese enchilada and one tamale both topped with chile con carne. Served with Spanish rice and refried beans.........$7.29

**4. TEXIAN'S DELIGHT**
One cheese enchilada topped with chile con carne, and one beef taco with cheese. Served with Spanish rice, refried beans and guacamole salad.........$8.29

**5. CRISPY DELIGHT**
One bean & cheese chalupa and two crispy beef tacos with guacamole salad.........$6.29

**6. JALAPEÑO CHICKEN ENCHILADAS**
Two enchiladas topped with mild jalapeno cream sauce and cheese. Served with Spanish rice and refried beans.........$7.99

**7. BURRITO DINNER**
Large flour tortilla filled with beef or chicken, cheese, refried beans and topped with chile con carne or chile con queso. Served with Spanish rice and refried beans.........$7.99  Add fajitas.........$1.00
Add sour cream or guacamole.........$1.00

**8. CARNE GUISADA PLATE**
Beef tips in a delicious sauce served with Spanish rice, refried beans and guacamole salad.........$7.99

**9. ENCHILADA PLATE**
Two beef, chicken or cheese enchiladas topped w/chile con carne or red sauce and cheese. Served with Spanish rice and refried beans.........$7.29

**10. CRISPY TACO PLATE**
Two crispy beef or chicken tacos with cheese served with Spanish rice, refried beans, guacamole salad, lettuce and tomatoes.........$6.99

**11. TAMALE DINNER**
Three tamales topped with chile con carne and cheese Served with Spanish rice and refried beans.........$7.99

**12. GREEN CHICKEN ENCHILADAS**
Two chicken enchiladas topped with green tomatillo sauce and sour cream. Served with Spanish rice and refried beans.........$7.99

**13. CHIMICHANGA PLATE**
Large flour tortilla rolled and filled w/your choice of beef or chicken, beans & cheese. Deep fried and topped with chile con carne or chile con queso. Served with Spanish rice and refried beans.........$8.99  Add Fajitas.........$.99
Add sour cream or guacamole.........$.99

**14. SUMMER SPECIAL**
2 beef or chicken crispy tacos topped with cheese, and one crispy tortilla topped w/chili con queso.........$6.99

**15. TEXIAN'S SPECIAL**
One cheese enchilada topped w/chile con carne, one beef taco with cheese, one chalupa, and guacamole salad. Served with Spanish rice and refried beans.........$10.29

**16. CHICKEN FRIED STEAK**
Breaded cutlet topped with gravy served with fries, salad and Texas toast.........$9.99

**17. CON MUCHO GUSTO**
2 crispy tacos with cheese, two beef, chicken or cheese enchiladas topped w/chile con carne. Served w/Spanish rice, refried beans and guacamole salad.........$10.99

**18. SPINACH ENCHILADAS**
2 Soft corn tortillas stuffed w/sauteed seasoned spinach mushrooms and onions, topped with a cream sauce and Monterrey Jack cheese. Served with white rice and Borracho beans.........$8.99

**19. CHILE RELLENO**
Poblano pepper stuffed with beef, dipped in a tempura batter, deep fried, topped with Ranchero sauce and Monterrey Jack cheese. Served with Spanish rice and refried beans.........$9.99

**20. CHEESEBURGER & FRIES**
Served with lettuce, tomatoes, onion and pickle.........$7.99

## CHICKEN

**21. POLLO AL CARBON**
Charbroiled boneless breast of chicken served with Spanish rice and refried beans.........$9.99

**22. SMOKED CHICKEN**
Half a smoked chicken with Margarita sauce served with white rice and Borracho beans.........$11.99

**23. POLLO MONTERREY**
Charbroiled, boneless, skinless breast of chicken topped w/ sliced tomatoes, avocado, and Monterrey Jack cheese. Served with Spanish rice and refried beans.........$11.99

**24. POLLO ENROLLADO**
Rolled chicken breast, lightly breaded with flour, sauteed, stuffed with Pico de Gallo, bacon, and Monterrey Jack cheese, topped with cilantro sauce. Served w/white rice and Borracho beans.........$12.99

## TEXIAN'S PASTA

**25. CAMARONES CON PESTO**
Jumbo shrimp with penne pasta tossed in a pesto cream sauce.........$12.99

**26. POLLO CON PESTO**
Chicken fajitas with penne pasta tossed in a pesto cream sauce.........$10.99

## FAJITAS & STEAKS

**27. FAJITAS AL CARBON**
Beef or Chicken fajitas served with Spanish rice, refried beans, guacamole, Pico de Gallo, sour cream, cheese and freshly made flour tortillas
For One ½ lb.........$10.99  For Two 1lb.........$18.99

**28. VEGETABLE FAJITAS**
Grilled seasoned vegetables served on a sizzling platter Served w/Spanish rice, refried beans, guacamole, cheese, Pico de Gallo, sour cream, and freshly-made tortillas.
For One.........$9.99  For Two.........$17.99

**29. STEAK SABANA**
Charbroiled skirt steak layered w/refried beans and Monterrey Jack cheese.........$11.99

**30. SIRLOIN STEAK**
12oz. Tender Sirloin steak.........$12.99

**31. STEAK RANCHERO**
12oz. Top sirloin steak charbroiled to your perfection, layered with Monterrey Jack Cheese and Ranchero sauce.........$13.99

