


**BANDERA**
**(210) 647-0131**
**JUNE**

View schedule online at www.goldsgym.com

# GGX Classes

**BODYFLOW®** - A revolution in mind/body training that will change the way you feel about your body. You'll stand straighter, feel stronger, become more flexible and more physically aware. BodyFlow is a combination of Yoga, Tai Chi and Pilates. Designed for all fitness level

**GGX CORE** - 20 minutes of various abdominal and back exercises to promote functional fitness.

**ZUMBA** - A fusion of Latin and International music. This hot, sexy, soulful workout is fun, easy and effective. Designed for everyone.

**SHORTATTACK**. High-energy interval training class combines athletic aerobic movements with strength and stabilization exercises. Dynamic instructors and powerful music motivate everyone towards their fitness goals - from the weekend athlete to the hard-core competitor.

**BODYJAM®** - An addictive fusion of the latest dance styles and hottest new sounds. This cardio class puts the emphasis as much on having fun as on breaking a sweat. Learn to move with attitude.

**BODYPUMP®** - The original barbell class that strengthens your entire body. Challenge all your major muscle groups by using the best weight-room exercises like squats, presses, lifts and curls. Great music, awesome instructors and your choice of weight inspire you to get the results you cam for – and fast!

**BODYCOMBAT®** - This fierce, energetic experience combines elements of various martial arts training such as karate, boxing, taekwondo, tai chi and muay thai. Driving music and role-model instructors help you strike, punch, kick and kata your way through calories to superior cardio fitness.

**BODYSTEP®** - An energizing step workout that makes you feel liberated and alive. Using a height-adjustable step and simple movements on, over and around the step you get huge motivation from sing-along music and approachable instructors. Cardio blocks push fat burning systems into high gear. Muscle conditioning tracks shape and tone your body.

**Kick Box** - An intermediate to advanced class designed to give you a safe, high energy workout incorporating punching, kicking, cardio work, footwork, and intervals.

**GGX AQUA** – A combination of deep and shallow water cardiovascular and resistance exercises designed to improve your cardiovascular system and muscle tone without the traditional wear and tear on your body.

## CLUB HOURS

| | |
|---|---|
| Mon- Thurs. | 5:00AM-12:00AM |
| Friday | 5:00AM-10:00PM |
| Sat. & Sun. | 8:00AM- 8:00PM |

### KIDS CLUB HOURS

| | |
|---|---|
| Mon. - Thurs. | 9:00 AM – 1:00 PM |
| | 5:00 PM – 9:00 PM |
| Friday | 9:00 AM – 1:00 PM |
| Saturday | 9:00 AM – 1:00 PM |
| Sunday | Closed |

**GGX Director:** Jessica Guzoski
E-mail: jguzoski@goldsgym.com

6418 Bandera

# GOLD'S GYM — JUNE — BANDERA

| TIME | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|---|
| 9:30AM | | | | | | KICK BOX<br>Mica | |
| 10:00AM | | | | | | | BODY JAM<br>Mica & Melissa |
| 5:30PM | BODY STEP<br>Lori | BODYPUMP<br>Mica | GGX CORE (5:20-5:40) Kristina | BODY FLOW<br>Mica | | | |
| 5:40PM | | | BODY STEP<br>Kristina | | GGX YOGA<br>Mica 6PM | | |
| 6:45PM | BODYPUMP<br>Vicki | BODYATTACK<br>Jenn | BODYPUMP<br>Kristina | BODY JAM<br>Melissa | | | |
| 7:45PM | | ZUMBA<br>Christalene | | | | | |
| 8:00PM | BODY COMBAT<br>Le | | BODY COMBAT<br>Le | | | | |

## GGX AQUATICS

| TIME | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 9:00 AM | GGX AQUA<br>Crystal | GGX AQUA<br>Jonette | GGX AQUA<br>Jonette | GGX AQUA<br>Veronica | GGX AQUA<br>Lori (45Min) | |
| 9:30 AM | GGX AQUA<br>Sharon | WATER VOLLEYBALL<br>Rose (6:15pm) | GGX AQUA<br>Sharon | | | GGX AQUA<br>Sharon |
| 6:30 PM | | | | | | |

**NEW!!! YOGA ON FRIDAYS 6PM WITH MICA**

Pool Reserved For Class During Scheduled Times

"OUR GOAL IS TO MAKE PEOPLE FEEL SPECIAL. HAVE FUN AND GET FIT TOGETHER"

# Happy Faces Daycare

## A Unique Learning Experience



### Child Development Center
### Pre-school • Drop-In

**Quality Daycare At Affordable Prices**
No Registration Fee • ~~No~~ Supply Fee

## Now Open!

- Family Owned
- Convenient Hours
- Great Location
- Low Child / Staff Ratio
- Bilingual Classes
- Computer Center

**For Information Call: (210) 522-1555**

5409 Hurley Drive • San Antonio, Texas 78238
(Behind Luby's Cafeteria on Bandera Rd.)

- Bring this flyer, and save 10% off the first month's tuition with enrollment.



# BIRTHDAY PARTIES

## 2 Great packages to choose from

Both packages are action packed and lots of fun. Both parties are met by an enthusiastic party attendant who stays with the party the entire one hour and 50 minutes.

### The P.A. does everything
from helping get the shoes, selecting the balls, guiding the line up, coaching and of course, keeping everyone safe. They even cut the cake and help with the presents.

### We provide
the invitations, paper goods, framed certificate of love to the child from the parents, bowling pin with birthday child's name on it, food and drinks.

### All you bring
is the kids, the cake and the gifts.

### That's a Premium Party
### NOW
How about the Premium with a new custom fitted bowling ball and bag.

### Prices
The Premium Party is for up to 10 guests and is only $129.95 plus tax.
The Bowling Ball and Bag Premium Party is for up to 10 guests and is only $189.95 plus tax. (Additional guest s for either party is only $9.50 per person.)

### Deposits
The premium party requires a $35.00 non refundable deposit at the time of booking. The bowling ball and bag premium party requires a $60.00 deposit and at the time of the deposit, you will receive a certificate to get the custom fitted bowling ball drilled in our Pro Shop prior to the party.

Party times: 1PM, 3PM or 5PM on Saturday.

Party times: 11AM, 1PM, 3PM or 5PM on Sunday.

## A child's smile is a priceless gift!

6700 Huebner Rd., San Antonio, TX     www.banderasuperbowl.com     (210)523-1716
Revised 5-22-09

