```
 1
 2                                              COPY
 3
 4
 5
 6
 7
 8
 9
10
11              EXCERPTS FROM THE
12                LEON VALLEY
13   ZONING AND LAND USE COMMISSION MEETING
14                    OF
15            FEBRUARY 26, 2008
16
17
18
19
20
21
22
23
24
25
```

EDDIE MORRIS - COURT REPORTERS, INC.
92 Trailcrest, San Antonio, Texas  78232
Telephone (210) 698-2727   Telecopier (210) 698-5556


EXHIBIT B

```
 1                    EXCERPT NUMBER 1
 2          CHAIRMAN GUERRA:  Let me call to order the
 3  meeting of the Zoning and Land Use Commission for the
 4  City of Leon Valley.  Our first item on the agenda is
 5  the polling for attendance.
 6          UNIDENTIFIED FEMALE:  Mr. Chairman.  Chair
 7  Claude Guerra?
 8          CHAIRMAN GUERRA:  Here.
 9          UNIDENTIFIED FEMALE:  Vice chairman Dick Persyn
10  has an excused absence this evening.  Vice chair Wendy
11  Phelps?
12          MS. PHELPS:  Here.
13          UNIDENTIFIED FEMALE:  Renee Baird?
14          MS. BAIRD:  Here.
15          UNIDENTIFIED FEMALE:  Rich Braune?
16          MR. BRAUNE:  Here.
17          UNIDENTIFIED FEMALE:  Olen Yarnell?
18          MR. YARNELL:  Here.
19          UNIDENTIFIED FEMALE:  Sharon Hendricks?
20          MS. HENDRICKS:  Here.
21          UNIDENTIFIED FEMALE:  Pedro Esquivel?  I'm
22  sorry.
23          CHAIRMAN GUERRA:  He called and he's out of
24  town.
25          UNIDENTIFIED FEMALE:  He has an excused
```

```
 1  absence.
 2          CHAIRMAN GUERRA:  Uh-huh.
 3          UNIDENTIFIED FEMALE:  Hal Burnside?
 4          MR. BURNSIDE:  Here.
 5          UNIDENTIFIED FEMALE:  Paul Biever?
 6          MR. BIEVER:  Present.
 7          UNIDENTIFIED FEMALE:  Sir, we have two members
 8  missing.  Everyone else is here.
 9          CHAIRMAN GUERRA:  All right.  Thank you.  The
10  next item is the approval of the minutes for January
11  the 22nd, 2008.  You should have received them in your
12  packets.  Is there anyone who has any additions or
13  corrections to the minutes?
14          UNIDENTIFIED MALE:  I have two items, Your
15  Honor.
16          CHAIRMAN GUERRA:  All right.
17          UNIDENTIFIED MALE:  Page 2, under Patrick
18  Christensen.  About halfway down where it says "the
19  church has been non-conforming until recently"; is that
20  correct or have they been conforming until recently?
21          UNIDENTIFIED MALE:  Probably be conforming.
22          UNIDENTIFIED MALE:  Right.  Because they were
23  in a --
24          UNIDENTIFIED FEMALE:  They were conforming
25  until --
```

```
 1            UNIDENTIFIED MALE:  Until recently.
 2            CHAIRMAN GUERRA:  Right.
 3            UNIDENTIFIED MALE:  So, the non is --
 4            UNIDENTIFIED FEMALE:  -- they came in
 5   non-compliance.
 6            CHAIRMAN GUERRA:  Right.
 7            UNIDENTIFIED FEMALE:  Yes, sir, we'll need to
 8   change that to conforming.
 9            CHAIRMAN GUERRA:  Okay.
10            UNIDENTIFIED MALE:  Okay.  On page 4,
11   "Commissioner Biever noted that he had explained he had
12   worked."  The first "noted that he had" maybe needs to
13   be struck.
14            UNIDENTIFIED FEMALE:  Yes, sir, we'll make that
15   correction.
16            UNIDENTIFIED MALE:  "Mr. Biever explained that
17   he had worked with" would be the correct.  Okay.  And
18   tree preservation, the last paragraph, the last
19   sentence.  "The commission agreed that trees could be
20   cut on property without a permit as long as two trees
21   remain, minimum, was met and the property was not clear
22   cut of a large number of trees."  Is that really what
23   we decided?  I thought we had to have some more trees
24   than two.
25            UNIDENTIFIED FEMALE:  No, I think it's just
```

```
 1  two.
 2          CHAIRMAN GUERRA:  No, I know we -- we agreed
 3  that that's the bear minimum, but that -- and I
 4  think -- when I first read it, I had the same thought
 5  that maybe it was a little ambiguous and I wish -- I
 6  wish Christi were here so that she could, you know, go
 7  over some of our discussion; but I thought we were a
 8  little more specific about what we did to amend the
 9  tree ordinance and the intent was to not allow clear
10  cut, you know.
11          UNIDENTIFIED MALE:  Okay.  Do we have a
12  definition of what clear cutting is?  I mean, I have
13  the land and you're coming out to tell me I'm clear
14  cutting and I say I'm not.  So, what do we do?
15          CHAIRMAN GUERRA:  Yeah.  Right.
16          UNIDENTIFIED FEMALE:  We had a definition that
17  it meant cutting everything.  Everything down.
18          CHAIRMAN GUERRA:  Yeah, but there is some -- in
19  my mind, some ambiguity to that last -- to that
20  sentence that you read and I -- it doesn't -- the way
21  it's stated doesn't -- to me doesn't come across as how
22  we -- how we had our discussion.
23          UNIDENTIFIED MALE:  Right.
24          CHAIRMAN GUERRA:  So, maybe if you could listen
25  to the minutes of that meeting and listen to our
```

