1  then it just opens the door for everything else to come
2  in there that's on the B-3 list. I do not know all of
3  the things that are on the B-2 list. What -- you know,
4  what are some of the things that can go there. Oh,
5  very good.
6      MS. MADISON: A bunch.
7      MS. BUCHANAN: A bunch, yes; but it's not as
8  bad as it could be. Well, there are lots of things
9  that we don't want to go in there that the B-3
10 classification would allow. So, I implore you to let
11 the church go in on a B-2, but keep it -- don't make it
12 commercial, please. All of my neighbors -- there's
13 quite a few of them here -- feel the same way or they
14 wouldn't have signed that paper. I had better than 32
15 or 34 signatures on that and they were not within the
16 200. I know that. But I walked to every home to get
17 those signatures and they were all willing to sign
18 their name to it for reasons of one thing or another.
19 They're not here tonight to speak, but I ask you to
20 please keep it a B-2. That's all.
21     CHAIRMAN GUERRA: Thank you, ma'am. Would
22 anyone else care to speak? Yes, ma'am.
23     BOARD MEMBER: I am Mary Frances Uptain. I
24 live at 6101 Sawyer Road in Leon Valley. I'm going to
25 turn this because we've all been directly to you all,

```
 1  ignoring the group.  I live in the oldest residentials
 2  on the oldest first residential street in all of Leon
 3  Valley.  Heaven help what has happened to my street.  I
 4  had to idea what we were getting into.  I was being
 5  told that this would be a B-3 and open up to all of the
 6  B-3 things that could happen; but I'm supposed to be an
 7  economist from St. Mary's University.  Second or first
 8  or something like that, woman ever to get a master's
 9  with all sorts of little things, you know; and I'm
10  supposed to know what I talk about, but I'm retired so
11  nobody pays any attention to you when you're old and
12  you're retired.  But I can tell you people this much.
13  We are a land-locked community.  We have 40, 50, 70
14  churches in Leon Valley and if you do a survey, you'll
15  find out that there's 10 people here and there's 14
16  people over there and there's 11 over there.  Now, I
17  live adjacent to a Buddhist community and sometimes we
18  have 90 to 100 priests -- they're monks -- there and
19  sometimes we have 300 people because of parties and
20  birthday s.  I love my Buddhist neighbors.  They feed
21  me if I'm not hungry.  They give me water when I'm not
22  thirsty.  They are the most wonderful neighbors I could
23  have.  So, I'm not knocking these churches.  I'm saying
24  we are a land-locked community, we are limited in space
25  and we are being devoured by churches, Northside School
```

1  District and non-tax paying entities.  Churches -- and
2  most people do not realize this.  Aside from not paying
3  taxes on the property, they don't pay taxes on
4  anything.  Anything.  Lawn mowers, whatever.  So, they
5  do not contribute greatly to our community.  They do
6  not contribute to our community in that very few people
7  who attend these churches I find even live here.  And I
8  am very, very weary of supporting other people's
9  religion with my taxes and I think that if we
10 God-fearing people can't find a church that exists, we
11 simply must get a control on the use of our land.  That
12 is not to say open it up where you have to -- you know,
13 whatever; but we must get control of our land use and
14 just because seven or 10 or 20 people want to put in a
15 church with no idea who's paying the taxes to support
16 the police and fire department of those facilities.  We
17 are.  The people that live here.  They're paying the
18 taxes.  Now, this church is coming from somewhere.  Why
19 can they not stay where they are.  If they have
20 outgrown their facility, enlarge it.  If they like us
21 because the church that's over there by the post
22 office, I said to them when I was taking pictures on
23 the day they were establishing, I said, "Why did you
24 come here"; and they said because you have Huebner Road
25 from Interstate 10 and you've got 410 and Bandera Road

