1  council.  The first issue was the lack of council
2  support for your Seneca III zoning case.  The second
3  issue was staffing concerns regarding staffing of the
4  development services department.  And the third issue
5  was code enforcement and the fact that our city is
6  aging and that we must aggressively -- we must
7  aggressively pursue code enforcements.  And really the
8  last two are under my responsibility as city manager
9  and I wanted to address those two concerns with you and
10 tell you what we're doing and apologize to you.  We've
11 made a lot of changes and we've not told you about it.
12 And I apologize for that.  I do not spend time with
13 you, I go where I have problems.  So I don't -- I don't
14 come to the zoning board meetings and I apologize for
15 that.  I'll try to do better in the future.  But I'm
16 here tonight to tell you what we're doing and why,
17 answer questions and at least -- you don't have to
18 agree with us, but you need to know why we're doing
19 this and in what direction.  As pointed out tonight,
20 our overall concern as city manger is financial.  We
21 have lost $100,000.00 a year every year in our revenues
22 from sales tax for the last five years.  So this year
23 we are $500,000.00 a year revenue down from what we
24 were in 2003 and 2002.  So every decision we make,
25 every issue we address, every fire truck we buy, we

1  address financially.  Can we afford it?  Where are we
2  going to get the money and how are we going to pay for
3  it?  And that also affects our staffing issues.  I've
4  been here a little over a year, one year and two
5  months, and I don't believe -- I'm going off the top my
6  head, we have not added any staff anywhere in any
7  department in the city that I can think of.  In fact,
8  we've probably cut a few as you are aware of throughout
9  the city, but it's just simply our -- as pointed out by
10 others, economic development is our major concern and
11 that's why we hired Amy.  We believe that our only
12 future success as a city is to succeed in economic
13 development.  Put a lot of pressure on you, don't I?
14 We've got to do something --
15         AMY:   About $40,000.00 worth of pressure, thank
16 you.
17         MR. LAMBERT:  We've got to do something about
18 Albertson's.  We've lost Furrs -- Luby's, not Furr's --
19 Luby's, we lost Rancho Tejano two weeks ago.  The Dent
20 & Scratch appliance store closed down a month ago.
21 It's a crisis and we're very very worried about it.
22 Most decisions we make are economic that probably is
23 not always -- should be the case, but unfortunately
24 that's our parameters.  What I've given you is our 2007
25 organizational chart and a 2008 organizational chart.

```
 1   In 2007 we had five full time positions between two
 2   departm3ents, economic development and development
 3   services, and three part-time positions.  When Amy
 4   became available, Amy ran the economic development and
 5   the development services department for the City of
 6   Schertz.  The City of Universal City has combined those
 7   two departments into one.  We thought this is a perfect
 8   opportunity to combine the director of economic
 9   development with the director of community development
10   because one department regulates and the other
11   department recruits.  Why not put them together in one
12   operation function and then there's not as much
13   conflict between regulations and -- and recruit.  We
14   thought that was a good idea philosophically.  And Amy
15   has the training and the background to perform that
16   function and number 2, we had to pay her a better
17   salary to get someone of her caliber and qualifications
18   into this city.  And we could do that if we combine the
19   director of economic development with the director of
20   community development.  That's why we did that.  In the
21   meantime, we took Christy from a part time position,
22   doubled her salary, in fact, over doubled her salary
23   and made her a full time position.  Because of her
24   skill and her expertise we've made her a director of --
25   assistant director of development services.  Is that
```

