UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| THE ELIJAH GROUP, INC., | § § § | |
| Plaintiff, | § | |
| v. | § § | CIVIL ACTION NO. |
| THE CITY OF LEON VALLEY, TEXAS, | § § | SA-08-CV-0907 OG (NN) |
| Defendant. | § | |

## ORDER RETURNING CASE TO DISTRICT COURT

All matters for which this cause was referred to the Magistrate Judge having been considered and acted upon,

It is **ORDERED** that the above-entitled and numbered cause be, and it hereby is, **RETURNED** to the district court for all purposes.

**SIGNED** on October 2, 2009.

*Nancy Stein Nowak*
NANCY STEIN NOWAK
UNITED STATES MAGISTRATE JUDGE