UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Elijah Group, Inc.

vs.                                  Case No.: 5:08-cv-907

City of Leon Valley, Texas

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now __Lori H. Windham__, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent __Plaintiff, Elijah Group, Inc.__ in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) __The Becket Fund for Religious Liberty__ with offices at:

   Mailing address: 1350 Connecticut Ave., NW, Ste. 605

   City, State, Zip Code: Washington, D.C., 20036

   Telephone: (202) 349-7211       Facsimile: (202) 955-0090

2. Since __October 31, 2005__, Applicant has been and presently is a member of and in good standing with the Bar of the State of __Virginia__.

   Applicant's bar license number is __71050__.

3. Applicant has been admitted to practice before the following courts:

   Court:                              Admission date:

   See Attached

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I [ ] have [X] have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the ____ day of _____, ____.
   Number: _____ on the ____ day of _____, ____.
   Number: _____ on the ____ day of _____, ____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Daniel P. Whitworth

Mailing address: 112 E. Pecan, Suite 700

City, State, Zip Code: San Antonio, Texas 78205

Telephone: (210) 231-0919

Should the Court grant applicant's motion, Applicant shall tender the amount of $25.00 pro hac vice fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Lori H. Windham to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Lori H. Windham
[printed name of Applicant]

*[signature]*
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 22 day of October, 2009.

Lori H. Windham
[printed name of Applicant]

*[signature]*
[signature of Applicant]

Lori H. Windham is a member of good standing of the Bar of Virginia (admitted 10/31/05) and the Bar of the District of Columbia (12/11/06). She is admitted to practice before the following courts and is a member in good standing with each: the Supreme Court of Virginia (admitted 10/31/05), the District of Columbia Court of Appeals (admitted 12/11/06), and the United States Courts of Appeals for the First (admitted 12/20/07), Third (11/13/07), Fifth (4/23/08), Sixth (2/22/06), and Ninth Circuits (8/17/07), and the U.S. District Court for the District of Colorado (admitted 4/01/09).

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Elijah Group, Inc.

vs.                                                                Case No.: 5:08-cv-907

City of Leon Valley, Texas

# ORDER

BE IT REMEMBERED on this the ___ day of _____, 20___, there was presented to the Court the Motion for Admission Pro Hac Vice filed by _____Lori H. Windham_____, counsel for ___Plaintiff, Elijah Group, Inc.___, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and _____Lori H. Windham_____ may appear on behalf of ___Plaintiff, Elijah Group, Inc.___ in the above case.

IT IS FURTHER ORDERED that _____Lori H. Windham_____, if he/she has not already done so, shall immediately tender the amount of $25.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _October_____, 20_____.

_____
UNITED STATES DISTRICT JUDGE