UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
NOV 3 0 2009
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

THE ELIJAH GROUP, INC.        )
                              )
    Plaintiff                 )
                              )
v.                            )   CIVIL NO. SA-08-CA-907-OG
                              )
                              )
CITY OF LEON VALLEY, TEXAS    )
                              )
    Defendant                 )

### ORDER

On this date, the Court considered the report and recommendation of United States Magistrate Nancy Stein Nowak, filed on October 2, 2009 (Dkt. # 40). Plaintiff filed objections (Dkt. # 44), Defendant filed a response to the objections (Dkt. # 45) and Plaintiff also filed a reply (Dkt. # 47).[1] The Court has conducted an independent review of the record and has reviewed the applicable law. See 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b). The Court concludes that Plaintiff's objections should be OVERRULED and the Magistrate Judge's recommendation should be ACCEPTED in its entirety.

It is therefore ORDERED that the Magistrate Judge's recommendation (Dkt. # 40) is ACCEPTED, the Defendant's motion for summary judgment (Dkt. # 34) is GRANTED and the Plaintiff's motion for summary judgment (Dkt. # 35) is DENIED for the reasons set forth in the recommendation. Final judgment may be entered in Defendant's favor and Plaintiff shall take nothing.

IT IS SO ORDERED this _____25_____ day of November, 2009.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's objections were 25 pages long, and although it seemed excessive to brief these issues any further, the Plaintiff's motion for leave to file a reply brief (Dkt. # 46) is granted, and the Court has considered same.