AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
NOV 3 0 2009
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | |
|---|---|
| The Elijah Group, Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. SA-08-CV-907-OLG |
| The City of Leon Valley, Texas ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: pursuant to the Order Adopting the Magistrate Judge's Recommendation, the defendant's motion for summary judgment is GRANTED and Plaintiff's motion for summary judgment is DENIED. FINAL JUDGMENT is hereby entered in Defendant's favor and Plaintiff shall take nothing.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 11/30/2009

*CLERK OF COURT*

_____
Emily Pugh, Deputy Clerk
*Signature of Clerk or Deputy Clerk*