IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
2009 DEC 30 PM 3:01
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| THE ELIJAH GROUP, INC., § <br> Plaintiff, § <br> § <br> V. § <br> § <br> THE CITY OF LEON VALLEY, TEXAS, § <br> Defendant. § | § <br> § <br> § <br> § <br> CIVIL ACTION NO. 5:08-CV-907-OLG <br> § <br> § <br> § |

## NOTICE OF APPEAL

Notice is hereby given that The Elijah Group, Inc., Plaintiff in the above-captioned case, appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment in this action and from the following Orders and other Court actions:

1. Order Denying Motion to Quash, Dkt. 21 (entered Jan. 22, 2009)
2. Order Granting Motion for Protective Order, Dkt. 26 (entered March 24, 2009)
3. Magistrate Judge's Report and Recommendations, Dkt. 40 (entered Oct. 2, 2009, adopted Nov. 30, 2009)
4. Order adopting Report and Recommendations, Dkt. 50 (entered Nov. 30, 2009)
5. Clerk's Judgment, Dkt. 51 (entered Nov. 30, 2009, modified Dec. 2, 2009).

DATED: DECEMBER 30, 2009

_____
Daniel P. Whitworth, State Bar No. 24008275
Roger G. Bresnahan, State Bar No. 02959460
John G. George, State Bar No. 24051944
**STUMPF FARRIMOND, P.C.**
112 E. Pecan Street, Suite 700
San Antonio, Texas 78205
Telephone (210) 231-0919
Facsimile (210) 231-0004

Eric Rassbach, State Bar No. 24013375
  (admitted *pro hac vice*)
Lori H. Windham (admitted *pro hac vice*)
**THE BECKET FUND FOR RELIGIOUS LIBERTY**
1350 Connecticut Avenue NW, Suite 605
Washington, DC 20036
Telephone (202) 955-0095
Facsimile (202) 955-0090
**ATTORNEYS FOR PLAINTIFF,**
**THE ELIJAH GROUP, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Notice of Appeal has, on this the 30th day of December, 2009, been served the following counsel of record, by hand-delivery:

Elizabeth Guerrero Christ
John Frank Onion, III
Lowell F. Denton
Ryan Henry
**DENTON, NAVARRO, ROCHA & BERNAL, P.C.**
2517 North Main Avenue
San Antonio, Texas 78212

John G. George

DOCKET COPY

# Notice of Appeal Receipt Copy

```
DUPLICATE

Court Name: TEXAS WESTERN
Division: 5
Receipt Number: 500005434
Cashier ID: khunt
Transaction Date: 12/30/2009
Payer Name: STUMPF FARRIMOND, P.C.
---------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: STUMPF FARRIMOND, P.C.
 Amount:         $455.00
---------------------------------
CHECK
 Check/Money Order Num: 3933
 Amt Tendered:  $455.00
---------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

SA08CV9070G-THE ELIJAH GROUP, INC.
V. THE CITY OF LEON VALLEY, TEXAS
```