**32. SIRLION STEAK & SHRIMP**
12 oz. Top sirloin steak charbroiled with three jumbo shrimp with Mexican sauce made w/ butter, Serrano peppers, onions, tomatoes and cilantro.........$15.99

## SEAFOOD

*Please allow 20-25 minutes to prepare*

**33. GRILLED SALMON**
Salmon fillet grilled and topped w/Texian's caper sauce served with Spanish rice and Borracho beans.........$12.99

**34. TEXIAN'S CAMARONES**
Charbroiled jumbo shrimp stuffed with jalapeno and wrapped in bacon w/ Monterrey Jack cheese served w/ cilantro sauce, white rice and Borracho beans.........$14.99

**35. CAMARONES AL CARBON**
Charbroiled shrimp marinated w/our special Texian's sauce served with Spanish rice and refried beans.........$13.99

**36. SHRIMP FAJITAS**
Charbroiled shrimp marinated in our own Texian's sauce served on a sizzling platter with Pico de Gallo, guacamole, sour cream, Spanish rice and refried beans.
For One.........$14.99  For Two.........$25.99

**37. PES AL CARBON**
Charbroiled fresh fish marinated in our Texian's sauce served with Spanish rice and refried beans.........$8.99

## TACOS

*All tacos served w/cheese, lettuce and tomato.*

**BEAN & CHEESE**
Half Order.....$4.99  Full Order.....$5.99

**BEEF**.........$1.99

**CHICKEN**.........$1.99

**CARNE GUISADA**.........$2.29

**FAJITA**.........$3.25
Beef or Chicken Fajitas served w/guacamole, Pico de Gallo and cheese.

## CHALUPAS

*Topped w/lettuce, tomato and guacamole.*

**BEAN & CHEESE**
Half Order.....$4.99  Full Order.....$5.99

**GROUND BEEF OR CHICKEN**
Half Order.....$4.99  Full Order.....$6.99

**BEEF OR CHICKEN FAJITA**
Half Order.....$5.99  Full Order.....$7.99

## BEVERAGES

**SOFT DRINKS, TEA & COFFEE**
With Free Refills.........$1.79

**MILK**.........$1.99

## DESSERTS

**FLAN**.........$3.29

**CHEESECAKE**.........$3.29

**SOPAPILLAS**
Four Pieces.........$3.99

**FRIED ICE CREAM**.........$5.99



# ZORRO'S BUFFET

*needs space for 80*

**RESERVED**

We are proud to present the following daily specials in addition to our regular menu. For a limited time only.

**Monday**
steak & shrimp day

**Tuesday**
international day

**Wednesday**
BBQ day

**Thursday**
fajita fiesta day

**Friday**
seafood day

**Sat & sun**
carving bonanza

**SIRLOIN STEAK:**
Weekdays @ dinner and all day on weekends

**SPECIAL KIDS MENU:**
Weekdays @ dinner and all day on weekends

**SAT, SUN & HOLIDAYS:**
Open @ 10:00 am

**SENIOR CITIZEN:**
Mon thru fri 2 to 5 pm
$5.99

Kids under 12 should be accompanied by adults at the buffet

Please use a clean plate with every trip to the buffet

# Women's Super Fitness

7018 Bandera Road, San Antonio TX 78238
(210) 684-2267 – (210)684-2367 (fax)

Club Hours:
Mon-Fri: 5:30am-9:00pm
Saturday: 8:00am-5:00pm

Kid Klub Hours
Mon-Fri: 8:00am-12:00pm
4:00pm-8:00pm

|  | Mon | Tues | Wed | Thur | Fri | Sat |
|---|---|---|---|---|---|---|
| 8:00am | Yoga/Pilates |  | Yoga/Pilates |  | Yoga/Pilates |  |
| 9:00am | Step Blast | Zumba™ | Step n' Sculpt | Zumba™ | Step Blast | The Big Mix |
| 10:00am |  |  |  |  |  |  |
| 10:30am |  |  |  |  |  | Yoga/Pilates |
|  |  | Sit & Flex | Low Impact | Sit & Flex |  |  |
| 5:00pm | Step n' Sculpt |  | Step n' Sculpt |  |  |  |
| 6:00pm | Yoga/Pilates | The Big Mix | Yoga/Pilates | Zumba™ | Kickboxing |  |
| 7:00pm | Zumba™ |  | Kickboxing | Step n' Sculpt |  |  |

**The Big Mix** – A class that offers you a great cardio class with the element of surprise and include step, Kickboxing, toning, weights, or bands
**Kickboxing** – High intensity class that uses punching, kicking, and blocking to increase endurance
**Low Impact** – Cardio aerobics at low impact with toning to sculpt and increase muscle endurance
**Yoga/Pilates** – A series of exercises that improves alignment, posture, and flexibility
**Sit & Flex** – A low intensity class for those with limited functional or cardio vascular capacity
**Step Blast** – A fun filled step cardio session with motivating steps and music
**Step n' Sculpt** – A awesome cardio filled step aerobics class combined with a weight training segment
**Zumba™** – Fuses Latin rhythms and easy to follow moves to create a dynamic workout