1  discussion, you might be able to clarify that.
2           UNIDENTIFIED FEMALE:  Okay.  And if you see
3  down on your agenda the items that have been approved
4  by City Council and some of the issues that you just
5  alluded to were handled in the City Council meeting.
6  So, they did look at that definition and came back with
7  -- with one that was appropriate.  So, what I would
8  like to do is to bring before the commissioners maybe
9  at the next meeting, you know, the results of that
10 ordinance and how that was tweaked in order to meet the
11 need; but I think it handles all those problems.  The
12 ambiguity in that sentence can be changed to clear it
13 up --
14          CHAIRMAN GUERRA:  Okay.
15          UNIDENTIFIED FEMALE:  -- but I think it's very
16 clear in the ordinance.  Rather than belabor it here --
17          CHAIRMAN GUERRA:  Sure.
18          UNIDENTIFIED FEMALE:  -- what I'd like to do --
19 it's already been approved by City Council.
20          CHAIRMAN GUERRA:  Right.
21          UNIDENTIFIED FEMALE:  So, what we'd want to do
22 is just bring it back to review it for you.
23          CHAIRMAN GUERRA:  Okay.
24          UNIDENTIFIED MALE:  That's all I have, sir.
25          CHAIRMAN GUERRA:  All right.  Does anybody else

1  have any additions or changes?  Do I hear a motion?
2          UNIDENTIFIED MALE:  Make a motion to approve
3  the minutes as corrected.
4          UNIDENTIFIED MALE:  Second.
5          CHAIRMAN GUERRA:  The motion and second is for
6  approval of the minutes of January 22nd, 2008.  All
7  those in favor say aye.
8          (In unison aye.)
9          CHAIRMAN GUERRA:  Opposed?  Motion passes.
10 Item number 3, which is introduction of our development
11 services director.  Of course we've been speaking with
12 her.  I don't know if everybody has had the chance to
13 meet Amy.  I knew Amy before she came here because in
14 her capacity at the City of Schertz I worked with her
15 when I was with the Alamo Area Council of Governments.
16 She comes well qualified for the position she's taken
17 and I'm looking forward to all the help she can give
18 the City of Leon Valley.  So, with that, I'll turn it
19 over to Amy and have you make comments and --
20         MS. MADISON:  Well, I'm really excited to be at
21 the City of Leon Valley.  Obviously, you all have had a
22 wonderful history and certainly have a great future.
23 I've been working as -- we'll get into more of the
24 staffing issue later; but my title is the development
25 services director and in that regard I handle oversight