1  and we're going to get them all coming both ways.  You
2  go there and if you find 15 people, they must be having
3  free food.  So, I mean, let's look at this
4  realistically.  We, the consumers, the taxpayers of
5  Leon Valley, are hard bent to keep this up and there's
6  no end to churches.  I have yet to see a church in Leon
7  Valley come to my house and say you are a widow, is
8  there anything we can do to help you.  I'm not saying
9  that about the Buddhist, though, because they do.  I
10 get a call in the morning, "Check your gate, I have
11 something for you"; and there'll be croissants and
12 cheese and hams and food because they want to give me a
13 token because they appreciate me.  I'm here.  They know
14 me.  I have yet to see the church people come down the
15 street and say, "Would you please come to my church, we
16 want to help you.  We want to do something."  A
17 politician.  Now, the Jehovah Witnesses come, but they
18 don't live in Leon Valley.  The church people in Leon
19 Valley don't go to church in Leon Valley.  I'm
20 suggesting that Leon Valley get realistic and look to
21 the dollars and cents of it.  Now, we've already got
22 the Onion property.  We took that off the taxes.
23 Northside School District is gobbling us up.  We can't
24 touch that.  If y'all have nothing to do, drive down
25 Grissom Road real just slow and see how much we've lost

1  to Northside. I thank you for your time. I could talk
2  all night about this. This is a real passion to me.
3  It really is. Because I see this community starving
4  for lack of property taxes because we're so interested.
5  Now, you find me a church that's willing to say, "Okay,
6  we'll pay the property taxes on this as though it were
7  a commercial property." They don't do it.
8         CHAIRMAN GUERRA: Thank you, ma'am.
9         BOARD MEMBER: Thank you.
10        CHAIRMAN GUERRA: Is there anyone else who did
11 not sign up and wishes to speak? No one else? Is
12 there anyone on the commission who has a question of
13 the proponent? If not, I will --
14        UNIDENTIFIED MALE: I have a question about the
15 owner of the property. It's Goldstar Trust; is that
16 correct?
17        CHAIRMAN GUERRA: Mr. Christensen.
18        MR. CHRISTENSEN: Excuse me.
19        UNIDENTIFIED MALE: The owner of the property
20 is Goldstar Trust?
21        MR. CHRISTENSEN: Yes, sir, that is correct.
22        UNIDENTIFIED MALE: Okay. Who is Holman Bank?
23 Or excuse me. Happy State Bank.
24        MR. CHRISTENSEN: Where are you seeing that,
25 sir?

| | |
|---|---|
| 1 | UNIDENTIFIED MALE: On the BCAD page. At the |
| 2 | bottom it says the deed date, foreclosure, has Church |
| 3 | of the Rock and it has a grantee, Happy State Bank. |
| 4 | This is on the BCAD web page. |
| 5 | MR. CHRISTENSEN: Is that -- that was on the |
| 6 | Bexar Appraisal District records for the property? I'm |
| 7 | not sure what document you're -- |
| 8 | UNIDENTIFIED MALE: Are they out of the picture |
| 9 | now or are they in the middle of the picture? |
| 10 | MR. CHRISTENSEN: Yeah, that might have been -- |
| 11 | you know, Goldstar might have been holding the trust |
| 12 | for Happy State Bank that foreclosed -- you know, I |
| 13 | don't know exact history of the financial transaction. |
| 14 | There was a church there that was foreclosed upon. |
| 15 | They may have had a note under a deed of trust with |
| 16 | Goldstar to Happy State Bank. I'm not sure. |
| 17 | UNIDENTIFIED MALE: I pulled this up off the |
| 18 | web. |
| 19 | MR. CHRISTENSEN: Oh, okay. |
| 20 | CHAIRMAN GUERRA: Thank you. |
| 21 | MR. CHRISTENSEN: Goldstar Trust is the trust. |
| 22 | They hired me to get on the property. Otherwise they |
| 23 | wouldn't be paying for me to come down here. Thanks. |
| 24 | UNIDENTIFIED MALE: That's all. |
| 25 | CHAIRMAN GUERRA: If there are no other |