EDDIE MORRIS - COURT REPORTERS, INC.
92 Trailcrest, San Antonio, Texas  78232
Telephone (210) 698-2727  Telecopier (210) 698-5556

```
 1  what your calling her, Amy?
 2         AMY:  Yes, sir.
 3         MR. LAMBERT:  And we're going to put her under
 4  Amy, put her over the development services department.
 5  And she's the assistant director.  Now, since I've been
 6  here one year and two months, as far as -- as long as
 7  I've been here we never had to have a code enforcement
 8  officer.  He was here a month when I got here and he
 9  went into the hospital with heart surgery.  And he'd
10  already gone to a part time position because we lost
11  that Aycock grant that we had.  Remember, we had the
12  two year grant from Aycock to fund a full time code
13  enforcement officer, Tom and he -- he had heart
14  surgery.  And so I've never had a code enforcement
15  officer as long as I've been here.  I think you've all
16  had that luxury.  I've never had that luxury.  And when
17  he had already gone to part time and then he went in
18  for heart surgery and then he retired.  So we took his
19  part-time position and combined that with our animal
20  control officer.  And I tell you right now that the
21  Mayor had committed to me that if that does not work,
22  we will re-examine it.  But what our thought was, let's
23  combine those two positions into one because animal
24  control is out all day, everyday.  She sees everything.
25  And number 2, let's do what other cities have done.  A
```

```
 1  lot of cities have done this volunteer code enforcement
 2  campaign.  And we have -- and Melinda put it together.
 3  She came up with a neat name for it.  I forgot what the
 4  name was.
 5          MELINDA:  NOW.
 6          MR. LAMBERT:  What?
 7          MELINDA:  NOW.
 8          MR. LAMBERT:  NOW.  Neighborhood -- Neighbors
 9  On Watch.
10          MELINDA:  Neighbors On Watch.
11          MR. LAMBERT:  And -- and they're beginning to
12  train volunteers to perform code enforcement in their
13  neighborhood.  I call it the -- I call it the Gladys
14  Kravitz patrol.  But -- y'all remember Gladys Kravitz
15  from --
16          BOARD MEMBER:  Yes.
17          MR. LAMBERT:  -- from Bewitched?
18          BOARD MEMBER:  Bewitched.
19          MR. LAMBERT:  But anyway, they're supposed to
20  see things -- that's the -- that's the moniker I gave
21  it.  It does not have any official authority.  They're
22  to see things -- if that does not work, the Mayor has
23  committed to us that she will support adding back a
24  code enforcement officer.  But we've not had a full
25  time code enforcement officer that the City paid for in
```

1  years.  So that's not anything that I changed.  Yes.
2         MELINDA:  I was going to say we have four
3  people who have been trained in our volunteer
4  (inaudible).
5         MR. LAMBERT:  Four so far.  And we'd like to
6  get ten.  We'd like to have one from every
7  neighborhood.  But we'll see if that works.  We've
8  bought t-shirts and hats and magnetics for their cars.
9  Did you buy magnetic signs for their cars?
10        MELINDA:  I have not heard of that.
11        BOARD MEMBER:  Did not.
12        MR. LAMBERT:  So those are the changes that
13 have been made and -- and I will commit to you that if
14 it doesn't work, we'll re-examine it.  We did it to
15 save money.  If you'll notice, the new configuration
16 saves up about $18,000.00 a year from last year.  But
17 we've gone from five full time and three part time to
18 five full time and one part time.  So we've lost
19 Melinda's position, I guess, although we've combined it
20 with Amy's.  And we've lost Tom.  And we'll see if it
21 works, but I wanted you to be aware of that.  You can
22 see the dollar amount in 2006, the combined budget for
23 those two department was $192,079.96.  In 2007 it was
24 $216,283.14.  And in 2008 it's $196,620.00.  And we did
25 that simply and solely to save money.  So if it doesn't

```
 1  work, you need to tell us that it doesn't work, but
 2  we're going to try.  And we believe that we've not lost
 3  any talent, although I love Melinda, she was wonderful.
 4  I don't think we've lost any talent by recruiting Amy.
 5  So we'll keep our fingers crossed.
 6                    EXCERPT NUMBER 3
 7         BOARD MEMBER:  I wanted to ask a question of
 8  Mr. Onion.  Were we teetering on discriminating of
 9  churches up here?
10         MR. ONION:  No.
11         BOARD MEMBER:  No?  Okay.
12         MR. ONION:  No.  Now if you -- if you in --
13         BOARD MEMBER:  Because I know we kept
14  referencing the churches, you know, when we were
15  talking of stuff up here.  And that's why I told
16  Claude, "No, it's not just churches, it's" --
17         MR. ONION:  Assemblies.
18         BOARD MEMBER:  Right.
19         BOARD MEMBER:  I think the staff changed that
20  to protect us legally because we talked about churches.
21         BOARD MEMBER:  Yeah.
22         BOARD MEMBER:  I mean, because --
23         MR. ONION:  That's what started the discussion
24  initially.
25         BOARD MEMBER:  Yeah, that's what prompted the
```