1  of the planning department, which includes inspections
2  and animal control and court enforcement, of course, as
3  well as the economic development side of things as the
4  City defines that, which includes like your convention
5  and visitor bureau which oversees the community
6  facilities.  The community center as well as the
7  conference center.  And in addition to that economic
8  development and of course that's a real major focus.
9  Your council has identified it as their number one item
10 in their strategic plan and given the siege that we're
11 enduring with all the TxDOT improvements, we have a lot
12 of work to do and certainly I'm glad to be here and on
13 behalf of the staff we are very pleased to have such
14 wonderful folks and your commission is spoken very
15 highly of.  Our staff has really enjoyed working with
16 you and I know I will as well and I actually wasn't
17 planning for this to be my first meeting to run.  I was
18 actually going to watch and see how the experts
19 actually handle it and Christi's two children are ill
20 this evening and I sent her home today and said you
21 need to go take care of them and we'll handle this
22 ship.  I'm sure it won't sink with Claude here.  So --
23 so, anyway, I'm looking forward to working with all of
24 you.  If you ever have a question or need to talk to me
25 I can be reached at the Kinman House.  My number there

1  is 521-2007, extension 3.  That's 521-2007, extension
2  3.  And my cell phone, please don't hesitate to call
3  that as well and that is 831-5420.  So, should you have
4  any questions or just want to chitchat or have an idea
5  that you want to see coming forward in the city, please
6  give me a call.  I certainly do want to commend my
7  staff.  They're doing a fine job and Christi has just
8  been enormously helpful in getting me on board and at
9  the same time transitioning herself and she's really
10 blooming.  She's doing a great job for your city.
11 Thank you.
12          CHAIRMAN GUERRA:  Thank you, Amy.
13          UNIDENTIFIED MALE:  Welcome aboard.
14          MS. MADISON:  Thank you.
15          CHAIRMAN GUERRA:  Lanny.
16          MR. LAMBERT:  Well, I'd like to point out
17 something.  I did the background check on Amy when we
18 hired her.  I've been seeing Amy for 30 years.  I've
19 probably hired (inaudible) and I got the best
20 recommendation on her that I've ever gotten on any
21 employee I've ever hired.
22          UNIDENTIFIED MALE:  Wow.
23          MR. LAMBERT:  I called the city manager of
24 Schertz, a good friend of mine, to ask him about Amy
25 and he told me that everything positive that had

```
 1   happened in Schertz has happened because of her, for
 2   the last five years; and I thought that was the best
 3   recommendation I had ever received.  I don't know if
 4   you know that or not, but I wanted the board to know
 5   that she comes highly --
 6            MS. MADISON:  (Inaudible).
 7            MR. LAMBERT:  -- she comes highly recommended.
 8   Now, whether she can fulfill that recommendation, I
 9   have no idea.
10            MS. MADISON:  He's just glad to see me gone out
11   of the City of Schertz.
12            MR. LAMBERT:  That's another issue.
13            CHAIRMAN GUERRA:  Thank you, Lanny.  That's
14   great.  Our next item is item 4, which is the continued
15   discussions of zoning case 08-380, which was postponed
16   from January the 22nd.  A request by Patrick
17   Christensen, agent for the applicant, Goldstar Trust
18   Company, to rezone approximately 3.803 acres of land
19   from B-2, retail, to B-3 commercial at 6401 Bandera
20   Road.  Staff.
21            MS. MADISON:  Okay.  I think I'm going to get
22   this thing right.  This evening we are looking at
23   zoning case number 08-380.  This is a request and
24   location.  The request is made by Patrick Christensen.
25   He is an agent for Goldstar Trust Company, obviously.
```