1  questions, I will close the public hearing.
2  Discussion, comments?
3              UNIDENTIFIED FEMALE:  It's only been recently
4  that we, ourselves, talked about the fact that we have
5  the churches, Northside, all this non-tax paying and
6  that we are reaching any kind of an economic crisis
7  here and for that reason we -- for that reason we
8  disallowed the -- the churches anywhere except B-3.
9  So -- because they were every -- every little strip
10 center everywhere was having a church plus we had a --
11 and it's very hard to deny somebody coming in who's
12 buying property and trying to build a church, just as
13 we can't deny Northside.  All the -- all the things
14 that were brought up here we had discussed before we
15 made that change and I personally feel that those
16 arguments -- we have nothing against churches; but it
17 is the zone -- I mean, which, you know, it's not ours
18 to discuss anyway, it's about zoning; and if we are
19 going -- I mean, if we -- I feel very strongly that if
20 we change this to commercial, this little strip, we are
21 just, you know, opening up the flood gates.  Every
22 church that's going to want to come in anywhere is
23 going to come before us and say change this; and,
24 again, most of these uses we -- we don't want there.  I
25 would wish the best of luck to this church group trying

```
 1  to find a place suitable for their congregation; but I
 2  personally do not -- I think that this is not in the
 3  best interest of the whole city.  Certainly not in the
 4  best interest of the business community.
 5              CHAIRMAN GUERRA:  Thank you.  Anyone else.
 6              UNIDENTIFIED MALE:  I have a question for the
 7  attorney -- city attorney.
 8              CHAIRMAN GUERRA:  Go ahead.
 9              UNIDENTIFIED MALE:  What -- put on your crystal
10  ball for a second.  If we change this and allow this to
11  happen, what can be the consequences for the City
12  changing it back to B-3 in the future when somebody
13  else comes in and wants to do the same thing?  Will we
14  have a leg to stand on?
15              MR. ONION:  I'm sorry.  I don't understand.
16              UNIDENTIFIED MALE:  If we change it to B-3 --
17              MR. ONION:  Back to B-3 when it's never been
18  B-3.
19              UNIDENTIFIED MALE:  No, B-2.
20              UNIDENTIFIED MALE:  B-2.
21              UNIDENTIFIED MALE:  Okay.  B-2.  It's in B-2
22  zoning now; right?
23              MR. ONION:  Correct.
24              UNIDENTIFIED MALE:  Okay.  And we're asking for
25  a church in B-3?
```

```
 1              UNIDENTIFIED FEMALE:  No, in commercial.
 2              UNIDENTIFIED MALE:  That changed the zoning.
 3              UNIDENTIFIED MALE:  It changed the zoning to
 4   B-3.
 5              UNIDENTIFIED MALE:  To B-3.  Right.  Okay.  If
 6   we did this -- excuse me.  I got you confused.  If we
 7   did this and somebody else come in and wanted to do the
 8   same thing, we're going against our master plan if we
 9   made that decision in favor of the church; right?
10              MR. ONION:  That's correct.
11              UNIDENTIFIED MALE:  And what leg would we have
12   to stand on in the future if somebody else came down
13   and wanted to do the same thing?
14              MR. ONION:  It would obviously be some sort of
15   precedent.  You wouldn't be bound by it, but if there
16   was ever a lawsuit, you know, that would be brought up
17   that the city said one thing in this area, then they
18   changed when another applicant comes in and then your
19   basis for it would be subject to review by the court as
20   to whether or not you were consistent throughout with
21   your master plan.  You don't have to follow your master
22   plan, as you well know.  It's only a mere
23   recommendation, but as it's been pointed out before by
24   Ms. Baird, that all these issues were thought about
25   when y'all came up with the master plan and reviewed.
```

```
 1          UNIDENTIFIED MALE:  So, what happens to the
 2  master plan then?  Are we sort of skewing it a little
 3  bit or are we just saying this is different from the
 4  master plan and we're going to go with this.
 5          MR. ONION:  You have the ability to recommend
 6  to the City Council to change -- to make a change; but
 7  it would be against the master plan.  Yeah, like I
 8  said, the master plan --
 9          UNIDENTIFIED FEMALE:  Is a guide.
10          MR. ONION:  -- suggested and it's the proposed
11  growth for the city.  However, it's not set in stone.
12  If it was, there wouldn't be any reason for this
13  commission.
14          UNIDENTIFIED MALE:  Okay.  Thank you, sir.
15          CHAIRMAN GUERRA:  Any other comments?
16          UNIDENTIFIED MALE:  The only comment I have is
17  that -- I have several, but one is I think I have to
18  agree with Ms. Baird that, you know, we worked very
19  long and very hard and took in -- a lot of things into
20  consideration when we made some of the recommendations
21  about the zoning changes and we didn't do this lightly;
22  and I think based on that my feeling is that we have to
23  stick with the current zoning.  That's my reaction.  On
24  the flip side of it, though, I also see a precedent has
25  been set for the use of that property and in some ways
```