1  whole thing because we've had so many.  And again --
2  and Northside, they can walk in and build where ever
3  they want to build and that's that -- and if they can
4  get the property.  And -- and again, we've got so many
5  big old blocks of land that we make nothing off of.
6           BOARD MEMBER:  Well, I know there is C3 on the
7  -- Bandera, some by my house.  So -- I mean, I know the
8  master plan isn't -- it's just a guide, you know.  I
9  also -- I don't see that being commercial there at that
10 church.  But I mean, it's -- it's a church.  I don't
11 know what it looks like inside.
12          UNIDENTIFIED MALE:  When you say C3, you mean
13 B3?
14          BOARD MEMBER:  B3, yeah.  There's commercial --
15          BOARD MEMBER:  But I don't think --  yeah,
16 but --
17          UNIDENTIFIED MALE:  You said C3.
18          BOARD MEMBER:  -- but the only problem is if
19 that -- if we did that then -- and they don't make it,
20 which I think -- you know --
21          BOARD MEMBER:  Oh, I know.
22          BOARD MEMBER:  (Inaudible.)
23          BOARD MEMBER:  I think they would have done
24 something with the SUP.
25          MR. ONION:  Had one before that --

```
1              BOARD MEMBER:  Did it?
2              MR. ONION:  Had one before (inaudible).
3              BOARD MEMBER:  But I was concerned because we
4    were all saying "churches" up here.  And I'm like,
5    "Uh-oh."  Because I know that was a big thing before.
6    Because you can't -- not supposed to -- you know,
7    churches are really covered by stuff with the state and
8    the government and -- and junk.
9              MR. ONION:  We're not excluding churches,
10   though, as you say --
11             BOARD MEMBER:  Right.  Right.
12             BOARD MEMBER:  Yeah, we're just limiting --
13   we're putting them in a particular zoning.
14             UNIDENTIFIED MALE:  If anything we -- we are
15   one that does not do that.  I mean, (inaudible) in
16   every corner, in every --
17             UNIDENTIFIED FEMALE:  As I understand it, the
18   way that it works is that as long as you comply enough
19   percentage of your city for --
20             BOARD MEMBER:  Church --
21             UNIDENTIFIED FEMALE:  -- any use to populate.
22             BOARD MEMBER:  Yeah.
23             UNIDENTIFIED FEMALE:  It doesn't matter -- we
24   got into this in discussion of sexually oriented
25   business.  We couldn't zone them out of the City.  You
```

```
 1  cannot do that.
 2          BOARD MEMBER:  Right.
 3          UNIDENTIFIED FEMALE:  You have to allow a
 4  zoning.  But as long as you allow a zoning category for
 5  whatever that use is and it's adequate to fill the need
 6  then you've done what's required.  Is that not correct?
 7          BOARD MEMBER:  So we can have a strip club up
 8  there at that rock?
 9          UNIDENTIFIED FEMALE:  Not unless it's zoned for
10  that purpose.
11          BOARD MEMBER:  Okay.
12          UNIDENTIFIED FEMALE:  That's my point.  That's
13  why we do have them.
14          BOARD MEMBER:  Retail?
15          UNIDENTIFIED MALE:  You have to vote for it
16  first (inaudible).
17          UNIDENTIFIED MALE:  As opposed to --
18          BOARD MEMBER:  I wouldn't vote for it.
19          UNIDENTIFIED MALE:  (Inaudible.)
20          CHAIRMAN GUERRA:  Olen has a question.
21          MR. YARNELL:  As I sat here this evening I
22  thought maybe I might have made a mistake by going to
23  the Bexar County Appraisal District website and
24  searching for information.  Is that legal to do?
25          UNIDENTIFIED MALE:  Public informa -- it's
```

```
 1  public.  It really is.
 2          MR. YARNELL:  We're not required to -- to use
 3  just information brought from the City like we are in a
 4  court case where you're a jury or anything like that?
 5          UNIDENTIFIED MALE:  No, bring your common sense
 6  too.
 7          UNIDENTIFIED FEMALE:  Yeah.
 8          UNIDENTIFIED FEMALE:  Thank you very much.
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
1  THE STATE OF TEXAS    *.
2  COUNTY OF BEXAR       *
3          I, SHAN MORRIS BLANCHARD, Certified Shorthand
4  Reporter, duly commissioned and certified in and for
5  the State of Texas, do hereby certify that the
6  foregoing pages of typewriting were prepared under my
7  direction and contain and constitute a full, true and
8  correct transcript of my shorthand notes as taken from
9  audiotapes provided to me by DANIEL WENTWORTH,
10 purported to be the recording of the requested excerpts
11 of the Leon Valley Zoning and Land Use Commission
12 Meeting as set out in the title hereto.
13         IN WITNESS WHEREOF, I have hereunto set my
14 hand and affixed my seal on this ___8th___ day
15 of ___July___, A.D. 2009.
16
17
18
19
20  mjc/dc        SHAN MORRIS BLANCHARD
                 Certified Shorthand Reporter
21               in and for the State of Texas
                 Certificate No. 3863
22               Exp. Date: 12/31/10
23               EDDIE MORRIS COURT REPORTERS
                 Firm Registration No. 74
24               Exp. Date: 12/31/09
25
```

**EDDIE MORRIS - COURT REPORTERS, INC.**
92 Trailcrest, San Antonio, Texas  78232
Telephone (210) 698-2727   Telecopier (210) 698-5556